UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION, et ano.,**<br><br>Plaintiffs,<br><br>– *v.* –<br><br>**NEXT-GEN, INC., et al.,**<br><br>Defendants. | CIVIL ACTION<br><br>NO. 4:18-CV-0128-BCW |

### PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER WITH ASSET FREEZE, APPOINTMENT OF RECEIVER, LIMITED EXPEDITED DISCOVERY, AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE

Plaintiffs Federal Trade Commission ("FTC") and the State of Missouri having filed their Complaint for Permanent Injunction and Other Equitable Relief pursuant to Section 13(b) of the Federal Trade Commission Act ("FTC Act"), 15 U.S.C. § 53(b), and Sections 407.020, *et seq.*, of the Missouri Merchandising Practices Act, move this Court for a temporary restraining order against Defendants Next-Gen, Inc.; Westport Enterprises, Inc.; Opportunities Unlimited Publications, Inc.; Opportunities Management Co.; Summit Management Team, LLC; Contest America Publishers, Inc.; Reveal Publications, LLC; AOSR Corporation, formerly known as Subscription Reporter Corporation, formerly known as Sweepstakes Reporter Co., Inc.; Lighthouse FLA Enterprises, LLC; Gamer Designs, LLC; Kevin R. Brandes; and William J. Graham ("Defendants") in the form of the proposed order annexed hereto as Attachment 1. This Court is authorized to grant the requested relief by Section 13(b) of the FTC Act, 15 U.S.C.

§ 53(b); Section 407.100 of the Missouri Merchandising Practices Act; Federal Rule of Civil Procedure 65; and the All Writs Act, 28 U.S.C. § 1651.

In support of this motion, Plaintiffs respectfully refer the Court to their "Suggestions in Support of Plaintiffs' Motion for a Temporary Restraining Order" and exhibits filed in support therewith. As set forth in the Suggestions, Defendants have engaged in deceptive acts and practices in connection with the distribution of sweepstakes and other prize mailers, in violation of Section 5 of the FTC, 15 U.S.C. § 45, and Section 407.020 of the Missouri Merchandising Practices Act. For reasons explained in the Suggestions, the FTC and State of Missouri are likely to succeed on the merits of each count of their Complaint and the balance of the equities weighs in favor of granting the relief sought.

WHEREFORE, Plaintiffs FTC and State of Missouri respectfully request that the Court issue a temporary restraining order against Defendants in the form of the proposed order annexed hereto as Attachment 1.

Respectfully submitted this 20th day of February, 2018,

| | |
|---|---|
| DAVID C. SHONKA<br>Acting General Counsel | JOSHUA D. HAWLEY<br>Attorney General of the State of Missouri |
| s/Richard McKewen<br>Richard McKewen, WSBA # 45041<br>rmckewen@ftc.gov<br>Sarah Shifley, WSBA # 39394<br>sshifley@ftc.gov<br>Federal Trade Commission<br>915 Second Ave., Suite 2896<br>Seattle, WA 98174<br>Phone: 206-220-6350<br>Fax: 206-220-6366<br><br>Attorneys for Plaintiff<br>FEDERAL TRADE COMMISSION | s/Nathan Atkinson<br>Nathan Atkinson, MO Bar # 64704<br>Assistant Attorney General<br>nathan.atkinson@ago.mo.gov<br>Robert E. Carlson, MO Bar #54602<br>Assistant Attorney General<br>bob.carlson@ago.mo.gov<br>615 E. 13th Street, Suite 401<br>Kansas City, MO 64106<br>Phone: 816-889-3090<br>Fax: 816-889-5006<br><br>Attorneys for Plaintiff<br>STATE OF MISSOURI |

TIMOTHY A. GARRISON
United States Attorney


s/Charles M. Thomas
Charles M. Thomas, MO Bar #28522
charles.thomas@usdoj.gov
Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 East Ninth Street, Room 5510
Kansas City, MO 64106
Phone: 816-426-3130
Fax: 816-426-3165

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION