UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et ano., <br><br> Plaintiffs, <br><br> – v. – <br><br> NEXT-GEN, INC., et al., <br><br> Defendants. | CIVIL ACTION <br> NO. 4:18-CV-0128-BCW <br><br> **EXHIBITS IN SUPPORT OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER** <br><br> VOLUME I |

# INDEX TO EXHIBITS
## VOLUME I

| Exhibit Number | Description |
| --- | --- |
| PX1 | Declaration of Mary Bender |
| PX2 | Declaration of Jan A. Cutler |
| PX3 | Declaration of Dawn N. Daly |
| PX4 | Declaration of Virginia M. Davis |
| PX5 | Declaration of Mayra M. Del Toro |
| PX6 | Declaration of Zita R. Duensing |

Respectfully submitted, this 20th day of February, 2018,

| | |
|---|---|
| DAVID C. SHONKA<br>Acting General Counsel | JOSHUA D. HAWLEY<br>Attorney General of the State of Missouri |
| s/Richard McKewen<br>Richard McKewen, WSBA # 45041<br>rmckewen@ftc.gov<br>Sarah Shifley, WSBA # 39394<br>sshifley@ftc.gov<br>Federal Trade Commission<br>915 Second Ave., Suite 2896<br>Seattle, WA 98174<br>Phone: 206-220-6350<br>Fax: 206-220-6366<br><br>Attorneys for Plaintiff<br>FEDERAL TRADE COMMISSION | s/Nathan Atkinson<br>Nathan Atkinson, MO Bar # 64704<br>Assistant Attorney General<br>nathan.atkinson@ago.mo.gov<br>Robert E. Carlson, MO Bar #54602<br>Assistant Attorney General<br>bob.carlson@ago.mo.gov<br>615 E. 13th Street, Suite 401<br>Kansas City, MO 64106<br>Phone: 816-889-3090<br>Fax: 816-889-5006<br><br>Attorneys for Plaintiff<br>STATE OF MISSOURI |

TIMOTHY A. GARRISON
United States Attorney

s/Charles M. Thomas
Charles M. Thomas, MO Bar #28522
charles.thomas@usdoj.gov
Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 East Ninth Street, Room 5510
Kansas City, MO 64106
Phone: 816-426-3130
Fax: 816-426-3165

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION