ORIGINAL

**DECLARATION OF MARY BENDER**
Pursuant to 28 U.S.C. §1746

I, Mary L. Bender, hereby state that I have personal knowledge of the facts set forth

below and am competent to testify about them. If called as a witness, I could and would testify

as follows:

1.    I am 65 years old and I reside in Elizabethton, Tennessee. Sometime in July

2016, I received a notice in the mail from the Commissioner of Judging, Award Notification

Commission ("ANC"), P.O. Box 2095, Kansas City, Kansas. The notice looked official, with a

"**CORPORATE JUDGES SEAL**" and a box at the top indicating "FILING YEAR **2016**." The

notice indicated that it was "authorized by Larry Hourd – Executor of Awards" and included a

signature just below a box listing $1,327,940.000 and the statement that the "AMOUNT ABOVE

– LUMP SUM SUPPLEMENT AT OPTION OF WINNER." In addition, the notice stated that:

> As Executor of Awards for the **AWARD NOTIFICATION COMMISSION**
> judging office, I have been instructed to send this letter to you with an
> extremely exciting message: <u>Have you ever BEFORE won a lump-sum
> jackpot Award of $1,327,940.00?</u> ]

The notice also stated:

> **Mary Bender, Congratulations, You Have Just Won $1,327,940.00** and the
> Cash Funds will be paid directly to you by your option of a <u>lump sum check for
> $1,327,940.00</u> or a larger sum-amount of <u>$2,000,000.00 to be remitted by
> annual payments of $66,666.56 per year for 30 years.</u> (Note: no taxes are
> withheld and no commissions are due or expressed as a condition of accepting the
> AWARD of CASH FUNDS through this letter).

And it stated:

> **FINAL INSTRUCTIONS**: All applicable check-boxes have been prepared for
> your completion on the bottom of page 2. Please attend to this NOW. Judging
> policies state that the Award cannot be issued without return of the winning pre-
> selected number. . . . COMPLETE AND RETURN THE ENTIRE PAGE 2
> FORM. Our office will then serve you officially and with all due distinction.

Declaration of Mary Bender – Page **1** of **3**

A true and correct copy of the front page of the notice is included as Attachment A to this declaration. (I did not retain a copy of the second page of the notice.) The notice was accompanied by a postage-paid envelope preaddressed to ANC.

2.      When I read the notice, I thought that it was somehow related to the Publishers Clearing House sweepstakes, with which I am familiar. I also thought that the notice was informing me that I had won a lot of money – over one million dollars – but needed to pay a $12.99 fee to receive the money I had won.

3.      Because I believed that I had won a substantial amount of money, I responded to the notice by completing the second page and placing it, along with my check for $12.99, in the enclosed preaddressed envelope, and mailed it. Attachment B is a true and correct copy of my canceled check paid to ANC.

4.      After I responded to this notice, I received five or six nearly identical notices by mail from ANC, one every other week or so for about 3-4 months. I then realized that I had won nothing other than the misfortune of having the company send me more notices. I never received any of the money that I believed that I had won.

5.      After receiving the fifth or sixth notice from ANC, I filed a complaint with the Tennessee Division of Consumer Affairs. I also sent a letter to ANC asking that they stop sending me these notices and advising them that I had sent a complaint about their practices to

PX1, p. 000002

the Tennessee Division of Consumer Affairs. A true and correct copy of the record of that complaint is included as Attachment C. After that, I did not receive any more of these notices.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: _June 7_, 2017          _Mary Bender_
                                Mary Bender

Declaration of Mary Bender – Page **3** of **3**

COMMISSIONER OF JUDGING + PROCESSING DIVISION
**AWARD NOTIFICATION COMMISSION**
PO BOX 2905
**KANSAS CITY KS 66110**

OFFICIAL FORM
OF TENDER NO.: **13570**

The Winner Proper Entry Validation Must Be RECORDED
BY JUDGES To Certify Issuance Of: **Prize Award**

OPTION A: Single CHECK if Winner Payable Funds Verified: **$1,327,940.00**

OPTION B: 30-Year ANNUITY if Winner Payable Funds Verified: **$2,000,000.00**

**Recipient Of Delivery: MARY BENDER**

17531545-497754/297675718 5PUH56
MS. MARY BENDER 13366

ELIZABETHTON TN

| Type Of Winner Award. | Transmission Of Winner Funds: | Authorized By: |
|---|---|---|
| **100% CASH** | **Direct Courier Delivery of Certified Bank Check(s) or Electronic Wire Transfer** | **Larry Hourd Executor Of Awards** |

As Executor of Awards for the AWARD NOTIFICATION COMMISSION judging office, I have been instructed to send this letter to you with an extremely exciting message: Have you ever BEFORE won a lump-sum jackpot Award of **$1,327,940.00**?

Be advised at this time — please verify your name and address as printed throughout this documentation. By the authority of my office, I, Larry Hourd, on behalf of the AWARD NOTIFICATION COMMISSION organization, hereby affirm said opportunity as stated in writing to you above, in FULL, provided you are legally 18 years of age or older, and further provided your valid entry #17531545-497754/297675718 is returned and matches the preselected winning number needed before the resolution deadline for Judges final ruling and permanent record.

**VERY IMPORTANT** — This is non-transferable correspondence; do not give this letter to any other person or party for application or completion by any means. Rather, by mandate of my professional office, the sole requirement if you have and return the preselected winning number is that you respond by >> MAIL REPLY << only, thereby enabling our judges to lodge a corporate certification statement subject to the following pending pronouncement . . .

**Mary Bender, Congratulations, You Have Just Won $1,327,940.00**
and the Cash Funds will be paid directly to you by your option of a lump sum check for **$1,327,940.00** or a larger sum-amount of **$2,000,000.00 to be remitted by annual payments of $66,666.66 per year for 30 years.** (Note: No taxes are withheld and no commissions are due or expressed as a condition of accepting the AWARD of CASH FUNDS through this letter.) See terms and conditions.

In addition and with extending honors on these formal proceedings, we are thrilled to announce an addendum of Premium Offer: $2,500.00 gift certificate for up to 75% off WONrewards.com online merchandise and service offerings. Confirm your acquisition by outright option NOW by securing receipt and delivery of this Premium Offer registered in your name for direct handover.

An Acquisition FEE for Premium Offer is due and must be enclosed as **required** for **$12.99** payable to the office of ANC. Enclose your remittance by cash, check, or money order. See page 2.

FINAL INSTRUCTIONS: All applicable check-boxes have been prepared for your completion on the bottom of page 2. Please attend to this NOW. Judging policies state that the Award cannot be issued without return of the winning pre-selected number. Moreover, we are not obligated to call you if you fail to act. COMPLETE AND RETURN THE ENTIRE PAGE 2 FORM. Our office will then serve you officially and with all due distinction. Make sure your delivery address is accurate and up-to-date!

CORPORATE SPONSOR JUDGING AND DECISIONS
AWARD NOTIFICATION COMMISSION
PO BOX 2905
KANSAS CITY KS 66110

AWARD NOTIFICATION COMMISSION № 520 19 23
(ID - 1471-PJ JC - 00022-0209385
World Headquarters, Midwest
United States of America
7600154482 1194276833
Not Forwardable or Assignable to any Alternate Party

**MAXIMUM GRAND PRIZE AMOUNT:** Two Million Dollars

Filing Year: 2016

ADDRESSEE:
17531545 497754
MS. MARY BENDER

ELIZABETHTON TN

$ ********* $1,327,940.00

AMOUNT ABOVE: LUMP-SUM
SUPPLEMENT AT OPTION OF WINNER

Office of Director – Representative Signature

**NO PURCHASE NECESSARY. PURCHASE WILL NOT INCREASE CHANCE OF WINNING.**

Bender Attachment A

L07904E-N000/N216-795J-U

| | |
|---|---|
| Current Date: | June 01, 2017 |
| Account Number: | |
| Capture Date: | July 13, 2016 |
| Item Number: | 5250150041522 |
| Posted Date: | July 13, 2016 |
| Posted Item Number: | 323 |
| Amount: | 12.99 |
| Record Type: | Debit |

MARY L BENDER

ELIZABETHTON TN



MARY L BENDER
784
87-7128/2042

ELIZABETHTON, TN 00000

DATE   7-7-16

PAY TO THE ORDER OF  ANC   $ 12 99

Twelve & 99/100   DOLLARS

ELIZABETHTON
FEDERAL
SAVINGS BANK
112-114 N. SYCAMORE ST.
ELIZABETHTON, TN 37643

Mary L Bender

FOR

⑆264271280⑆   ⑈ 0784

Next Gen Inc

For Deposit Only
Acct#
Next-Gen - OPERATING
2016-07-12

Bender Attachment B

**Phyllis Y. Jordan**

_C201600154_
_New_

**From:** @yahoo.com
@formstack.com>
**Sent:** Tuesday, September 06, 2016 2:51 PM
**To:** Consumer Affairs
**Subject:** Consumer Affairs Complaint Form
**Attachments:** 34435052_ANC.pdf; Signature_34435064.png

2bf4859
**RECEIVED**

SEP 0 6 2016

Dept of Commerce and Insurance
Division of Consumer Affairs

*** This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email - STS-Security. ***

## Formstack Submission for form Consumer Affairs Complaint Form

_Submitted at 09/06/16 2:50 PM_

| | |
|---|---|
| Your Name: | Mary Bender |
| Address: | Elizabethton, TN United States |
| (Tennessee Residents only) County: | Carter |
| Home Phone: | (630) |
| Email Address: | ████████████ |
| Best Contact Time: | 2 - 3PM |
| Name of Business: | Award Notification Commission |
| Type of Product or Service: | Contests |
| Amount involved: | 12.99 |
| How did you pay?: | Check |
| Date of Transaction: | Jul 07, 2016 |
| Have you contacted the business about this complaint?: | No |
| What did the business do?: | Try stealing peoples hard earned money and take advantage of seniors! |

1

Bender Attachment C

**List all agencies you have contacted about this complaint:**    Only this one

**Have you or the business filed a lawsuit regarding this complaint?**    No

**\*Briefly describe your complaint and include all important facts. Use Chronological order, by dates.:**

I stupidly sent these crooks $12.99 back in July thinking this was a requirement for something I purchased through Publishers Clearing House. Since then I have received at least half a dozen more of these notices that I have won money and I need to submit $12.99 or more as an Acquisition Fee. These people need to be shut down. Is anything being done about this? If not, why not? I can't possibly be the first to complain about this!

**If you have supporting documents, receipts, canceled checks or a contract, please upload them or use the printable complaint form and either fax or mail that form with the required documentation:**    View File

**Is this an automobile complaint?:**    No

**Signature:**    [×] Direct Link to Image

**Date/Time:**    Sep 06, 2016

Terms | Privacy
Copyright © 2016 Formstack, LLC. All rights reserved.
This is a customer service email.
Formstack, LLC
8604 Allisonville Rd.
Suite 300
Indianapolis, IN 46250

2

ORIGINAL

# DECLARATION OF JAN A. CUTLER
Pursuant to 28 U.S.C. § 1746

I, Jan A. Cutler, hereby state that I have personal knowledge of the facts set forth below and am competent to testify about them. If called as a witness, I could and would testify as follows:

1.     I am 60 years old and I live in Ann Arbor, Michigan.

2.     In early 2016, I started receiving notices in the mail from companies in Kansas and Missouri stating that I had won a lot of money. The notices instructed me to complete and send in forms along with money for fees to receive the prize money I'd won. The fees ranged between $10 and $20. I was excited to receive the notices because I live on a low fixed income and really could use the extra cash.

3.     I started sending in the forms and fees as the notices instructed. I always paid the fees in cash. The more notices I responded to, the more I seemed to receive. For about seven months, I received and responded to the notices from the entities in Kansas and Missouri, sometimes as many as five or six a day. I estimate that, in total, I sent in about $8,000 in cash. I kept expecting to receive the prize money that the notices said I'd won.

4.     When I finally told a friend that I had been sending money in response to the notices from Kansas and Missouri, my friend told me to stop, which I did. Although I kept receiving notices, I didn't send in any more money.

5.     Attached to this declaration as Attachment A are true and correct copies of some of the notice I received.

Jan A. Cutler Declaration – Page 1 of 2

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: 12-21-2017 , 2017

Jan A. Cutler



# REPORT TRANSFER NOTICE

**Date: August 23, 2016**

### A.S.P. RECORD REVIEW
INDIVIDUAL STATUS / CONFIRMATION

### REVIEW PREPARED
Re:

**JAN CUTLER**

U.S. ORIGIN

FILE REVIEW     RECORDS AUDIT

▼ **ASSIGNED for RELEASE** ▼
Committed Amount:
THIS IS YOUR CHANCE FOR CASH & PRIZE OPPORTUNITIES TOTALING
**OVER $1,000,000.00 --One Million Dollars--**

ISSUED   FORM 07EF39

**ASP BOARD OF REVIEW**
P.O. Box 12954, Kansas City, KS  66112



TRACKING ▶



Dear Jan Cutler

Recent economic conditions have resulted in our Research Division notifying specific individuals who now appear on our files: Your Review Record: Jan Cutler - I.D. Set: 48108CTLE271-928321 2714 Packard St Apt D  Ann Arbor, Michigan 48108-3242.

Therefore, our office is informing you of your opportunity for Data Documentation from the Millions of Dollars available and unclaimed and most must be paid to all winners by responsible, third party sponsors. You are guaranteed to receive the most recent available opportunities --- processing will begin directly on return of your attached Data Claim Form.

As an independent research monitoring agency, we are very pleased to inform you that we have identified over **$1,000,000.00 ---ONE MILLION DOLLARS---** in pending, unpaid cash/awards as recorded in the most recent data that is now **CONFIRMED AND GUARANTEED** to you.

*Be Careful! Do Not Ignore*
**THIS IS A REAL DOCUMENT**

To keep this process simple, return the Data Claim Form and we will immediately begin processing your entry assistance procedures for documented opportunities containing over **$1,000,000.00**.

Note: There are set end dates that cannot be violated -- so it is important that we have your name and address on our current files. We cannot be responsible for the loss of any portion of this **$1,000,000.00** Cash/Prize Opportunity if you fail to respond in time.

Jan Cutler - this could be your **only notice** for over **$1,000,000.00** in WIN Opportunities. Office Personnel are **standing by** to expedite the Cash/Prize Opportunity Report reserved for you.

*Michael Washington*

American Sweepstakes Publishers (A.S.P.) is an independent service organization that monitors sweepstakes promotions and notifies subscribers, by way of prize data reports, as to the availability of sweepstakes promotions, information required to enter, and prizes for which they can enter for a chance to win. A.S.P. does not sponsor sweepstakes, or endorse the products or guarantee the prizes within the sweepstakes promotions themselves. Internet access required for most sweepstakes.

## DATA CLAIM FORM

▼ COMPLETE AS DIRECTED   DETACH AND RETURN THE BOTTOM SECTION ▼

### CERTIFICATION

**NOTICE:**

DATE August 23, 2016

LEGAL NAME     Jan Cutler

RESIDENCE

REPORT ISSUANCE     OVER * * $1,000,000 00/100 * * One Million Dollars
in cash and prizes still unclaimed

**REQUEST FOR IMMEDIATE PROCESSING**

**VOID** WITHOUT FEE

COMMITTED AMOUNT:
OVER * * $1,000,000 00/100 * *
---One Million Dollars In WIN Opportunities---

IDENTIFICATION:  № 48108CTLE271-928321 07-1A F17

ISSUED:
FORM 07EF39

COMPLETION OF THIS SECTION IS REQUIRED

DETACH AND RETURN THIS ENTIRE SECTION IN THE ENVELOPE PROVIDED TO A.S.P., P.O. BOX 12954, KANSAS CITY, KS  66112-2954

☐ I authorize ASP to deliver the minimum $1,000,000.00 Cash/Prize Data Report and agree to accept it at the address printed (or corrected) below:

JAN CUTLER

☐ I have enclosed the required Research fee of only **$12**.
**Check one box**
☐ CASH
☐ CHECK (PAYABLE TO ASP)
☐ MONEY ORDER (PAYABLE TO ASP)

SIGNATURE _____

© ASP 2013

Cutler Declaration Attachment A

### RISK FREE GUARANTEE

If you are not 100% satisfied with our Publication, you can request a full refund for the most recent issue. You will be allowed to keep the publication compliments of American Sweepstakes Reporter. In addition, you can request a full refund for all future, unfilled publications already purchased.

American Sweepstakes Publishers is an independent publisher of sweepstakes news, edited for consumer convenience and economy, (saving subscribers time and expense of searching for, and purchasing publications and products as sources of current sweepstakes). Fee includes research, publishing and notification costs of information contained in the Sweepstakes Bulletin. Participants are instructed how to properly register with sponsors. ASP does not conduct sweepstakes promotions; and is not related to any of the companies or organizations it monitors; or endorse products or services of sponsoring companies or pay or guarantee prizes offered by them. Most of the offers listed require internet access, although we try to add as many mail-in offers as possible. The published information contains details on a selected number of current sweepstakes having a combined payout in the minimum amount specified on reverse. Most grand prizes range from $10,000 to $100,000. Retail value of prizes, odds of winning and all required terms and conditions are provided by the individual sponsors. NO PURCHASE IS NECESSARY to enter for a chance to win, or to receive any prize listed in the published information, and a purchase of any sponsoring company's product WILL NOT improve the chances of winning. Returned checks may be subject to electronic redeposit without further notice. Recovery fees as allowed by state law may be assessed and may be debited from your checking account. Customer Service can be contacted at (913) 338-0715.

### NOTIFICATION SYSTEM

Our mailing list is made available to companies whose products or services might be of interest to you. If you'd prefer to have your name withheld or no longer wish to receive our own mailings, please copy your name, mailing address and customer number exactly as it appears on our letters and mail to: ASP Mail Preference Service, P.O. Box 478, Bonner Springs, KS 66012-9998.

O7 BGR-6

ATTENTION RECEIVING OFFICE

NAME

ADDRESS

CITY                          ST        ZIP

**• • OFFICE USE ONLY • •**
AUTHORIZATION - PRIORITY PAPERS
CHECK HERE UPON RECEIPT)

PLACE
POSTAGE
HERE



**AMERICAN SWEEPSTAKES PUBLISHERS**
DEPARTMENT OF PRIZE DATA INFORMATION
PO BOX 12954
KANSAS CITY, KS 66112-2954





# GUARANTEE OF DOCUMENTATION
# RELEASE - PRESELECTION

**asp**

**Michael Washington**

Prize Opportunity Data Offices
**American Sweepstakes Publishers**
PO Box 12954
Kansas City, KS 66112

PRESORTED
STANDARD
**U. S. POSTAGE PAID**
Sweepstakes Reporter
Company

DATA ENV
00007-2725

# FAIR WARNING
# OF UNDISTRIBUTED
# AWARD FUNDS


RESPOND
AT ONCE

DISCLOSURE CERTIFIED TO JAN CUTLER

*(Please make sure that your name and delivery address is correct as entered throughout these papers)*

---

Description Of Award For WINNER PAYMENT: ☑ CASH ☐ MERCHANDISE ☐ PROPERTY ☐ STOCKS

## THE FULL AMOUNT: **$2,000,000.00**

OPTIONS: WINNER PAYMENT
☑ ANNUITY OPTION AVAILABLE ☑ LUMP-SUM OPTION AVAILABLE
Annuity: $66,666.66 annually for 30 years, total $2,000,000.00.
Lump-Sum: Single payment of $1,327,940.00

FORM
№. **WNR-72C**

Grand Prizes Pending:
**1 GRAND PRIZE**

17474196-489204/4QUD36 295763671
JAN CUTLER 896

OFFICIAL PAGE NUMBER OF RELEASE:
PAGE NUMBER _1_ OF _2_ TOTAL
AUTHORIZATION OF ISSUANCE:
X **Confirmed Before Release**
☐ Non-Specific Bulk Release
CURRENT STATUS OF AWARD:
**Undistributed**
INITIALS OF OUTBOUND RELEASE OFFICER:
**C.F., Director Of Awards**

---

**AWARD NOTIFICATION COMMISSION, Judging Office**
PO BOX 2905, KANSAS CITY, KS 66110 USA

**NO PURCHASE NECESSARY TO ENTER. PURCHASE WILL NOT INCREASE CHANCE OF WINNING.**

Official Announcement: JAN CUTLER

A decision of record from the Judging Office, AWARD NOTIFICATION COMMISSION, pertaining to named entrant above, has been issued and handed down to my desk, *Charles W. Fox, Awards Director,* for delivery. This is official mail.

SUBJECT: $2,000,000.00 Two Million Dollars in Award Money, per Form No.: WNR-72C . FORMAL AND FINAL! If you have and return the preselected winning number according to the terms which specify a mail reply only and provided you beat the deadline, you will be the award winner!

**Important:** This is *not* a preliminary skill contest for potential money, nor is it a lottery. Check your name and address above. The preselected winning number is certified. You must return your personal ID number as a condition of rules imposed by international regulations. Lack thereof will dissolve and forfeit your eligibility subject to any Award Funds, so recorded.

THE AWARD FUNDS AND PAYMENT TO WINNER: An annuity in equal annual installments of $66,666.66 per year for 30 years (total $2,000,000.00) is the maximum Award option. A lesser viable amount in LUMP-SUM PAYMENT is available and chosen by the winner and shall pay $1,327,940.00.

Please Take The Following Into Account: There are no spending limitations on the Winner funds. Said funds are payable by certified check or check(s) with no taxes withheld. Award funds may be sent anywhere in the world. Upon judges inspection of your form on the bottom of page 2, if you have and return the preselected winning number, and you are determined to be the WINNER and have not altered or corrupted your form in any way, you will receive the FULL CASH PAYMENT of your choice. You may wish to consult a professional financial advisor at that time for investment purposes or questions regarding multi-million dollar wealth.

In addition, the officers at AWARD NOTIFICATION COMMISSION would like to present to you a special Premium Offer: This eternity band is comprised of a silver-tone band set with a continuous line of identically cut crystals to symbolize never-ending love and devotion. The Eternity Band design was created by the renowned diamond merchant DeBeers in the 1960s and is the most exquisite piece of jewelry you will ever own. This amazing piece of jewelry is not only a work of art, but it also holds special meaning. This Premium Offer is currently being held in a secured location and our shipping department has certified the preparation of this parcel directly in your name. Act NOW!

Premium Offer delivery requires a mandatory purchase fee of **$11.89** which is not optional. Please enclose the prepayment with return of the completed form on the bottom of page 2. Mail BOTH your remittance for **$11.89** (make payable to ANC) plus your form in the pre-addressed reply envelope enclosed. Thank you.

CLOSING STATEMENT: The total AWARD AMOUNT is not in error or a misprint. Many people, perhaps yourself included, dream of winning a large sum of money as it provides a sense of luxury and liberty not easily experienced or enjoyed by the general public. Please accept our very best wishes.

Your response at once is now favored.
We are anxious to go forward and file your position of record!

*Charles W. Fox*
Charles W. Fox, Director Of Awards

# AWARD FUNDS $2,000,000.00

**IMPORTANT ADDRESSEE NOTICE**
X The Preselection Number Process Has Been FULLY Completed
☐ The Preselection Number Process Requires Further Levels

OFFICIAL CONTACT YEAR: 2016
LEGAL DOCUMENT: Yes
Original Addressee Copy: Yes

# ALL AWARD FUNDS ARE VERIFIED

### Terms And Conditions As Enclosed Validate The Full Payment Of Award Funds To The Winner Of Record If Declared

**Grand Prizes Pending:**
**1 GRAND PRIZE**

**THE GRAND PRIZE AWARD TOTAL ON RECORD IN NEGOTIABLE MAXIMUM FUNDS**

## $2,000,000.00

WINNER PAYMENT SHALL BE MADE IN THE FOLLOWING INSTRUMENT:
☑ CASH ☐ OTHER
VIA: CERTIFIED CHECK(S)
MINIMUM WINNER AMOUNT DUE IN PAYMENT IF LUMP-SUM OPTION SELECTED: $1,327,940.00

WINNER RESPONSE REQUIRED FOR AWARD:
☑ YES ☐ NO
Reply Request: **7 Days**

Recipient Sole Committed Documents
Papers Of Official Issuance To:

## JAN CUTLER

☑ DEADLINE SENSITIVE MAIL ☑ RESPONSE REQUIRED TO PROCEED ☑ NOT APPLICABLE TO ANYONE EXCEPT FILE

[ PLEASE READ ] — THE FORM AT THE BOTTOM OF THIS PAGE MUST BE RETURNED TO THE FOLLOWING ADDRESS:

AWARD NOTIFICATION COMMISSION
Att'n: Judging Office/Processor
PO BOX 2905
KANSAS CITY, KS 66110 USA

REASON FOR REQUIRED RETURN OF FORM:
**Judges Mandatory Review Of Entrant Opportunity For Maximum Award Amount**

PAYMENT GUARANTEE IF WINNER:
Total Amount Certified

MAXIMUM WINNER FUNDS:
$2,000,000.00

## ENTRANT RIGHTS AND PRIVILEGES

### RE: Assurances Of Total Award Opportunity Funds For WINNER Payment And Delivery

**1.** The maximum amount ***$2,000,000.00***, shall be issued by a 100% Cash settlement remitted in the structured annual annuity of 30 equal distributions of $66,666.66 payable directly if you have and return the preselected winning number.

**2.** The winner may opt, at personal discretion, for receipt of an alternate Prize distribution verified in lump-sum funds and payable in a single allocation for ***$1,327,940.00***.

**3.** The preselected winning number has been positively determined and validated; regulations certify if you have and return the matching number you will be the WINNER. Please submit I.D.# 17474196-489204/295763671 at once for judges filing review and unanimous administration. A mail reply is required for authentication.

**4.** Premium Offer #17A15 has been assigned a Silver tone Eternity Band. If electing to purchase the Premium Offer, a mandatory fee is required and must be paid. Please remit the one-time prepayment of $11.89 payable to ANC.

**5. WARNING OF POTENTIAL FORFEITURE:** Reply representing entrant papers (FORM WNR-72C below) *past* the deadline for any reason as outlined in rules shall result in dismissal of all eligibility expressed herein and verified officially. A reply request of **7 Days** has been posted on record. Do not delay.

This documentation is a matter of permanent record and has been signed into effect by my executive office.

The maximum Award of ******** $2,000,000.00 Two Million Dollars ******** shall be paid in accordance with the preselected winner's chosen option.

As Signed: *Charles W. Fox*
Charles W. Fox, Director Of Awards

**Award Number Verification**
**AND OFFICIAL DECISIONARY FORM**

**Detach the form below. It must be returned. The Award Funds are vested by an insured monetary bond.**

Detach and return form below. Mail in pre-addressed reply envelope enclosed.

---

FORM NO.: **WNR-72C**

DELIVERY ADDRESS ON RECORD:

17474196-489204/295763671
JAN CUTLER

SECURITY SCAN: DO NOT WRITE IN THIS BOX

NO PURCHASE NECESSARY TO ENTER. PURCHASE WILL NOT INCREASE CHANCE OF WINNING.

IMPORTANT RECIPIENT VALIDATION RECORD. NOT TRANSFERABLE. DEADLINE SENSITIVE.

Please check appropriate box. Complete as applicable:
☐ TRUE ☐ FALSE I am JAN CUTLER and I meet the legal-age requirement of 18 or older. This form of entry at ANC offices shall VERIFY my opportunity to WIN the GRAND PRIZE CASH of $2,000,000.00 certified through this official notification.

Please select one (1) of the following:
☐ OPTION A: $66,666.66 per year for 30 years
☐ OPTION B: Lump sum check for $1,327,940.00

Premium Offer election:
**Premium Offer Fee: $11.89**
MANDATORY FEE for Premium Offer option confirmation required.
I am paying by: ☐ Cash ☐ Check ☐ Money Order (payable to ANC)
IMPORTANT: To Elect Special "RUSH PROCESSING" Add: $3.00 (Total Enclosed: $14.89)

Sign Name In This Box: X

PX2, p.000008

A-U

**PERSONAL FILE DOCUMENTS**

A.S.P., P.O. Box 12954, Kansas City, KS 66112

O7EF45-F

FILE NO. ....**ARC-A1**

| ISSUANCE FILE | ACCOUNT ID | REPORT ID | RETURN REQUESTED |
|---|---|---|---|
| ARC-A1 | 48108CTLE271-927456 | O7EF45 | WITHIN THE NEXT 7 DAYS |

JAN CUTLER YOUR ATTENTION IS REQUIRED FOR IMMEDIATE RELEASE OF DOCUMENTED CASH & PRIZE OPPORTUNITIES TOTALING OVER.                    $1,000,000.00

ID: 48108CTLE271-927456

JAN CUTLER

TRACKING

ISSUANCE        CONFIRMED

AMOUNT          VERIFIED

© ASP 2013

# CASH/PRIZE DOCUMENTATION RECORDS OFFICE

**URGENT TIME SENSITIVE**

Dear Jan Cutler,

We have confirmed that the cash/prize value shown above -- over $1,000,000.00 -- remains UNPAID. Most sweepstake disbursements are GUARANTEED to winners by independent sponsors.

Most importantly, Jan Cutler, you have been positively identified by agency computers and declared 100% **QUALIFIED** for complete receipt of all entry directives as recorded in the latest $1,000,000.00 (minimum) report for which **you are a GUARANTEED recipient**.

To ensure your **CONFIDENTIAL** priority processing, this may be the ONLY notice issued bearing your Account ID 48108CTLE271-927456, and issued in the name of Jan Cutler of Ann Arbor, Michigan.

Jan Cutler, to receive immediate dispatch of over $1,000,000.00 in cash and prize opportunities, **please do the following at once**:

1. COMPLETE enclosed Cash/Prize Data Release Form (ARC-A1).

2. SIGN and insert with **$12** processing fee in enclosed envelope.

3. MAIL immediately. All deadlines are rapidly approaching.

This may be your **FINAL NOTICE** regarding this Cash and Prize Report. You are already 100% **QUALIFIED**; however, failure to respond may CANCEL all cash & prize prospects. Please do not delay. Return the enclosed form today.

Sincerely,

*Michael Washington*

Michael Washington
Manager

P.S. Jan Cutler, keep this notice for your records. Return the bottom portion of the enclosed Cash/Prize Data Release form at once to receive the special report containing over $1,000,000.00 in Cash & Prize opportunities.

© ASP 2013

## RISK FREE GUARANTEE

If you are not 100% satisfied with our Publication, you can request a full refund for the most recent issue. You will be allowed to keep the publication compliments of American Sweepstakes Reporter. In addition, you can request a full refund for all future, unfilled publications already purchased.

American Sweepstakes Publishers is an independent publisher of sweepstakes news, edited for consumer convenience and economy, (saving subscribers time and expense of searching for, and purchasing publications and products as sources of current sweepstakes). Fee includes research, publishing and notification costs of information contained in the Sweepstakes Bulletin. Participants are instructed how to properly register with sponsors. ASP does not conduct sweepstakes promotions; and is not related to any of the companies or organizations it monitors; or endorse products or services of sponsoring companies or pay or guarantee prizes offered by them. Most of the offers listed require internet access, although we try to add as many mail-in offers as possible. The published information contains details on a selected number of current sweepstakes having a combined payout in the minimum amount specified on reverse. Most grand prizes range from $10,000 to $100,000. Retail value of prizes, odds of winning and all required terms and conditions are provided by the individual sponsors. NO PURCHASE IS NECESSARY to enter for a chance to win, or to receive any prize listed in the published information, and a purchase of any sponsoring company's product WILL NOT improve the chances of winning. Returned checks may be subject to electronic redeposit without further notice. Recovery fees as allowed by state law may be assessed and may be debited from your checking account. Customer Service can be contacted at (913) 338-0715.

## NOTIFICATION SYSTEM

Our mailing list is made available to companies whose products or services might be of interest to you. If you'd prefer to have your name withheld or no longer wish to receive our own mailings, please copy your name, mailing address and customer number exactly as it appears on our letters and mail to: ASP Mail Preference Service, P.O. Box 478, Bonner Springs, KS 66012-9998.

O7 BGR-6

OFFICIAL ASP FORM NO. ARC-A1
**RECORDED STATEMENT**

A.S.P., P.O. Box 12954, Kansas City, KS 66112

FILE NO. **ARC-A1**

# CASH/PRIZE SUMMARY REPORT

THE GUARANTEED MINIMUM CASH VALUE OF:

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* $1,000,000.00**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* ONE MILLION AND 00/100 DOLLARS \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**ISSUED TO**

JAN CUTLER

**DATA REPORT OF CASH/PRIZE
OPPORTUNITIES IN THE FULL AMOUNT
VALIDATED AND AUTHORIZED FOR**

**JAN CUTLER**

GUARANTEED ISSUANCE OF THE REPORT PENDING RECEIPT OF
COMPLETED FORM ARC-A1 BELOW WITH FEE AS INDICATED.
FAILURE TO RESPOND AS DIRECTED VOIDS ANY AND ALL OPPORTUNITIES.

*Michael Washington*
OFFICIAL SIGNATURE

## SUMMARY OF CASH/PRIZE REPORTS RELEASED:

| STATEMENT DATE | ACCOUNT IDENTIFIED | | TRACKING ID | |
|---|---|---|---|---|
| 07/18/16 | JAN CUTLER | | 48108CTLE271-927456 | |
| **REPORT FILE** | **PRIZE REPORT STATUS** | **REPORT ID** | **REQUESTED RETURN** | |
| ARC-A1 | GUARANTEED ISSUANCE | O7EF45 | WITHIN THE NEXT 7 DAYS | |

| REPORT ID | DOCUMENTED AWARD | REPORT ID | AMOUNT | REPORT ID | DOCUMENTED AWARD |
|---|---|---|---|---|---|
| SPONS6 10 13 | $68,115.00 | SPONS8 10 19 | $502,277.00 | SPONS9 10 10 | $50,000.00 |
| SPONS9 10 1 | $102,250.00 | SPONS6 10 4 | $55,000.00 | SPONS6 10 16 | $45,699.00 |
| SPONS7 10 23 | $1,000,000.00 | SPONS7 10 1 | $35,000.00 | SPONS8 10 22 | $33,050.00 |

**MINIMUM DOCUMENTED CASH/PRIZE OPPORTUNITIES AVAILABLE IF YOU ENTER AND WIN ⟶ $1,000,000.00**

AMERICAN SWEEPSTAKES PUBLISHERS (A.S.P.) IS AN INDEPENDENT SERVICE
ORGANIZATION THAT MONITORS SWEEPSTAKES PROMOTIONS AND NOTIFIES SUBSCRIBERS,
BY WAY OF PRIZE DATA REPORTS, AS TO THE AVAILABILITY OF SWEEPSTAKES
PROMOTIONS, INFORMATION REQUIRED TO ENTER, AND PRIZES FOR WHICH THEY
CAN ENTER FOR A CHANCE TO WIN. A.S.P. DOES NOT SPONSOR SWEEPSTAKES,
OR ENDORSE THE PRODUCTS OR GUARANTEE THE PRIZES WITHIN THE SWEEPSTAKES
PROMOTIONS THEMSELVES. INTERNET ACCESS REQUIRED FOR MOST SWEEPSTAKES.



*Nancy Ping*
OFFICIAL SIGNATURE

**◊ DETACH HERE - RETURN FORM BELOW AT ONCE ◊**

OFFICIAL ASP FORM NO. ARC-A1

# CASH/PRIZE DATA RELEASE

FILE NO. **ARC-A1**

O7EF45

GUARANTEED MINIMUM REPORT VALUE:

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* $1,000,000.00**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* ONE MILLION AND 00/100 DOLLARS \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

ISSUED TO

JAN CUTLER

| ACCOUNT ID | REQUESTED RETURN |
|---|---|
| 48108CTLE271-927456 | WITHIN THE NEXT 7 DAYS |

I authorize immediate release and delivery of **$1,000,000.00**
Cash/Prize Data Report to the address shown at left.
I have enclosed one-time **$12** processing fee by:

☐ **Cash** ☐ **Check** or ☐ **Money Order** payable to A.S.P.

*SIGN AND RETURN WITH FEE AT ONCE*



*Mike W. Walsh*
APPROVED FOR RELEASE

Signed: _____
Date: _____

**VOID WITHOUT FEE**

**MAIL NOW WITH FEE TO: A.S.P., P.O. BOX 12954, KANSAS CITY, KS  66112-2954**

PLACE
POSTAGE
HERE

ATTENTION RECEIVING OFFICE

NAME _____

ADDRESS _____

CITY _____ ST ____ ZIP _____

AMERICAN SWEEPSTAKES PUBLISHERS
DEPARTMENT OF PRIZE DATA INFORMATION
PO BOX 12954
KANSAS CITY, KS 66112-2954

• • OFFICE USE ONLY • •
AUTHORIZATION - PRIORITY PAPERS
____ CHECK HERE UPON RECEIPT)



PRESORTED
STANDARD
U.S. POSTAGE
**PAID**
KANSAS CITY, MO
PERMIT NO. 4280

KANSAS CITY, MO 64116

**CORRESPONDENCE IS PRIVATE AND CONFIDENTIAL**

**OPEN WITHOUT DELAY • RECORDED DOCUMENTS INSIDE**
CONTENTS SEALED FOR ADDRESSEE ONLY AND ARE NOT TRANSFERABLE

7 DAY REPLY REQUEST
Mailed From Executive Headquarters

**AMERICAN SWEEPSTAKES PUBLISHERS**
P.O. BOX 12954, KANSAS CITY, KS 66112

**PAPERS REQUIRE CAREFUL REVIEW**



INTEROFFICE ATTACHMENT AND INITIALING
I P A F No. 264-198

# OFFICIAL ACTIVATION DOCUMENT FOR NOMINEE ADVANCEMENT

**North American Award Center**
**Prize Headquarters – Capital Reserve VII**

FORM MANIFEST NO :
**G6-EF2**

DATE ___09/01/16___
PAGE NUMBER ___- 2 -___
SERIES ___Capital Reserve VII___
YEAR ___2016___
WINNERS' TERMS ___3 Cash Prizes___

**REGISTRATION MATTERS**
Individual Eligibility Confirmed With Reply For:

# CASH PRIZE COMPETITION
### Guaranteed Winners

JAN CUTLER



**Seal of Senior Director of Payments,**
**John Winstead**

## CASH AWARDS PENDING TO THE FINAL WINNERS
**Print Total Here For Official Validation:**

Identification No.: 48108CTLE271-928534

**PLEASE MAIL THIS ENTIRE PAGE!**

# $21,000.00
### TWENTY-ONE THOUSAND DOLLARS    *****$21,000.00 TWENTY-ONE THOUSAND*****

## PAYMENT 100% GUARANTEED TO THE WINNERS

### PREVIEW DECLARATION OF PRIZE PAYOUTS GUARANTEED PAYABLE TO WINNERS IN NEGOTIABLE FUNDS

| | | |
|---|---|---|
| RECORDED CANDIDATE: Jan Cutler | CASH PRIZES ENTERED ABOVE ARE CONFIRMED IN FULL FOR PAYMENT AS STATED TO  WINNERS | TAXES ON WINNERS' Checks ___None Withheld___ <br> RECEIVER CITY ___ANN ARBOR___ <br> RECEIVER STATE ___MICHIGAN___ <br> MANDATORY AGE ___18 or older___ |
| GRAND PRIZE FUNDS FOR WINNERS' DISBURSEMENT: **********$21,000.00 | 100% PAYMENT DUE TO WINNERS IN FULL AT CLOSE | |
| NUMBER OF PERSON(S) ELIGIBLE AS NOTED TO WIN THIS AMOUNT: [ 1 or more ] | | NO PRIZE DISBURSEMENTS IN THIS SERIES HAVE YET BEEN MADE. PAYMENT WILL BE SENT DIRECTLY TO WINNERS' LEGAL ADDRESS ON FILE AT CONCLUSION OF SKILL COMPETITION BY SPONSOR MANDATE. |

# IMPORTANT: THIS DOCUMENT HAS BEEN APPROVED BY THE FULL PRIZE COUNCIL.
### RESPONSE MANDATORY TO QUALIFY POSITION AS RECORDED CANDIDATE PLAYING FOR 3 PRIZES TOTALING $21,000.00!

Jan Cutler: Qualifying Puzzle Below MUST be Solved

Enclose Fee of $12. ▸ **CUSTOMER DISCOUNT ACTIVATED!**

*SEND ONLY $9! SAVE $3 NOW!*

**VOID** Without Fee

**QUALIFYING PUZZLE:**
Find the 3 numbers that total "10".

| 5 | 2 | 1 |
|---|---|---|
| 4 | 2 | 6 |
| 4 | 5 | 1 |

Print Total ___

**SAMPLE PUZZLE**
Sample
Total 10

| 3 | 6 | 3 |
|---|---|---|
| 2 | 2 | 4 |
| 6 | 2 | 1 |

REFERENCE ID NUMBER:
48108CTLE271-928534 G6-1A 21 N-U

**REGISTRATION INSTRUCTIONS:** Your Capital Reserve VII Qualifying Puzzle appears to the left. Simply draw a straight line across, up or down or from corner to corner through the three (3) Numbers that when added together equal 10.

**ENCLOSE DISCOUNTED REGISTRATION fee of $9.** Make the required fee payable to: NAAC
Indicate payment method: ☐ Cash   ☐ Check   ☐ Money Order

I have read and understand the enclosed Official Rules.

SIGNATURE ___X___

(A correct solution to the Qualifying Puzzle will GUARANTEE next-round advancement!)
- RETURN THIS ENTIRE PAGE TO -

© NAAC 2016

PX2, p.000014



**ELIGIBILITY VERIFIED – RECORDED BY JUDGES IN ATTENDANCE – DO NOT RE-DIRECT**

G6EF2/F

**North American Award Center**
**Prize Headquarters - Capital Reserve VII**
**1401 Armour Road**
**North Kansas City, MO 64116**

FILED CANDIDATE: **JAN CUTLER**
3-GRAND PRIZES: **\*\*\*$21,000.00 TOTAL TO WINNERS**

# $21,000.00
## TWENTY-ONE THOUSAND DOLLARS

OFFICIAL NOTICE OF GUARANTEED PAYMENTS
FOR DISBURSEMENT IN CASH FUNDS

NON-TRANSFERABLE CANDIDATE.

**JAN CUTLER**

*Please mail other page without delay!*

Identification No.: 48108CTLE271-928534

N.A.A.C. RECORDS
North Kansas City, MO

FORM CODE
ARCHIVED: 715-C6

CAPITAL RESERVE VII

GRAND PRIZES REGISTERED **$21,000.00** GRAND PRIZES REGISTERED

# ADVANCE NOTICE: CAPITAL RESERVE VII
# PRIZE GUARANTEE TO THE FINAL WINNERS

## OFFICIAL NOTIFICATION
### HIGHEST URGENCY
### REPLY REQUESTED

IN NOTIFICATION TO:
// **\*\*\* JAN CUTLER**
DATE: **September 01, 2016**
3-GAME TOTAL PAYMENT TO FINAL WINNERS: **$21,000.00**
EACH GAME GUARANTEED: **$7,000.00**

Winners' Cash Funds
To Be Paid By: ☑ Bank Checks ☑ Guaranteed Lump Sum

### CERTIFIED CASH PAYMENTS TRANSFER SUMMARY

| ELIGIBLE RECIPIENT | AWARD STATEMENT | CASH AMOUNT RECORDED |
| --- | --- | --- |
| G. Naykene | Paid In Full | $24,500.00 |
| H. Deng | Paid In Full | $25,666.00 |
| J. Ishmael | Paid In Full | $23,600.00 |
| M. Stordahl | Paid In Full | $26,000.00 |
| S. Schneider | Paid In Full | $25,966.65 |
| Jan Cutler | Awaiting Entry | **$21,000.00** TO THE WINNERS |

**TOTAL AWARD MONIES PAID TO DATE OVER $7,900,032.32**

GREAT NEWS **Jan Cutler** !

THIS ANNOUNCEMENT IS NOW COMPLETE AND ONE, TWO, THREE
**\*\*\*GRAND PRIZE CHECKS\*\*\*** FOR WINNERS' PAYMENT ARE NOW IN THE PRE-DRAFT STAGES FOR THE FULL
AMOUNT OF **$21,000.00** .

PLEASE COMPLETE ENTRY REQUIREMENTS AT ONCE REGISTERING YOUR PLAYER ID 48108CTLE271
AND CONFIRMING YOUR NOMINATION TO PLAY BY CORRECTLY SOLVING THE QUALIFYING PUZZLE PRESENTED
ON THE ACCOMPANYING DOCUMENT. WE NEED TO REVIEW THAT DOCUMENT WITHOUT DELAY!

We Wish To Further Inform: Jan Cutler

 APPROVED

Right now, Nothing can prevent you from activation of this certified opportunity to play to win **\*\*\*3-Games with GRAND PRIZE CASH\*\*\*** of **$21,000.00** for direct PAYMENT to the final winners. Please honor the deadline request by North American Award Center.

A requested reply is now so entered and stated here **Please Do Not Postpone Reply** .

### ALL PRIZES ARE AWARDED AS LUMP SUM CASH AWARDS AND DISTRIBUTED
### WITH NO SPENDING RESTRICTIONS AND NO TAXES WITHHELD BY SPONSOR.

You may wish to pay off bills, consolidate debt or credit card balances, buy a new car, take a vacation, use the money for savings or retirement — *it doesn't matter* — the Full CASH is unconditionally guaranteed to winners and may be spent with complete discretion. However, you must qualify to play by registering now. Due to the amount of money at stake in this competition, NAAC Prize Judges will accept only a mailed response. Please complete and mail the accompanying Document today. A correct solution will ensure that you immediately advance to the next round with the opportunity to advance **all the way** for the guaranteed 3-Game Prize Money!

SIGNED BY: *John Winstead*

© NAAC 2016

## GUARANTEE OF SATISFACTION

North American Award Center, offers you the opportunity for thrilling financial rewards PLUS challenging fun and excitement. If you are not completely satisfied with our game competition – for any reason – send us a letter and take advantage of our liberal refund policy as described more fully in the Official Rules. No reasons or explanations are necessary. There are NO STRINGS ATTACHED and our RISK FREE GUARANTEE is valid with any of our existing contests.

# OFFICIAL RULES
## Capital Reserve VII Contest
(Game 1, Game 2, Game 3)

1. You must be 18 years or older to participate. Sponsors and their families are not eligible. Contestants and any of their family members (related by marriage or otherwise), who aggregate $20,000.00 or more (or local currency equivalent) in lifetime winnings from North American Award Center, or its affiliates, including Opportunities Unlimited Publications, Inc., at the time prizes are determined in this contest are not eligible to win. Prizes in this contest of skill are subject to all federal, state, and local regulations and taxes. We are not responsible for lost, stolen, or delayed mail. Void where prohibited.

2. Capital Reserve VII is not a sweepstakes or lottery. It is a contest of skill involving no luck or chance. Correctly solve the Qualifying Puzzle to be eligible to play all three Games. This contest consists of three games plus tiebreakers requiring contestants to successfully use math skills. The initial tiebreakers utilize math skills similar to those in the original Capital Reserve VII Qualifying Puzzle. The second tiebreakers will attempt to narrow the playing field further to the top scoring contestants. The third tiebreakers (and any subsequent tiebreakers that may be necessary), will be increasingly difficult, and require greater levels of math skills, in much larger puzzle grids, with a difficulty level designed to determine the final winners. Customers may request sample tiebreakers at any stage in the competition before proceeding to the next stage. Photocopies and faxes will not be accepted for Tiebreaker entries.

3. **Required And Optional Fees:** The prize in each game is $7,000.00, and the maximum cost to compete in all three games for $21,000.00 USD is $20 plus 2 possible tiebreaker handling charges of $5 each per game (total $50 USD plus appropriate first class postage to return ten reply forms). **Fee discounts may be offered.** In some states, lower tiebreaker fees may apply. Returned checks may be subject to electronic redeposit without further notice. Recovery fees as allowed by state law may be assessed and may be debited from your checking account. No additional fees are required. At two later points in the contest, you may be given up to two opportunities to compete for optional bonus cash prizes; on your first tiebreaker for each game and on your second tiebreaker for each game. These Bonus Cash Prizes will be added to the Grand Prize for each game. Bonus fees range from $10 to $45, depending on the additional bonus prize amount you may select. Maximum cost to play for all advertised prizes in all games totaling $40,500.00 USD is $260 USD plus appropriate first class postage to return ten reply forms. Payment of the bonus fees, and playing for bonus prizes are optional and will not affect your present opportunity to win or share a Grand Prize. Bonus prizes are applicable only to the Grand Prize winners. In the event of a tie for bonus prize money, the bonus prize will be divided per capita by those winners who have submitted winning bonus entries. Only bonus participants will share in bonus prizes. In some countries including United Kingdom, Australia, Canada, New Zealand and South Africa, prizes and fees have been converted from US Dollars to local currency using the exchange rate calculated at the start date of the contest. Prizes may be awarded in US Dollars equivalent to the local currency prize amount advertised.

4. **Estimated Number of Contestants:** Approximately 100,000 contestants are anticipated. Of those, about 91% (91,000) are expected to correctly solve the Qualification Puzzle and receive up to three successive Tiebreakers for each of the three games. About 13% (13,000) are expected to submit highest scoring initial tiebreakers; less than 1% (1,000) of those entering are expected to submit highest scoring second tiebreakers, and the third or fourth tiebreakers will determine the final winners. A correct solution at each stage will advance you to the next exciting round of each game.

5. Sponsor reserves the right to determine the number of tiebreakers, not to exceed four per game. The final tiebreakers in each game will be much more difficult. If two or more winning entries are tied after the final tiebreaker, prizes will be shared per capita by winners. Contestants may play multiple times to improve tiebreaker scores. However, Sponsor reserves the right to limit the number of entries any individual contestant may submit. Winners will receive, in addition to their prizes, double the amount of their original entry fees, including any bonus or tiebreaker fees, for each multiple winning entry submitted. Sponsor anticipates that less than 5% of entry fees will be distributed in prizes. One Grand Prize will be awarded in each game and could be shared with other contestants. All payments to winners are lump sum cash payments.

6. Different versions of this offer may be tested and used, including fee and graphic presentations. Puzzle solutions found to be created in part or in whole by collusion, or solutions submitted by proxy or via fictitious identities will be disqualified. No entrants will be accepted after **July 15, 2017**; winners and prizes will be determined by **January 15, 2018**. There will be a 30-day rejudge period following the prize determination date, and winners will be paid within 60 days thereof on **April 15, 2018**. Entries received after **July 15, 2017**, will automatically be entered in a subsequent, similar contest.

7. Liability for judging errors is limited to a complete refund of entry fees paid plus postage. If a contestant suspects a judging error, he or she must notify sponsor in writing within 30 days of the prize determination date. No adjustments will be made after prizes have been paid. Winners are determined on the basis of correct and top-scoring answers to tiebreakers. Most tiebreakers are judged by computer programs; remaining tiebreakers require manual judging. All winning tiebreakers are hand-verified by qualified judges who are employed by sponsor, and who have been trained by sponsor in computer judging programs and/or manual verification procedures. Submission of your entry constitutes acceptance of all contest rules. Decisions of the Judges are final. South Africa residents warrant that in effecting payment of any competition participation fees, they have complied in all respects with the exchange control regulations.

8. The Unconditional Guarantee of Satisfaction is applicable to registered contestants in any open contest prior to being notified of an incorrect entry.

9. A winners list is available after contest prize determination date by sending $1 and a self-addressed envelope to Capital Reserve VII Winners List, 1401 Armour Road, North Kansas City, MO 64116 USA. All final tiebreaker respondents in each game will automatically be mailed a winners list. Winners agree, without further compensation, to supply North American Award Center, with their photograph and to allow unlimited promotional use of their name and likeness.

10. Questions? Send all correspondence to North American Award Center, Capital Reserve VII, 1401 Armour Road, P.O. Box 219250, Kansas City, MO 64121-9250 USA. Detailed tiebreaker rules, previous winners lists and samples of tiebreakers from other contests, which illustrate the level of difficulty, may be obtained in advance of entry by contacting Customer Service at (816) 842-5510. Customer Service hours: 8:00 a.m.-3:00 p.m., Central Time. **Please keep these Official Rules with your other important papers.**

## NOTIFICATION SYSTEM

We make our mailing and email lists available to companies whose products or services might be of interest to you. If you would prefer to have your name withheld, or no longer wish to receive correspondence from us, please copy your name, mailing address, and account number exactly as they appear on our letters. Please also include your email address if you wish to opt-out of any future correspondence via the Internet. Specify (a) do not release my name to other companies or (b) remove my name from your mailing list or (c) remove my email address or (d) all of the above. Mail to: Notification System, NAAC Mail Preference Service, P.O. Box 219637, Kansas City, MO 64121-9637 USA

North American Award Center does not permit telemarketing to its mailing list.

PLACE
POSTAGE
HERE

PRINT RETURN ADDRESS:

AWARD PROCESSING CENTER
1401 ARMOUR ROAD
PO BOX 219134
KANSAS CITY, MO 64121-9134



**IMPORTANT MESSAGE FOR ADDRESSEE**

*Cash Connection VI*
*A Skill Competition*

**EXPRESS Courier**
RUSH DELIVERY LETTER • RUSH DELIVERY LETTER

**TO:**

NAME   **Jan Cutler**

DELIVERY ADDRESS

| | |
|---|---|
| ACCOUNT NO | **P6** |
| **48108CTLE271** | **ST**   **P6EF1** |
| FROM | |
| **Emil Atherton** | |
| STREET ADDRESS (P.O. BOX IF APPLICABLE) | |
| **1401 Armour Road** | |
| CITY    STATE    ZIP | |
| **North Kansas City MO   64116** | |

*These Services have been performed as a direct benefit of this correspondence:*

☑ Enclosed correspondence is personal and confidential and concerns a time-sensitive Financial Matter

☑ Mailing Time Monitored
☑ Tracking Enabled
☑ Recipient Address Confirmed

**RESPOND PROMPTLY: TIME-SENSITIVE DOCUMENTS ENCLOSED**

1. **MISSING DOCUMENT ALERT!**

   **PLEASE READ THIS LETTER CAREFULLY. A Mistake may have been made on your Account and your Status could be in Jeopardy. Immediate Action is Requested.** We have already paid over **SEVEN MILLION DOLLARS** to Winners. This is Formal Notice of Your Eligibility to play to win. If you do not reply promptly, you may not hear from us again - and below you will find out why.

   **A letter was previously sent and despite our effort, we have not recently received a valid Registration from you.** Our Prize Director has asked that we make this **Important Direct Contact** before we suspend further action on your behalf, and thereby place your account in our **"Inactive/Ineligible Prize Candidate"** File.

   **Do not set this letter aside. This may be your Final Notice, Jan Cutler.** If you fail to complete the Registration section below, Your Candidacy to play to Win the **$15,000.00** Grand Prize could be withdrawn and your Name placed on a **List of Disqualified Prospects.** To maintain your eligibility, correctly answer the Qualification Question below, enclose your discounted **$9** registration fee, and you will immediately advance to the next round! This is a serious matter and a significant amount of money is at stake. Winners will receive checks that are 100% Guaranteed. There are no restrictions and we will withhold no taxes.

2. **Cash Connection VI Recipient Disposition Papers**

   The candidate, Jan Cutler, has been positively identified bearing the exclusive identification number:

   **48108CTLE271-927667 O-U P61A-1-3**

   You are advised of Full Awards Availability. Consult the enclosed page [P6EF1B] for Final Instructions.

   **P6EF1A**

3. **Cash Connection VI Registration Section - P6EF1A**    *Send only $9 - SAVE $3 now!*

   Review this letter in its entirety. Complete this green section and return this entire page along with your **$12 registration fee**. Mail to: Entertainment Award Center (EAC), PO Box 219134, Kansas City, MO 64121-9134

   **Jan Cutler, Here is Your Qualifying Question:**

   ▶ **Enclose discounted $9 registration fee payable via:**
   ☐ Cash ☐ Check ☐ Money Order
   (Please make check/money order payable to: EAC)

   You find a Treasure Chest stuffed with $695,200 in currency and $89.395 in gold coins.
   *How much money in total did you find?*

   Check only one >>   ☐ **$784,595**   ☐ **$884,695**

   This Document has been exclusively prepared for the Signature and Registration of ***Jan Cutler***. Submit a correct answer to the Qualifying Question to guarantee your advancement to the next round!

   **48108CTLE271-927667 O-U P61A-13**

   I have read and understand the enclosed Official Rules.

   ▶ _____
   JAN CUTLER - PRINT NAME

   X _____
   JAN CUTLER - SIGNATURE     DATE

   *Emil Atherton*
   AUTHORIZED AGENT - PRINT NAME

   *Emil Atherton*    07 / 25 / 16
   AUTHORIZED AGENT - SIGNATURE    DATE

   **RETURN THIS ENTIRE PAGE**

   © EAC 2016



**Cash Connection VI Prize Competition**
Entertainment Award Center

> **Keep this Page for your Records**

# Cash Connection VI Official Registration

## (Form P6EF1B)

## Instructions for Cash Connection VI $15,000.00 Play Eligibility Acceptance

You have received this Instruction Statement because Prize Directors have confirmed and are on record regarding your Full Opportunity to play for the Money: a **$15,000.00** Grand Prize.

 Have no doubt that this information is true and accurate as all awards in the Cash Connection VI skill competition are guaranteed to be paid in full.

You are asked now to quickly complete and return the preceding Document which has been prepared for You.

 As a Special-Matter, Your Account will now be handled by the Prize and Payments Office which audits all Prize Entrant Files and determines the final winners, amount of winnings and payment date of Winners' Prize Checks. This Notice confirms Your ability to play – but your registration must be received without further delay. Please mail your response promptly.

### Prize Announcements Paid and Pending

**// IMPORTANT:** Jan Cutler, you could raise the prizes paid to well over $7,872,532 if you become the Cash Connection VI 1st Place Winner! Prize checks are <u>GUARANTEED</u> to be issued to final Winners! Please act at once in accordance with the Final Instructions below.

| ENTRY ELIGIBILITY FOR FULL AWARD | SERIES | CODE | MAXIMUM TOTAL PRIZES | STATUS |
|---|---|---|---|---|
| Jan Cutler | G4 NAA | 000000000000 | ~~$29,000.00~~ | PAID TO SOMEONE ELSE |
| Jan Cutler | P6 EAC | 000004/15/17 | $26,000.00 | ACTIVE / PLAY TO WIN |
| Jan Cutler | F5 NAA | 000008/15/16 | $28,500.00 | ACTIVE / PLAY TO WIN |
| Jan Cutler | Q4 OPP | 000000000000 | $30,544.00 | PAID TO SOMEONE ELSE |
| Jan Cutler | K3 OPP | 000000000000 | $23,050.00 | PAID TO SOMEONE ELSE |
| Jan Cutler | H6 OPP | 000011/15/16 | $26,000.00 | ACTIVE / PLAY TO WIN |
| Jan Cutler | X7 OPP | 000012/31/16 | $22,000.00 | ACTIVE / PLAY TO WIN |
| Jan Cutler | X5 OPP | 000000000000 | $30,940.00 | PAID TO SOMEONE ELSE |
| Jan Cutler | B6 OPP | 000001/15/17 | $31,000.00 | ACTIVE / PLAY TO WIN |
| Jan Cutler | Q6 EAC | 000002/15/17 | $26,000.00 | ACTIVE / PLAY TO WIN |
| Jan Cutler | B3 OPP | 000000000000 | $23,500.00 | PAID TO SOMEONE ELSE |

### Jan Cutler: Total Active & Available Amount - $159,500.00

**1401 ARMOUR ROAD**
**NORTH KANSAS CITY MO 64118**

## $7,872,532 Already Paid

## $159,500.00 Maximum Now Active for Payment

# Final Instructions

Note: To formalize your eligibility to play for the sum in question, (**$15,000.00**), you are required to correctly answer the Qualifying Question you will find on the preceding Form P6EF1A.

**FINAL INSTRUCTIONS FOR Jan Cutler:**

1) **Complete Form P6EF1A, enclosed.**

2) **Correctly answer the Qualifying Question to guarantee next round advancement.**

3) **Enclose a discounted Registration fee of only $9. [VOID WITHOUT FEE]**

4) **Mail preceding page immediately - Do not delay!**



## GUARANTEE OF SATISFACTION

Entertainment Award Center, offers you the opportunity for thrilling financial rewards PLUS challenging fun and excitement. If you are not completely satisfied with our game competition – for any reason – please send us a letter and take advantage of our liberal refund policy as described more fully in the Official Rules. No reasons or explanations are necessary. There are NO STRINGS ATTACHED and our RISK FREE GUARANTEE is valid with any of our existing contests.

# OFFICIAL RULES
## Cash Connection VI

1. You must be 18 years or older to participate. Sponsors and their families are not eligible. Contestants and any of their family members (related by marriage or otherwise) who aggregate $20,000.00 or more (or local currency equivalent) in lifetime winnings from Entertainment Award Center, or its affiliates, including Opportunities Unlimited Publications, Inc. and North American Award Center, at the time prizes are determined in this contest are not eligible to win. Prizes in this contest of skill are subject to all federal, state, and local regulations and taxes. We are not responsible for lost, stolen, or delayed mail. Void where prohibited.

2. Cash Connection VI is not a sweepstakes or lottery. It is a contest of skill involving no luck or chance. This contest consists of your initial entry plus Tiebreakers, requiring contestants to successfully use math skills. The Grand Prize is $15,000.00. The maximum cost to compete for the Grand Prize is $20 USD plus up to two Tiebreaker handling charges of $5 each (total $30 USD plus appropriate first class postage to return four reply forms). In some states, lower tiebreaker fees may apply. Any subsequent tiebreakers are free. Returned checks may be subject to electronic redeposit without further notice. Recovery fees as allowed by state law may be assessed and may be debited from your checking account. No additional fees are required. **Fee discounts may be offered.** International fees may be higher, depending on currency conversion rates.

3. **Estimated Number of Contestants:** Approximately 40,000 contestants are anticipated. 89% (35,600) are expected to correctly answer the Qualification Question and receive up to four successive Tiebreakers. We anticipate that about 26% of those entering (10,400) will return the correct solution to the Tiebreaker I, less than 1% (400) to the Tiebreaker II, and that the Tiebreaker III will determine winners. Sponsor reserves the right to determine the number of Tiebreakers, not to exceed four. The final Tiebreaker will be much more difficult. Photocopies and faxes will not be accepted for Tiebreaker and Bonus entries. If two or more winning entries are tied after the final Tiebreaker, prizes will be shared per capita by winners. Contestants may play multiple times to improve Tiebreaker scores. However, Sponsor reserves the right to limit the number of entries any individual contestant may submit. Winners will receive, in addition to their prize, double the amount of their original entry fees, including any bonus and tiebreaker fees, for each multiple winning entry submitted. One Grand Prize will be awarded, and could be shared with other contestants. Sponsor anticipates that less than 5% of entry fees will be distributed in prizes.

4. The Tiebreaker I is similar in concept to the original Cash Connection VI Contest Qualification Question, and it will utilize similar, slightly more challenging math skills. The Tiebreaker II will attempt to narrow the playing field to the top-scoring contestants. The Tiebreaker III (and any subsequent Tiebreaker that may be necessary) will be increasingly difficult and require greater math skills, in a much larger puzzle grid, with a difficulty level designed to determine the final winners. A correct solution at each stage will advance you to the next exciting round. Customers may request sample Tiebreakers at any stage in the competition before proceeding to the next stage.

5. Different versions of this offer may be tested and used, including fee and graphic presentations. Puzzle solutions found to be created in part or in whole by collusion, and/or solutions submitted by proxy or via fictitious identities will be disqualified. No entrants will be accepted for this contest after **April 15, 2017;** winners and prizes will be determined by **October 15, 2017.** There will be an 30-day rejudge period following the prize determination date, and winners will be paid within 60 days thereof. Entries received after **April 15, 2017,** will automatically be entered in a subsequent, similar contest. Scheduled Prize Pay date is **January 13, 2018.**

6. At three later points in the contest, you may be given up to three opportunities to compete for optional bonus cash prizes: on your first Tiebreaker, on a separate bonus mailing, and on your second Tiebreaker. These Bonus Cash Prizes will be added to the Grand Prize. Bonus Cash fees range from $10 to $45, depending on the additional bonus prize amount you may select. Maximum cost to play for the Grand Prize and all Bonus Cash Options advertised is $155 plus appropriate first class postage to return four reply forms. **Fee discounts may apply.** Payment of the bonus cash fees, and playing for bonus cash are optional, and will not affect your present opportunity to win or share a Grand Prize. Bonus Prizes are applicable only to the Grand Prize Winner. In the event of a tie for Bonus Prize Money, Bonus Cash will be divided per capita by those winners who have submitted winning bonus entries; only Bonus Participants will share in bonus prizes. In some countries including United Kingdom, Australia, Canada, New Zealand and South Africa, prizes and fees have been converted from US Dollars to local currency using the exchange rate calculated at the start date of the contest. Prizes may be awarded in US Dollars equivalent to the local currency prize amount advertised.

7. Liability for judging errors is limited to a complete refund of entry fees paid plus postage. If a contestant suspects a judging error, he or she must notify sponsor in writing within 30 days of the Prize determination date. No adjustments will be made after prizes have been paid. Winners are determined on the basis of correct and top-scoring answers to Tiebreakers. Most Tiebreakers are judged by computer programs; remaining Tiebreakers require manual judging. All winning Tiebreakers are hand-verified by qualified Judges who are employed by Sponsor, and who have been trained by Sponsor in computer judging programs and/or manual verification procedures. All payments to winners are lump sum cash payments. Submission of your entry constitutes acceptance of all contest rules. Decisions of the Judges are final. South Africa Residents warrant that in effecting payment of any competition participation fees, they have complied in all respects with the exchange control regulations.

8. A Winners List is available after contest prize award date by sending $1 and a self-addressed envelope to Cash Connection VI - Winners List, 1401 Armour Road, N. Kansas City, MO 64116 USA. All final Tiebreaker respondents will automatically be mailed a Winners List. Winners agree, without further compensation, to supply Entertainment Award Center, with their photograph and to allow unlimited promotional use of their name and likeness.

9. The Unconditional Guarantee of Satisfaction is applicable to registered contestants in any open contest prior to being notified of an incorrect entry.

10. Questions? Send all correspondence to Entertainment Award Center, Cash Connection VI, P.O. Box 219250, 1401 Armour Road, Kansas City, MO 64121-9250 USA. Detailed Tiebreaker rules, previous winners lists, and samples of Tiebreakers from other contests, which illustrate the level of difficulty, may be obtained in advance of entry by contacting Customer Service at (816) 842-5510. Customer Service hours: 8:00 a.m. – 3:00 p.m., Central Time. Please keep these official rules with your other important papers.

## NOTIFICATION SYSTEM

We make our mailing and email lists available to companies whose products or services might be of interest to you. If you would prefer to have your name withheld, or no longer wish to receive correspondence from us, please copy your name, mailing address, and account number exactly as they appear on our letters. Please also include your email address if you wish to opt-out of any future correspondence via the Internet. Specify (a) do not release my name and email address to other companies or (b) remove my name from your mailing list or (c) remove my email address or (d) all of the above. Mail to: Notification System, EAC Mail Preference Service, P.O. Box 219637, Kansas City, MO 64121-9637 USA

Entertainment Award Center does not permit telemarketing to its mailing list.

PLACE
POSTAGE
HERE

PRINT RETURN ADDRESS:

AWARD PROCESSING CENTER
1401 ARMOUR ROAD
PO BOX 219134
KANSAS CITY, MO 64121-9134

Entertainment Award Center (EAC)
International Judging
1401 ARMOUR ROAD
NORTH KANSAS CITY, MISSOURI 64116

REGISTRATION AND COMPLETION MATTERS

EN-197-FC

U.S. POSTAGE
**PAID**
KANSAS CITY, MO
PERMIT NO. 4280

PRESORTED FIRST CLASS

VERY IMPORTANT!

## CASH TRANSFER AWARD - CANDIDATE NOTICE

PLAY A PRIZE COMPETITION

# ATTEMPT TO LOCATE FOR THE
# CASH TRANSFER AWARD·VI CONTEST

R5EF3-F

ACCOUNTID: 48108CTLE271-314810

JAN CUTLER

# OVER
# $7,000,000.00+

\*\*\*SEVEN MILLION DOLLARS \*\*\*
PAID

**Your Name definitely appears below confirming our intent to Locate You and Advise of Your Candidacy to play to Win a $15,000.00 1st Place Prize.**

CONSULT SECTION BELOW IMMEDIATELY FOR INSTRUCTIONS.

1. DEADLINES are in effect. Do not delay your response as Someone will certainly be issued the **$15,000.00 1st Prize Check.**

2. As Treasurer of Record, I can Immediately Certify your Opportunity to play for the **$15,000.00** Prize.

3. Proceed to the next page now. This is a **Time-Sensitive Notice** that requires your attention. Contingent upon your valid Qualifying entry and if you are officially determined to be the final round winner, you shall be awarded the sum of **$15,000.00**.

CERTIFICATION PROVIDED ON      **AUGUST 02, 2016**

By  **Arthur T. Lee, TREASURER**

RETURN/POSTAL ADDRESS
INTERNATIONAL AWARD PAYMENT CENTER
PO BOX 219620
KANSAS CITY, MO 64121-9620

*Regard this letter as a Notice of Intent to Award a Cash Prize to final Winner!*

Ref No. **R5**

FORM No. **EF3**

### NOTICE OF ATTEMPT TO LOCATE CONTESTANTS

**AUGUST** Year 20 **16**

### CASH TRANSFER AWARD

**DIRECTORS OF THE PRIZE COUNCIL**
have identified

Jan Cutler
of
Ann Arbor Michigan

As Nominated Candidate to play for a Cash Prize Including

1st Prize  **$15,000.00**

Optional Bonus Prizes  **$11,000.00**
Submit a correct answer to the Qualification Question - and YOU could Play to increase the **$15,000.00** Grand Prize!

*Arthur Lee*

Code 48108CTLE271-314810

PRIZE ANNOUNCEMENTS : Awards Paid and Pending

| NAME | CASH PRIZE | CANDIDATE STATUS |
|------|-----------|------------------|
| A. Minor | $15,500.00 | PAID-IN-FULL |
| J. Anderson | $17,199.15 | PAID-IN-FULL |
| ▓▓▓▓▓▓▓▓▓▓ | $15,000.00 | Declined |
| T. Samuels | $10,500.00 | PAID-IN-FULL |
| B. Press | $15,500.00 | PAID-IN-FULL |
| Jan Cutler | $15,000.00 | \*\*Will YOU be Next to Win?\*\* |

© IAPC 2015

**GUARANTEE OF SATISFACTION**

International Award Payment Center, offers you the opportunity for thrilling financial rewards PLUS challenging fun and excitement. If you are not completely satisfied with our game competition – for any reason – please send us a letter and take advantage of our liberal refund policy as described more fully in the Official Rules. No reasons or explanations are necessary. There are NO STRINGS ATTACHED and our RISK FREE GUARANTEE is valid with any of our existing contests.

# OFFICIAL RULES
## Cash Transfer Award VI Contest

1. You must be 18 years or older to participate. Sponsors and their families are not eligible. Contestants and any of their family members (related by marriage or otherwise) who aggregate $20,000.00 or more (or local currency equivalent) in lifetime winnings from International Award Payment Center, or its affiliates, at the time prizes are determined in this contest are not eligible to win. Prizes in this contest of skill are subject to all federal, state, and local regulations and taxes. We are not responsible for lost, stolen, or delayed mail. Void where prohibited.

2. Cash Transfer Award VI is not a sweepstakes or lottery. It is a contest of skill involving no luck or chance. This contest consists of your initial entry plus Tiebreakers, requiring contestants to successfully use math skills. The Grand Prize is $15,000.00. The maximum cost to compete for the Grand Prize is $20 plus up to two Tiebreaker handling charges of $5 each (total $30 USD plus appropriate first class postage to return four reply forms). In some states, lower tiebreaker fees may apply. Any subsequent tiebreakers are free. Returned checks may be subject to electronic redeposit without further notice. Recovery fees as allowed by state law may be assessed and may be debited from your checking account. No additional fees are required. **Fee discounts may be offered.** International fees may be higher, depending on currency conversion rates.

3. **Estimated Number of Contestants:** Approximately 48,000 contestants are anticipated. 84% (40,320) are expected to correctly answer the Qualification Question and receive up to four successive Tiebreakers. We anticipate that about 22% of those entering (10,560) will return the correct answer to the Tiebreaker I, that about 1% (480) to the Tiebreaker II, and that the Tiebreaker III will determine winners. Sponsor reserves the right to determine the number of Tiebreakers, not to exceed four. The final Tiebreaker will be much more difficult. Photocopies and faxes will not be accepted for Tiebreaker and Bonus entries. If two or more winning entries are tied after the final Tiebreaker, prizes will be shared per capita by winners. Contestants may play multiple times to improve Tiebreaker scores. However, Sponsor reserves the right to limit the number of entries any individual contestant may submit. Winners will receive, in addition to their prize, double the amount of their original entry fees, including any bonus and tiebreaker fees, for each multiple winning entry submitted. One Grand Prize will be awarded, and could be shared with other contestants. Sponsor anticipates that less than 5% of entry fees will be distributed in prizes.

4. The Tiebreaker I is similar in concept to the original Cash Transfer Award VI Contest Qualification Question, and it will utilize similar, slightly more challenging math skills. The Tiebreaker II will attempt to narrow the playing field to the top-scoring contestants. The Tiebreaker III (and any subsequent Tiebreaker that may be necessary) will be increasingly difficult and require greater math skills, in a much larger puzzle grid, with a difficulty level designed to determine the final winners. A correct solution at each stage will advance you to the next exciting round. Customers may request sample Tiebreakers at any stage in the competition before proceeding to the next stage.

5. Different versions of this offer may be tested and used, including fee and graphic presentations. Puzzle solutions found to be created in part or in whole by collusion, and/or solutions submitted by proxy or via fictitious identities will be disqualified. No entrants will be accepted for this contest after **September 15, 2016;** winners and prizes will be determined by **March 15, 2017.** There will be a 30-day rejudge period following the prize determination date, and winners will be paid within 60 days thereof. Entries received after **September 15, 2016,** will automatically be entered in a subsequent, similar contest. Scheduled Prize Pay date is **June 13, 2017.**

6. At three later points in the contest, you may be given up to three opportunities to compete for optional bonus cash prizes: on your first Tiebreaker, on a separate bonus mailing, and on your second Tiebreaker. These Bonus Cash Prizes will be added to the Grand Prize. Bonus Cash fees range from $10 to $45, depending on the additional bonus prize amount you may select. Maximum cost to play for the Grand Prize and all Bonus Cash Options advertised is $155 plus appropriate first class postage to return four reply forms. **Fee discounts may apply.** Payment of the bonus cash fees, and playing for bonus cash are optional, and will not affect your present opportunity to win or share a Grand Prize. Bonus Prizes are applicable only to the Grand Prize Winner. In the event of a tie for Bonus Prize Money, Bonus Cash will be divided per capita by those winners who have submitted winning bonus entries; only Bonus Participants will share in bonus prizes. In some countries including United Kingdom, Australia, Canada, New Zealand and South Africa, prizes and fees have been converted from US Dollars to local currency using the exchange rate calculated at the start date of the contest. Prizes may be awarded in US Dollars equivalent to the local currency prize amount advertised.

7. Liability for judging errors is limited to a complete refund of entry fees paid plus postage. If a contestant suspects a judging error, he or she must notify sponsor in writing within 30 days of the Prize determination date. No adjustments will be made after prizes have been paid. Winners are determined on the basis of correct and top-scoring answers to Tiebreakers. Most Tiebreakers are judged by computer programs; remaining Tiebreakers require manual judging. All winning Tiebreakers are hand-verified by qualified Judges who are employed by Sponsor, and who have been trained by Sponsor in computer judging programs and/or manual verification procedures. All payments to winners are lump sum cash payments. Submission of your entry constitutes acceptance of all contest rules. Decisions of the Judges are final. South Africa Residents warrant that in effecting payment of any competition participation fees, they have complied in all respects with the exchange control regulations.

8. A Winners List is available after contest prize award date by sending $1 and a self-addressed envelope to Cash Transfer Award VI Winners List, 1401 Armour Road, N. Kansas City, MO 64116 USA. All final Tiebreaker respondents will automatically be mailed a Winners List. Winners agree, without further compensation, to supply International Award Payment Center, with their photograph and to allow unlimited promotional use of their name and likeness.

9. The Unconditional Guarantee of Satisfaction is applicable to registered contestants in any open contest prior to being notified of an incorrect entry.

10. Questions? Send all correspondence to International Award Payment Center, Cash Transfer Award VI, P.O. Box 219909, 1401 Armour Road, Kansas City, MO 64121-9909 USA. Detailed Tiebreaker rules, previous winners lists, and samples of Tiebreakers from other contests, which illustrate the level of difficulty, may be obtained in advance of entry by contacting Customer Service at (816) 842-4559. Customer Service hours: 8:00 a.m. – 3:00 p.m., Central Time.–Please keep these Official Rules with your other important papers.

**NOTIFICATION SYSTEM**

We make our mailing and email lists available to companies whose products or services might be of interest to you. If you would prefer to have your name withheld, or no longer wish to receive correspondence from us, please copy your name, mailing address, and account number exactly as they appear on our letters. Please also include your email address if you wish to optout of any future correspondence via the Internet. Specify (a) do not release my name and email address to other companies or (b) remove my name from your mailing list or (c) remove my email address or (d) all of the above. Mail to: Notification System, IAPC Mail Preference Service, P.O. Box 219637, Kansas City, MO 64121-9637 USA

International Award Payment Center does not permit telemarketing to its mailing list.

# CASH TRANSFER AWARD - CANDIDATE NOTICE

### PLAY A PRIZE COMPETITION

R5EF3

| | |
|---|---|
| X CANDIDATE CONTACTED | ___ VERBAL RESPONSE REQUIRED |
| X NAME AND ADDRESS VERIFICATION COMPLETED | X MAILED RESPONSE REQUIRED |
| ___ FINAL LOCATION ATTEMPT | ___ NO RESPONSE REQUIRED |

**NOTIFICATION REPRESENTATIVE:** MARY KELLEY

**COMMENTS:** *I am eagerly awaiting your response!*

**Preferred Customer Discount Activated!**

Certificate No. **R5EF3**

Date of Issuance **August 02, 2016**

## ACTUAL PAPERS OF REGISTRATION
### CASH TRANSFER AWARD VI PRIZE COMPETITION

*Jan Cutler —*

As Treasurer, my highest priority will be the swift and secure dispatch of All Money Prizes to final Cash Transfer Award VI Winner. The Grand Prize Winner will pocket **$15,000.00**, but **all Qualified Candidates** will have the personal option of increasing the 1st Prize to over **$20,000.00!**

Jan Cutler, if you can correctly answer the Cash Transfer Award VI Qualifying Question below, **and have the winning entry in the final round,** your quest for cash could end with delivery of a

**$15,000.00 Grand Prize to your Home in Ann Arbor.**

Begin now by completing the important Registration below. Submit a correct answer to the Qualifying Question and I will **guarantee** your advancement to the next round! **Enclose your $12 registration fee, and mail today!**

Send only $9!

Witness my Signature and Official Seal on August 02, 2016
ARTHUR T. LEE - Treasurer

**Detach and Return Bottom Section** By *Arthur Lee.*

© IAPC 2015

O R I G I N A L

---

## CASH TRANSFER **AWARD VI** Contest Registration [Return Section]

**FORM EF3-R5**

| INITIAL | I confirm that I, **JAN CUTLER**, am a Valid Candidate of Record residing at |
|---|---|
| INITIAL | **ANSWER THE QUALIFICATION QUESTION:** A wealthy international businessman has decided to give away $60,600,500 and you have won 10% in an exciting drawing. *HOW MUCH would you claim as your share?* ☐ $606,050 /or/ ☐ $6,060,050 |
| INITIAL | **ENCLOSE THE DISCOUNTED REGISTRATION FEE (REQUIRED):** For filing and administrative purposes, please return this completed response form along with $9 to: International Award Payment Center (IAPC), PO Box 219620, Kansas City, MO 64121-9620 |

**SIGN NAME HERE:**

I have read and understand the enclosed Official Rules. **X**

**METHOD OF PAYMENT ENCLOSED:** Make Check/Money Order Payable to: IAPC
☐ Cash ☐ Check ☐ Money Order

R5 - EF3
[C-U]



**PRIZE AUDIT OFFICES**
INTERNATIONAL AWARD PAYMENT CENTER
1401 ARMOUR ROAD, NORTH KANSAS CITY, MO 64116

PRIZE AUDIT OFFICES DELIVERY VERIFICATION ▶▶▶▶▶▶▶▶▶▶▶▶▶▶▶▶▶ FOR WINNING OPPORTUNITIES PULL TAB NOW ▶

*Details Inside | Time Sensitive Prize Information Enclosed!*
*See inside for details!!*

PRESORTED FIRST CLASS
U.S. POSTAGE PAID
KANSAS CITY, MO
PERMIT NO. 4280

0002016////////00ENU311-000

**CONFIDENTIAL NOTICE**

DO NOT DISRUPT DELIVERY

PRIZE INFORMATION ENCLOSED

Contents Released by Prize Audit Offices
Do Not Expel Contents – Approved for Official Release

**INTERNATIONAL AWARD SERVICES**
Office Of George Hyde
Supervisor Of Awards and
Final Judging Director

PO BOX 2905
KANSAS CITY KS 66110 USA

SIGNATURE: Officer Verification
Of Award Amount Available

*George Hyde*

# 12:35 HRS. TUESDAY C.S.T.
# AWARD REGISTRATION PAPERS

REFERENCE: ___AWARD SERIES 17-A___

AWARD AMOUNT: ___$2,000,000.00___ •

THE WINNER PAYMENT STRUCTURE:

OPTION 1: ___30 YEAR EQUAL ANNUAL PAYMENT ANNUITY___

OPTION 2: ___SINGLE LUMP-SUM CHECK___

**Recipient:** JAN CUTLER

17474196-495621 297146083  8188
JAN CUTLER

**Notice:**

This is an original document and
may not be used or assigned to
any second or third party individual
whatsoever.

Instructions provided in this mail
are for the intent purpose of verify-
ing your opportunity to be entered
and determined the WINNER of a
large Award payable in:

**NEGOTIABLE CASH FUNDS**

for the maximum total amount of:

**$2,000,000.00.**

Addressed To: JAN CUTLER

This letter has been drafted under the full authority of my office as Director of Awards for delivery to you by sealed first-class mail.

We are contacting you directly from the international headquarters of the INTERNATIONAL AWARD SERVICES (IAS), and I wish to begin with some wonderful news: It is an honor to corroborate from our Judging Div. that a large Award for CASH FUNDS, if you have and return the preselected winning number, not to exceed the Grand Prize of $2,000,000.00 nor be less than $1,327,940.00, could be legally transferred and upon receiving the winning entry; (Form 508002-A147) under the condition that there is no delinquency per the formal deadline.

Please make sure that I.D. #17474196-495621/297146083  conspicuously appears above or near your name on both pages 1 and 2 of this documentation as provided to you.

IMPORTANT: The preselected winning number may not be modified, defaced, marked-on or corrupted in any way; official rules, printed on a separate slip enclosed, dictate if you have received and return the preselected winning number in unaltered integrity and meet the deadline...

**JAN CUTLER, YOU ARE THE AWARD WINNER OF $2,000,000.00 Two Million Dollars!**

This is not a misprint. The verified Winner option for receipt of the Award Funds are insured and must lawfully be paid as follows:

**-- OPTION 1: A TOTAL PAYMENT OF $2,000,000.00 VIA A 30-YEAR STRUCTURED ANNUITY DISPERSING $66,666.66 PER YEAR FOR THIRTY CONSECUTIVE YEARS.**

**-- OPTION 2: A TOTAL PAYMENT OF $1,327,940.00 PAYABLE IN A SINGLE, LUMP-SUM ALLOCATION.**

At this time, please understand you have been officially informed through a signed document. There is a 7 day reply requested deadline window extended to you for completion and return of the RECIPIENT PROCESSING FORM on page 2. Further notices or alternate letters of contact are not required by the IAS organization.

A Premium Offer has also been consigned for your reserved purchase acquisition as an additional supplement by our public relations department. Said Premium Offer: Magnificent "Past, Present and Future" Necklace and Earring Set. The beautiful silver-tone necklace is set with 3 dazzling fire & ice crystals that are suspended from a high-fashion 18" silver-tone rope style chain. The equally gorgeous matching earrings feature surgical steel posts.

Please note that an acquisition fee of $64.89 must be prepaid without exception to satisfy this transaction. If electing to purchase the Premium Offer, a delivery fee may be remitted by cash funds, or by your preference of check, money order (payable to: IAS) or credit card. If using a credit card, please make sure to include your credit card number and expiration date (month and year).

Finally, all instructions are furnished on the RECIPIENT PROCESSING FORM on page 2. IAS judges must inspect and make a personal record of this form at our U.S. headquarters in KANSAS CITY, KS. Obviously, the total AWARD FUNDS, at ****$2,000,000.00 Two Million Dollars, are quite large. We cannot wait to see if you have the preselected winning number!

LEGAL DISCLAIMER/2016 - ESTABLISHED STATEMENT

**NO PURCHASE NECESSARY TO ENTER.**
**PURCHASE WILL NOT INCREASE CHANCE OF WINNING.**

DIRECTOR'S SIGNATURE: *George Hyde*

George Hyde

L0X101E-B000/N216-X111U

**Recorded To:**

JAN CUTLER

NUMBER VERIFIED BY ASSIGNMENT REFERENCE:
17474196-495621/297146083

**PLEASE READ:**

It is REQUIRED that the Winner must respond to receive an Award. In absence of said response before the official deadline, the Award will be forfeited and negated.

OPTION 1 PAYMENT: Immediate Right ▶
OPTION 2 PAYMENT: Far Right ▶▶

**THE AWARD (OPTION 1)**

The Maximum Award in the Amount delineated below shall be PAID TO THE WINNER with selection of Option 1:

**Extended Pay Annuity**

TOTAL $2,000,000.00 TO BE PAID IN CASH FUNDS AT THE RATE OF $66,666.66 PER YEAR FOR 30 YEARS.

**THE ALTERNATE AWARD (OPTION 2)**

The Minimum Award in the Amount delineated below shall be PAID TO THE WINNER with selection of Option 2:

**Single Pay Distribution**

TOTAL $1,327,940.00 TO BE PAID IN CASH FUNDS IN A SINGLE LUMP-SUM LOT WITH NO RESTRICTIONS.

**IMPORTANT:** There are No Spending Restrictions or Limitations on the Award Funds.

NO TAXES WITHHELD BY INTERNATIONAL AWARD SERVICES: - $0.00 - LOCAL TAXES WITHHELD: - $0.00 -

DIRECTOR'S STATEMENT: I undersign this document in all parts and summary as accurate and final, and duly attest as the Director of Awards that the Award Funds are currently in protection of an insured bond for ******$2,000,000.00.

RESPONDENT: Please complete the form below and return, by mail. SIGNED: *George Hyde*

▼ **Detach And Complete Bottom Section As Applicable. Then Fold In Half And Return In Official Reply Envelope Provided.** ▼

00218 - 4 LGB 33725

Return This Portion as Applicable in the Envelope Enclosed To INTERNATIONAL AWARD SERVICES, PO BOX 2905 KANSAS CITY, KS 66101 USA

# COMPLETION REFERENCE — RECIPIENT PROCESSING FORM

### For Return By: JAN CUTLER

**OFFICIAL MAIL FORM 508002-A147**

☑ Issue Property, Non-Transferable
☑ Deadline Sensitive Form

Consequence Of
Late Reply: ___ ENTRY VOIDED
Reply Requested Deadline: 7 DAYS
Reply Method: ___ MAIL/POSTE ONLY
Additional Scheduled Notices: ___ NONE

Maximum CASH PAYMENT
Upon Official Determination of a Winner: ___ **$2,000,000.00**

Minimum CASH PAYMENT
Upon Official Determination of a Winner: ___ **$1,327,940.00**

**IMPORTANT: IAS Judges are authorized to make the Determination of a Winner FINAL if you have and return the preselected winning number. Please respond at once.**

**PLEASE ANSWER THESE QUESTIONS (Part A), THEN PROCEED TO (Part B)**

Check Here
1. ARE YOU A LEGAL-AGE ADULT OF 18 OR OLDER?...................................................................... ☐ YES ☐ NO
2. HAVE YOU EVER BEFORE WON A MAJOR AWARD OF $2,000,000.00?.......................................... ☐ YES ☐ NO
3. DO YOU CURRENTLY HAVE A CERTIFIED FINANCIAL ADVISOR?.................................................. ☐ YES ☐ NO
4. ARE YOU PROFESSIONALLY AFFILIATED IN ANY WAY WITH THE INTERNATIONAL AWARD SERVICES
   OR DOES A FAMILY MEMBER WORK FOR THE ORGANIZATION?.................................................. ☐ YES ☐ NO
5. PLEASE PRINT YOUR FULL LEGAL NAME IN THIS BOX ▶

PRINT FULL LEGAL NAME HERE

OFFICIAL DELIVERY ADDRESS:

***17474196-495621/297146083
JAN CUTLER

SECURITY BARCODE. I.D. AREA – DO NOT WRITE IN THIS BOX.

**COMPLETE APPLICABLE SECTION BELOW BASED ON YOUR DECISION: (Part B)**
(Please check one as it corresponds to the following statement) ☐ True ☐ False
For the record, my name has been correctly identified. I understand it is incumbent of me to respond, by mail, officially entering this completed form as applicable for the judges review. Provided I successfully meet the deadline, if I have and return the preselected winning number, the Maximum Payment Opportunity Amount of **$2,000,000.00** in CASH will be 100% verified on return of this form with no further stipulations.

**(Please check one below as your option of Payment if determined the Official Winner):**
☐ **I ACCEPT (OPTION 1) AS PAYMENT:** MAXIMUM PAYMENT TOTAL OF $2,000,000.00 AT $66,666.66 PER YEAR FOR 30 YEARS.
☐ **I ACCEPT (OPTION 2) AS PAYMENT:** ALTERNATE PAYMENT TOTAL OF $1,327,940.00 IN A SINGLE, LUMP-SUM DISBURSEMENT.
(Please check payment below of delivery fee REQUIRED for Premium Offer option acquisition):

Premium Offer FEE REQUIRED: **$64.89**
Method of Payment Enclosed: ☐ CASH ☐ CHECK ☐ MONEY ORDER (payable to IAS)
Charge my credit card: ☐ VISA ☐ MASTERCARD ☐ AMEX ☐ DISCOVER
**IMPORTANT: To Elect Special RUSH PROCESSING Add: $3.00 (Total Enclosed: $67.89)**

COMPLETE AS APPLICABLE

Print Credit
Card Number | | | | | | | | | | | | | | | |

Expiration Date ___ / ___    CVV Code ___    Amt to Charge ___

➜ PLEASE SIGN NAME HERE ✓ _____

EMAIL ADDRESS HERE _____

## NO PURCHASE NECESSARY TO ENTER. PURCHASE WILL NOT INCREASE CHANCE OF WINNING.

L0X101E-B000N216-X111/U

IAS N00000029

**JUDGING DIVISION**
Director George Hyde, Presiding
P.O. Box 2905
Kansas City, KS 66110-2905 USA



**SEAL OF RECORD**
WORLD HEADQUARTERS · JUDGING DIVISION

**AUTHORIZED**

## — OFFICIAL AWARD SUMMARY —

| THE WINNER'S AWARD DESCRIPTION | WINNER MAXIMUM FUNDS |
|---|---|
| **Cash** | **$2,000,000.00** |
| THE WINNER'S SHARE OR PERCENTAGE **100%** | |

### CONTINGENT PAYMENT SCHEDULE:

| Payment #1: $66,666.66 | Payment #2: $66,666.66 | Payment #3: $66,666.66 |
|---|---|---|
| Payment #4: $66,666.66 | Payment #5: $66,666.66 | Payment #6: $66,666.66 |
| Payment #7: $66,666.66 | Payment #8: $66,666.66 | Payment #9: $66,666.66 |
| Payment #10: $66,666.66 | Payment #11: $66,666.66 | Payment #12: $66,666.66 |
| Payment #13: $66,666.66 | Payment #14: $66,666.66 | Payment #15: $66,666.66 |
| Payment #16: $66,666.66 | Payment #17: $66,666.66 | Payment #18: $66,666.66 |
| Payment #19: $66,666.66 | Payment #20: $66,666.66 | Payment #21: $66,666.66 |
| Payment #22: $66,666.66 | Payment #23: $66,666.66 | Payment #24: $66,666.66 |
| Payment #25: $66,666.66 | Payment #26: $66,666.66 | Payment #27: $66,666.66 |
| Payment #28: $66,666.66 | Payment #29: $66,666.66 | Payment #30: $66,666.66 |

Total Payments: THIRTY
**$2,000,000.00**

### 𝕺𝕽

Alternate Single LUMP SUM Payment:
**$1,327,940.00**

Signature Of Authorization: *George Hyde*

NG X1 2M16 E

# Grand Prize Sweepstakes XVI Official Rules

**To Enter:** To enter the Grand Prize Sweepstakes XVI, respond and claim the uniquely assigned lucky number, presented with these promotional materials. **Deadline:** December 31, 2016. Postmark determines date of respondent's reply. Any deviance from conduct and procedure stated in these rules, including failure to meet prescribed urgent deadlines, invalidates your registration. To determine the Grand Prize winner(s), the individual assigned sweepstakes numbers on all qualified entries will be compared against the prize winning number(s) pre-selected by computer. Only official entry forms, authorized responses and transmissions will be accepted. Sponsor and Presenter are not responsible for late, lost, illegible, incomplete or misdirected mail entries; technical failure, jumbled, scrambled or misdirected transmissions or other error of any kind whether human, mechanical or electronic that may affect the Sweepstakes entry process. All entries become the exclusive property of the Sponsor and Presenter, and will not be acknowledged or returned. Use of any automated system or agency relationship or photocopy to submit entry is prohibited and will result in disqualification. In case of entry ownership dispute: Mail entries will be declared made by the submitter whose name is assigned to the entry. Multiple Presenters, graphic presentations and techniques for eligibility are planned for this sweepstakes. Prize values and payout methods are specific to offer. **Eligibility:** Sweepstakes open to legal age adults and where made available and permitted by law. Promotion void where prohibited. All applicable federal, state, provincial and local laws and regulations apply. Canadian residents must successfully answer a skill-testing question. This offer is void and/or invalid to residents in Quebec. Employees of the sponsor, all sweepstakes presenters, affiliates, licensees, suppliers, agencies, and members of those employees' immediate families are not eligible. **Number Match:** To determine the Grand Prize winner, the individual sweepstakes numbers on all qualified entries will be compared against a prize winning number pre-selected by computer. All judges' decisions are final. Chances of winning the Grand Prize are one in 300 million. One Million Dollars or Two Million Dollars are guaranteed to be awarded to the Grand Prize winner as specified in offer. If winning number(s) are not matched, Grand Prize(s) will not be awarded. All entry numbers are distributed randomly. It is indeterminable as to whether the actual winning number has been distributed, until after promotion end date. It is possible that there will not be a Grand Prize Winner. **Grand Prize:** The winner of the One Million Dollar Grand Prize may choose to receive 30 installments of $33,333.33 (USD) per year or 360 installments of $2,777.00 (USD) per month or 1,560 installments of $641.00 (USD) per week or a single lump sum pay out based on the annuity value at time of payout. The winner of the Two Million Dollar Grand Prize may choose to receive 30 installments of $66,666.66 (USD) per year or 360 installments of $5,555.00 (USD) per month or 1,560 installments of $1,282.00 (USD) per week or a single lump sum pay out based on the annuity value at time of payout. *Payments for Life are based on 30 year annuity. Payments will not extend beyond 30 years, are non transferable and are capped at the prize values included in the Official Rules. All prizes will be pegged to the US Dollar at the time of payout as indicated in these Official Rules. For marketing purposes prizes shown may be representative of or are suggestive of Grand Prize winning purchase possibilities. A Variety of international currencies may be used to represent prize values including but not limited to: GBP, Euro, AUD, and Yen. Currency rates are subject to change. All submissions will be entered into the One Million or Two Million US Dollar Grand Prize Sweepstakes. Amount will be converted based on currency exchanges rate at the time of pay out. **Bonus Sweepstakes:** All qualified entrants will be entered into a random drawing to be conducted on or about February 28, 2017. Odds of winning based on number of entries received. Prizes are guaranteed to be awarded as follows: **First Prize:** Two (2) winners will each receive One thousand dollars ($1000.00 USD). **Second Prize:** Two (2) winners will each receive Five hundred dollars ($500.00 USD). **Third Prize:** Ten (10) winners will each receive One hundred dollars ($100.00 USD). **Fourth Prize:** Nineteen (19) winners will each receive Fifty dollars ($50.00 USD). **Winner Notification:**

Promotion(s) is under the supervision of an independent judging agency whose decisions are final. Winners will be notified by mail within 60 days of the Grand Prize winner determination. Unclaimed Grand Prize(s) will not be awarded. Any prize notice(s) or claim(s) that results from production, printing, mechanical, typographical, electronic transmission or other errors or is obtained through other than a legitimate manner or channel is void and will not be accepted. Participating in the sweepstakes constitutes permission to use the name, photo, or likeness of the prize winner for advertising and publicity purposes (where legal) without further compensation or consent. Grand Prize winners will be required to sign an Affidavit of Eligibility and Publicity /Liability Release before prize(s) is awarded. Affidavits must be returned within 14 days of notification to claim prize. All federal, state, and local taxes are the sole responsibility of the winner. Taxes and any expense not specified herein are the responsibility of the winner. **General conditions:** Any attempt by an entrant to deliberately undermine the legitimate operations of the Sweepstakes, print or electronic versions, is a violation of the criminal and civil laws. Should such an attempt be made, the Sponsor reserves the right to seek damages from any such entrant to the fullest extent permitted by law and to disqualify such entrant from the Sweepstakes. In the event the Sweepstakes is compromised for any reason including non-authorized human intervention or other causes beyond the control of the Sponsor which corrupts or impairs the administration, security, fairness or proper play of the Sweepstakes, the Sponsor reserves the right in its sole discretion to suspend or terminate the Sweepstakes. **Release and Limitations of Liability:** By participating in the Sweepstakes entrants agree to release and hold harmless Sponsor, Presenter, Insurer, their parents, subsidiaries, affiliates, advertising and promotion agencies and all of their respective directors, officers, employees, and agents (the "Released Parties") from and against any claim or cause of action arising out of the entrant's participation in the Sweepstakes, or receipt or use of any prize. Entrant further agrees that in any cause of action, the Released Parties' liability will be limited to the cost of entering and participating in the Sweepstakes, and in no event shall the Released Parties be liable for attorney's fees. Entrant waives the right to claim any damages whatsoever, including, but not limited to, punitive, incidental, consequential, direct, or indirect damages. **Results:** For sweepstakes results available after March 31, 2017 visit http://thenextgeninc.com. **Notification System:** The purpose of this Sweepstakes is to promote various products featured by sponsor: NextGen, Inc.,Overland Park, KS 66210. NextGen, Inc. makes our mailing list available to companies whose products or services might be of interest to you. NextGen, Inc. does not share or rent customer phone number information for any telemarketing solicitations. If you would prefer to have your name withheld and not made available to other companies, or no longer wish to receive our own mailings, please copy your name and mailing address and VIP number exactly as it appears on our letters and mail with instructions to: **NextGen, Inc. Customer Service, PO Box 7069, Shawnee Mission, KS 66207 or by calling (913) 338-1823.** If you need further assistance, write the same address. Please allow 4-6 weeks for delivery of products purchased. If the Offer purchased with this promotion is the Gift Certificate, the offer is good for discounts for online merchandise. You are responsible for processing and delivery charges which covers product cost, delivery fees, administrative charges as well as profit. Purchase is required to take advantage of discount. Online catalog is free of charge; a printed catalog is available for $5.00 USD charge. NextGen, Inc. will offer, from time to time, rush processing in its promotions. This rush processing fee includes the cost of handling, profit and administrative costs. **US Residents:** You authorize us to collect a fee of $30.00 USD through an electronic fund transfer from your account if your payment is returned by your Bank unpaid. Sponsor makes no representations, warranties or agreements other than those stated within this document. **Satisfaction absolutely guaranteed 100% refund for the Purchase if dissatisfied. For refund, please return your merchandise along with a note to our customer service department at the address listed above.**
**NO PURCHASE NECESSARY TO ENTER OR WIN. PURCHASING DOES NOT IMPROVE YOUR CHANCES OF WINNING, YOU HAVE NOT YET WON.**

2016 All Rights Reserved.

NG RR16C-UNV

(Please Print)

AFFIX
CORRECT
POSTAGE
HERE FOR
DELIVERY
NG R9 U IMB

**This envelope is to be used by Identified Recipient ONLY**

**OFFICIAL PAPERS**

INTERNAL:
Promptly Review
Contents And Send
To Administration.

Processing and Distribution Center
P.O. Box 2905
Kansas City, KS 66110-2905

PX2, p.000033



NG X1P C10 U

**CORPORATE OFFICES**

DECLARATION OF AWARDS
**JUDGING DIV – World Headquarters**
Direct Communication and Advisory
P.O. BOX 2905
Kansas City, Kansas 66110-2905

Unauthori... ..se Prohibited

OPEN WHEN RECEIVED

PRESORTED
FIRST CLASS

U.S. Postage
PAID
KANSAS CITY, MO
PERMIT NO. 4280



# AWARD NOTIFICATION COMMISSION | **OFFICIAL ADVISORY**

White Copy: Keep for Records
Yellow Copy: Return for Processing

DOCUMENTS OF FINANCIAL TENET, SENT BY EXECUTIVE MANDATE, JUDGING DIVISION, CORPORATE HEADQUARTERS
OFFICE OF THE PRESIDENT
PO BOX 2905, KANSAS CITY, KS 66110

****FORM: **W-15**
Page 1 of 2 total pages

OFFICIAL: ☒ LETTER   RECIPIENT: __JAN CUTLER__
☐ PACKAGE

YEAR OF ISSUE: 2016
Mon., am/10:14 hrs.

AWARD SERIES **W-15**   ADDITIONAL COMPETITION LEVELS **None**
DESCRIPTION OF SANCTIONED AWARD ☒ CASH ☐ PRODUCT/MERCHANDISE ☐ LAND/REAL ESTATE ☐ STOCK AND/OR BONDS
AWARD AMOUNT CERTIFIED **$2,000,000.00**

RECIPIENT DESTINATION:
17474196-495622/297146085
JAN CUTLER 8189

RECIPIENT OFFICIAL LAST NAME ENTERED HERE
IN BLOCK LETTERS. NON-TRANSFERABLE.

| C | U | T | L | E | R | | | | | | | | |

If last name exceeds 14 characters, a dash will appear in final box.

**IMPORTANT ATTENTION:** This is an official advisory. Contingent AWARD Funds have been presented for issuance pending reply entering with the preselected winning number for record. Do not delay.

The Total
AWARD Amount is __$2,000,000.00__

Recipient I.D. Reference number verified
as follows __#17474196-495622/297146085__

Funds Protected by____ **INSURED BOND**

| PERCENTAGE OF WINNER'S PRIZE AUTHORIZED FOR DISBURSEMENT | DISTRIBUTION OF PENDING AWARD |
|---|---|
| **100%** | PRIMARY METHOD **CERTIFIED BANK CHECK(S)** |
| | ALTERNATE METHOD **ELECTRONIC BANK WIRE TRANSFER** |

SECTION I:   DELIVERED FROM WORLD HEADQUARTERS, <u>AWARD NOTIFICATION COMMISSION</u>:

THIS IS AN OFFICIAL DOCUMENT; IN ADVISEMENT THEREOF, AWARD FUNDS AND ELIGIBLE PAYMENT OF
$2,000,000.00 IN CASH TO INDIVIDUAL OF RECORD JAN CUTLER
LIVING AT 2714 PACKARD ST APT D   ANN ARBOR MI 48108-3242
SHALL BE POSITIVELY SUBMITTED FOR DIRECT ISSUANCE IF YOU HAVE AND RETURN THE PRESELECTED WINNING
NUMBER FOR JUDGES REVIEW AND FORMAL ENTRY LODGEMENT ON FILE.
*PLEASE CONTINUE AT ONCE . . .*

DISTRIBUTION:   THE PRESELECTED WINNING NUMBER ENTRY IS REQUIRED BY RETURN MAIL BEFORE THE DEADLINE
TO SATISFY ALL RULES WHICH REGULATE THIS AWARD SERIES W-15 AND ALLOW NEGOTIABLE DISBURSEMENT
AT WINNER'S DISCRETIONARY OPTION, OF EITHER
$2,000,000.00 PAYABLE BY A FIXED ANNUITY OF $66,666.66 PER YEAR FOR 30 YEARS, OR
$1,327,940.00 PAYABLE IN A SINGLE LUMP-SUM CASH ALLOCATION.

## AWARD PAYOUT DESCRIPTION

Subject to the Director's mandate, a Premium Offer has been assigned to this series as an additional supplementation. Acquisition and securement of the Premium Offer by recipient option only, shall by direct handover provide: This Divine Four Leaf Clover Pendant is adorned with 4 heart-shaped gemstones, reflecting our core desires: Wealth (Blue Topaz), Luck (Citrine), Love (Amethyst) and Health (Garnet). The clover is suspended from an 18" gold-tone necklace and is a beautiful way to express your own desires. This has already been reserved.

**$69.99** ◄ A remittal fee for Premium Offer delivery is REQUIRED in the amount shown and is mandatory to confirm this transaction. Please indicate your payment preference on the accompanying attachment (step #3) and make payable to ANC.

FINAL
INSTRUCTIONS:   COMPLETE STEPS #1 THRU #3 ON THE ATTACHED YELLOW COPY, THEN FOLD AND RETURN THE ENTIRE PAGE. (MAKE SURE TO COMPLETE FULLY.) ANC OFFICES HAVE FULFILLED INTERNAL PREREQUISITES BY CONTACTING YOU DIRECTLY. NO ALTERNATE MEANS OF CONTACT ARE REQUIRED OR PLANNED. THE AWARD AMOUNT IN THE TOTAL INSCRIBED ABOVE IS CONFIRMED AND WILL BE PREPARED FOR DELIVERY IF YOU HAVE AND RETURN THE PRESELECTED WINNING NUMBER!

WE HAVE PRINTED YOUR NAME AND ADDRESS BELOW FOR FINAL REVIEW AND PERSONAL INSPECTION. IF NECESSARY TO EDIT, DO SO ON THE FOLLOWING PAGE, ALONGSIDE YOUR CURRENT INFORMATION AS PRINTED, AND MAKE CORRECTIONS IN A CLEAR, LEGIBLE MANNER.

IN CLOSING, BY THE AUTHORITY OF MY CORPORATE OFFICE, I SIGN THIS LETTER IN SWORN AND TRUTHFUL ATTESTMENT.

#17474196-495622/297146085
JAN CUTLER

ALL MY BEST,

*W.S. Barstow*

WILLIAM S. BARSTOW, DIRECTOR

**NO PURCHASE NECESSARY.**
**PURCHASE WILL NOT INCREASE CHANCE OF WINNING.**

TN JJ FRM E

# OFFICIAL PROCESSING DOCUMENT
## FINAL JUDGING HARD FORM

White Copy: Keep for Records
Yellow Copy: Return for Processing

Papers of Certification And Entry. Completion Required To Proceed.
MAIL TO: AWARD NOTIFICATION COMMISSION, PO BOX 2905, KANSAS CITY, KS 66110 USA

RETURN ENTIRE PAGE

****FORM: **W-15**

Page 2 of 2 total pages

OFFICIAL: ☒ LETTER   RECIPIENT: **JAN CUTLER**   YEAR OF ISSUE: **2016**
☐ PACKAGE                                         Mon., am/10:14 hrs.

AWARD SERIES **W-15**   TAXES WITHHELD ON AWARD **None**

DESCRIPTION OF SANCTIONED AWARD ☒ CASH ☐ PRODUCT/MERCHANDISE ☐ LAND/REAL ESTATE ☐ STOCK AND/OR BONDS

AWARD AMOUNT CERTIFIED **$2,000,000.00**

Name and Delivery Address
AS RECORDED:

JAN CUTLER

| C | U | T | L | E | R |   |   |   |   |   |   |   |   |

If last name exceeds 14 characters, a dash will appear in final box.

**BE ADVISED:** The deadline in this Award Series is strictly controlled and time sensitive. Preselected WINNING NUMBER has been verified but must be returned for judges official review and record.

The maximum Grand Total AWARD FUNDS have been printed as follows for your inspection:   $2,000,000.00

WINNING RECIPIENT AWARD AMOUNT FOR ISSUANCE:
**100%**

ABOVE: Percentage of Grand Prize Award Pending

AWARD DISTRIBUTION VIA:

PRIMARY METHOD:
**CERTIFIED BANK CHECK(S)**

ALTERNATE METHOD:
**ELECTRONIC BANK WIRE TRANSFER**

OFFICIALLY REGISTERED ID. REF. NUMBER:
**#17474196-495622/297146085**

AWARD HELD BY:   **INSURED BOND**

CORPORATE SPONSOR: ..................................... AWARD NOTIFICATION COMMISSION

CERTIFIED AWARD AMOUNT:   NON-TRANSFERABLE CONTACT INDIVIDUAL:
▶ **$2,000,000.00 IN CASH**   ▶   JAN CUTLER

ADDRESS LISTED: 2714 PACKARD ST APT D   ANN ARBOR, MI 48108-3242

---

## INSTRUCTIONS: COMPLETE ALL AREAS REQUESTED BELOW AS INDICATED.
## RETURN THIS ENTIRE PAGE FOR FINAL JUDGING AND CORPORATE RECORD.

1. Select ONE OPTION below to specify your choice of guaranteed Payment of AWARD Funds if determined the WINNER status is resolved by the judges and certified officially

   **AWARD SERIES W-15**   IMPORTANT: Identification of Award Series must appear in box at left

   Check one box
   ☐ $2,000,000.00 PAYABLE BY A FIXED ANNUITY OF $66,666.66 PER YEAR FOR 30 YEARS, OR
   ☐ $1,327,940.00 PAYABLE IN A SINGLE LUMP-SUM CASH ALLOCATION.

2. Indicate proof of legal-age requirement by checking the appropriate box below. At time of Award presentation if determined as WINNER, a valid driver's license or other form of identification indicating legal-age status will be required:

   Check one box
   ☐ YES, as of today's date, I am over the age of 18 and a legal adult in matters of financial consideration.
   ☐ NO, I am currently an underage minor and must withdraw as a consequence of rules.

3. Premium Offer FEE DUE: $69.99
   Payment of fee if electing Premium Offer is MANDATORY and must be enclosed by REQUIRED selective payment method indicated below:

   Amount Indicated paid by:
   [ ] Cash [ ] Check/Cheque [ ] Postal/Bank Money Order
   (Make payable to ANC) IMPORTANT: To Elect Special "RUSH PROCESSING" Add: $3.00 (Total Enclosed: $72.99)

   Charge to my: [ ] Visa [ ] MasterCard [ ] Am Express [ ] Discover
   Card No.:
   Exp. Date:_____/_____ CVV Code:_____ Amount to Charge:_____
   Signature:
   Email address:

   FINAL NOTE:
   Upon and if completing the 3-step instructions at left, please mail this entire page in the reply envelope provided. My signature of profes- sional office appears below. The response request deadline is 7 days. Thank you.

   *W.S. Barstow*

   William S. Barstow, Director

   #17474196-495622/297146085
   JAN CUTLER

   Official Security Barcode identifier; Do not write or mark in this area

NO PURCHASE NECESSARY.
PURCHASE WILL NOT INCREASE CHANCE OF WINNING.

L0JJ01E-N000/N216-JJ13 U

PX2, p.000036

Print Name and Delivery Address:

_____

_____

_____

**IMPORTANT:**

Make sure you have read
all instructions carefully
before sealing this envelope.

AFFIX
CORRECT
POSTAGE
HERE FOR
DELIVERY

NG R9 UIM6

## OFFICIAL MAIL

OFFICIAL DECLARATION

Processing / Distribution Offices

—— World Headquarters ——

P.O. BOX 2905

KANSAS CITY, KS 66110-2905

# Grand Prize Sweepstakes XVI Official Rules

**To Enter:** To enter the Grand Prize Sweepstakes XVI, respond and claim the uniquely assigned lucky number, presented with these promotional materials. **Deadline:** December 31, 2016. Postmark determines date of respondent's reply. Any deviance from conduct and procedure stated in these rules, including failure to meet prescribed urgent deadlines, invalidates your registration. To determine the Grand Prize winner(s), the individual assigned sweepstakes numbers on all qualified entries will be compared against the prize winning number(s) pre-selected by computer. Only official entry forms, authorized responses and transmissions will be accepted. Sponsor and Presenter are not responsible for late, lost, illegible, incomplete or misdirected mail entries; technical failure, jumbled, scrambled or misdirected transmissions or other error of any kind whether human, mechanical or electronic that may affect the Sweepstakes entry process. All entries become the exclusive property of the Sponsor and Presenter, and will not be acknowledged or returned. Use of any automated system or agency relationship or photocopy to submit entry is prohibited and will result in disqualification. In case of entry ownership dispute: Mail entries will be declared made by the submitter whose name is assigned to the entry. Multiple Presenters, graphic presentations and techniques for eligibility are planned for this sweepstakes. Prize values and payout methods are specific to offer. **Eligibility:** Sweepstakes open to legal age adults and where made available and permitted by law. Promotion void where prohibited. All applicable federal, state, provincial and local laws and regulations apply. Canadian residents must successfully answer a skill-testing question. This offer is void and/or invalid to residents in Quebec. Employees of the sponsor, all sweepstakes presenters, affiliates, licensees, suppliers, agencies, and members of those employees' immediate families are not eligible. **Number Match:** To determine the Grand Prize winner, the individual sweepstakes numbers on all qualified entries will be compared against a prize winning number pre-selected by computer. All judges' decisions are final. Chances of winning the Grand Prize are one in 300 million. One Million Dollars or Two Million Dollars are guaranteed to be awarded to the Grand Prize winner as specified in offer. If winning number(s) are not matched, Grand Prize(s) will not be awarded. All entry numbers are distributed randomly. It is indeterminable as to whether the actual winning number has been distributed, until after promotion end date. It is possible that there will not be a Grand Prize Winner. **Grand Prize:** The winner of the One Million Dollar Grand Prize may choose to receive 30 installments of $33,333.33 (USD) per year or 360 installments of $2,777.00 (USD) per month or 1,560 installments of $641.00 (USD) per week or a single lump sum pay out based on the annuity value at time of payout. The winner of the Two Million Dollar Grand Prize may choose to receive 30 installments of $66,666.66 (USD) per year or 360 installments of $5,555.00 (USD) per month or 1,560 installments of $1,282.00 (USD) per week or a single lump sum pay out based on the annuity value at time of payout. *Payments for Life are based on 30 year annuity. Payments will not extend beyond 30 years, are non transferable and are capped at the prize values included in the Official Rules. All prizes will be pegged to the US Dollar at the time of payout as indicated in these Official Rules. For marketing purposes prizes shown may be representative or are suggestive of Grand Prize winning purchase possibilities. A Variety of international currencies may be used to represent prize values including but not limited to: GBP, Euro, AUD, and Yen. Currency rates are subject to change. All submissions will be entered into the One Million or Two Million US Dollar Grand Prize Sweepstakes. Amount will be converted based on currency exchanges rate at the time of pay out. **Bonus Sweepstakes:** All qualified entrants will be entered into a random drawing to be conducted on or about February 28, 2017. Odds of winning based on number of entries received. Prizes are guaranteed to be awarded as follows: **First Prize:** Two (2) winners will each receive One thousand dollars ($1000.00 USD). **Second Prize:** Two (2) winners will each receive Five hundred dollars ($500.00 USD). **Third Prize:** Ten (10) winners will each receive One hundred dollars ($100.00 USD). **Fourth Prize:** Nineteen (19) winners will each receive Fifty dollars ($50.00 USD). **Winner Notification:**

Promotion(s) is under the supervision of an independent judging agency whose decisions are final. Winners will be notified by mail within 60 days of the Grand Prize winner determination. Unclaimed Grand Prize(s) will not be awarded. Any prize notice(s) or claim(s) that results from production, printing, mechanical, typographical, electronic transmission or other errors or is obtained through other than a legitimate manner or channel is void and will not be accepted. Participating in the sweepstakes constitutes permission to use the name, photo, or likeness of the prize winner for advertising and publicity purposes (where legal) without further compensation or consent. Grand Prize winners will be required to sign an Affidavit of Eligibility and Publicity /Liability Release before prize(s) is awarded. Affidavits must be returned within 14 days of notification to claim prize. All federal, state, and local taxes are the sole responsibility of the winner. Taxes and any expense not specified herein are the responsibility of the winner. **General conditions:** Any attempt by an entrant to deliberately undermine the legitimate operations of the Sweepstakes, print or electronic versions, is a violation of the criminal and civil laws. Should such an attempt be made, the Sponsor reserves the right to seek damages from any such entrant to the fullest extent permitted by law and to disqualify such entrant from the Sweepstakes. In the event the Sweepstakes is compromised for any reason including non-authorized human intervention or other causes beyond the control of the Sponsor which corrupts or impairs the administration, security, fairness or proper play of the Sweepstakes, the Sponsor reserves the right in its sole discretion to suspend or terminate the Sweepstakes. **Release and Limitations of Liability:** By participating in the Sweepstakes entrants agree to release and hold harmless Sponsor, Presenter, Insurer, their parents, subsidiaries, affiliates, advertising and promotion agencies and all of their respective directors, officers, employees, and agents (the "Released Parties") from and against any claim or cause of action arising out of the entrant's participation in the Sweepstakes, or receipt or use of any prize. Entrant further agrees that in any cause of action, the Released Parties' liability will be limited to the cost of entering and participating in the Sweepstakes, and in no event shall the Released Parties be liable for attorney's fees. Entrant waives the right to claim any damages whatsoever, including, but not limited to, punitive, incidental, consequential, direct, or indirect damages. **Results:** For sweepstakes results available after March 31, 2017 visit http://thenextgeninc.com. **Notification System:** The purpose of this Sweepstakes is to promote various products featured by sponsor: NextGen, Inc.,Overland Park, KS 66210. NextGen, Inc. makes our mailing list available to companies whose products or services might be of interest to you. NextGen, Inc. does not share or rent customer phone number information for any telemarketing solicitations. If you would prefer to have your name withheld and not made available to other companies, or no longer wish to receive our own mailings, please copy your name and mailing address and VIP number exactly as it appears on our letters and mail with instructions to: **NextGen, Inc. Customer Service, PO Box 7069, Shawnee Mission, KS 66207 or by calling (913) 338-1823.** If you need further assistance, write the same address. Please allow 4-6 weeks for delivery of products purchased. If the Offer purchased with this promotion is the Gift Certificate, the offer is good for discounts for online merchandise. You are responsible for processing and delivery charges which covers product cost, delivery fees, administrative charges as well as profit. Purchase is required to take advantage of discount. Online catalog is free of charge; a printed catalog is available for $5.00 USD charge. NextGen, Inc. will offer, from time to time, rush processing in its promotions. This rush processing fee includes the cost of handling, profit and administrative costs. **US Residents:** You authorize us to collect a fee of $30.00 USD through an electronic fund transfer from your account if your payment is returned by your Bank unpaid. Sponsor makes no representations, warranties or agreements other than those stated within this document. **Satisfaction absolutely guaranteed 100% refund for the Purchase if dissatisfied. For refund, please return your merchandise along with a note to our customer service department at the address listed above.**
**NO PURCHASE NECESSARY TO ENTER OR WIN. PURCHASING DOES NOT IMPROVE YOUR CHANCES OF WINNING, YOU HAVE NOT YET WON.**

2016 All Rights Reserved.

NG RR16C-UNV

NG JJP C10 U



Administration Headquarters
CPOU Mailing Postal Center
Post Office Box 2905
Kansas City, Kansas 66110-2905

**JUDGING AND ADMINISTRATION HEADQUARTERS**
**MAILED NOTIFICATION PAPERS.** Immediate Reply Requested.

**ADDRESSEE MAIL ONLY. NOT TRANSFERABLE.**







PRESORTED
FIRST CLASS

U.S. Postage
PAID
KANSAS CITY, MO
PERMIT NO. 4280



ADDRESSEE DOCUMENTS ONLY — REPLY REQUIRED TO PROCEED

ON FILE
RECORDED
FORM

CENTRAL AWARD DISTRIBUTION
PO BOX 2905
KANSAS CITY, KS 66110

NO PURCHASE NECESSARY.
PURCHASE WILL NOT INCREASE
CHANCE OF WINNING.

**FORM NO.: 17-WNR**

RECORDED NAME AND ADDRESS:

17474196-497074/M0U086 5300
JAN CUTLER

$2,000,000.00 - Two Million Dollars

DEAR JAN CUTLER:

I have officially signed this letter below on behalf of the CENTRAL AWARD DISTRIBUTION, a bonded sweepstakes and Award determination organization.

As Director and administrar of judging, it is my privilege and honor to certify the issuance of these documents and to authoritatively CONFIRM your opportunity to WIN a major CASH AWARD is now verified for *** $2,000,000.00 *** provided you meet the entry deadline officially stipulated in rules and are at least 18 years of age.

This is NOT a preliminary letter with additional skill rounds or competition requirements; this is a CONFIRMED NOTICE — if you have and return the preselected winning number before the deadline in accordance with the compliance regulations, you will be the "OFFICIAL DECLARED WINNER" and will receive your option of CASH payment as follows:

1. $66,666.66 PER YEAR FOR 30 YEARS (TOTAL $2,000,000.00)
OR, 2. AN ALTERNATE SINGLE LUMP-SUM DISTRIBUTION OF $1,327,940.00.

Regarding the provisional Award as stated to you — there are no taxes withheld and no spending restrictions or sponsor deductions whatsoever. The maximum potential and SUM TOTAL so noted, *** $2,000,000.00 *** shall be issued directly by an overnight courier service or by electronic bank wire transfer once the judges have received and reviewed the Award Winner's form on the bottom of the accompanying page. PLEASE COMPLETE THIS FORM NOW AND RETURN IT IN THE REPLY ENVELOPE PROVIDED, BY MAIL REQUESTED WITHIN THE NEXT 7 DAYS.

IMPORTANT: Locate the "Provisional Award Preference Label" affixed and identified on page 2; carefully peel off this label and place it in the designated area clearly indicated on your titled ENTRANT ACTIONABLE JUDGING FORM 17-WNR at the bottom of the page. Make sure that your name and delivery address is accurate and current as entered.

As one of the world's largest sweepstakes organizations, we are very excited to present this letter to you today. Our office is dedicated to our international offices through which we wish to continue providing other individuals the same opportunity of financial independence to you through this official notice. As such, we have established a VIP selective program specifically reserving a special parcel; Premium Offer: A Valuable Booklet, containing coupons worth more than $2,500.00 in discounts on goods and services when fully redeemed at participating major merchants. This special VIP item is for your immediate obtainment and delivery option.

Please enclose the REQUIRED FEE of $11.89 to elect receipt of this valuable Premium Offer now reserved in your name as the issuee of these official CAD papers.

Your remittance by cash, check, money order (made payable to CAD) or by credit card for $11.89 is DUE IN FULL and must be enclosed for Premium Offer delivery with return of your completed form on the bottom of page 2. Make sure to enclose the requested payment amount as earmarked and specified.

CLOSING INSTRUCTIONS: In order to go forward, your ENTRANT ACTIONABLE JUDGING FORM 17-WNR must be completed and returned for record and final judges filing. Pending declaration, if you have and return the preselected winning number, all arrangements will follow from CAD headquarters. Please do not delay.

Best regards and fondest wishes

Gregory R. McLeward/Director—CENTRAL AWARD DISTRIBUTION

TN 52 FRM E

L.05201E-N000/N216 52 A0 U

---

Official Papers of Delivery
And Verified Eligibility Regarding:
(X) GRAND PRIZE AWARD
( ) RUNNER-UP AWARD
Judging Year: ............2016
Determined Award Amount: ........$2,000,000.00 USD
Preselected Winning Number: ....Validated
Assured Recipient I.D. Reference Number:
#17474196-497074/297576270

**Reply Request**
7 Days

Description Of Award: 100% CASH
Payable By: CERTIFIED CHECK(S)
Winner's Taxable Amount Withheld: $0.00

INSTRUCTIONS:
Applicable completion and return of the
ENTRANT ACTIONABLE JUDGING FORM 17-WNR
located on the bottom of page 2 is required by CAD judges for formal record of your AWARD opportunity VALIDATION subject to the Cash Funds fully registered in the total amount of

Addressee Filed Papers
NON-TRANSFERABLE
FINANCIAL MATTER
Form 17-WNR
Page Number ... 2

PLEASE READ
Record of this signed correspondence has been authorized and endorsed by the directing officer of the CENTRAL AWARD DISTRIBUTION, KANSAS CITY, KS, USA.
This is a registered document. Please follow all instructions as posted if you have and return the preselected winning number as mandated before the deadline, our office will initiate Award Payment. Please reply within 7 days of receipt of this official dispatch.

***OFFICIAL CAD DELIVERED DOCUMENT — FINAL STAGE***

# RECIPIENT IDENTIFICATION AND AWARD PREVIEW

DEADLINE SENSITIVE
Response Required To Validate In All Proceedings Per The Signed Document

Full Award Is Assured As PAYABLE AND DUE To Individual Winner who has and returns the Preselected Winning Number In The Certified Amount Shown: ........... $2,000,000.00 Two Million Dollars

Official Identification No.: ........................ #17474196-497074/297576270

Type of Award Disbursement
GRAND PRIZE PAYMENT: ..................... NEGOTIABLE CASH FUNDS
ADDRESSEE OF RECORD: .....................JAN CUTLER

ATTENTION: JAN CUTLER
Certified issuance of Award Funds upon winning number representation shall be AUTHORIZED for payment according to WINNER CASH OPTION.

Please specify on the Provisional AWARD PREFERENCE LABEL at right your indication of said disbursement if determined officially by judges as the certified and named WINNER. No taxes are withheld on Award.

**Make Selection Directly On Label**

PROVISIONAL AWARD PREFERENCE LABEL

TO: JAN CUTLER

PLEASE SELECT — If determined the AWARD WINNER, indicate your Cash Award Payment Option. Make one choice only:

☐ I select the $2,000,000.00 annuity, payable at $66,666.66 per year for 30 years (total $2,000,000.00).

☐ I select the lump-sum payment of $1,327,940.00.

## TENTATIVE AWARD PAYMENT SCHEDULE

Approved By:  Greg R. McLeward, Director
Notification Year:  2016
Classification:  30-Year Annuity Option

CAREFULLY PEEL OFF THE OFFICIAL LABEL ABOVE; AFFIX IT DIRECTLY WHERE SPECIFIED IN THE "ENTRANT ACTIONABLE JUDGING FORM" AT THE BOTTOM OF THIS PAGE.

| Check | Amount | | Total | Check | Amount | | Total |
|---|---|---|---|---|---|---|---|
| Check #01 | $66,666.66 | Total: | $66,666.66 | Check #16 | $66,666.66 | Total: | $1,066,666.56 |
| Check #02 | $66,666.66 | Total: | $133,333.32 | Check #17 | $66,666.66 | Total: | $1,133,333.22 |
| Check #03 | $66,666.66 | Total: | $199,999.98 | Check #18 | $66,666.66 | Total: | $1,199,999.88 |
| Check #04 | $66,666.66 | Total: | $266,666.64 | Check #19 | $66,666.66 | Total: | $1,266,666.54 |
| Check #05 | $66,666.66 | Total: | $333,333.30 | Check #20 | $66,666.66 | Total: | $1,333,333.20 |
| Check #06 | $66,666.66 | Total: | $399,999.96 | Check #21 | $66,666.66 | Total: | $1,399,999.86 |
| Check #07 | $66,666.66 | Total: | $466,666.62 | Check #22 | $66,666.66 | Total: | $1,466,666.52 |
| Check #08 | $66,666.66 | Total: | $533,333.28 | Check #23 | $66,666.66 | Total: | $1,533,333.18 |
| Check #09 | $66,666.66 | Total: | $599,999.94 | Check #24 | $66,666.66 | Total: | $1,599,999.84 |
| Check #10 | $66,666.66 | Total: | $666,666.60 | Check #25 | $66,666.66 | Total: | $1,666,666.50 |
| Check #11 | $66,666.66 | Total: | $733,333.26 | Check #26 | $66,666.66 | Total: | $1,733,333.16 |
| Check #12 | $66,666.66 | Total: | $799,999.92 | Check #27 | $66,666.66 | Total: | $1,799,999.82 |
| Check #13 | $66,666.66 | Total: | $866,666.58 | Check #28 | $66,666.66 | Total: | $1,866,666.48 |
| Check #14 | $66,666.66 | Total: | $933,333.24 | Check #29 | $66,666.66 | Total: | $1,933,333.14 |
| Check #15 | $66,666.66 | Total: | $999,999.90 | Check #30 | $66,666.66 | Total: | $2,000,000.00 |

Alternate Classification:  Lump-Sum Option
Single Check Payment  Total: ▶ $1,327,940.00

▽ Detach form below at perforation. Complete fully as applicable and mail/poste today in the official reply envelope provided. ▽

# ENTRANT ACTIONABLE JUDGING FORM 17-WNR

NAME AND DELIVERY ADDRESS ON RECORD:
JAN CUTLER
2714 PACKARD ST APT D
ANN ARBOR, MI 48108-3242
UNITED STATES

Full Award Valuation Officially Registered For Payment To The Winner: $2,000,000.00 USD

IMPORTANT: COMPLETE REQUIRED SECTION BELOW AS APPLICABLE TO FINALIZE

1. Total Amount for Premium Offer Acquisition
and Securement Option Required For Delivery: $11.89

2. Indicate Method of Premium Offer Payment Enclosed:
☐ CASH ☐ CHECK ☐ MONEY ORDER (Make payable to CAD)
Charge to ☐ VISA ☐ MASTERCARD ☐ AMERICAN EXPRESS ☐ DISCOVER
Acc't #
Expiration Date:  MONTH _____ / YEAR _____
CVV Code: _____  Amt. to Charge: _____
IMPORTANT: To Elect Special RUSH PROCESSING Add $3.00 (Total Enclosed: $14.89)

3. Sign Your Legal Name as Designated Recipient:
X

4. Email address:

RECIPIENT INSTRUCTIONS:
Carefully Peel-Off
PROVISIONAL AWARD PREFERENCE LABEL ABOVE
And Affix In This Area.

IMPORTANT: MAKE SURE THAT YOU HAVE SPECIFIED YOUR OPTION OF CASH PAYMENT FUNDS AS FULLY GUARANTEED TO YOU IF JUDGES CERTIFY AND DETERMINE YOUR STATUS AS AWARD WINNER

NO PURCHASE NECESSARY. PURCHASE WILL NOT INCREASE CHANCE OF WINNING.

L.05201E-N000/N216 52 A0 U

PX2, p.000041

Print Name and Delivery Address:

_____

_____

_____

_____

**IMPORTANT:**
Make sure you have read
all instructions carefully
before sealing this envelope.

AFFIX
CORRECT
POSTAGE
HERE FOR
DELIVERY

NG R5 U JMB

**OFFICIAL MAIL**

OFFICIAL DECLARATION

Processing / Distribution Offices
— World Headquarters —
P.O. BOX 2905
**KANSAS CITY, KS 66110-2905**

*Award Declaration Center* • *Judges Processing Office*

**OFFICIAL MAIL – TAMPERING PROHIBITED**

**DOCUMENTS:** Deliver only as addressed

SENT FROM THE JUDGING OFFICES
P.O. BOX 2905
KANSAS CITY, KS  66110-2905

NG 52P C10 U

**DEADLINE IN EFFECT: TIME SENSITIVE DOCUMENTS**



U.S. Postage
PAID
KANSAS CITY, MO
PERMIT NO. 4280

P-SORTED
FIRST CLASS

# NOTICE OF PUBLIC ACCESS REPORT

A.S.P., P.O. BOX 12954, KANSAS CITY, KS 66112

## ❧ $1,000,000.00 ☙

### CASH/PRIZE OPPORTUNITIES

JAN CUTLER

*RECIPIENT CONFIRMED 105 P.L.*

**For Office Use Only**

| | |
|---|---|
| Reported Amount | OVER $1 MILLION |
| Report Status | CONFIRMED |
| Issuance | PENDING REPLY |
| Reply | REQUEST IN 10 DAYS |

Reports Previously Published

| Report ID | Amount | DATA Verified |
|---|---|---|
| 07Z4B | $3,190,537.45 | Cutler |
| 07Z4C | $2,491,772.65 | Cutler |
| 07Z4F | $3,886,598.25 | Cutler |
| 07Z4H | $6,210,928.65 | Cutler |
| 07Z3E | $2,512,558.30 | Cutler |
| 07Z3G | $2,124,592.49 | Cutler |

**OVER $1,000,000.00
OPEN AND UNCLAIMED**

American Sweepstakes Publishers (A.S.P.) is an independent service organization that monitors sweepstakes promotions and notifies subscribers, by way of prize data bulletins, as to the availability of sweepstakes promotions, information required to enter, and prizes for which they can enter for a chance to win. A.S.P. does not sponsor sweepstakes, or endorse the products or guarantee the prizes within the sweepstakes promotions themselves. Internet access required for most sweepstakes.

Dear Jan,

Pursuant to your verified identity, I have been entrusted to handle an important matter regarding over $1 Million Dollars in Cash and Prizes which remains unclaimed.

We have enclosed a total of 6 (SIX) Published Release Tickets on the attached form ** KEEP FOR YOUR RECORDS ** which are summarized at right referencing over $1,000,000.00 in cash/prize opportunities VERIFIED for issuance by most sponsors in the report for which you, JAN CUTLER, are identified as CONFIRMED RECIPIENT.

Current report dispatch documents are now prepared in the name of JAN CUTLER, in anticipation of immediate delivery to your residence recorded as 2714 PACKARD ST APT D, ANN ARBOR, MI 48108-3242 provided the enclosed Certificate is returned with fee as directed.

**FINAL PROCEEDINGS NOW REQUESTED BY REGISTRAR:**

Please return in 10 (TEN) days the enclosed Certificate of Cash/Prizes upon which you shall provide the legal signature of JAN CUTLER that shall be presented as legal tender at the ANN ARBOR area institution of your choosing. The sooner you return your Certificate and fee, the sooner we can release your GUARANTEED $1,000,000.00 report dispatch.

Sincerely,

*Michael Washington*

Michael Washington
Manager

*Jan Cutler
mail Your Certificate and Fee TODAY
we can not be responsible for any delays!*

P.S. Jan Cutler, the proprietary report of over $1,000,000.00 is GUARANTEED and will only be released to you upon receiving your prompt remittance of the enclosed Certificate and fee -- within the next 10 days. DO NOT DELAY --- Deadlines are rapidly approaching.

---

# CONFIRMATION OF RELEASE

## ❧ OVER $1,000,000.00 ☙

### CASH/PRIZE OPPORTUNITIES REPORT TO

### JAN CUTLER

RELEASE TO 2714 PACKARD ST APT D, ANN ARBOR, MI 48108-3242 GUARANTEED PENDING RECEIPT OF COMPLETED CERTIFICATE BELOW WITH FEE WITHIN 10 DAYS PREFERRED. FAILURE TO RESPOND AS DIRECTED COULD RESULT IN FORFEITURE. KEEP TOP PORTION AND 6 RELEASE TICKETS FOR YOUR RECORDS.

AUTHORIZATION

*Michael Washington*

*RECIPIENT CONFIRMED 105 P.L.*

| **CONFIRMATION OF RELEASE 01** | **CONFIRMATION OF RELEASE 02** | **CONFIRMATION OF RELEASE 03** |
|---|---|---|
| CASH/PRIZE OPPORTUNITIES - ALREADY PUBLISHED | CASH/PRIZE OPPORTUNITIES - ALREADY PUBLISHED | CASH/PRIZE OPPORTUNITIES - ALREADY PUBLISHED |
| $3,190,537.45 | $2,491,772.65 | $3,886,598.25 |
| STATUS: EXPIRED | STATUS: EXPIRED | STATUS: EXPIRED |
| OVER $ONE MILLION DOLLARS IN CASH / PRIZES OPEN NOW | OVER $ONE MILLION DOLLARS IN CASH / PRIZES OPEN NOW | OVER $ONE MILLION DOLLARS IN CASH / PRIZES OPEN NOW |
| No. 07Z4B | No. 07Z4C | No. 07Z4F |
| **CONFIRMATION OF RELEASE 04** | **CONFIRMATION OF RELEASE 05** | **CONFIRMATION OF RELEASE 06** |
| CASH/PRIZE OPPORTUNITIES - ALREADY PUBLISHED | CASH/PRIZE OPPORTUNITIES - ALREADY PUBLISHED | CASH/PRIZE OPPORTUNITIES - ALREADY PUBLISHED |
| $6,210,928.65 | $2,512,558.30 | $2,124,592.49 |
| STATUS: EXPIRED | STATUS: EXPIRED | STATUS: EXPIRED |
| OVER $ONE MILLION DOLLARS IN CASH / PRIZES OPEN NOW | OVER $ONE MILLION DOLLARS IN CASH / PRIZES OPEN NOW | OVER $ONE MILLION DOLLARS IN CASH / PRIZES OPEN NOW |
| No. 07Z4H | No. 07Z3E | No. 07Z3G |

**JAN CUTLER DETACH HERE AND MAIL WITHIN 10 DAYS**

*RETURN WITHIN 10 DAYS*

# CERTIFICATE OF CASH/PRIZE

OPPORTUNITIES REPORT GUARANTEED OVER

## $1,000,000.00

### JAN CUTLER

*NULL AND VOID WITHOUT FEE*

| Date of Issuance | Total Cash and Prize Opportunities Avaliable | Reference |
|---|---|---|
| 08/29/2016 | -OVER $1,000,000.00- | 07EF71 |

ISSUED TO

JAN CUTLER

ACCOUNT ID
48108CTLE271-928483

I, Jan Cutler, authorize immediate release and delivery of the opportunities report valued over One Million Dollars as reserved.

I have enclosed one-time $12 processing fee by:
☐ Cash ☐ Check or ☐ Money Order payable to A.S.P.

*Michael Washington*

APPROVED FOR RELEASE

Sign Here X _____

48108CTLE271-928483 WE08160427 HWE1C1004770 A-U 07-1A L31-XACA722B00

MAIL NOW WITH FEE TO: ASP P.O. BOX 12954, KANSAS CITY, KS 66112-2954

**RISK FREE GUARANTEE**

If you are not 100% satisfied with our Publication, you can request,a full refund for the most recent issue. You will be allowed to keep the publication compliments of American Sweepstakes Reporter. In addition, you can request a full refund for all future, unfilled publications already purchased.

American Sweepstakes Publishers is an independent publisher of sweepstakes news, edited for consumer convenience and economy, (saving subscribers time and expense of searching for, and purchasing publications and products as sources of current sweepstakes). Fee includes research, publishing and notification costs of information contained in the Sweepstakes Bulletin. Participants are instructed how to properly register with sponsors. ASP does not conduct sweepstakes promotions; and is not related to any of the companies or organizations it monitors; or endorse products or services of sponsoring companies or pay or guarantee prizes offered by them. Most of the offers listed require internet access, although we try to add as many mail-in offers as possible.The published information contains details on a selected number of current sweepstakes having a combined payout in the minimum amount specified on reverse. Most grand prizes range from $10,000 to $100,000. Retail value of prizes, odds of winning and all required terms and conditions are provided by the individual sponsors. NO PURCHASE IS NECESSARY to enter for a chance to win, or to receive any prize listed in the published information, and a purchase of any sponsoring company's product WILL NOT improve the chances of winning. Returned checks may be subject to electronic redeposit without further notice. Recovery fees as allowed by state law may be assessed and may be debited from your checking account. Customer Service can be contacted at (913) 338-0715.

**NOTIFICATION SYSTEM**

Our mailing list is made available to companies whose products or services might be of interest to you. If you'd prefer to have your name withheld or no longer wish to receive our own mailings, please copy your name, mailing address and customer number exactly as it appears on our letters and mail to: ASP Mail Preference Service, P.O. Box 478, Bonner Springs, KS 66012-9998.

O7 BGR-6

ATTENTION RECEIVING OFFICE

NAME _____

ADDRESS _____

CITY _____ ST ____ ZIP ____



° • OFFICE USE ONLY • °
AUTHORIZATION - PRIORITY PAPERS
_____ CHECK HERE UPON RECEIPT)



**AMERICAN SWEEPSTAKES PUBLISHERS**
DEPARTMENT OF PRIZE DATA INFORMATION
PO BOX 12954
KANSAS CITY, KS 66112-2954





ılııı|ıllııllıılıılıılılıılılıılıılllıılılılıⅱⅱⅱⅱⅱⅱⅱ

**OPEN WITHOUT DELAY • RECORDED DOCUMENTS INSIDE**
CONTENTS SEALED FOR ADDRESSEE ONLY AND ARE NOT TRANSFERABLE

7 DAY REPLY REQUEST
Mailed From Executive Headquarters

**AMERICAN SWEEPSTAKES PUBLISHERS**
P.O. BOX 12954, KANSAS CITY, KS 66112

PAPERS REQUIRE CAREFUL REVIEW





PRESORTED
STANDARD
U.S. POSTAGE
PAID
KANSAS CITY, MO
PERMIT NO. 4260

CORRESPONDENCE IS PRIVATE AND CONFIDENTIAL

**SUBJECT OF ISSUANCE:**

# NOTICE OF AWARD MONEY TO BE PAID PENDING JUDGES OFFICIAL DECISION

FULL AMOUNT CERTIFIED



## $3,000,000.00

OFFICIAL
Award Series No.:
**2-15L**

DIRECTOR'S SIGNATURE



WINNER PAYMENT OPTION CONFIRMED FOR: __ANNUITY OR LUMP-SUM FUNDS__

**NO PURCHASE
NECESSARY.
PURCHASE WILL NOT
INCREASE CHANCE
OF WINNING.**

OFFICIAL PRESELECTION I.D. NUMBER

17474196-497073/713875928 297557009

Page No. __1__ of __2__ Total
Official Sponsor: AWARD NOTIFICATION COMMISSION
Filing Year: __2016__
Current Award Status And Description:
☑ Undistributed Cash
☐ Merchandise/Goods
☐ Property/Real Estate
☐ Other _____
Preselected Winning Number Has Been __VALIDATED__
By Judging Commission
**AMOUNT:** __Three Million Dollars__

**ISSUEE**
OF PAPERS:

JUDGES DESIGNATED DELIVERY TO:

JAN CUTLER 5681

DEAR JAN CUTLER,

My name is Charles W. Fox. I am Directing Officer of the AWARD NOTIFICATION COMMISSION, a large Award <u>determinations</u> firm located in KANSAS CITY, KS, USA.

The purpose of this letter is to notify you, officially, that a preselected WINNING I.D. number has been <u>identified</u> in an international Award Series (#2-15L), and by virtue of this correspondence, all you must do is provide effective entry (as instructed) to VALIDATE said opportunity to WIN if you have and return the preselected winning number the outright CASH AWARD of <u>$3,000,000.00</u> <u>Three Million Dollars</u>.

Please Note: This is not a preliminary letter requiring further rounds, additional levels or multiple skill requirements. Your official preselection I.D. number printed above and repeated here <u>17474196-497073/713875928 297557009</u> must be returned for judges review and record in accordance with the conditions which govern and legislate this Award Series (see rules enclosed). Failure to comply will invalidate this letter in all parts and summary, and there is no grace period. Be apprised — we are very excited and anxious to go forward as you should be at this moment — if you have and return the preselected winning number <u>before</u> the deadline, stipulations guarantee the entire and maximum amount of the AWARD for direct payment to you, in CASH, $3,000,000.00. This is a time-sensitive matter.

Your original ANC OFFICIAL JUDGING AND PROCESSING FORM (pg. 2) must be completed and returned in ENTIRETY. You may make a copy for your records. Status limitations exclude you if you are under 18 years of age.

By addition and on reserve to you, a Premium Offer to supplement this Award Series has been approved as a bonus option. Premium Offer authorization is irrevocably yours and shall provide: Exquisite, silver-tone Floating Heart Necklace with 4 sparkling Crystals. The shimmering heart is suspended from an 18" silver-tone cable chain with lobster claw clasp. Our shipping department has certified the preparation of this parcel directly in your name.

To initiate Premium Offer delivery, prepayment is REQUIRED and must be enclosed without exemption with return of the accompanying completed FORM in entirety (pg. 2). Payment of cash, check or postal money order is accepted for $11.89, or if you prefer, you may charge to a major credit card. If remittance is paid in the form of a check or money order, make payable to ANC.

The official structure of AWARD FUNDS for pending Winner determination is as follows: Choice of fixed, annualized **30-year annuity paying $100,000.00 in each of 30 consecutive years to total $3,000,000.00**, or an alternate **single payment in the lump-sum amount of $1,991,910.00**. (Please see step #3 of completion instructions on the next page.)

The total amount has been safeguarded by an insured bond. Other options are not available. Please go to pg. 2 now and complete it as requested. Charles Jacobs, our Senior Auditor, has confirmed that the Award Funds are represented in the amount so stated.

We must inspect your pg. 2 document thoroughly to eliminate any possible malfeasance and finalize the judging process.

Charles W. Fox, Director of Awards

*Chas H. Jacobs*

**IMPORTANT:** By judges ordinance, the exact preselected winning number record must officially be entered at AWARD NOTIFICATION COMMISSION headquarters in order to authorize the issuance of $3,000,000.00 in PRIZE FUNDS. Please do not delay in completing all instructions specified by and through this attachment.

:: COMPLETE AND RETURN THIS PAGE ::
Authorized and Signed Document – Date Sensitive and Controlled – Reply Request Deadline 7 Days

# ANC OFFICIAL JUDGING AND PROCESSING FORM
### ENTRANT FINAL PROCEEDINGS AND PERMANENT FILING RECORD

THIS PART COMPLETED BY EXECUTIVE OFFICES PRIOR TO RELEASE

Page No. _2_ of _2_
Day: _Thursday_
Year: _2016_
Form No.: _2-15L_
Type Of Award: _Cash_
Amount: $3,000,000.00
Full WINNERS Total Authorized for Issue: **Yes**
Formal Judges Review of Preselected Winning Number: _Required_
Internal Tracking: **00133L**

Non-Transferable Papers
As Admitted To: **JAN CUTLER**

Recipient Status For Maximum Potential AWARD Disbursement/Sole Payment: ☑ 100% Reply Requested ☐ Further Conditions Apply

**IMPORTANT:** The AWARD opportunity and TOTAL ➤ **$3,000,000.00 CASH PAYMENT**
is pending the WINNER written reply to ANC offices for official dispatch.

▶ The Amount printed above will be made payable by ___ **Certified Check or Checks** ___ or by an alternate **Electronic Bank Wire Transfer** according to, and if the WINNER option as selected.

UPON CERTIFICATION BY JUDGES OF WINNING NUMBER PRESENTATION,
THE AWARD SHALL BE ISSUED VIA CHOICE OF OPTION A OR OPTION B AS FOLLOWS:

**OPTION A: ANNUITY**
The Full And Total Entitled Winner Amount To Be Paid
$100,000.00 PER YEAR FOR 30 CONSECUTIVE YEARS
(TOTAL $3,000,000.00)

**OR**

**OPTION B: LUMP-SUM**
The Full And Total Entitled Winner Amount To Be Paid
$1,991,910.00 REMITTED VIA A SINGLE LUMP-SUM ISSUANCE
(TOTAL $1,991,910.00)

**Attention:** JAN CUTLER
**Please complete the following entry information for ANC judges and final record. (Do not mark in areas already completed.)**

This Area Reserved For Official Barcode Only. Leave Blank - Do Not Write in This Box.

**1.** Print in the spaces provided below the exact spelling of your — FULL NAME — as you would like it drafted on the Award Check(s) if judges officially certify and record you as the determined WINNER:
FIRST NAME          MIDDLE NAME OR INITIAL          LAST NAME

**2.** Have you ever WON a major Cash Award before? ☐ Yes ☐ No
Initial below to Confirm this statement: I, JAN CUTLER can provide proof that I am a legal citizen and not affiliated in any way with the AWARD NOTIFICATION COMMISSION, either as an employee or as a professional vendor, subcontractor, advertising agency or representative of the corporation in any capacity.

PLACE YOUR INITIALS HERE TO CERTIFY ABOVE STATEMENT

**NO PURCHASE NECESSARY**
PURCHASE WILL NOT INCREASE CHANCE OF WINNING.

**3.** Indicate your Payment option if determined/resolved by judges as the AWARD WINNING individual so stated by name and address through these official papers:
(MAKE ONE SELECTION ONLY)
☐ OPTION A: ANNUITY of $100,000.00 per year for 30 years (Total $3,000,000.00)
☐ OPTION B: LUMP-SUM single payment of $1,991,910.00

**4.** Premium Offer Acquisition and Delivery:
☐ Yes, enclosed is my full payment of $11.89 confirming option if electing Premium Offer remittance due and required for delivery with return of this completed document.
INDICATE METHOD OF PAYMENT: ☐ Cash ☐ Check ☐ Money Order (make payable to: ANC)
CHARGE TO MY CREDIT CARD: ☐ Visa ☐ MasterCard ☐ American Express ☐ Discover
IMPORTANT: To Elect Special "RUSH PROCESSING" Add: $3.00 (Total Enclosed: $14.89)
Print Account Number (all digits)          Expiration Date (Mo./Yr.)

CVV Code     Amount to Charge:     Email Address:

**AWARD SUMMARY**

Maximum Amount Payable To Winner: **$3,000,000.00**
By: _30-Year Fixed Annuity_
Alternate Amount Payable To Winner: **$1,991,910.00**
By: _Single Lump-Sum Payment_

Taxes Withheld on Award: _None_
Commissions Due: _None_
Premium Offer FEE: **$11.89**

Response Accepted By:
☑ Mail/Poste Only
☐ Telephone
☐ Facsimile
☐ E-Mail
☐ Text Messaging

PLEASE SIGN FULL LEGAL NAME HERE: **X**

#17474196-497073/713875928
JAN CUTLER

FOLD AND RETURN
THIS PAGE IN FULL

Officer's Authorizational Signature:

*Charles W. Fox*

CHARLES W. FOX, AWARD DIRECTOR

# Grand Prize Sweepstakes XVI Official Rules

**To Enter:** To enter the Grand Prize Sweepstakes XVI, respond and claim the uniquely assigned lucky numbers, presented with these promotional materials. **Deadline:** December 31, 2016. Postmark determines date of respondent's reply. Two separate sweepstakes are offered and entered under the Grand Prize sweepstake with a combined value of $3,000,000.00. Any deviance from conduct and procedure stated in these rules, including failure to meet prescribed urgent deadlines, invalidates your registration. To determine the Grand Prize winner(s), the individual assigned sweepstakes numbers on all qualified entries will be compared against the prize winning number(s) pre-selected by computer. Only official entry forms, authorized responses and transmissions will be accepted. Sponsor and Presenter are not responsible for late, lost, illegible, incomplete or misdirected mail entries; technical failure, jumbled, scrambled or misdirected transmissions or other error of any kind whether human, mechanical or electronic that may affect the Sweepstakes entry process. All entries become the exclusive property of the Sponsor and Presenter, and will not be acknowledged or returned. Use of any automated system or agency relationship or photocopy to submit entry is prohibited and will result in disqualification. In case of entry ownership dispute: Mail entries will be declared made by the submitter whose name is assigned to the entry. Multiple Presenters, graphic presentations and techniques for eligibility are planned for this sweepstakes. Prize values and payout methods are specific to offer. **Eligibility:** Sweepstakes open to legal age adults and where made available and permitted by law. Promotion void where prohibited. All applicable federal, state, provincial and local laws and regulations apply. Canadian residents must successfully answer a skill-testing question. This offer is void and/or invalid to residents in Quebec. Employees of the Sponsor, all sweepstakes presenters, affiliates, licensees, suppliers, agencies, and members of those employees' immediate families are not eligible. **Number Match:** To determine the Grand Prize winner, the individual sweepstakes numbers on all qualified entries will be compared against the prize winning numbers pre-selected by computer. All judges' decisions are final. Chances of winning the One Million Dollar Grand Prize are one in 300 million, the chances of winning the Two Million Dollar Grand Prize are one in 300 Million, winning the combined Grand Prize in the amount of $3,000,000.00 (USD) are one in 90 quadrillion. One Million Dollars and/or Two Million Dollars are guaranteed to be awarded to the Grand Prize winner as specified in offer. If winning number(s) are not matched, Grand Prize(s) will not be awarded. All entry numbers are distributed randomly. It is indeterminable as to whether the actual winning number has been distributed, until after promotion end date. It is possible that there will not be a Grand Prize Winner. **Grand Prize:** The winner of the One Million Dollar Grand Prize may choose to receive 30 installments of $33,333.33 (USD) per year or 360 installments of $2,777.00 (USD) per month or 1,560 installments of $641.00 (USD) per week or a single lump sum pay out based on the annuity value at time of payout. The winner of the Two Million Dollar Grand Prize may choose to receive 30 installments of $66,666.66 (USD) per year or 360 installments of $5,555.00 (USD) per month or 1,560 installments of $1,282.00 (USD) per week or a single lump sum pay out based on the annuity value at time of payout. *Payments for Life are based on 30 year annuity. Payments will not extend beyond 30 years, are non transferable and are capped at the prize values included in the Official Rules. All prizes will be pegged to the US Dollar at the time of payout as indicated in these Official Rules. For marketing purposes prizes shown may be representative or are suggestive of Grand Prize winning purchase possibilities. A Variety of international currencies may be used to represent prize values including but not limited to: GBP, Euro, AUD, and Yen. Currency rates are subject to change. All submissions will be entered into the One Million and Two Million US Dollar Grand Prize Sweepstakes. Amount will be converted based on currency exchanges rate at the time of pay out. Bonus Sweepstakes: All qualified entrants will be entered into a random drawing to be conducted on or about February 28, 2017. Odds of winning based on number of entries received. Prizes are guaranteed to be awarded as follows: First Prize: Two (2) winners will each receive One thousand dollars ($1000.00 USD). Second Prize: Two (2) winners will each receive Five hundred dollars ($500.00 USD). Third Prize: Ten (10) winners will

each receive One hundred dollars ($100.00 USD). Fourth Prize: Nineteen (19) winners will each receive Fifty dollars ($50.00 USD). Winner Notification: Promotion(s) is under the supervision of an independent judging agency whose decisions are final. Winners will be notified by mail within 60 days of the Grand Prize winner determination. Unclaimed Grand Prize(s) will not be awarded. Any prize notice(s) or claim(s) that results from production, printing, mechanical, typographical, electronic transmission or other errors or is obtained through other than a legitimate manner or channel is void and will not be accepted. Participating in the sweepstakes constitutes permission to use the name, photo, or likeness of the prize winner for advertising and publicity purposes (where legal) without further compensation or consent. Grand Prize winners will be required to sign an Affidavit of Eligibility and Publicity /Liability Release before prize(s) is awarded. Affidavits must be returned within 14 days of notification to claim prize. All federal, state, and local taxes are the sole responsibility of the winner. Taxes and any expense not specified herein are the responsibility of the winner. **General conditions:** Any attempt by an entrant to deliberately undermine the legitimate operations of the Sweepstakes, print or electronic versions, is a violation of the criminal and civil laws. Should such an attempt be made, the Sponsor reserves the right to seek damages from any such entrant to the fullest extent permitted by law and to disqualify such entrant from the Sweepstakes. In the event the Sweepstakes is compromised for any reason including non-authorized human intervention or other causes beyond the control of the Sponsor which corrupts or impairs the administration, security, fairness or proper play of the Sweepstakes, the Sponsor reserves the right in its sole discretion to suspend or terminate the Sweepstakes. **Release and Limitations of Liability:** By participating in the Sweepstakes entrants agree to release and hold harmless Sponsor, Presenter, Insurer, their parents, subsidiaries, affiliates, advertising and promotion agencies and all of their respective directors, officers, employees, and agents (the "Released Parties") from and against any claim or cause of action arising out of the entrant's participation in the Sweepstakes, or receipt or use of any prize. Entrant further agrees that in any cause of action, the Released Parties' liability will be limited to the cost of entering and participating in the Sweepstakes, and in no event shall the Released Parties be liable for attorney's fees. Entrant waives the right to claim any damages whatsoever, including, but not limited to, punitive, incidental, consequential, direct, or indirect damages. **Results:** For sweepstakes results available after March 31, 2017 visit http://thenextgeninc.com. **Notification System:** The purpose of this Sweepstakes is to promote various products featured by Sponsor: NextGen, Inc., Overland Park, KS 66210. NextGen, Inc. makes our mailing list available to companies whose products or services might be of interest to you. NextGen, Inc. does not share or rent customer phone number information for any telemarketing solicitations. If you would prefer to have your name withheld and not made available to other companies, or no longer wish to receive our own mailings, please copy your name and mailing address and VIP number exactly as it appears on our letters and mail with instructions to: **NextGen, Inc. Customer Service, PO Box 7069, Shawnee Mission, KS 66207 or by calling (913) 338-1823.** If you need further assistance, write the same address. Please allow 4-6 weeks for delivery of products purchased. If the Offer purchased with this promotion is the Gift Certificate, the offer is good for discounts for online merchandise. You are responsible for processing and delivery charges which covers product cost, delivery fees, administrative charges as well as profit. Purchase is required to take advantage of discount. Online catalog is free of charge; a printed catalog is available for $5.00 USD charge. NextGen, Inc. will offer, from time to time, rush processing in its promotions. This rush processing fee includes the cost of handling, profit and administrative costs. **US Residents:** You authorize us to collect a fee of $30.00 USD through an electronic fund transfer from your account if your payment is returned by your Bank unpaid. Sponsor makes no representations, warranties or agreements other than those stated within this document. **Satisfaction absolutely guaranteed 100% refund for the Purchase if dissatisfied. For refund, please return your merchandise along with a note to our customer service department at the address listed above.**

**NO PURCHASE NECESSARY TO ENTER OR WIN. PURCHASING DOES NOT IMPROVE YOUR CHANCES OF WINNING, YOU HAVE NOT YET WON.**

2016 All Rights Reserved.

NG 3M RR16C-UNV

## Official Reply Envelope — Form E9879

From _____

Full Address _____

_____

_____

ZIP/Postal _____

**Make Sure All Instructions Have Been Followed**

STATUS: **PENDING**
**—★— URGENT REPLY —★—**

REVIEWING JUDGE:

_George Madison_

AFFIX
CORRECT
POSTAGE
HERE
FOR
DELIVERY

NG R69 U iMB



**DISTRIBUTION OFFICES AND
MAIN PROCESSING CENTER
P.O. BOX 2905
KANSAS CITY, KS 66110-2905**



# DECLARATION OF DAWN N. DALY
## Pursuant to 28 U.S.C. §1746

I, Dawn N. Daly, hereby state that I have personal knowledge of the facts set forth below and am competent to testify about them. If called as a witness, I could and would testify as follows:

1.     I am 40 years old and I reside in Brookville, Maryland. I live about ten minutes away from my 73-year-old mother, Caryn Nelson, for whom I have power of attorney.

2.     In October 2016, my mom called me worried because she had received a letter from Bank of America stating that she had overdrawn her checking account. She was living by herself in Delaware at the time – my father had recently passed away – and was worried that somebody had stolen money from her account causing it to be overdrawn. Shortly after, my mom came to visit me in Maryland. While she was visiting, we went through her Bank of America checking account statement together. The account statement showed that my mom had written numerous checks to companies with names like: "CAP," "ASP," and "ANC."

3.     I asked my mom what the checks were for, and she said she had written them because she had been told that she had won a lot of money and needed to send the checks in order to claim it. She was very excited, and said she was looking forward to being able to give the money she had won to her friends and family. I was worried, and told my mom that she should stop sending checks, but I was not sure what else I could do.

4.     The next month, I went down to Delaware to visit my mom. I was shocked when I walked into her house. He whole dining room table was covered with stacks and stacks of sweepstakes announcements and other prize mailers. My mom is normally a very neat and organized person, and wouldn't leave junk mail lying around. As I read through the mailers, I noticed that almost all were from companies in the Kansas City area – I could tell by the return

Declaration of Dawn N. Daly – Page 1 of 3

addresses – with names like Contest America Publishers, American Sweepstakes Publishers, Award Notification Commission, International Award Payment Center, and Opportunities Unlimited Publications. It was obvious that these were the companies that my mom had been writing checks to.

5.      Many of the mailers looked very official and included seals, watermarks, and signatures of "registrars," "prize directors," and "secretaries of judging." I could tell that my mom had responded to the most of mailers because the response form was missing and, on some, she had made notes with the date that she sent in a check.

6.      I gathered up some of the mailers and, in February 2017, gave them to a postal inspector that I knew through work. The postal inspector said that he would send the mailers to a fellow postal inspector in Kansas. Attached to this declaration as **Attachment A** are true and correct copies of some of the mailers that I gave to the postal inspector. The reply pages are missing because my mom sent them back in with checks. The handwritten notes with dates regarding the payments are my mom's.

7.      I tried talking to my mom again, telling her that she should not send money to these companies. I really hoped that my mom would stop, but she didn't. Responding to these mailers consumed her. She was constantly re-ordering checks and going to the post office to buys stamps. When I called her to see what she was up to, she would say she was busy filling out forms and writing checks. When she would visit me or my sisters in Maryland, she was always worried that she was going to miss getting a check in the mail and would want to get home to Delaware as soon as possible to check her mail.

8.      In May 2017, my sisters and I finally decided that our mom should move from Delaware to Maryland — we wanted to get her away from the mailers and have her closer to us

PX3, p.000002

so that we could look after her. We moved her up the following month at which time she stopped receiving the mailers. In August 2017, I received power of attorney for my mom because her memory was continuing to fail.

9.     From September 2016 to May 2017, my mom sent 424 checks totaling $11,475 to the companies in the Kansas City area. Attached hereto as **Attachment B** is a true and correct copy of a list I made of the checks my mom sent. My mom never received any prize money.


I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: ___2/6/___ , 2018          _Dawn N. Daly_
                                                    Dawn N. Daly

Declaration of Dawn N. Daly – Page 3 of 3



# TIEBREAKER I DOCUMENT
## BLUE SERIES XIII
### A PRIZE COMPETITION
DOCUMENT & REGISTRAR DEPT.
International Award Payment Center (IAPC), 1401 Armour Road, North Kansas City, MO 64116

SPECIAL ENTRANT MATTERS

CARYN NELSON

## JUDGMENT FINAL

### AN ESTABLISHED TOP SCORE HOLDER
CARYN NELSON
I.D. No: 19958NLSO234112017-343709

## $20,000.00
PAYOUT GUARANTEED
TO THE FINAL WINNERS

## CERTIFIED TOP SCORE HOLDER IDENTIFIED:

### CARYN NELSON

## THIS SIGNED LETTER HAS BEEN MAILED DIRECTLY TO YOU FROM PRIZE HEADQUARTERS, CONFIRMING YOUR BLUE SERIES XIII TOP SCORE STATUS!

1. YOU ARE IN A 1ST PLACE TIE WITH OTHER CONTESTANTS FOR *******$15,000.00 — **FIFTEEN THOUSAND DOLLARS** IN **GUARANTEED** GRAND PRIZE MONEY! PLEASE BE PREPARED TO PROMPTLY REPLY TO THIS CORRESPONDENCE AND PLEASE MAIL TO US WITHOUT DELAY.

2. PRELIMINARY RESULTS HAVE BEEN OFFICIALLY FILED IN THE IAPC BLUE SERIES XIII PRIZE COMPETITION. THIS LETTER CONFIRMS YOUR STATUS AS A TOP SCORE HOLDER TIED WITH OTHERS FOR A:

## ***$15,000.00 PRIZE CHECK***

Payment to the final Winners are **Guaranteed** through our Banking Offices. We are submitting this correspondence to you detailing the action you must now take to move even closer to the Prize Money. The enclosed Tiebreaker I paperwork MUST be completed and returned to Prize Headquarters. **This is Mandatory! Simply submit a correct Tiebreaker I answer to guarantee your advancement to the Semi-Finals!** Once we receive your Tiebreaker I Document, we will immediately mail your Contest Status Update. We ask for your cooperation in meeting recommended deadlines.

RUNNER-UP PRIZE TO WINNERS:
### *** $1,000.00
*** ONE THOUSAND DOLLARS ***

MAXIMUM GRAND PRIZE TO THE FINAL WINNER:
### *** $20,000.00
*** TWENTY THOUSAND DOLLARS ***

AUTHORIZATION:
The Undersigned Guarantees
### PAYOUT OF WINNERS' PRIZE MONIES

REGISTRAR OF CONTEST DOCUMENTS AND CHECK PAYMENTS
OFC

*Arthur Lee*

OFFICIAL SIGNATURE

BLUE SERIES XIII

**Daly Declaration, Attachment A**

PX3, p.000004

## GUARANTEE OF SATISFACTION

U6BGR18-rpf

International Award Payment Center, offers you the opportunity for thrilling financial rewards PLUS challenging fun and excitement. If you are not completely satisfied with our game competition – for any reason – please send us a letter and take advantage of our liberal refund policy as described more fully in the Official Rules. No reasons or explanations are necessary. There are NO STRINGS ATTACHED and our RISK FREE GUARANTEE is valid with any of our existing contests.

# OFFICIAL RULES
## Blue Series XIII

1. You must be 18 years or older to participate. Sponsors and their families are not eligible. Contestants and any of their family members (related by marriage or otherwise) who aggregate $20,000.00 or more (or local currency equivalent) in lifetime winnings from International Award Payment Center, or its affiliates, at the time prizes are determined in this contest are not eligible to win. Prizes in this contest of skill are subject to all federal, state, and local regulations and taxes. We are not responsible for lost, stolen, or delayed mail. Void where prohibited.

2. Blue Series XIII is not a sweepstakes or lottery. It is a contest of skill involving no luck or chance. This contest consists of your initial entry plus Tiebreakers, requiring contestants to successfully use math skills. The Grand Prize is $15,000.00, plus there are five (5) runner-up prizes of $1,000.00 each. Cash prizes, excluding optional bonuses, total $20,000.00. The maximum cost to compete for the Grand Prize is $20 USD plus up to two Tiebreaker handling charges of $5 each (total $30 USD plus appropriate first class postage to return four reply forms). In some states, lower tiebreaker fees may apply. Any subsequent tiebreakers are free. Returned checks may be subject to electronic redeposit without further notice. Recovery fees as allowed by state law may be assessed and may be debited from your checking account. No additional fees are required. **Fee discounts may be offered.** International fees may be higher, depending on currency conversion rates.

3. **Estimated Number of Contestants:** Approximately 110,000 contestants are anticipated. 83% (91,300) are expected to correctly answer the Qualification Question and receive up to four successive Tiebreakers. We anticipate that about 15% of those entering (16,500) will return the correct solution to the Tiebreaker I, less than 1% (1,100) to the Tiebreaker II, and that the Tiebreaker III will determine winners. Sponsor reserves the right to determine the number of Tiebreakers, not to exceed four. The final Tiebreaker will be much more difficult. Photocopies and faxes will not be accepted for Tiebreaker and Bonus entries. If two or more winning entries are tied after the final Tiebreaker, prizes will be shared per capita by winners. Contestants may play multiple times to improve Tiebreaker scores. However, Sponsor reserves the right to limit the number of entries any individual contestant may submit. Winners will receive, in addition to their prize, double the amount of their original entry fees, including any bonus and tiebreaker fees, for each multiple winning entry submitted. One Grand Prize will be awarded, and could be shared with other contestants. Sponsor anticipates that less than 5% of entry fees will be distributed in prizes.

4. The Tiebreaker I is similar in concept to the original Blue Series XIII Contest Qualification Question, and it will utilize similar, slightly more challenging math skills. The Tiebreaker II will attempt to narrow the playing field to the top-scoring contestants. The Tiebreaker III (and any subsequent Tiebreaker that may be necessary) will be increasingly difficult and require greater math skills, in a much larger puzzle grid, with a difficulty level designed to determine the final winners. A correct solution at each stage will advance you to the next exciting round. Customers may request sample Tiebreakers at any stage in the competition before proceeding to the next stage.

5. Different versions of this offer may be tested and used, including fee and graphic presentations. Puzzle solutions found to be created in part or in whole by collusion, and/or solutions submitted by proxy or via fictitious identities will be disqualified. No entrants will be accepted for this contest after **May 15, 2017;** winners and prizes will be determined by **November 15, 2017**. There will be a 30-day rejudge period following the prize determination date, and winners will be paid within 60 days thereof. Entries received after **May 15, 2017**, will automatically be entered in a subsequent, similar contest. Scheduled Prize Pay date is **February 13, 2018**.

6. At three later points in the contest, you may be given up to three opportunities to compete for optional bonus cash prizes: on your first Tiebreaker, on a separate bonus mailing, and on your second Tiebreaker. These Bonus Cash Prizes will be added to the Grand Prize. Bonus Cash fees range from $10 to $45, depending on the additional bonus prize amount you may select. Maximum cost to play for the Grand Prize and all Bonus Cash Options advertised is $155 plus appropriate first class postage to return four reply forms. **Fee discounts may apply.** Payment of the bonus cash fees, and playing for bonus cash are optional, and will not affect your present opportunity to win or share a Grand Prize. Bonus Prizes are applicable only to the Grand Prize Winner. In the event of a tie for Bonus Prize Money, Bonus Cash will be divided per capita by those winners who have submitted winning bonus entries; only Bonus Participants will share in bonus prizes. In some countries including United Kingdom, Australia, Canada, New Zealand and South Africa, prizes and fees have been converted from US Dollars to local currency using the exchange rate calculated at the start date of the contest. Prizes may be awarded in US Dollars equivalent to the local currency prize amount advertised.

7. Liability for judging errors is limited to a complete refund of entry fees paid plus postage. If a contestant suspects a judging error, he or she must notify sponsor in writing within 30 days of the Prize determination date. No adjustments will be made after prizes have been paid. Winners are determined on the basis of correct and top-scoring answers to Tiebreakers. Most Tiebreakers are judged by computer programs; remaining Tiebreakers require manual judging. All winning Tiebreakers are hand-verified by qualified Judges who are employed by Sponsor, and who have been trained by Sponsor in computer judging programs and/or manual verification procedures. All payments to winners are lump sum cash payments. Submission of your entry constitutes acceptance of all contest rules. Decisions of the Judges are final. South Africa Residents warrant that in effecting payment of any competition participation fees, they have complied in all respects with the exchange control regulations.

8. A Winners List is available after contest prize award date by sending $1 and a self-addressed envelope to Blue Series XIII Winners List, 1401 Armour Road, N. Kansas City, MO 64116 USA. All final Tiebreaker respondents will automatically be mailed a Winners List. Winners agree, without further compensation, to supply International Award Payment Center, with their photograph and to allow unlimited promotional use of their name and likeness.

9. The Unconditional Guarantee of Satisfaction is applicable to registered contestants in any open contest prior to being notified of an incorrect entry.

10. Questions? Send all correspondence to International Award Payment Center, Blue Series XIII, P.O. Box 219250, 1401 Armour Road, Kansas City, MO 64121-9250 USA. Detailed Tiebreaker rules, previous winners lists, and samples of Tiebreakers from other contests, which illustrate the level of difficulty, may be obtained in advance of entry by contacting Customer Service at (816) 842-5510. Customer Service hours: 8:00 a.m. – 3:00 p.m., Central Time. Please keep these official rules with your other important papers.

## NOTIFICATION SYSTEM

We make our mailing and email lists available to companies whose products or services might be of interest to you. If you would prefer to have your name withheld, or no longer wish to receive correspondence from us, please copy your name, mailing address, and account number exactly as they appear on our letters. Please also include your email address if you wish to opt-out of any future correspondence via the Internet. Specify (a) do not release my name to other companies or (b) remove my name from your mailing list or (c) remove my email address or (d) all of the above. Mail to: Notification System, IAPC Mail Preference Service, P.O. Box 219637, Kansas City, MO 64121-9637 USA

International Award Payment Center does not permit telemarketing to its mailing list.



C-U     19958NLSO234960001-340394 CP10160200    C-U U6-TRA 11-BACA142B00--010717     U6T1-F

# TIEBREAKER I • REMINDER NOTICE
## BLUE SERIES XIII
### A PRIZE COMPETITION
DOCUMENT & REGISTRAR DEPT.
International Award Payment Center (IAPC), 1401 Armour Road, North Kansas City, MO 64116

SPECIAL ENTRANT MATTERS

CARYN NELSON

*MISSING DOCUMENT ALERT*

**TO AN ESTABLISHED
TOP SCORE HOLDER**
CARYN NELSON
I.D. No: 19958NLSO234960001-340394

**$20,000.00**
PAYOUT GUARANTEED
TO THE FINAL WINNERS

## SECOND NOTICE OF TOP SCORE STATUS:
## REPLY PROMPTLY TO SECURE YOUR TIED POSITION.

Dear Caryn Nelson,

**IMPORTANT MESSAGE OF CONCERN** — Please don't be alarmed, but we must extend a **Message of Concern** from the **Blue Series XIII Prize Council.**

**HIGH SCORE ACKNOWLEDGEMENT** — You were previously notified that Your Qualifying Round Answer is **On Record** as **100% Correct. You are now Tied with other contestants for the $15,000.00 Grand Prize!**

**ACTION IS REQUESTED** — However, we have not yet received the enclosed **Document,** which contains your **important** Tiebreaker I. **You need to complete this Document being resubmitted for your immediate attention (see next page).**

**BONUS CASH STILL AVAILABLE** — Because You hold a **Top Position,** the reserved **$5,000.00** in Bonus Cash Upgrade Options will bring the total Grand Prize you can play for up to **$20,000.00** payable in **ONE LUMP SUM to the Delaware Grand Prize Winner who activates this Option.** $1,000.00 prizes will also be distributed **to runner-up Winners in accord with Official Rules.**

Please mark your answer to the Tiebreaker I Question on the next page. *Submit a correct Tiebreaker I answer - and we can guarantee your advancement to the Semi-Finals!* Then select your Bonus Cash Upgrade Options available in the amounts shown: **$500.00** all the way up to **$5,000.00** added to the **$15,000.00** Grand Prize. You will need only to enclose the **$5** Tiebreaker Judging fee and assigned Bonus fees.

**We are awaiting the return of this Tiebreaker I Document -** Caryn Nelson, so please mail to us promptly. **This Offer is Non-transferable. Do not delay your reply. This Letter requires a response.**

RUNNER-UP PRIZE TO WINNERS:
### *** $1,000.00
*** ONE THOUSAND DOLLARS ***

MAXIMUM GRAND PRIZE TO THE FINAL WINNER:
### *** $20,000.00
*** TWENTY THOUSAND DOLLARS ***

AUTHORIZATION:
The Undersigned Guarantees
**PAYOUT OF WINNERS' PRIZE MONIES**

REGISTRAR OF CONTEST DOCUMENTS AND CHECK PAYMENTS
OFC

*Arthur Lee*
OFFICIAL SIGNATURE

*sent back in mail - 11-4-2016*

PX3, p.000006

### GUARANTEE OF SATISFACTION

International Award Payment Center, offers you the opportunity for thrilling financial rewards PLUS challenging fun and excitement. If you are not completely satisfied with our game competition – for any reason – please send us a letter and take advantage of our liberal refund policy as described more fully in the Official Rules. No reasons or explanations are necessary. There are NO STRINGS ATTACHED and our RISK FREE GUARANTEE is valid with any of our existing contests.

# OFFICIAL RULES
## Blue Series XIII

1. You must be 18 years or older to participate. Sponsors and their families are not eligible. Contestants and any of their family members (related by marriage or otherwise) who aggregate $20,000.00 or more (or local currency equivalent) in lifetime winnings from International Award Payment Center, or its affiliates, at the time prizes are determined in this contest are not eligible to win. Prizes in this contest of skill are subject to all federal, state, and local regulations and taxes. We are not responsible for lost, stolen, or delayed mail. Void where prohibited.

2. Blue Series XIII is not a sweepstakes or lottery. It is a contest of skill involving no luck or chance. This contest consists of your initial entry plus Tiebreakers, requiring contestants to successfully use math skills. The Grand Prize is $15,000.00, plus there are five (5) runner-up prizes of $1,000.00 each. Cash prizes, excluding optional bonuses, total $20,000.00. The maximum cost to compete for the Grand Prize is $20 USD plus up to two Tiebreaker handling charges of $5 each (total $30 USD plus appropriate first class postage to return four reply forms). In some states, lower tiebreaker fees may apply. Any subsequent tiebreakers are free. Returned checks may be subject to electronic redeposit without further notice. Recovery fees as allowed by state law may be assessed and may be debited from your checking account. No additional fees are required. **Fee discounts may be offered.** International fees may be higher, depending on currency conversion rates.

3. **Estimated Number of Contestants:** Approximately 110,000 contestants are anticipated. 83% (91,300) are expected to correctly answer the Qualification Question and receive up to four successive Tiebreakers. We anticipate that about 15% of those entering (16,500) will return the correct solution to the Tiebreaker I, less than 1% (1,100) to the Tiebreaker II, and that the Tiebreaker III will determine winners. Sponsor reserves the right to determine the number of Tiebreakers, not to exceed four. The final Tiebreaker will be much more difficult. Photocopies and faxes will not be accepted for Tiebreaker and Bonus entries. If two or more winning entries are tied after the final Tiebreaker, prizes will be shared per capita by winners. Contestants may play multiple times to improve Tiebreaker scores. However, Sponsor reserves the right to limit the number of entries any individual contestant may submit. Winners will receive, in addition to their prize, double the amount of their original entry fees, including any bonus and tiebreaker fees, for each multiple winning entry submitted. One Grand Prize will be awarded, and could be shared with other contestants. Sponsor anticipates that less than 5% of entry fees will be distributed in prizes.

4. The Tiebreaker I is similar in concept to the original Blue Series XIII Contest Qualification Question, and it will utilize similar, slightly more challenging math skills. The Tiebreaker II will attempt to narrow the playing field to the top-scoring contestants. The Tiebreaker III (and any subsequent Tiebreaker that may be necessary) will be increasingly difficult and require greater math skills, in a much larger puzzle grid, with a difficulty level designed to determine the final winners. A correct solution at each stage will advance you to the next exciting round. Customers may request sample Tiebreakers at any stage in the competition before proceeding to the next stage.

5. Different versions of this offer may be tested and used, including fee and graphic presentations. Puzzle solutions found to be created in part or in whole by collusion, and/ or solutions submitted by proxy or via fictitious identities will be disqualified. No entrants will be accepted for this contest after **May 15, 2017;** winners and prizes will be determined by **November 15, 2017.** There will be a 30-day rejudge period following the prize determination date, and winners will be paid within 60 days thereof. Entries received after **May 15, 2017,** will automatically be entered in a subsequent, similar contest. Scheduled Prize Pay date is **February 13, 2018.**

6. At three later points in the contest, you may be given up to three opportunities to compete for optional cash prizes: on your first Tiebreaker, on a separate bonus mailing, and on your second Tiebreaker. These Bonus Cash Prizes will be added to the Grand Prize. Bonus Cash fees range from $10 to $45, depending on the additional bonus prize amount you may select. Maximum cost to play for the Grand Prize and all Bonus Cash Options advertised is $155 plus appropriate first class postage to return four reply forms. **Fee discounts may apply.** Payment of the bonus cash fees, and playing for bonus cash are optional, and will not affect your present opportunity to win or share a Grand Prize. Bonus Prizes are applicable only to the Grand Prize Winner. In the event of a tie for Bonus Prize Money, Bonus Cash will be divided per capita by those winners who have submitted winning bonus entries; only Bonus Participants will share in bonus prizes. In some countries including United Kingdom, Australia, Canada, New Zealand and South Africa, prizes and fees have been converted from US Dollars to local currency using the exchange rate calculated at the start date of the contest. Prizes may be awarded in US Dollars equivalent to the local currency prize amount advertised.

7. Liability for judging errors is limited to a complete refund of entry fees paid plus postage. If a contestant suspects a judging error, he or she must notify sponsor in writing within 30 days of the Prize determination date. No adjustments will be made after prizes have been paid. Winners are determined on the basis of correct and top-scoring answers to Tiebreakers. Most Tiebreakers are judged by computer programs; remaining Tiebreakers require manual judging. All winning Tiebreakers are hand-verified by qualified Judges who are employed by Sponsor, and who have been trained by Sponsor in computer judging programs and/or manual verification procedures. All payments to winners are lump sum cash payments. Submission of your entry constitutes acceptance of all contest rules. Decisions of the Judges are final. South Africa Residents warrant that in effecting payment of any competition participation fees, they have complied in all respects with the exchange control regulations.

8. A Winners List is available after contest prize award date by sending $1 and a self-addressed envelope to Blue Series XIII Winners List, 1401 Armour Road, N. Kansas City, MO 64116 USA. All final Tiebreaker respondents will automatically be mailed a Winners List. Winners agree, without further compensation, to supply International Award Payment Center, with their photograph and to allow unlimited promotional use of their name and likeness.

9. The Unconditional Guarantee of Satisfaction is applicable to registered contestants in any open contest prior to being notified of an incorrect entry.

10. Questions? Send all correspondence to International Award Payment Center, Blue Series XIII, P.O. Box 219250, 1401 Armour Road, Kansas City, MO 64121-9250 USA. Detailed Tiebreaker rules, previous winners lists, and samples of Tiebreakers from other contests, which illustrate the level of difficulty, may be obtained in advance of entry by contacting Customer Service at (816) 842-5510. Customer Service hours: 8:00 a.m. – 3:00 p.m., Central Time. Please keep these official rules with your other important papers.

### NOTIFICATION SYSTEM

We make our mailing and email lists available to companies whose products or services might be of interest to you. If you would prefer to have your name withheld, or no longer wish to receive correspondence from us, please copy your name, mailing address, and account number exactly as they appear on our letters. Please also include your email address if you wish to opt-out of any future correspondence via the Internet. Specify (a) do not release my name to other companies or (b) remove my name from your mailing list or (c) remove my email address or (d) all of the above. Mail to: Notification System, IAPC Mail Preference Service, P.O. Box 219637, Kansas City, MO 64121-9637 USA

International Award Payment Center does not permit telemarketing to its mailing list.



# TIEBREAKER I • SECOND REMINDER
## BLUE SERIES XIII
### A PRIZE COMPETITION
DOCUMENT & REGISTRAR DEPT.
International Award Payment Center (IAPC), 1401 Armour Road, North Kansas City, MO 64116

SPECIAL ENTRANT MATTERS

CARYN NELSON

## MISSING DOCUMENT ALERT TO

CARYN NELSON
I.D. No: 19958NLSO234960001-342152

## $20,000.00
PAYOUT GUARANTEED
TO THE FINAL WINNERS

# YOU ARE STILL TIED WITH OTHER CONTESTANTS FOR THE $15,000.00 GRAND PRIZE - BUT WE NEED TO HEAR FROM YOU RIGHT AWAY!

Dear Caryn Nelson,

This is our **SECOND REMINDER LETTER** confirming your Top Score Position in the Blue Series XIII Prize Competition. A **RED FLAG ALERT** has now been placed on your Account – because we have **not yet received** your Tiebreaker I Document (see next page). Your ultimate ability to claim up to **$20,000.00** in Grand Prize Cash is now in Jeopardy!

**BONUS CASH OPTIONS RE-ISSUED:**

Caryn Nelson, you were previously offered $5,000.00 MORE in Bonus Cash Options - and frankly, we are surprised that you have not replied. If you fail to reply, you will forfeit your registration fee - and your Top Score Position playing for $15,000.00 - so please promptly return the enclosed Tiebreaker I along with your decision on all Bonus Cash Options. This Reminder Contact requires your immediate attention.

**Here's what you need to do right now to secure your Position in this Prize Competition.**

1). Turn to the next page and correctly answer the Tiebreaker I Question. Enclose the required **$5** Tiebreaker Judging fee. **A correct Tiebreaker I answer will guarantee your advancement to the Semi-Finals!**

2). At your option, select one or more Bonus Cash Amounts to add **$500.00 to $5,000.00 MORE** to the Grand Prize you are playing for.

3). Please mail that entire page without delay.

**Caryn Nelson,** our Judges are waiting to review Your Tiebreaker I answer & your **Bonus Cash** Prize Selections, and will definitely proceed You as a **TOP SCORE HOLDER** if you correctly **Complete and Return** the enclosed Tiebreaker Document. **This is an important, time-sensitive Reminder Notice reconfirming your Status in the Blue Series XIII Prize Competition. Further Notices may not be authorized.**

RUNNER-UP PRIZE TO WINNERS:

### *** $1,000.00
*** ONE THOUSAND DOLLARS ***

MAXIMUM GRAND PRIZE TO THE FINAL WINNER:

### *** $20,000.00
*** TWENTY THOUSAND DOLLARS ***

AUTHORIZATION:
The Undersigned Guarantees
## PAYOUT OF WINNERS' PRIZE MONIES

REGISTRAR OF CONTEST DOCUMENTS AND CHECK PAYMENTS
OFC

*Arthur Lee*

OFFICIAL SIGNATURE

*11-14-16 — mailing 11-15-16 in morning*

## GUARANTEE OF SATISFACTION

International Award Payment Center, offers you the opportunity for thrilling financial rewards PLUS challenging fun and excitement. If you are not completely satisfied with our game competition – for any reason – please send us a letter and take advantage of our liberal refund policy as described more fully in the Official Rules. No reasons or explanations are necessary. There are NO STRINGS ATTACHED and our RISK FREE GUARANTEE is valid with any of our existing contests.

# OFFICIAL RULES
## Blue Series XIII

1. You must be 18 years or older to participate. Sponsors and their families are not eligible. Contestants and any of their family members (related by marriage or otherwise) who aggregate $20,000.00 or more (or local currency equivalent) in lifetime winnings from International Award Payment Center, or its affiliates, at the time prizes are determined in this contest are not eligible to win. Prizes in this contest of skill are subject to all federal, state, and local regulations and taxes. We are not responsible for lost, stolen, or delayed mail. Void where prohibited.

2. Blue Series XIII is not a sweepstakes or lottery. It is a contest of skill involving no luck or chance. This contest consists of your initial entry plus Tiebreakers, requiring contestants to successfully use math skills. The Grand Prize is $15,000.00, plus there are five (5) runner-up prizes of $1,000.00 each. Cash prizes, excluding optional bonuses, total $20,000.00. The maximum cost to compete for the Grand Prize is $20 USD plus up to two Tiebreaker handling charges of $5 each (total $30 USD plus appropriate first class postage to return four reply forms). In some states, lower tiebreaker fees may apply. Any subsequent tiebreakers are free. Returned checks may be subject to electronic redeposit without further notice. Recovery fees as allowed by state law may be assessed and may be debited from your checking account. No additional fees are required. **Fee discounts may be offered.** International fees may be higher, depending on currency conversion rates.

3. **Estimated Number of Contestants:** Approximately 110,000 contestants are anticipated. 83% (91,300) are expected to correctly answer the Qualification Question and receive up to four successive Tiebreakers. We anticipate that about 15% of those entering (16,500) will return the correct solution to the Tiebreaker I, less than 1% (1,100) to the Tiebreaker II, and that the Tiebreaker III will determine winners. Sponsor reserves the right to determine the number of Tiebreakers, not to exceed four. The final Tiebreaker will be much more difficult. Photocopies and faxes will not be accepted for Tiebreaker and Bonus entries. If two or more winning entries are tied after the final Tiebreaker, prizes will be shared per capita by winners. Contestants may play multiple times to improve Tiebreaker scores. However, Sponsor reserves the right to limit the number of entries any individual contestant may submit. Winners will receive, in addition to their prize, double the amount of their original entry fees, including any bonus and tiebreaker fees, for each multiple winning entry submitted. One Grand Prize will be awarded, and could be shared with other contestants. Sponsor anticipates that less than 5% of entry fees will be distributed in prizes.

4. The Tiebreaker I is similar in concept to the original Blue Series XIII Contest Qualification Question, and it will utilize similar, slightly more challenging math skills. The Tiebreaker II will attempt to narrow the playing field to the top-scoring contestants. The Tiebreaker III (and any subsequent Tiebreaker that may be necessary) will be increasingly difficult and require greater math skills, in a much larger puzzle grid, with a difficulty level designed to determine the final winners. A correct solution at each stage will advance you to the next exciting round. Customers may request sample Tiebreakers at any stage in the competition before proceeding to the next stage.

5. Different versions of this offer may be tested and used, including fee and graphic presentations. Puzzle solutions found to be created in part or in whole by collusion, and/or solutions submitted by proxy or via fictitious identities will be disqualified. No entrants will be accepted for this contest after **May 15, 2017**; winners and prizes will be determined by **November 15, 2017.** There will be a 30-day rejudge period following the prize determination date, and winners will be paid within 60 days thereof. Entries received after **May 15, 2017**, will automatically be entered in a subsequent, similar contest. Scheduled Prize Pay date is **February 13, 2018.**

6. At three later points in the contest, you may be given up to three opportunities to compete for optional bonus cash prizes: on your first Tiebreaker, on a separate bonus mailing, and on your second Tiebreaker. These Bonus Cash Prizes will be added to the Grand Prize. Bonus Cash fees range from $10 to $45, depending on the additional bonus prize amount you may select. Maximum cost to play for the Grand Prize and all Bonus Cash Options advertised is $155 plus appropriate first class postage to return four reply forms. **Fee discounts may apply.** Payment of the bonus cash fees, and playing for bonus cash are optional, and will not affect your present opportunity to win or share a Grand Prize. Bonus Prizes are applicable only to the Grand Prize Winner. In the event of a tie for Bonus Prize Money, Bonus Cash will be divided per capita by those winners who have submitted winning bonus entries; only Bonus Participants will share in bonus prizes. In some countries including United Kingdom, Australia, Canada, New Zealand and South Africa, prizes and fees have been converted from US Dollars to local currency using the exchange rate calculated at the start date of the contest. Prizes may be awarded in US Dollars equivalent to the local currency prize amount advertised.

7. Liability for judging errors is limited to a complete refund of entry fees paid plus postage. If a contestant suspects a judging error, he or she must notify sponsor in writing within 30 days of the Prize determination date. No adjustments will be made after prizes have been paid. Winners are determined on the basis of correct and top-scoring answers to Tiebreakers. Most Tiebreakers are judged by computer programs; remaining Tiebreakers require manual judging. All winning Tiebreakers are hand-verified by qualified Judges who are employed by Sponsor, and who have been trained by Sponsor in computer judging programs and/or manual verification procedures. All payments to winners are lump sum cash payments. Submission of your entry constitutes acceptance of all contest rules. Decisions of the Judges are final. South Africa Residents warrant that in effecting payment of any competition participation fees, they have complied in all respects with the exchange control regulations.

8. A Winners List is available after contest prize award date by sending $1 and a self-addressed envelope to Blue Series XIII Winners List, 1401 Armour Road, N. Kansas City, MO 64116 USA. All final Tiebreaker respondents will automatically be mailed a Winners List. Winners agree, without further compensation, to supply International Award Payment Center, with their photograph and to allow unlimited promotional use of their name and likeness.

9. The Unconditional Guarantee of Satisfaction is applicable to registered contestants in any open contest prior to being notified of an incorrect entry.

10. Questions? Send all correspondence to International Award Payment Center, Blue Series XIII, P.O. Box 219250, 1401 Armour Road, Kansas City, MO 64121-9250 USA. Detailed Tiebreaker rules, previous winners lists, and samples of Tiebreakers from other contests, which illustrate the level of difficulty, may be obtained in advance of entry by contacting Customer Service at (816) 842-5510. Customer Service hours: 8:00 a.m. – 3:00 p.m., Central Time. Please keep these official rules with your other important papers.

## NOTIFICATION SYSTEM

We make our mailing and email lists available to companies whose products or services might be of interest to you. If you would prefer to have your name withheld, or no longer wish to receive correspondence from us, please copy your name, mailing address, and account number exactly as they appear on our letters. Please also include your email address if you wish to opt-out of any future correspondence via the Internet. Specify (a) do not release my name to other companies or (b) remove my name from your mailing list or (c) remove my email address or (d) all of the above. Mail to: Notification System, IAPC Mail Preference Service, P.O. Box 219637, Kansas City, MO 64121-9637 USA.

International Award Payment Center does not permit telemarketing to its mailing list.



# BREAK THE BANK III

### GAME 2

THE UNDERSIGNED HAS JUDGED and RECORDED
**Caryn Nelson**
**\*\*\*\*\*A Top Score Holder\*\*\*\*\***

**CARYN NELSON**

MAXIMUM GRAND PRIZE NOW UP TO:

$ **1 2 0 0 0 0**

TOTAL: **\*\*TWELVE THOUSAND DOLLARS**

Director of Accounts and Payments
*Contest America Publishers, Inc.*
1401 ARMOUR ROAD
NORTH KANSAS CITY, MO 64116

Tiebreaker I/Bonus Cash Documents
## JUDGES RECORD/NOTICE
### 100% SUCCESSFUL CANDIDATE
### A TOP SCORE HOLDER

PRIZE HEADQUARTERS
ALL RECORDS SECURED.

**MAIN OFFICE MATTERS --- RAPID REPLY REQUESTED**

## CERTIFICATION OF ADVANCEMENT

NAME:  **CARYN NELSON**
ID:  **19958NLSO234202062-338123**

This Document Confirms Your Identity as
**A TOP SCORE HOLDER playing for the $7,000.00 GRAND PRIZE.**

VERIFIED BY
ALL JUDGES
OF RECORD:  *Walter Thompson*

MAXIMUM GRAND PRIZE
**- TWELVE THOUSAND DOLLARS -**
Official Record of Caryn Nelson

### BONUS CASH ALERT!
As a Top Score Holder,
You Are Pre-Approved
to play for $5,000.00
MORE in Bonus Cash!

**FINDINGS:** *Caryn Nelson is - A TOP SCORE HOLDER*
*Tied with other contestants for the $7,000.00 Game 2 Prize!*

I am delighted to confirm that YOU are a HOLDER of a **100% PERFECT SCORE** in the Qualifying Round of the Break The Bank III Prize Competition. Consider this Formal Notice of your Status as a Game 2 **TOP POSITION HOLDER** tied with others for the **$7,000.00** Grand Prize. Congratulations!

While the minimum Game 2 Prize is **$7,000.00,** you have been **Pre-Approved** for Bonus Cash Options totaling **$5,000.00 MORE** so the Top Prize has now reached an impressive **$12,000.00**.

Your Game 2 Tiebreaker I Puzzle is presented on the enclosed Document. Simply solve the Tiebreaker and select the **Pre-Approved Bonus Cash Options** which can add **$500.00 to $5,000.00 MORE** to the Grand Prize you are playing for. This Notice is time-sensitive.

Our Judges are waiting to review your solution. You will definitely advance to the Game 2 Semi-Finals if you correctly solve the enclosed Tiebreaker I Document. Please mail your reply to us without delay.

**Turn to the next page now for final details!**   *10-28-16 - sent 2nd pg*
*w/ck for 40    © CAP 2015*

**GUARANTEE OF SATISFACTION** N6BGR18-rpf

Contest America Publishers, Inc., offers you the opportunity for thrilling financial rewards PLUS challenging fun and excitement. If you are not completely satisfied with our game competition – for any reason – Please send us a letter and take advantage of our liberal refund policy as described more fully in the Official Rules. No reasons or explanations are necessary. There are NO STRINGS ATTACHED and our RISK FREE GUARANTEE is valid with any of our existing contests.

# OFFICIAL RULES
## Break The Bank III Contest
(Game 1, Game 2, Game 3)

1. You must be 18 years or older to participate. Sponsors and their families are not eligible. Contestants and any of their family members (related by marriage or otherwise), who aggregate $20,000.00 or more (or local currency equivalent) in lifetime winnings from Contest America Publishers, Inc., at the time prizes are determined in this contest are not eligible to win. Prizes in this contest of skill are subject to all federal, state, and local regulations and taxes. We are not responsible for lost, stolen, or delayed mail. Void where prohibited.

2. Break The Bank III is not a sweepstakes or lottery. It is a contest of skill involving no luck or chance. Correctly solve the Qualification Puzzle to be eligible to play all three Games. This contest consists of three games plus tiebreakers requiring contestants to successfully use math skills. The initial tiebreakers utilize math skills similar to those in the original Break The Bank III Qualifying Puzzle. The second tiebreakers will attempt to narrow the playing field further to the top scoring contestants. The third tiebreakers (and any subsequent tiebreakers that may be necessary), will be increasingly difficult, and require greater levels of math skills, in much larger puzzle grids, with a difficulty level designed to determine the final winners. Customers may request sample tiebreakers at any stage in the competition before proceeding to the next stage. Photocopies and faxes will not be accepted for Tiebreaker entries.

3. **Required And Optional Fees:** The prize in each game is $7,000.00, and the maximum cost to compete in all three games for $21,000.00 USD is $20 plus two possible tiebreaker handling charges of $5 each per game (total $50 USD plus appropriate first class postage to return ten reply forms). **Fee discounts may be offered.** In some states, lower tiebreaker fees may apply. Returned checks may be subject to electronic redeposit without further notice. Recovery fees as allowed by state law may be assessed and may be debited from your checking account. No additional fees are required. At two later points in the contest, you may be given up to two opportunities to compete for optional bonus cash prizes; on your first tiebreaker for each game and on your second tiebreaker for each game. These Bonus Cash Prizes will be added to the Grand Prize for each game. Bonus fees range from $10 to $45, depending on the additional bonus prize amount you may select. Maximum cost to play for all advertised prizes in all games totaling $40,500.00 USD is $260 USD plus appropriate first class postage to return ten reply forms. Payment of the bonus fees, and playing for bonus prizes are optional and will not affect your present opportunity to win or share a Grand Prize. Bonus prizes are applicable only to the Grand Prize winners. In the event of a tie for bonus prize money, the bonus prize will be divided per capita by those winners who have submitted winning bonus entries. Only bonus participants will share in bonus prizes. In some countries including United Kingdom, Australia, Canada, New Zealand and South Africa, prizes and fees have been converted from US Dollars to local currency using the exchange rate calculated at the start date of the contest. Prizes may be awarded in US Dollars equivalent to the local currency prize amount advertised.

4. **Estimated Number of Contestants:** Approximately 40,000 contestants are anticipated. Of those, about 82% (32,800) are expected to correctly solve the Qualification Puzzle and receive up to three successive Tiebreakers for each of the three games. About 15% (6,000) are expected to submit highest scoring initial tiebreakers; less than 1% (400) of those entering are expected to submit highest scoring second tiebreakers, and the third or fourth tiebreakers will determine the final winners. A correct solution at each stage will advance you to the next exciting round of each game.

5. Sponsor reserves the right to determine the number of tiebreakers, not to exceed four per game. The final tiebreakers in each game will be much more difficult. If two or more winning entries are tied after the final tiebreaker, prizes will be shared per capita by winners. Contestants may play multiple times to improve tiebreaker scores. However, Sponsor reserves the right to limit the number of entries any individual contestant may submit. Winners will receive, in addition to their prizes, double the amount of their original entry fees, including any bonus or tiebreaker fees, for each multiple winning entry submitted. Sponsor anticipates that less than 5% of entry fees will be distributed in prizes. One Grand Prize will be awarded in each game and could be shared with other contestants. All payments to winners are lump sum cash payments.

6. Different versions of this offer may be tested and used, including fee and graphic presentations. Puzzle solutions found to be created in part or in whole by collusion, or solutions submitted by proxy or via fictitious identities will be disqualified. No entrants will be accepted after **October 15, 2016;** winners and prizes will be determined by **April 15, 2017.** There will be a 30-day rejudge period following the prize determination date, and winners will be paid within 60 days thereof on **July 14, 2017.** Entries received after **October 15, 2016,** will automatically be entered in a subsequent, similar contest.

7. Liability for judging errors is limited to a complete refund of entry fees paid plus postage. If a contestant suspects a judging error, he or she must notify sponsor in writing within 30 days of the prize determination date. No adjustments will be made after prizes have been paid. Winners are determined on the basis of correct and top-scoring answers to tiebreakers. Most tiebreakers are judged by computer programs; remaining tiebreakers require manual judging. All winning tiebreakers are hand-verified by qualified judges who are employed by sponsor, and who have been trained by sponsor in computer judging programs and/or manual verification procedures. Submission of your entry constitutes acceptance of all contest rules. Decisions of the Judges are final. South Africa residents warrant that in effecting payment of any competition participation fees, they have complied in all respects with the exchange control regulations.

8. The Unconditional Guarantee of Satisfaction is applicable to registered contestants in any open contest prior to being notified of an incorrect entry.

9. A winners list is available after contest prize determination date by sending $1 and a self-addressed envelope to Break The Bank III Winners List, 1401 Armour Road, North Kansas City, MO 64116 USA. All final tiebreaker respondents in each game will automatically be mailed a winners list. Winners agree, without further compensation, to supply Contest America Publishers, Inc., with their photograph and to allow unlimited promotional use of their name and likeness.

10. Questions? Send all correspondence to Contest America Publishers, Inc., Break The Bank III, P.O. Box 219909, 1401 Armour Road, N. Kansas City, MO 64121-9909 USA. Detailed tiebreaker rules, previous winners lists and samples of tiebreakers from other contests, which illustrate the level of difficulty, may be obtained in advance of entry by contacting Customer Service at (816) 842-4559. Customer Service hours: 8:00 a.m.-3:00 p.m., Central Time. Please keep these official rules with your other important papers.

**NOTIFICATION SYSTEM**

We make our mailing and email lists available to companies whose products or services might be of interest to you. If you would prefer to have your name withheld, or no longer wish to receive correspondence from us, please copy your name, mailing address, and account number exactly as they appear on our letters. Please also include your email address if you wish to opt-out of any future correspondence via the Internet. Specify (a) do not release my name and email address to other companies or (b) remove my name from your mailing list or (c) remove my email address or (d) all of the above. Mail to: Notification System, CAP Mail Preference Service, P.O. Box 219637, Kansas City, MO 64121-9637 USA

Contest America Publishers does not permit telemarketing to its mailing list.

Director of Accounts and Payments
*Contest America Publishers, Inc.*
1401 ARMOUR ROAD
NORTH KANSAS CITY, MO 64116

# BREAK THE BANK III

## GAME 3

THE UNDERSIGNED HAS JUDGED and RECORDED
**Caryn Nelson**
*\*\*\*\*\*A Top Score Holder\*\*\*\*\**

**CARYN NELSON**

MAXIMUM GRAND PRIZE NOW UP TO:

## $ **12,00000**

TOTAL: **\*\*TWELVE THOUSAND DOLLARS**

Tiebreaker I/Bonus Cash Documents

# JUDGES RECORD/NOTICE

### 100% SUCCESSFUL CANDIDATE
### A TOP SCORE HOLDER

**MAIN OFFICE MATTERS --- RAPID REPLY REQUESTED**

# CERTIFICATION OF ADVANCEMENT

NAME:   **CARYN NELSON**

ID:   **19958NLSO234202062-339731**

This Document Confirms Your Identity as
**A TOP SCORE HOLDER playing for the $7,000.00 GRAND PRIZE.**

VERIFIED BY
ALL JUDGES
OF RECORD:    *Walter Thompson*

## WARNING:

If you do not return the enclosed Tiebreaker I, you will forfeit everything up to this point in the Break The Bank III Prize Competition. So complete the Tiebreaker and select your Bonus Cash Upgrade Options – Mail today to maintain your Top Score Position and continue to play for a **$7,000.00** Game 3 Grand Prize!

### Official Record of Caryn Nelson

| HIGHEST POSSIBLE SCORE | YOUR SCORE | BONUS CASH ELIGIBILITY |
|---|---|---|
| \*\*\* 100% \*\*\* | \*\*\* 100% \*\*\* | \*\*\* $5,000.00 \*\*\* |

Dear Caryn Nelson,

I am pleased to announce that you submitted the **Highest Possible Score** on the Break The Bank III Entry Registration that you recently returned to us. **This secures your Top Score Status and I can now confirm that you are tied with other contestants for the \*\*\*$7,000.00\*\*\* Game 3 Grand Prize!**

All you need to do right now is return the enclosed Tiebreaker I Game 3 with the correct score – and you will move a big step closer towards the **\*\*\*$7,000.00\*\*\*** Grand Prize! **The Money is Guaranteed for Payout to the final winner – and your Top Score Position has now been Certified by all Judges of Record.**

There is no time to delay, Caryn Nelson. As a **Certified Top Score Candidate,** playing to win **\*\*\*$7,000.00\*\*\***, we have prepared the enclosed Tiebreaker I especially for you. Return a Top Score *(like you did before!)* and I can guarantee you will be in the Semi-Final round! **You have also been pre-approved to play for \*\*\*$5,000.00\*\*\* MORE in Bonus Cash Options offered exclusively to Top Score Candidates.**

### Turn to the next page now for final details!

© CAP 2015

*sent pg 2 back*
*Nov. 2, 2016*

## GUARANTEE OF SATISFACTION

Contest America Publishers, Inc., offers you the opportunity for thrilling financial rewards PLUS challenging fun and excitement. If you are not completely satisfied with our game competition – for any reason – Please send us a letter and take advantage of our liberal refund policy as described more fully in the Official Rules. No reasons or explanations are necessary. There are NO STRINGS ATTACHED and our RISK FREE GUARANTEE is valid with any of our existing contests.

# OFFICIAL RULES
### Break The Bank III Contest
(Game 1, Game 2, Game 3)

1. You must be 18 years or older to participate. Sponsors and their families are not eligible. Contestants and any of their family members (related by marriage or otherwise), who aggregate $20,000.00 or more (or local currency equivalent) in lifetime winnings from Contest America Publishers, Inc., at the time prizes are determined in this contest are not eligible to win. Prizes in this contest of skill are subject to all federal, state, and local regulations and taxes. We are not responsible for lost, stolen, or delayed mail. Void where prohibited.

2. Break The Bank III is not a sweepstakes or lottery. It is a contest of skill involving no luck or chance. Correctly solve the Qualification Puzzle to be eligible to play all three Games. This contest consists of three games plus tiebreakers requiring contestants to successfully use math skills. The initial tiebreakers utilize math skills similar to those in the original Break The Bank III Qualifying Puzzle. The second tiebreakers will attempt to narrow the playing field further to the top scoring contestants. The third tiebreakers (and any subsequent tiebreakers that may be necessary), will be increasingly difficult, and require greater levels of math skills, in much larger puzzle grids, with a difficulty level designed to determine the final winners. Customers may request sample tiebreakers at any stage in the competition before proceeding to the next stage. Photocopies and faxes will not be accepted for Tiebreaker entries.

3. **Required And Optional Fees:** The prize in each game is $7,000.00, and the maximum cost to compete in all three games for $21,000.00 USD is $20 plus two possible tiebreaker handling charges of $5 each per game (total $50 USD plus appropriate first class postage to return ten reply forms). **Fee discounts may be offered.** In some states, lower tiebreaker fees may apply. Returned checks may be subject to electronic redeposit without further notice. Recovery fees are allowed by state law may be assessed and may be debited from your checking account. No additional fees are required. At two later points in the contest, you may be given up to two opportunities to compete for optional bonus cash prizes; on your first tiebreaker for each game and on your second tiebreaker for each game. These Bonus Cash Prizes will be added to the Grand Prize for each game. Bonus fees range from $10 to $45, depending on the additional bonus prize amount you may select. Maximum cost to play for all advertised prizes in all games totaling $40,500.00 USD is $260 USD plus appropriate first class postage to return ten reply forms. Payment of the bonus fees, and playing for bonus prizes are optional and will not affect your present opportunity to win or share a Grand Prize. Bonus prizes are applicable only to the Grand Prize winners. In the event of a tie for bonus prize money, the bonus prize will be divided per capita by those winners who have submitted winning bonus entries. Only bonus participants will share in bonus prizes. In some countries including United Kingdom, Australia, Canada, New Zealand and South Africa, prizes and fees have been converted from US Dollars to local currency using the exchange rate calculated at the start date of the contest. Prizes may be awarded in US Dollars equivalent to the local currency prize amount advertised.

4. **Estimated Number of Contestants:** Approximately 40,000 contestants are anticipated. Of those, about 82% (32,800) are expected to correctly solve the Qualification Puzzle and receive up to three successive Tiebreakers for each of the three games. About 15% (6,000) are expected to submit highest scoring initial tiebreakers; less than 1% (400) of those entering are expected to submit highest scoring second tiebreakers, and the third or fourth tiebreakers will determine the final winners. A correct solution at each stage will advance you to the next exciting round of each game.

5. Sponsor reserves the right to determine the number of tiebreakers, not to exceed four per game. The final tiebreakers in each game will be much more difficult. If two or more winning entries are tied after the final tiebreaker, prizes will be shared per capita by winners. Contestants may play multiple times to improve tiebreaker scores. However, Sponsor reserves the right to limit the number of entries any individual contestant may submit. Winners will receive, in addition to their prizes, double the amount of their original entry fees, including any bonus or tiebreaker fees, for each multiple winning entry submitted. Sponsor anticipates that less than 5% of entry fees will be distributed in prizes. One Grand Prize will be awarded in each game and could be shared with other contestants. All payments to winners are lump sum cash payments.

6. Different versions of this offer may be tested and used, including fee and graphic presentations. Puzzle solutions found to be created in part or in whole by collusion, or solutions submitted by proxy or via fictitious identities will be disqualified. No entrants will be accepted after October 15, 2016; winners and prizes will be determined by **April 15, 2017.** There will be a 30-day rejudge period following the prize determination date, and winners will be paid within 60 days thereof on **July 14, 2017.** Entries received after October 15, 2016, will automatically be entered in a subsequent, similar contest.

7. Liability for judging errors is limited to a complete refund of entry fees paid plus postage. If a contestant suspects a judging error, he or she must notify sponsor in writing within 30 days of the prize determination date. No adjustments will be made after prizes have been paid. Winners are determined on the basis of correct and top-scoring answers to tiebreakers. Most tiebreakers are judged by computer programs; remaining tiebreakers require manual judging. All winning tiebreakers are hand-verified by qualified judges who are employed by sponsor, and who have been trained by sponsor in computer judging programs and/or manual verification procedures. Submission of your entry constitutes acceptance of all contest rules. Decisions of the Judges are final. South Africa residents warrant that in effecting payment of any competition participation fees, they have complied in all respects with the exchange control regulations.

8. The Unconditional Guarantee of Satisfaction is applicable to registered contestants in any open contest prior to being notified of an incorrect entry.

9. A winners list is available after contest prize determination date by sending $1 and a self-addressed envelope to Break The Bank III Winners List, 1401 Armour Road, North Kansas City, MO 64116 USA. All final tiebreaker respondents in each game will automatically be mailed a winners list. Winners agree, without further compensation, to supply Contest America Publishers, Inc., with their photograph and to allow unlimited promotional use of their name and likeness.

10. Questions? Send all correspondence to Contest America Publishers, Inc., Break The Bank III, P.O. Box 219909, 1401 Armour Road, N. Kansas City, MO 64121-9909 USA. Detailed tiebreaker rules, previous winners lists and samples of tiebreakers from other contests, which illustrate the level of difficulty, may be obtained in advance of entry by contacting Customer Service at (816) 842-4559. Customer Service hours: 8:00 a.m.-3:00 p.m., Central Time. Please keep these official rules with your other important papers.

## NOTIFICATION SYSTEM

We make our mailing and email lists available to companies whose products or services might be of interest to you. If you would prefer to have your name withheld, or no longer wish to receive correspondence from us, please copy your name, mailing address, and account number exactly as they appear on our letters. Please also include your email address if you wish to opt-out of any future correspondence via the Internet. Specify (a) do not release my name and email address to other companies or (b) remove my name from your mailing list or (c) remove my email address or (d) all of the above. Mail to: Notification System, CAP Mail Preference Service, P.O. Box 219637, Kansas City, MO 64121-9637 USA

Contest America Publishers does not permit telemarketing to its mailing list.

SWEARY ASSURITY PAPERS · OFFICIAL RELEASE MAIL

Director of Accounts and Payments
**BREAK THE BANK IV**
1401 ARMOUR ROAD
NORTH KANSAS CITY, MO 64116

CONTEST WINNER DESIGNATION AND CERTIFIED PRIZES SCHEDULED.

Letter Of Guarantee: Payment to the Final Winners'
Registered In The Total Amount Below:

Candidate Entry Notification of Undistributed
# CASH PRIZE DOCUMENTATION

$ **21,00000**

TOTAL: ****TWENTY-ONE THOUSAND DOLLARS

| CONTACT DATE: | **October 26, 2016** | FORM No: **N7EF1F** | GRAND PRIZE PAYMENTS DUE TO: **Final Winners** |
|---|---|---|---|

§   PAYABLE BY: .........Cash Only
DENOMINATION: ......Lump-Sum

CANDIDATE: Caryn Nelson

**CARYN NELSON**

REGISTRATION AND PRIZE JUDGING: **PENDING**

TAX WITHHELD FROM
WINNERS' CHECKS:   — $0.00 —

*CONFIDENTIAL DOCUMENT*

Dear Caryn Nelson,

We have very exciting news for you today from the Payment Center of **Break The Bank IV.**

The Top 3-Game Awards totaling *****$21,000.00 CASH***** are now **guaranteed** for Winner allocation, and by virtue of this letter, you can be **Registered** and **Qualified** as Playing to Win these Total Prize Funds.

**This is not a mistake.** Your prompt attention is requested here in writing. Compliance by correctly solving the Qualification Puzzle on the next page is required to document your Status as **Candidate-Of-Record** playing for three Checks totaling **$21,000.00 Cash.** Simply submit a correct Puzzle solution to guarantee your next-round advancement!

**Please act now.** Do not discard this Documentation OR your **Guaranteed Opportunity** to play to win these **Lump-Sum CASH GRAND PRIZES.** Begin now by solving the puzzle on the next page and submitting it for review. **RETURN THE ENTIRE NEXT PAGE IN THE ENVELOPE PROVIDED.** You must be at least 18 years of age due to rules prohibiting the registration of minors for Monetary/Prize Award Opportunities and WINNINGS.

**IMPORTANT:** Make sure your name and address are entered accurately on the next page and enclose the discounted **$10** registration fee required for official **Break The Bank IV** processing. (I have activated a Customer Discount in your name to instantly save you money!) Over $3 Million Dollars has already been paid to confirmed winners who successfully participated in previous Award programs, so please note that a correct solution to the Qualifying Puzzle on the next page is all that is needed right now to advance you in play for **$21,000.00** in Prizes.

**The Funds are Committed and Guaranteed to Winners.**
Please reply promptly and follow all instructions herewith!

Prize Director Walter Thompson, Executor of Payments /   *Walter Thompson*

## Payment Validation And Candidate Printout To Play For Pre-Determined Prize Funds

| Candidate and/or Winner Name On File | Official Status | Registered CASH Amount | PARTIAL SUMMARY SHEET OF CURRENT PRIZE COMPETITIONS | |
|---|---|---|---|---|
| Caryn Nelson | Awaiting Certified Entry Will YOU be next to win? | $21,000.00 to Winners | **Prize Competition** | **Top Prize FUNDS Guaranteed** |
| L. Fosgate | PAID IN FULL | $37,500.00 | CASH ENRICHMENT SERIES X..... | $15,000.00 to Winners |
| L. Wiirre | PAID IN FULL | $28,150.00 | PRIZE EXPRESS IV..... | $21,000.00 to Winners |
| P. Longley | PAID IN FULL | $21,000.00 | BLUE SERIES XIII..... | $15,000.00 to Winners |
| E. Bulay | PAID IN FULL | $21,000.00 | PRIZE VAULT II..... | $21,000.00 to Winners |
| | | | CASH TRANSFER AWARD VII..... | $15,000.00 to Winners |

*William C. Ba...*

**WINNERS' PRIZE MONEY Verified To Date And Confirmed As "PAID"** ▶   EXCEDING   *** **$3,515,176.51** ***

*sent 2nd pg back in mail on 11-2-16*

Contest America Publishers, Inc., 1401 Armour Road, North Kansas City, MO 64116

160-160   © CAP 2016

## GUARANTEE OF SATISFACTION

Contest America Publishers, Inc., offers you the opportunity for thrilling financial rewards PLUS challenging fun and excitement. If you are not completely satisfied with our game competition – for any reason – Please send us a letter and take advantage of our liberal refund policy as described more fully in the Official Rules. No reasons or explanations are necessary. There are NO STRINGS ATTACHED and our RISK FREE GUARANTEE is valid with any of our existing contests.

# OFFICIAL RULES
### Break The Bank IV Contest
(Game 1, Game 2, Game 3)

1. You must be 18 years or older to participate. Sponsors and their families are not eligible. Contestants and any of their family members (related by marriage or otherwise), who aggregate $20,000.00 or more (or local currency equivalent) in lifetime winnings from Contest America Publishers, Inc., at the time prizes are determined in this contest are not eligible to win. Prizes in this contest of skill are subject to all federal, state, and local regulations and taxes. We are not responsible for lost, stolen, or delayed mail. Void where prohibited.

2. Break The Bank IV is not a sweepstakes or lottery. It is a contest of skill involving no luck or chance. Correctly solve the Qualification Puzzle to be eligible to play all three Games. This contest consists of three games plus tiebreakers requiring contestants to successfully use math skills. The initial tiebreakers utilize math skills similar to those in the original Break The Bank IV Qualifying Puzzle. The second tiebreakers will attempt to narrow the playing field further to the top scoring contestants. The third tiebreakers (and any subsequent tiebreakers that may be necessary), will be increasingly difficult, and require greater levels of math skills, in much larger puzzle grids, with a difficulty level designed to determine the final winners. Customers may request sample tiebreakers at any stage in the competition before proceeding to the next stage. Photocopies and faxes will not be accepted for Tiebreaker entries.

3. **Required And Optional Fees:** The prize in each game is $7,000.00, and the maximum cost to compete in all three games for $21,000.00 USD is $20 plus two possible tiebreaker handling charges of $5 each per game (total $50 USD plus appropriate first class postage to return ten reply forms). **Fee discounts may be offered.** In some states, lower tiebreaker fees may apply. Returned checks may be subject to electronic redeposit without further notice. Recovery fees as allowed by state law may be assessed and may be debited from your checking account. No additional fees are required. At two latest points in the contest, you may be given up to two opportunities to compete for optional bonus cash prizes: on your first tiebreaker for each game and on your second tiebreaker for each game. These Bonus Cash Prizes will be added to the Grand Prize for each game. Bonus fees range from $10 to $45, depending on the additional bonus prize amount you may select. Maximum cost to play for all advertised prizes in all games totaling $40,500.00 USD is $260 USD plus appropriate first class postage to return ten reply forms. Payment of the bonus fees, and playing for bonus prizes are optional and will not affect your present opportunity to win or share a Grand Prize. Bonus prizes are applicable only to the Grand Prize winners. In the event of a tie for bonus prize money, the bonus prize will be divided per capita by those winners who have submitted winning bonus entries. Only bonus participants will share in bonus prizes. In some countries including United Kingdom, Australia, Canada, New Zealand and South Africa, prizes and fees have been converted from US Dollars to local currency using the exchange rate calculated at the start date of the contest. Prizes may be awarded in US Dollars equivalent to the local currency prize amount advertised.

4. **Estimated Number of Contestants:** Approximately 35,000 contestants are anticipated. Of those, about 80% (28,000) are expected to correctly solve the Qualification Puzzle and receive up to three successive Tiebreakers for each of the three games. About 17% (5,950) are expected to submit highest scoring initial tiebreakers; less than 1% (350) of those entering are expected to submit highest scoring second tiebreakers, and the third or fourth tiebreakers will determine the final winners. A correct solution at each stage will advance you to the next exciting round of each game.

5. Sponsor reserves the right to determine the number of tiebreakers, not to exceed four per game. The final tiebreakers in each game will be much more difficult. If two or more winning entries are tied after the final tiebreaker, prizes will be shared per capita by winners. Contestants may play multiple times to improve tiebreaker scores. However, Sponsor reserves the right to limit the number of entries any individual contestant may submit. Winners will receive, in addition to their prizes, double the amount of their original entry fees, including any bonus or tiebreaker fees, for each multiple winning entry submitted. Sponsor anticipates that less than 5% of entry fees will be distributed in prizes. One Grand Prize will be awarded in each game and could be shared with other contestants. All payments to winners are lump sum cash payments.

6. Different versions of this offer may be tested and used, including fee and graphic presentations. Puzzle solutions found to be created in part or in whole by collusion, or solutions submitted by proxy or via fictitious identities will be disqualified. No entrants will be accepted after October 15, 2017; winners and prizes will be determined by **April 15, 2018.** There will be a 30-day rejudge period following the prize determination date, and winners will be paid within 60 days thereof on **July 14, 2018.** Entries received after October 15, 2017, will automatically be entered in a subsequent, similar contest.

7. Liability for judging errors is limited to a complete refund of entry fees paid plus postage. If a contestant suspects a judging error, he or she must notify sponsor in writing within 30 days of the prize determination date. No adjustments will be made after prizes have been paid. Winners are determined on the basis of correct and top-scoring answers to tiebreakers. Most tiebreakers are judged by computer programs; remaining tiebreakers require manual judging. All winning tiebreakers are hand-verified by qualified judges who are employed by sponsor, and who have been trained by sponsor in computer judging programs and/or manual verification procedures. Submission of your entry constitutes acceptance of all contest rules. Decisions of the Judges are final. South Africa residents warrant that in effecting payment of any competition participation fees, they have complied in all respects with the exchange control regulations.

8. The Unconditional Guarantee of Satisfaction is applicable to registered contestants in any open contest prior to being notified of an incorrect entry.

9. A winners list is available after contest prize determination date by sending $1 and a self-addressed envelope to Break The Bank IV Winners List, 1401 Armour Road, North Kansas City, MO 64116 USA. All final tiebreaker respondents in each game will automatically be mailed a winners list. Winners agree, without further compensation, to supply Contest America Publishers, Inc., with their photograph and to allow unlimited promotional use of their name and likeness.

10. Questions? Send all correspondence to Contest America Publishers, Inc., Break The Bank IV, 1401 Armour Road, P.O. Box 219909, Kansas City, MO 64121-9909 USA. Detailed tiebreaker rules, previous winners lists and samples of tiebreakers from other contests, which illustrate the level of difficulty, may be obtained in advance of entry by contacting Customer Service at (816) 842-4559. Customer Service hours: 8:00 a.m.-3:00 p.m., Central Time. Please keep these official rules with your other important papers.

## NOTIFICATION SYSTEM

We make our mailing and email lists available to companies whose products or services might be of interest to you. If you would prefer to have your name withheld, or no longer wish to receive correspondence from us, please copy your name, mailing address, and account number exactly as they appear on our letters. Please also include your email address if you wish to opt-out of any future correspondence via the Internet. Specify (a) not release my name and email address to other companies or (b) remove my name from your mailing list or (c) remove my email address or (d) all of the above. Mail to: Notification System, CAP Mail Preference Service, P.O. Box 219637, Kansas City, MO 64121-9637 USA

Contest America Publishers does not permit telemarketing to its mailing list.

Director of Accounts and Payments
**BREAK THE BANK IV**
1401 ARMOUR ROAD
NORTH KANSAS CITY, MO 64116

**CONTEST WINNER DESIGNATION AND CERTIFIED PRIZES SCHEDULED.**

Letter Of Guarantee: Payment to the Final Winners'
Registered In The Total Amount Below:

Candidate Entry Notification of Undistributed
# CASH PRIZE DOCUMENTATION

$ **21,00.00**

TOTAL: ****TWENTY-ONE THOUSAND DOLLARS

| CONTACT DATE: | **November 09, 2016** | FORM NO: **N7EF1F** | GRAND PRIZE PAYMENTS DUE BY: | **Final Winners** |

§ PAYABLE BY:.........Cash Only
DENOMINATION:......Lump-Sum

**CARYN NELSON**

CANDIDATE: Caryn Nelson

REGISTRATION AND PRIZE JUDGING: **PENDING**

TAX WITHHELD FROM
WINNERS' CHECKS: **— $0.00 —**

CONFIDENTIAL
DOCUMENT

Dear Caryn Nelson,

We have very exciting news for you today from the Payment Center of **Break The Bank IV**.

The Top 3-Game Awards totaling *****$21,000.00 CASH**** are now **guaranteed** for Winner allocation, and by virtue of this letter, you can be **Registered** and **Qualified** as Playing to Win these Total Prize Funds.

**This is not a mistake.** Your prompt attention is requested here in writing. Compliance by correctly solving the Qualification Puzzle on the next page is required to document your Status as **Candidate-Of-Record** playing for three Checks totaling **$21,000.00 Cash.** Simply submit a correct Puzzle solution to guarantee your next-round advancement!

**Please act now.** Do not discard this Documentation OR your **Guaranteed Opportunity** to play to win these **Lump-Sum CASH GRAND PRIZES.** Begin now by solving the puzzle on the next page and submitting it for review. **RETURN THE ENTIRE NEXT PAGE IN THE ENVELOPE PROVIDED.** You must be at least 18 years of age due to rules prohibiting the registration of minors for Monetary/Prize Award Opportunities and WINNINGS.

**IMPORTANT:** Make sure your name and address are entered accurately on the next page and enclose the discounted $10 registration fee required for official **Break The Bank IV** processing. (I have activated a Customer Discount in your name to instantly save you money!) **Over $3 Million Dollars has already been paid** to confirmed winners who successfully participated in previous Award programs, so please note that a correct solution to the Qualifying Puzzle on the next page is all that is needed right now to advance you in play for **$21,000.00** in Prizes.

**The Funds are Committed and Guaranteed to Winners.**
Please reply promptly and follow all instructions herewith!

Prize Director Walter Thompson, Executor of Payments / _Walter Thompson_

## Payment Validation And Candidate Printout To Play For Pre-Determined Prize Funds

| Candidate and/or Winner Name On File | Official Status | Registered CASH Amount | PARTIAL SUMMARY SHEET OF CURRENT PRIZE COMPETITIONS | |
|---|---|---|---|---|
| Caryn Nelson | Awaiting Certified Entry *Will YOU be next to win?* | $21,000.00 to Winners | **Prize Competition** | **Top Prize FUNDS Guaranteed** |
| L. Fosgate | PAID IN FULL | $37,500.00 | CASH ENRICHMENT SERIES X.....$15,000.00 to Winners |
| L. Wiirre | PAID IN FULL | $28,150.00 | PRIZE EXPRESS IV.....$21,000.00 to Winners |
| P. Longley | PAID IN FULL | $21,000.00 | BLUE SERIES XIII.....$15,000.00 to Winners |
| E. Bulay | PAID IN FULL | $21,000.00 | PRIZE VAULT II.....$21,000.00 to Winners |
| | | | CASH TRANSFER AWARD VII.....$15,000.00 to Winners |

_William C. Bu..._

**WINNERS' PRIZE MONEY Verified To Date And Confirmed As "PAID"** ▶ EXCEEDING
**\*\*\* $3,515,176.51 \*\*\***

© CAP 2016

Contest America Publishers, Inc., 1401 Armour Road, North Kansas City, MO 64116

**GUARANTEE OF SATISFACTION**

Contest America Publishers, Inc., offers you the opportunity for thrilling financial rewards PLUS challenging fun and excitement. If you are not completely satisfied with our game competition – for any reason – Please send us a letter and take advantage of our liberal refund policy as described more fully in the Official Rules. No reasons or explanations are necessary. There are NO STRINGS ATTACHED and our RISK FREE GUARANTEE is valid with any of our existing contests.

# OFFICIAL RULES
## Break The Bank IV Contest
### (Game 1, Game 2, Game 3)

1. You must be 18 years or older to participate. Sponsors and their families are not eligible. Contestants and any of their family members (related by marriage or otherwise), who aggregate $20,000.00 or more (or local currency equivalent) in lifetime winnings from Contest America Publishers, Inc., at the time prizes are determined in this contest are not eligible to win. Prizes in this contest of skill are subject to all federal, state, and local regulations and taxes. We are not responsible for lost, stolen, or delayed mail. Void where prohibited.

2. Break The Bank IV is not a sweepstakes or lottery. It is a contest of skill involving no luck or chance. Correctly solve the Qualification Puzzle to be eligible to play all three Games. This contest consists of three games plus tiebreakers requiring contestants to successfully use math skills. The initial tiebreakers utilize math skills similar to those in the original Break The Bank IV Qualifying Puzzle. The second tiebreakers will attempt to narrow the playing field further to the top scoring contestants. The third tiebreakers (and any subsequent tiebreakers that may be necessary), will be increasingly difficult, and require greater levels of math skills, in much larger puzzle grids, with a difficulty level designed to determine the final winners. Customers may request sample tiebreakers at any stage in the competition before proceeding to the next stage. Photocopies and faxes will not be accepted for Tiebreaker entries.

3. **Required And Optional Fees:** The prize in each game is $7,000.00, and the maximum cost to compete in all three games for $21,000.00 USD is $20 plus two possible tiebreaker handling charges of $5 each per game (total $50 USD plus appropriate first class postage to return ten reply forms). **Fee discounts may be offered.** In some states, lower tiebreaker fees may apply. Returned checks may be subject to electronic redeposit without further notice. Recovery fees as allowed by state law may be assessed and may be debited from your checking account. No additional fees are required. At two later points in the contest, you may be given up to two opportunities to compete for optional bonus cash prizes; on your first tiebreaker for each game and on your second tiebreaker for each game. These Bonus Cash Prizes will be added to the Grand Prize for each game. Bonus fees range from $10 to $45, depending on the additional bonus prize amount you may select. Maximum cost to play for all advertised prizes in all games totaling $40,500.00 USD is $260 USD plus appropriate first class postage to return ten reply forms. Payment of the bonus fees, and playing for bonus prizes are optional and will not affect your present opportunity to win or share a Grand Prize. Bonus prizes are applicable only to the Grand Prize winners. In the event of a tie for bonus prize money, the bonus prize will be divided per capita by those winners who have submitted winning bonus entries. Only bonus participants will share in bonus prizes. In some countries including United Kingdom, Australia, Canada, New Zealand and South Africa, prizes and fees have been converted from US Dollars to local currency using the exchange rate calculated at the start date of the contest. Prizes may be awarded in US Dollars equivalent to the local currency prize amount advertised.

4. **Estimated Number of Contestants:** Approximately 35,000 contestants are anticipated. Of those, about 80% (28,000) are expected to correctly solve the Qualification Puzzle and receive up to three successive Tiebreakers for each of the three games. About 17% (5,950) are expected to submit highest scoring initial tiebreakers; less than 1% (350) of those entering are expected to submit highest scoring second tiebreakers, and the third or fourth tiebreakers will determine the final winners. A correct solution at each stage will advance you to the next exciting round of each game.

5. Sponsor reserves the right to determine the number of tiebreakers, not to exceed four per game. The final tiebreakers in each game will be much more difficult. If two or more winning entries are tied after the final tiebreaker, prizes will be shared per capita by those winners. Contestants may play multiple times to improve tiebreaker scores. However, Sponsor reserves the right to limit the number of entries any individual contestant may submit. Winners will receive, in addition to their prizes, double the amount of their original entry fees, including any bonus or tiebreaker fees, for each multiple winning entry submitted. Sponsor anticipates that less than 5% of entry fees will be distributed in prizes. One Grand Prize will be awarded in each game and could be shared with other contestants. All payments to winners are lump sum cash payments.

6. Different versions of this offer may be tested and used, including fee and graphic presentations. Puzzle solutions found to be created in part or in whole by collusion, or solutions submitted by proxy or via fictitious identities will be disqualified. No entrants will be accepted after **October 15, 2017**; winners and prizes will be determined by **April 15, 2018**. There will be a 30-day rejudge period following the prize determination date, and winners will be paid within 60 days thereof on **July 14, 2018**. Entries received after **October 15, 2017**, will automatically be entered in a subsequent, similar contest.

7. Liability for judging errors is limited to a complete refund of entry fees paid plus postage. If a contestant suspects a judging error, he or she must notify sponsor in writing within 30 days of the prize determination date. No adjustments will be made after prizes have been paid. Winners are determined on the basis of correct and top-scoring answers to tiebreakers. Most tiebreakers are judged by computer programs; remaining tiebreakers require manual judging. All winning tiebreakers are hand-verified by qualified judges who are employed by sponsor, and who have been trained by sponsor in computer judging programs and/or manual verification procedures. Submission of your entry constitutes acceptance of all contest rules. Decisions of the Judges are final. South Africa residents warrant that in effecting payment of any competition participation fees, they have complied in all respects with the exchange control regulations.

8. The Unconditional Guarantee of Satisfaction is applicable to registered contestants in any open contest prior to being notified of an incorrect entry.

9. A winners list is available after contest prize determination date by sending $1 and a self-addressed envelope to Break The Bank IV Winners List, 1401 Armour Road, North Kansas City, MO 64116 USA. All final tiebreaker respondents in each game will automatically be mailed a winners list. Winners agree, without further compensation, to supply Contest America Publishers, Inc., with their photograph and to allow unlimited promotional use of their name and likeness.

10. Questions? Send all correspondence to Contest America Publishers, Inc., Break The Bank IV, 1401 Armour Road, P.O. Box 219909, Kansas City, MO 64121-9909 USA. Detailed tiebreaker rules, previous winners lists and samples of tiebreakers from other contests, which illustrate the level of difficulty, may be obtained in advance of entry by contacting Customer Service at (816) 842-4559. Customer Service hours: 8:00 a.m.-3:00 p.m., Central Time. Please keep these official rules with your other important papers.

**NOTIFICATION SYSTEM**

We make our mailing and email lists available to companies whose products or services might be of interest to you. If you would prefer to have your name withheld, or no longer wish to receive correspondence from us, please copy your name, mailing address, and account number exactly as they appear on our letters. Please also include your email address if you wish to opt-out of any future correspondence via the Internet. Specify (a) do not release my name and email address to other companies or (b) remove my name from your mailing list or (c) remove my email address or (d) all of the above. Mail to: Notification System, CAP Mail Preference Service, P.O. Box 219637, Kansas City, MO 64121-9637 USA

Contest America Publishers does not permit telemarketing to its mailing list.

**PAYMENT ASSURITY PAPERS** · OFFICIAL RELEASE MAIL

Director of Accounts and Payments
**BREAK THE BANK IV**
1401 ARMOUR ROAD
NORTH KANSAS CITY, MO 64116

**CONTEST WINNER DESIGNATION AND CERTIFIED PRIZES SCHEDULED.**

Letter Of Guarantee: Payment to the Final Winners' Registered In The Total Amount Below:

Candidate Entry Notification of Undistributed
# CASH PRIZE DOCUMENTATION

$ **21,000.00**

TOTAL: ****TWENTY-ONE THOUSAND DOLLARS

| CONTACT DATE: | **November 22, 2016** | FORM No: **N7EF1F** | GRAND PRIZE PAYMENTS DUE TO: **Final Winners** |

§

PAYABLE BY: .........Cash Only
DENOMINATION: ......Lump-Sum

**CARYN NELSON**

CANDIDATE: Caryn Nelson

REGISTRATION AND PRIZE JUDGING: **PENDING**

TAX WITHHELD FROM WINNERS' CHECKS: — $0.00 —

*CONFIDENTIAL DOCUMENT*

Dear Caryn Nelson,

We have very exciting news for you today from the Payment Center of **Break The Bank IV**.

The Top 3-Game Awards totaling *****$21,000.00 CASH***** are now **guaranteed** for Winner allocation, and by virtue of this letter, you can be **Registered** and **Qualified** as Playing to Win these Total Prize Funds.

**This is not a mistake.** Your prompt attention is requested here in writing. Compliance by correctly solving the Qualification Puzzle on the next page is required to document your Status as **Candidate-Of-Record** playing for three Checks totaling $21,000.00 Cash. Simply submit a correct Puzzle solution to guarantee your next-round advancement!

**Please act now.** Do not discard this Documentation OR your **Guaranteed Opportunity** to play to win these **Lump-Sum CASH GRAND PRIZES.** Begin now by solving the puzzle on the next page and submitting it for review. <u>RETURN THE ENTIRE NEXT PAGE IN THE ENVELOPE PROVIDED.</u> You must be at least 18 years of age due to rules prohibiting the registration of minors for Monetary/Prize Award Opportunities and <u>WINNINGS</u>.

**IMPORTANT:** Make sure your name and address are entered accurately on the next page and enclose the discounted $10 registration fee required for official **Break The Bank IV** processing. (I have activated a Customer Discount in your name to instantly save you money!) **Over $3 Million Dollars has already been paid** to confirmed winners who successfully participated in previous Award programs, so please note that a correct solution to the Qualifying Puzzle on the next page is all that is needed right now to advance you in play for **$21,000.00** in Prizes.

**The Funds are Committed and Guaranteed to Winners.**
Please reply promptly and follow all instructions herewith!

Prize Director Walter Thompson, Executor of Payments / *Walter Thompson*

## Payment Validation And Candidate Printout To Play For Pre-Determined Prize Funds

| Candidate and/or Winner Name On File | Official Status | Registered CASH Amount | PARTIAL SUMMARY SHEET OF CURRENT PRIZE COMPETITIONS | |
|---|---|---|---|---|
| **Caryn Nelson** | **Awaiting Certified Entry** *Will YOU be next to win?* | $21,000.00 to Winners | **Prize Competition** | **Top Prize FUNDS Guaranteed** |
| L. Fosgate | PAID IN FULL | $37,500.00 | CASH ENRICHMENT SERIES X..... | $15,000.00 to Winners |
| L. Wiirre | PAID IN FULL | $28,150.00 | PRIZE EXPRESS IV..... | $21,000.00 to Winners |
| P. Longley | PAID IN FULL | $21,000.00 | BLUE SERIES XIII..... | $15,000.00 to Winners |
| E. Bulay | PAID IN FULL | $21,000.00 | PRIZE VAULT II..... | $21,000.00 to Winners |
| | | | CASH TRANSFER AWARD VII..... | $15,000.00 to Winners |

*William C. Ba...*

**WINNERS' PRIZE MONEY Verified To Date And Confirmed As "PAID"** ▶ EXCEEDING *** $3,515,176.51 ***

© CAP 2016

317-317   Contest America Publishers, Inc., 1401 Armour Road, North Kansas City, MO 64116
19958NLSO234-345293 CP11160200 N16HP216   C-U N7-1A 11-BABB295A00   C-U

PX3, p.000018

**GUARANTEE OF SATISFACTION**    N7BGR18-rpf

Contest America Publishers, Inc., offers you the opportunity for thrilling financial rewards PLUS challenging fun and excitement. If you are not completely satisfied with our game competition – for any reason – Please send us a letter and take advantage of our liberal refund policy as described more fully in the Official Rules. No reasons or explanations are necessary. There are NO STRINGS ATTACHED and our RISK FREE GUARANTEE is valid with any of our existing contests.

# OFFICIAL RULES
## Break The Bank IV Contest
(Game 1, Game 2, Game 3)

1. You must be 18 years or older to participate. Sponsors and their families are not eligible. Contestants and any of their family members (related by marriage or otherwise), who aggregate $20,000.00 or more (or local currency equivalent) in lifetime winnings from Contest America Publishers, Inc., at the time prizes are determined in this contest are not eligible to win. Prizes in this contest of skill are subject to all federal, state, and local regulations and taxes. We are not responsible for lost, stolen, or delayed mail. Void where prohibited.

2. Break The Bank IV is not a sweepstakes or lottery. It is a contest of skill involving no luck or chance. Correctly solve the Qualification Puzzle to be eligible to play all three Games. This contest consists of three games plus tiebreakers requiring contestants to successfully use math skills. The initial tiebreakers utilize math skills similar to those in the original Break The Bank IV Qualifying Puzzle. The second tiebreakers will attempt to narrow the playing field further to the top scoring contestants. The third tiebreakers (and any subsequent tiebreakers that may be necessary), will be increasingly difficult, and require greater levels of math skills, in much larger puzzle grids, with a difficulty level designed to determine the final winners. Customers may request sample tiebreakers at any stage in the competition before proceeding to the next stage. Photocopies and faxes will not be accepted for Tiebreaker entries.

3. **Required And Optional Fees:** The prize in each game is $7,000.00, and the maximum cost to compete in all three games for $21,000.00 USD is $20 plus two possible tiebreaker handling charges of $5 each per game (total $50 USD plus appropriate first class postage to return ten reply forms). **Fee discounts may be offered.** In some states, lower tiebreaker fees may apply. Returned checks may be subject to electronic redeposit without further notice. Recovery fees as allowed by state law may be assessed and may be debited from your checking account. No additional fees are required. At two later points in the contest, you may be given up to two opportunities to compete for optional bonus cash prizes; on your first tiebreaker for each game and on your second tiebreaker for each game. These Bonus Cash Prizes will be added to the Grand Prize for each game. Bonus fees range from $10 to $45, depending on the additional bonus prize amount you may select. Maximum cost to play for all advertised prizes in all games totaling $40,500.00 USD is $260 USD plus appropriate first class postage to return ten reply forms. Payment of the bonus fees, and playing for bonus prizes are optional and will not affect your present opportunity to win or share a Grand Prize. Bonus prizes are applicable only to the Grand Prize winners. In the event of a tie for bonus prize money, the bonus prize will be divided per capita by those winners who have submitted winning bonus entries. Only bonus participants will share in bonus prizes. In some countries including United Kingdom, Australia, Canada, New Zealand and South Africa, prizes and fees have been converted from US Dollars to local currency using the exchange rate calculated at the start date of the contest. Prizes may be awarded in US Dollars equivalent to the local currency prize amount advertised.

4. **Estimated Number of Contestants:** Approximately 35,000 contestants are anticipated. Of those, about 80% (28,000) are expected to correctly solve the Qualification Puzzle and receive up to three successive Tiebreakers for each of the three games. About 17% (5,950) are expected to submit highest scoring initial tiebreakers; less than 1% (350) of those entering are expected to submit highest scoring second tiebreakers, and the third or fourth tiebreakers will determine the final winners. A correct solution at each stage will advance you to the next exciting round of each game.

5. Sponsor reserves the right to determine the number of tiebreakers, not to exceed four per game. The final tiebreakers in each game will be much more difficult. If two or more winning entries are tied after the final tiebreaker, prizes will be shared per capita by winners. Contestants may play multiple times to improve tiebreaker scores. However, Sponsor reserves the right to limit the number of entries any individual contestant may submit. Winners will receive, in addition to their prizes, double the amount of their original entry fees, including any bonus or tiebreaker fees, for each multiple winning entry submitted. Sponsor anticipates that less than 5% of entry fees will be distributed in prizes. One Grand Prize will be awarded in each game and could be shared with other contestants. All payments to winners are lump sum cash payments.

6. Different versions of this offer may be tested and used, including fee and graphic presentations. Puzzle solutions found to be created in part or in whole by collusion, or solutions submitted by proxy or via fictitious identities will be disqualified. No entrants will be accepted after October 15, 2017; winners and prizes will be determined by April 15, 2018. There will be a 30-day rejudge period following the prize determination date, and winners will be paid within 60 days thereof on July 14, 2018. Entries received after October 15, 2017, will automatically be entered in a subsequent, similar contest.

7. Liability for judging errors is limited to a complete refund of entry fees paid plus postage. If a contestant suspects a judging error, he or she must notify sponsor in writing within 30 days of the prize determination date. No adjustments will be made after prizes have been paid. Winners are determined on the basis of correct and top-scoring answers to tiebreakers. Most tiebreakers are judged by computer programs; remaining tiebreakers require manual judging. All winning tiebreakers are hand-verified by qualified judges who are employed by sponsor, and who have been trained by sponsor in computer judging programs and/or manual verification procedures. Submission of your entry constitutes acceptance of all contest rules. Decisions of the Judges are final. South Africa residents warrant that in effecting payment of any competition participation fees, they have complied in all respects with the exchange control regulations.

8. The Unconditional Guarantee of Satisfaction is applicable to registered contestants in any open contest prior to being notified of an incorrect entry.

9. A winners list is available after contest prize determination date by sending $1 and a self-addressed envelope to Break The Bank IV Winners List, 1401 Armour Road, North Kansas City, MO 64116 USA. All final tiebreaker respondents in each game will automatically be mailed a winners list. Winners agree, without further compensation, to supply Contest America Publishers, Inc., with their photograph and to allow unlimited promotional use of their name and likeness.

10. Questions? Send all correspondence to Contest America Publishers, Inc., Break The Bank IV, 1401 Armour Road, P.O. Box 219909, Kansas City, MO 64121-9909 USA. Detailed tiebreaker rules, previous winners lists and samples of tiebreakers from other contests, which illustrate the level of difficulty, may be obtained in advance of entry by contacting Customer Service at (816) 842-4559. Customer Service hours: 8:00 a.m.-3:00 p.m., Central Time. Please keep these official rules with your other important papers.

**NOTIFICATION SYSTEM**

We make our mailing and email lists available to companies whose products or services might be of interest to you. If you would prefer to have your name withheld, or no longer wish to receive correspondence from us, please copy your name, mailing address, and account number exactly as they appear on our letters. Please also include your email address if you wish to opt-out of any future correspondence via the Internet. Specify (a) do not release my name and email address to other companies or (b) remove my name from your mailing list or (c) remove my email address or (d) all of the above. Mail to: Notification System, CAP Mail Preference Service, P.O. Box 219637, Kansas City, MO 64121-9637 USA

Contest America Publishers does not permit telemarketing to its mailing list.



**ELIGIBILITY VERIFIED – RECORDED BY JUDGES IN ATTENDANCE – DO NOT RE-DIRECT**

G6EF2/F

FILED CANDIDATE:   CARYN NELSON

**North American Award Center**
**Prize Headquarters · Capital Reserve VII**
**1401 Armour Road**
**North Kansas City, MO 64116**

3-GRAND PRIZES:   ***$21,000.00 TOTAL TO WINNERS**

# $21,000.00
## TWENTY-ONE THOUSAND DOLLARS

OFFICIAL NOTICE OF GUARANTEED PAYMENTS
FOR DISBURSEMENT IN CASH FUNDS

Non-Transferable Candidate:

    **CARYN NELSON**

*Please mail other page without delay!*

| N.A.A.C. RECORDS North Kansas City, MO | | FORM CODE ASSIGNED 715 - G6 |
|---|---|---|
| | CAPITAL RESERVE VII | |

Identification No.: 19958NLSO234-929819

GRAND PRIZES REGISTERED **$21,000.00** GRAND PRIZES REGISTERED

---

# ADVANCE NOTICE: CAPITAL RESERVE VII
# PRIZE GUARANTEE TO THE FINAL WINNERS

## OFFICIAL NOTIFICATION
### HIGHEST URGENCY
### REPLY REQUESTED

IN NOTIFICATION TO:
// *** CARYN NELSON

DATE:   October 25, 2016
3-GAME TOTAL PAYMENT TO FINAL WINNERS: $21,000.00
EACH GAME GUARANTEED:   $7,000.00

**Winners' Cash Funds**
To Be Paid By: ☑ Bank Checks   ☑ Guaranteed Lump Sum

### CERTIFIED CASH PAYMENTS TRANSFER SUMMARY

| ELIGIBLE RECIPIENT | AWARD STATEMENT | CASH AMOUNT RECORDED |
|---|---|---|
| G. Naykene | Paid In Full | $24,500.00 |
| H. Deng | Paid In Full | $25,666.00 |
| J. Ishmael | Paid In Full | $23,600.00 |
| M. Stordahl | Paid In Full | $26,000.00 |
| S. Schneider | Paid In Full | $25,966.65 |
| Caryn Nelson | Awaiting Entry | $21,000.00 TO THE WINNERS |

**TOTAL AWARD MONIES PAID TO DATE OVER**   **$7,900,032.32**

GREAT NEWS    Caryn Nelson    !

THIS ANNOUNCEMENT IS NOW COMPLETE AND ONE, TWO, THREE
***GRAND PRIZE CHECKS*** FOR WINNERS' PAYMENT ARE NOW IN THE PRE-DRAFT STAGES FOR THE FULL
AMOUNT OF   $21,000.00 .

PLEASE COMPLETE ENTRY REQUIREMENTS AT ONCE REGISTERING YOUR PLAYER ID   19958NLSO234
AND CONFIRMING YOUR NOMINATION TO PLAY BY CORRECTLY SOLVING THE QUALIFYING PUZZLE PRESENTED
ON THE ACCOMPANYING DOCUMENT. WE NEED TO REVIEW THAT DOCUMENT WITHOUT DELAY!

We Wish To Further Inform:   Caryn Nelson

✓ **APPROVED**

    Right now, Nothing can prevent you from activation of this certified opportunity to play to win ***3-Games with GRAND
PRIZE CASH*** of   $21,000.00   for direct PAYMENT to the final winners. Please honor the deadline request by North
American Award Center.

    A requested reply is now so entered and stated here   Please Do Not Postpone Reply .

### ALL PRIZES ARE AWARDED AS LUMP SUM CASH AWARDS AND DISTRIBUTED
### WITH NO SPENDING RESTRICTIONS AND NO TAXES WITHHELD BY SPONSOR.

    You may wish to pay off bills, consolidate debt or credit card balances, buy a new car, take a vacation, use the money
for savings or retirement — *it doesn't matter* — the Full CASH is unconditionally guaranteed to winners and may be spent
with complete discretion. However, you must qualify to play by registering now. Due to the amount of money at stake in this
competition, NAAC Prize Judges will accept only a mailed response. Please complete and mail the accompanying Document
today. A correct solution will ensure that you immediately advance to the next round with the opportunity to advance **all the way**
for the guaranteed 3-Game Prize Money!

mailed on   Nov. 11-7-2016    SIGNED BY:   *John Winstead*    © NAAC 2016

## GUARANTEE OF SATISFACTION

G6BGR18-rpf

North American Award Center, offers you the opportunity for thrilling financial rewards PLUS challenging fun and excitement. If you are not completely satisfied with our game competition – for any reason – send us a letter and take advantage of our liberal refund policy as described more fully in the Official Rules. No reasons or explanations are necessary. There are NO STRINGS ATTACHED and our RISK FREE GUARANTEE is valid with any of our existing contests.

# OFFICIAL RULES
## Capital Reserve VII Contest
(Game 1, Game 2, Game 3)

1. You must be 18 years or older to participate. Sponsors and their families are not eligible. Contestants and any of their family members (related by marriage or otherwise), who aggregate $20,000.00 or more (or local currency equivalent) in lifetime winnings from North American Award Center, or its affiliates, including Opportunities Unlimited Publications, Inc., at the time prizes are determined in this contest are not eligible to win. Prizes in this contest of skill are subject to all federal, state, and local regulations and taxes. We are not responsible for lost, stolen, or delayed mail. Void where prohibited.

2. Capital Reserve VII is not a sweepstakes or lottery. It is a contest of skill involving no luck or chance. Correctly solve the Qualifying Puzzle to be eligible to play all three Games. This contest consists of three games plus tiebreakers requiring contestants to successfully use math skills. The initial tiebreakers utilize math skills similar to those in the original Capital Reserve VII Qualifying Puzzle. The second tiebreakers will attempt to narrow the playing field further to the top scoring contestants. The third tiebreakers (and any subsequent tiebreakers that may be necessary), will be increasingly difficult, and require greater levels of math skills, in much larger puzzle grids, with a difficulty level designed to determine the final winners. Customers may request sample tiebreakers at any stage in the competition before proceeding to the next stage. Photocopies and faxes will not be accepted for Tiebreaker entries.

3. **Required And Optional Fees:** The prize in each game is $7,000.00, and the maximum cost to compete in all three games for $21,000.00 USD is $20 plus 2 possible tiebreaker payments of $5 each per game (total $50 USD plus appropriate first class postage to return ten reply forms). **Fee discounts may be offered.** In some states, lower tiebreaker fees may apply. Returned checks may be subject to electronic redeposit without further notice. Recovery fees as allowed by state law may be assessed and may be debited from your checking account. No additional fees are required. At two later points in the contest, you may be given up to two opportunities to compete for optional bonus cash prizes; on your first tiebreaker for each game and on your second tiebreaker for each game. These Bonus Cash Prizes will be added to the Grand Prize for each game. Bonus Cash prizes range from $10 to $45, depending on the additional bonus prize amount you may select. Maximum cost to play for all advertised prizes in all games totaling $40,500.00 USD is $260 USD plus appropriate first class postage to return ten reply forms. Payment of the bonus fees, and playing for bonus prizes are optional and will not affect your present opportunity to win or share a Grand Prize. Bonus prizes are applicable only to the Grand Prize winners. In the event of a tie for bonus prize money, the bonus prize will be divided per capita by those winners who have submitted winning bonus entries. Only bonus participants will share in bonus prizes. In some countries including United Kingdom, Australia, Canada, New Zealand and South Africa, prizes and fees have been converted from US Dollars to local currency using the exchange rate calculated at the start date of the contest. Prizes may be awarded in US Dollars equivalent to the local currency prize amount advertised.

4. **Estimated Number of Contestants:** Approximately 100,000 contestants are anticipated. Of those, about 91% (91,000) are expected to correctly solve the Qualification Puzzle and receive up to three successive Tiebreakers for each of the three games. About 13% (13,000) are expected to submit highest scoring initial tiebreakers; less than 1% (1,000) of those entering are expected to submit highest scoring second tiebreakers, and the third or fourth tiebreakers will determine the final winners. A correct solution at each stage will advance you to the next exciting round of each game.

5. Sponsor reserves the right to determine the number of tiebreakers, not to exceed four per game. The final tiebreakers in each game will be much more difficult. If two or more winning entries are tied after the final tiebreaker, prizes will be shared per capita by winners. Contestants may play multiple times to improve tiebreaker scores. However, Sponsor reserves the right to limit the number of entries any individual contestant may submit. Winners will receive, in addition to their prizes, double the amount of their original entry fees, including any bonus or tiebreaker fees, for each multiple winning entry submitted. Sponsor anticipates that less than 5% of entry fees will be distributed in prizes. One Grand Prize will be awarded in each game and could be shared with other contestants. All payments to winners are lump sum cash payments.

6. Different versions of this offer may be tested and used, including fee and graphic presentations. Puzzle solutions found to be created in part or in whole by collusion, or solutions submitted by proxy or via fictitious identities will be disqualified. No entrants will be accepted after July 15, 2017; winners and prizes will be determined by **January 15, 2018**. There will be a 30-day rejudge period following the prize determination date, and winners will be paid within 60 days thereof on **April 15, 2018**. Entries received after **July 15, 2017**, will automatically be entered in a subsequent, similar contest.

7. Liability for judging errors is limited to a complete refund of entry fees paid plus postage. If a contestant suspects a judging error, he or she must notify sponsor in writing within 30 days of the prize determination date. No adjustments will be made after prizes have been paid. Winners are determined on the basis of correct and top-scoring answers to tiebreakers. Most tiebreakers are judged by computer programs; remaining tiebreakers require manual judging. All winning tiebreakers are hand-verified by qualified judges who are employed by sponsor, and who have been trained by sponsor in computer judging programs and/or manual verification procedures. Submission of your entry constitutes acceptance of all contest rules. Decisions of the Judges are final. South Africa residents warrant that in effecting payment of any competition participation fees, they have complied in all respects with the exchange control regulations.

8. The Unconditional Guarantee of Satisfaction is applicable to registered contestants in any open contest prior to being notified of an incorrect entry.

9. A winners list is available after contest prize determination date by sending $1 and a self-addressed envelope to Capital Reserve VII Winners List, 1401 Armour Road, North Kansas City, MO 64116 USA. All final tiebreaker respondents in each game will automatically be mailed a winners list. Winners agree, without further compensation, to supply North American Award Center, with their photograph and to allow unlimited promotional use of their name and likeness.

10. Questions? Send all correspondence to North American Award Center, Capital Reserve VII, 1401 Armour Road, P.O. Box 219250, Kansas City, MO 64121-9250 USA. Detailed tiebreaker rules, previous winners lists and samples of tiebreakers from other contests, which illustrate the level of difficulty, may be obtained in advance of entry by contacting Customer Service at (816) 842-5510. Customer Service hours: 8:00 a.m.-3:00 p.m., Central Time. **Please keep these Official Rules with your other important papers.**

## NOTIFICATION SYSTEM

We make our mailing and email lists available to companies whose products or services might be of interest to you. If you would prefer to have your name withheld, or no longer wish to receive correspondence from us, please copy your name, mailing address, and account number exactly as they appear on our letters. Please also include your email address if you wish to opt-out of any future correspondence via the Internet. Specify (a) do not release my name to other companies or (b) remove my name from your mailing list or (c) remove my email address or (d) all of the above. Mail to: Notification System, NAAC Mail Preference Service, P.O. Box 219637, Kansas City, MO 64121-9637 USA

North American Award Center does not permit telemarketing to its mailing list.

ELIGIBILITY VERIFIED – RECORDED BY JUDGES IN ATTENDANCE – DO NOT RE-DIRECT

**North American Award Center**
**Prize Headquarters - Capital Reserve VII**
**1401 Armour Road**
**North Kansas City, MO 64116**

FILED CANDIDATE: **CARYN NELSON**
3-GRAND PRIZES: **\*\*\*$21,000.00 TOTAL TO WINNERS**

# $21,000.00
### TWENTY-ONE THOUSAND DOLLARS

OFFICIAL NOTICE OF GUARANTEED PAYMENTS
FOR DISBURSEMENT IN CASH FUNDS

Non-Transferable Candidate:

**CARYN NELSON**

*Please mail other page without delay!*

Identification No.: 19958NLSO234-341549

N.A.A.C. RECORDS
North Kansas City, MO

FORM CODE
ASSIGNED **715 - G6**

**CAPITAL RESERVE VII**

GRAND PRIZES REGISTERED **$21,000.00** GRAND PRIZES REGISTERED

---

# ADVANCE NOTICE: CAPITAL RESERVE VII
# PRIZE GUARANTEE TO THE FINAL WINNERS

## OFFICIAL NOTIFICATION
### HIGHEST URGENCY
### REPLY REQUESTED

IN NOTIFICATION TO:
// **\*\*\* CARYN NELSON**

DATE: **November 01, 2016**

3-GAME TOTAL PAYMENT TO FINAL WINNERS: **$21,000.00**
EACH GAME GUARANTEED: **$7,000.00**

**Winners' Cash Funds**
**To Be Paid By:** ☑ Bank Checks  ☑ Guaranteed Lump Sum

### CERTIFIED CASH PAYMENTS TRANSFER SUMMARY

| ELIGIBLE RECIPIENT | AWARD STATEMENT | CASH AMOUNT RECORDED |
|---|---|---|
| G. Naykene | Paid In Full | $24,500.00 |
| H. Deng | Paid In Full | $25,666.00 |
| J. Ishmael | Paid In Full | $23,600.00 |
| M. Stordahl | Paid In Full | $26,000.00 |
| S. Schneider | Paid In Full | $25,966.65 |
| Caryn Nelson | Awaiting Entry | $21,000.00 TO THE WINNERS |

**TOTAL AWARD MONIES PAID TO DATE OVER**  **$7,900,032.32**

GREAT NEWS____Caryn Nelson____!

THIS ANNOUNCEMENT IS NOW COMPLETE AND ONE, TWO, THREE
**\*\*\*GRAND PRIZE CHECKS\*\*\*** FOR WINNERS' PAYMENT ARE NOW IN THE PRE-DRAFT STAGES FOR THE FULL
AMOUNT OF ___$21,000.00___.

PLEASE COMPLETE ENTRY REQUIREMENTS AT ONCE REGISTERING YOUR PLAYER ID 19958NLSO234____
AND CONFIRMING YOUR NOMINATION TO PLAY BY CORRECTLY SOLVING THE QUALIFYING PUZZLE PRESENTED
ON THE ACCOMPANYING DOCUMENT. WE NEED TO REVIEW THAT DOCUMENT WITHOUT DELAY!

We Wish To Further Inform:  Caryn Nelson

✓ **APPROVED**

Right now, Nothing can prevent you from activation of this certified opportunity to play to win **\*\*\*3-Games** with GRAND
PRIZE CASH\*\*\* of ___$21,000.00___ for direct PAYMENT to the final winners. Please honor the deadline request by North
American Award Center.

A requested reply is now so entered and stated here ___Please Do Not Postpone Reply___.

### ALL PRIZES ARE AWARDED AS LUMP SUM CASH AWARDS AND DISTRIBUTED
### WITH NO SPENDING RESTRICTIONS AND NO TAXES WITHHELD BY SPONSOR.

You may wish to pay off bills, consolidate debt or credit card balances, buy a new car, take a vacation, use the money
for savings or retirement — *it doesn't matter* — the Full CASH is unconditionally guaranteed to winners and may be spent
with complete discretion. However, you must qualify to play by registering now. Due to the amount of money at stake in this
competition, NAAC Prize Judges will accept only a mailed response. Please complete and mail the accompanying Document
today. A correct solution will ensure that you immediately advance to the next round with the opportunity to advance **all the way**
for the guaranteed 3-Game Prize Money!

*this is the 2nd copy of these*
*2 pages*

SIGNED BY: *John Winstead*

© NAAC 2016

## GUARANTEE OF SATISFACTION

G6BGR18-rpf

North American Award Center, offers you the opportunity for thrilling financial rewards PLUS challenging fun and excitement. If you are not completely satisfied with our game competition – for any reason – send us a letter and take advantage of our liberal refund policy as described more fully in the Official Rules. No reasons or explanations are necessary. There are NO STRINGS ATTACHED and our RISK FREE GUARANTEE is valid with any of our existing contests.

# OFFICIAL RULES
## Capital Reserve VII Contest
(Game 1, Game 2, Game 3)

1. You must be 18 years or older to participate. Sponsors and their families are not eligible. Contestants and any of their family members (related by marriage or otherwise), who aggregate $20,000.00 or more (or local currency equivalent) in lifetime winnings from North American Award Center, or its affiliates, including Opportunities Unlimited Publications, Inc., at the time prizes are determined in this contest are not eligible to win. Prizes in this contest of skill are subject to all federal, state, and local regulations and taxes. We are not responsible for lost, stolen, or delayed mail. Void where prohibited.

2. Capital Reserve VII is not a sweepstakes or lottery. It is a contest of skill involving no luck or chance. Correctly solve the Qualifying Puzzle to be eligible to play all three Games. This contest consists of three games plus tiebreakers requiring contestants to successfully use math skills. The initial tiebreakers utilize math skills similar to those in the original Capital Reserve VII Qualifying Puzzle. The second tiebreakers will attempt to narrow the playing field further to the top scoring contestants. The third tiebreakers (and any subsequent tiebreakers that may be necessary) will be increasingly difficult, and require greater levels of math skills, in much larger puzzle grids, with a difficulty level designed to determine the final winners. Customers may request sample tiebreakers at any stage in the competition before proceeding to the next stage. Photocopies and faxes will not be accepted for Tiebreaker entries.

3. **Required And Optional Fees:** The prize in each game is $7,000.00, and the maximum cost to compete in all three games for $21,000.00 USD is $20 plus 2 possible tiebreaker handling charges of $5 each per game (total $50 USD plus appropriate first class postage to return ten reply forms). **Fee discounts may be offered.** In some states, lower tiebreaker fees may apply. Returned checks may be subject to electronic redeposit without further notice. Recovery fees as allowed by state law may be assessed and may be debited from your checking account. No additional fees are required. At two latest points in the contest, you may be given up to two opportunities to compete for optional bonus cash prizes; on your first tiebreaker for each game and on your second tiebreaker for each game. These Bonus Cash Prizes will be added to the Grand Prize for each game. Bonus fees range from $10 to $45, depending on the additional bonus prize amount you may select. Maximum cost to play for all advertised prizes in all games totaling $40,500.00 USD is $260 USD plus appropriate first class postage to return ten reply forms. Payment of the bonus fees, and playing for bonus prizes are optional and will not affect your present opportunity to win or share a Grand Prize. Bonus prizes are applicable only to the Grand Prize winners. In the event of a tie for bonus prize money, the bonus prize will be divided per capita by those winners who have submitted winning bonus entries. Only bonus participants will share in bonus prizes. In some countries including United Kingdom, Australia, Canada, New Zealand and South Africa, prizes and fees have been converted from US Dollars to local currency using the exchange rate calculated at the start date of the contest. Prizes may be awarded in US Dollars equivalent to the local currency prize amount advertised.

4. **Estimated Number of Contestants:** Approximately 100,000 contestants are anticipated. Of those, about 91% (91,000) are expected to correctly solve the Qualification Puzzle and receive up to three successive Tiebreakers for each of the three games. About 13% (13,000) are expected to submit highest scoring initial tiebreakers; less than 1% (1,000) of those entering are expected to submit highest scoring second tiebreakers, and the third or fourth tiebreakers will determine the final winners. A correct solution at each stage will advance you to the next exciting round of play.

5. Sponsor reserves the right to determine the number of tiebreakers, not to exceed four per game. The final tiebreakers in each game will be much more difficult. If two or more winning entries are tied after the final tiebreaker, prizes will be shared per capita by winners. Contestants may play multiple times to improve tiebreaker scores. However, Sponsor reserves the right to limit the number of entries any individual contestant may submit. Winners will receive, in addition to their prizes, double the amount of their original entry fees, including any bonus or tiebreaker fees, for each multiple winning entry submitted. Sponsor anticipates that less than 5% of entry fees will be distributed in prizes. One Grand Prize will be awarded in each game and could be shared with other contestants. All payments to winners are lump sum cash payments.

6. Different versions of this offer may be tested and used, including fee and graphic presentations. Puzzle solutions found to be created in part or in whole by collusion, or solutions submitted by proxy or via fictitious identities will be disqualified. No entrants will be accepted after July 15, 2017; winners and prizes will be determined by **January 15, 2018.** There will be a 30-day rejudge period following the prize determination date, and winners will be paid within 60 days thereof on **April 15, 2018.** Entries received after **July 15, 2017,** will automatically be entered in a subsequent, similar contest.

7. Liability for judging errors is limited to a complete refund of entry fees paid plus postage. If a contestant suspects a judging error, he or she must notify sponsor in writing within 30 days of the prize determination date. No adjustments will be made after prizes have been paid. Winners are determined on the basis of correct and top-scoring answers to tiebreakers. Most tiebreakers are judged by computer programs; remaining tiebreakers require manual judging. All winning tiebreakers are hand-verified by qualified judges who are employed by sponsor, and who have been trained by sponsor in computer judging programs and/or manual verification procedures. Submission of your entry constitutes acceptance of all contest rules. Decisions of the Judges are final. South Africa residents warrant that in effecting payment of any competition participation fees, they have complied in all respects with the exchange control regulations.

8. The Unconditional Guarantee of Satisfaction is applicable to registered contestants in any open contest prior to being notified of an incorrect entry.

9. A winners list is available after contest prize determination date by sending $1 and a self-addressed envelope to Capital Reserve VII Winners List, 1401 Armour Road, North Kansas City, MO 64116 USA. All final tiebreaker respondents in each game will automatically be mailed a winners list. Winners agree, without further compensation, to supply North American Award Center, with their photograph and to allow unlimited promotional use of their name and likeness.

10. Questions? Send all correspondence to North American Award Center, Capital Reserve VII, 1401 Armour Road, P.O. Box 219250, Kansas City, MO 64121-9250 USA. Detailed tiebreaker rules, previous winners lists and samples of tiebreakers from other contests, which illustrate the level of difficulty, may be obtained in advance of entry by contacting Customer Service at (816) 842-5510. Customer Service hours: 8:00 a.m.-3:00 p.m., Central Time. **Please keep these Official Rules with your other important papers.**

## NOTIFICATION SYSTEM

We make our mailing and email lists available to companies whose products or services might be of interest to you. If you would prefer to have your name withheld, or no longer wish to receive correspondence from us, please copy your name, mailing address, and account number exactly as they appear on our letters. Please also include your email address if you wish to opt-out of any future correspondence via the Internet. Specify (a) do not release my name to other companies or (b) remove my name from your mailing list or (c) remove my email address or (d) all of the above. Mail to: Notification System, NAAC Mail Preference Service, P.O. Box 219637, Kansas City, MO 64121-9637 USA

North American Award Center does not permit telemarketing to its mailing list.



**JEWEL JUBILEE EXPRESS**

October 25, 2016

Dear Caryn Nelson,

Your invitation to play to win and receive a $12,000.00 Grand Prize in the Jewel Jubilee Express skill competition is issued. This could be the easiest decision you ever make! Simply mail the completed registration section to us immediately for Prize Headquarters authentication and advancement.

You wouldn't believe the excitement generated by a $12,000.00 Grand Prize Giveaway. The $12,000.00 is absolutely Guaranteed for distribution in the form of a Grand Prize check to the final Winner.

Our Prize Staff uses extra caution to ensure accurate prize records are kept for the Winner's final notification. Try to imagine how it would feel to open our Winner's Envelope and read that You, Caryn Nelson are the $12,000.00 Grand Prize Winner! Your opportunity begins when you return your answer to the Jewel Jubilee Express Boarding Qualification Question. (A correct answer will immediately advance you to the next exciting round!) Mail the registration section below along with the discounted $9 registration fee without delay, as this is our fastest $12,000.00 Cash Giveaway of the Year. We need to hear from you soon!

Kindest Regard,

Robert Montgomery, Prize Director

P.S. See Customer Discount Below. Save $3!

Return the section below to: Opportunities Unlimited Publications Inc. (OPP), PO Box 219134, Kansas City, MO 64121-9134

sent back 11-14-16 ♦♦ DETACH HERE ALONG PERFORATION ♦♦





**EXPRESS**
OPPORTUNITIES UNLIMITED PUBLICATIONS, INC.
1401 ARMOUR ROAD
N. KANSAS CITY, MO 64116

PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE
PAID
KANSAS CITY, MO
PERMIT NO. 4280

CARYN NELSON



**THIS IS A TIME SENSITIVE NOTICE. PLEASE DO NOT DELAY.**

OPPORTUNITIES UNLIMITED PUBLICATIONS, INC.
1401 Armour Road, North Kansas City, MO  64116
FOR ADDRESSEE ONLY

CARYN NELSON



**JEWEL JUBILEE**
# EXPRESS
### PRIZE HEADQUARTERS

# ALL ABOARD
**THE JEWEL JUBILEE EXPRESS
FOR OUR *FASTEST* CASH GIVEAWAY
OF THE YEAR!**

\* IMPORTANT NOTIFICATION \*
November 08, 2016



Maximum Grand Prize Award GUARANTEED To The Final Winner:

# $12,000.00
### TWELVE THOUSAND DOLLARS

**VERIFIED**

## *THE JEWEL JUBILEE EXPRESS IS LEAVING THE STATION AND YOU SHOULD JUMP ON BOARD!*



**Dear Caryn Nelson,**

    We are pleased to inform you of an available seat reserved in your name, with the Eligibility to play to win a Grand Prize of $12,000.00. *Our jubilant Prize Council has appointed your Candidacy to* __Jump on the Jewel Jubilee Express__! *Do not delay or you may miss this exciting opportunity.*

    Your reply is requested for our *Fastest $12,000.00 Prize Giveaway of the Year.* This 100% **Guaranteed Opportunity** is confirmed by our Prize Headquarters responsible for auditing all skill competition matters and correspondence received.

### MAKE NO MISTAKE CARYN NELSON,
### THIS IS YOUR *TICKET TO RIDE WHILE PLAYING TO WIN.*

    Your journey can only begin when you provide a correct answer to the Boarding Qualification Question on the next page, to advance to the next round! We will then continue with registration proceedings.  This is a time-sensitive document, **requiring the return of the Jewel Jubilee Express - Official Advancement Ticket.** Please mail the following page without delay!

    **The Prize Council has assigned you the unique Ticket ID.No: 19958NLSO234-343109. This Important matter deserves your immediate attention.** As the next step, We wish to *Welcome you Aboard our Jewel Jubilee Express. Follow the necessary Instructions on the next page.*

Sincerely,

*Robert Montgomery*
Prize Director - Robert Montgomery

11-14-16 — sent back Mon. Nov-14th

## GUARANTEE OF SATISFACTION

Opportunities Unlimited Publications, Inc., offers you the opportunity for thrilling financial rewards PLUS challenging fun and excitement. If you are not completely satisfied with our game competition – for any reason – send us a letter and take advantage of our liberal refund policy as described more fully in the Official Rules. No reasons or explanations are necessary. There are NO STRINGS ATTACHED and our RISK FREE GUARANTEE is valid with any of our existing contests.

# OFFICIAL RULES
## Jewel Jubilee Express

1. You must be 18 years or older to participate. Sponsors and their families are not eligible. Contestants and any of their family members (related by marriage or otherwise) who aggregate $20,000.00 or more (or local currency equivalent) in lifetime winnings from Opportunities Unlimited Publications, Inc., or its affiliates, at the time prizes are determined in this contest are not eligible to win. Prizes in this contest of skill are subject to all federal, state, and local regulations and taxes. We are not responsible for lost, stolen, or delayed mail. Void where prohibited.

2. Jewel Jubilee Express is not a sweepstakes or lottery. It is a contest of skill involving no luck or chance. This contest consists of your initial entry plus Tiebreakers, requiring contestants to successfully use math skills. The Grand Prize is $12,000.00. The maximum cost to compete for the Grand Prize is $20 USD plus up to two Tiebreaker handling charges of $5 each (total $30 USD plus appropriate first class postage to return four reply forms). In some states, lower tiebreaker fees may apply. Any subsequent tiebreakers are free. Returned checks may be subject to electronic redeposit without further notice. Recovery fees as allowed by state law may be assessed and may be debited from your checking account. No additional fees are required. **Fee discounts may be offered.** International fees may be higher, depending on currency conversion fees.

3. **Estimated Number of Contestants:** Approximately 30,000 contestants are anticipated. 85% (25,500) are expected to correctly answer the Qualification Question and receive up to four successive Tiebreakers. We anticipate that about 22% of those entering (6,600) will return the correct solution to the Tiebreaker I, less than 1% (300) to the Tiebreaker II, and that the Tiebreaker III will determine winners. Sponsor reserves the right to determine the number of Tiebreakers, not to exceed four. The final Tiebreaker will be much more difficult. Photocopies and faxes will not be accepted for Tiebreaker and Bonus entries. If two or more winning entries are tied after the final Tiebreaker, prizes will be shared per capita by winners. Contestants may play multiple times to improve Tiebreaker scores. However, Sponsor reserves the right to limit the number of entries any individual contestant may submit. Winners will receive, in addition to their prize, double the amount of their original entry fees, including any bonus and tiebreaker fees, for each multiple winning entry submitted. One Grand Prize will be awarded, and could be shared with other contestants. Sponsor anticipates that less than 5% of entry fees will be distributed in prizes.

4. The Tiebreaker I is similar in concept to the original Jewel Jubilee Express Contest Qualification Question, and it will utilize similar, slightly more challenging math skills. The Tiebreaker II will attempt to narrow the playing field to the top-scoring contestants. The Tiebreaker III (and any subsequent Tiebreaker that may be necessary) will be increasingly difficult and require greater math skills, in a much larger puzzle grid, with a difficulty level designed to determine the final winners. A correct solution at each stage will advance you to the next exciting round. Customers may request sample Tiebreakers at any stage in the competition before proceeding to the next stage.

5. Different versions of this offer may be tested and used, including fee and graphic presentations. Puzzle solutions found to be created in part or in whole by collusion, and/or solutions submitted by proxy or via fictitious identities will be disqualified. No entrants will be accepted for this contest after the Postmark Deadline of **December 31, 2016**; winners and prizes will be determined by **May 31, 2017**. There will be a 30-day rejudge period following the prize determination date, and winners will be paid within 60 days thereof. Entries postmarked after **December 31, 2016**, will automatically be entered in a subsequent, similar contest. **Estimated Prize Pay date is August 29, 2017.**

6. At three later points in the contest, you may be given up to three opportunities to compete for optional bonus cash prizes: on your first Tiebreaker, on a separate bonus mailing, and on your second Tiebreaker. These Bonus Cash Prizes will be added to the Grand Prize. Bonus Cash fees range from $10 to $35, depending on the additional bonus prize amount you may select. Maximum cost to play for the Grand Prize and all Bonus Cash Options advertised is $125 plus appropriate first class postage to return four reply forms. **Fee discounts may apply.** Payment of the bonus cash fees, and playing for bonus cash are optional, and will not affect your present opportunity to win or share a Grand Prize. Bonus Prizes are applicable only to the Grand Prize Winner. In the event of a tie for Bonus Prize Money, Bonus Cash will be divided per capita by those winners who have submitted winning bonus entries; only Bonus Participants will share in bonus prizes. In some countries including United Kingdom, Australia, Canada, New Zealand and South Africa, prizes and fees have been converted from US Dollars to local currency using the exchange rate calculated at the start date of the contest. Prizes may be awarded in US Dollars equivalent to the local currency prize amount advertised.

7. Liability for judging errors is limited to a complete refund of entry fees paid plus postage. If a contestant suspects a judging error, he or she must notify sponsor in writing within 30 days of the Prize determination date. No adjustments will be made after prizes have been paid. Winners are determined on the basis of correct and top-scoring answers to Tiebreakers. Most Tiebreakers are judged by computer programs; remaining Tiebreakers require manual judging. All winning Tiebreakers are hand-verified by qualified Judges who are employed by Sponsor, and who have been trained by Sponsor in computer judging programs and/or manual verification procedures. All payments to winners are lump sum cash payments. Submission of your entry constitutes acceptance of all contest rules. Decisions of the Judges are final. South Africa Residents warrant that in effecting payment of any competition participation fees, they have complied in all respects with the exchange control regulations.

8. A Winners List is available after contest prize award date by sending $1 and a self-addressed envelope to Jewel Jubilee Express - Winners List, 1401 Armour Road, N. Kansas City, MO 64116 USA. All final Tiebreaker respondents will automatically be mailed a Winners List. Winners agree, without further compensation, to supply Opportunities Unlimited Publications, Inc., with their photograph and to allow unlimited promotional use of their name and likeness.

9. The Unconditional Guarantee of Satisfaction is applicable to registered contestants in any open contest prior to being notified of an incorrect entry.

10. Questions? Send all correspondence to Opportunities Unlimited Publications, Inc., Jewel Jubilee Express, 1401 Armour Road, P.O. Box 219250, Kansas City, MO 64121-9250 USA. Detailed Tiebreaker rules, previous winners lists, and samples of Tiebreakers from other contests, which illustrate the level of difficulty, may be obtained in advance of entry by contacting Customer Service at (816) 842-5510. Customer Service hours: 8:00 a.m. – 3:00 p.m., Central Time. Please keep these Official Rules with your other important papers.

## NOTIFICATION SYSTEM

We make our mailing and email lists available to companies whose products or services might be of interest to you. If you would prefer to have your name withheld, or no longer wish to receive correspondence from us, please copy your name, mailing address, and account number exactly as they appear on our letters. Please also include your email address if you wish to opt-out of any future correspondence via the Internet. Specify (a) do not release my name to other companies or (b) remove my name from your mailing list or (c) remove my email address or (d) all of the above. Mail to: Notification System, OPP Mail Preference Service, P.O. Box 219637, Kansas City, MO 64121-9637 USA

Opportunities Unlimited Publications, Inc., does not permit telemarketing to its mailing list.

# MONEY MOTION X • TOP SCORE HOLDER DOCUMENT

## $15,000.00
IMPRINT GUARANTEED MINIMUM GRAND PRIZE DOLLARS TO THE WINNER

OPPORTUNITIES UNLIMITED PUBLICATIONS, INC. (OPP)
1401 ARMOUR ROAD, NORTH KANSAS CITY, MO 64116

CARYN NELSON

### JUDGES' CONFIRMATION

Judged: Caryn Nelson
Top Score Holder
Advancement Issued.

PRE-APPROVED to Play for
Top Cash Bonus of $5,000.00

Presenting The Record of

**TOP SCORE HOLDER**
Caryn Nelson
I.D. NO: 19958NLSO234401006-342776

**Officially Advanced to the
Tiebreaker Round**


☑ **ADVANCED**
**TOP SCORE HOLDER**

Dear Caryn Nelson,

*Congratulations!* The Prize Council has confirmed that **You are a Top Score Holder** in the Money Motion X Prize Competition. **Over SEVEN MILLION DOLLARS has already been paid to Winners and You are now Securely Tied with other contestants for $15,000.00. Minimum Prizes to Runner-Up Winners are $1,000.00. All Prizes will be distributed in accord with Official Rules.**

Council Members have also **pre-approved You** to play for some very generous Cash Bonus Options, which can add *$500.00 to $5,000.00 MORE* to the Grand Prize you are playing for. Acceptance of the Top Cash Bonus Option on the next page can boost the Grand Prize potential to **$20,000.00!**

Please turn to the next page now and correctly answer the Tiebreaker I Question. Enclose the **$5 Tiebreaker Judging fee.** Select your Cash Bonus Options by answering **one, two or all three** of the Cash Bonus Questions to add **$500.00 to $5,000.00 MORE** to the Grand Prize you are playing for. Please mail the entire page promptly after receipt. *(You may keep the Advancement Receipt below for your Records.)*

**This Letter requires a Response.** You will forfeit everything up to this point - including your **Top Score Status** if you fail to reply. Caryn Nelson, correctly answer the Tiebreaker Question to guarantee your advancement to the Semi-Final round and maintain your Top Position *[playing for $15,000.00 or more]* in Money Motion X. I am looking forward to future correspondence with you regarding your Contest Status.

Caryn Nelson, we are waiting to hear from You.

*John Winstead*
Prize Director for Money Motion X

---

## ADVANCEMENT RECEIPT

I.D. NO: 19958NLSO234401006-342776

**Valid Grand Prize:** **$15,000.00**    KEEP FOR YOUR PERSONAL RECORDS

**TOP SCORE HOLDER - $15,000.00**    **Money Motion X TIEBREAKER I ROUND**

*The Prize Council of Money Motion X issues this Advancement Receipt to you, Caryn Nelson, as you achieved the Highest Score Possible.*

ADVANCEMENT RECEIPT SERVES AS STATUS UPDATE TO CARYN NELSON RESIDING AT 23437 MARINA DR E, LEWES, DELAWARE. NON-RESPONSE WILL FORFEIT FURTHER ADVANCEMENT.

received Sat. Nov 8th Send back on Nov. Nov. 14!!

*** COMPLETE & RETURN THE ENCLOSED FORM ***