## GUARANTEE OF SATISFACTION

Opportunities Unlimited Publications, Inc., offers you the opportunity for thrilling financial rewards PLUS challenging fun and excitement. If you are not completely satisfied with our game competition – for any reason – please send us a letter and take advantage of our liberal refund policy as described more fully in the Official Rules. No reasons or explanations are necessary. There are NO STRINGS ATTACHED and our RISK FREE GUARANTEE is valid with any of our existing contests.

# OFFICIAL RULES
## Money Motion X

1. You must be 18 years or older to participate. Sponsors and their families are not eligible. Contestants and any of their family members (related by marriage or otherwise) who aggregate $20,000.00 or more (or local currency equivalent) in lifetime winnings from Opportunities Unlimited Publications, Inc., or its affiliates, including North American Award Center, at the time prizes are determined in this contest are not eligible to win. Prizes in this contest of skill are subject to all federal, state, and local regulations and taxes. We are not responsible for lost, stolen, or delayed mail. Void where prohibited.

2. Money Motion X is not a sweepstakes or lottery. It is a contest of skill involving no luck or chance. This contest consists of your initial entry plus Tiebreakers, requiring contestants to successfully use math skills. The Grand Prize is $15,000.00, plus there are five (5) runner-up prizes of $1,000.00 each. Cash prizes, excluding optional bonuses, total $20,000.00. The maximum cost to compete for the Grand Prize is $20 USD plus up to two Tiebreaker handling charges of $5 each (total $30 USD plus appropriate first class postage to return four reply forms). In some states, lower tiebreaker fees may apply. Any subsequent tiebreakers are free. Returned checks may be subject to electronic redeposit without further notice. Recovery fees as allowed by state law may be assessed and may be debited from your checking account. No additional fees are required. **Fee discounts may be offered.** International fees may be higher, depending on currency conversion rates.

3. **Estimated Number of Contestants:** Approximately 90,000 contestants are anticipated. 87% (78,300) are expected to correctly answer the Qualification Question and receive up to four successive Tiebreakers. We anticipate that about 15% of those entering (13,500) will return the correct solution to the Tiebreaker I, less than 1% (900) to the Tiebreaker II, and that the Tiebreaker III will determine winners. Sponsor reserves the right to determine the number of Tiebreakers, not to exceed four. The final Tiebreaker will be much more difficult. Photocopies and faxes will not be accepted for Tiebreaker and Bonus entries. If two or more winning entries are tied after the final Tiebreaker, prizes will be shared per capita by winners. Contestants may play multiple times to improve Tiebreaker scores. However, Sponsor reserves the right to limit the number of entries any individual contestant may submit. Winners will receive, in addition to their prize, double the amount of their original entry fees, including any bonus and tiebreaker fees, for each multiple winning entry submitted. One Grand Prize will be awarded, and could be shared with other contestants. Sponsor anticipates that less than 5% of entry fees will be distributed in prizes.

4. The Tiebreaker I is similar in concept to the original Money Motion X Contest Qualification Question, and it will utilize similar, slightly more challenging math skills. The Tiebreaker II will attempt to narrow the playing field to the top-scoring contestants. The Tiebreaker III (and any subsequent Tiebreaker that may be necessary) will be increasingly difficult and require greater math skills, in a much larger puzzle grid, with a difficulty level designed to determine the final winners. A correct solution at each stage will advance you to the next exciting round. Customers may request sample Tiebreakers at any stage in the competition before proceeding to the next stage.

5. Different versions of this offer may be tested and used, including fee and graphic presentations. Puzzle solutions found to be created in part or in whole by collusion, and/or solutions submitted by proxy or via fictitious identities will be disqualified. No entrants will be accepted for this contest after **January 15, 2017;** winners and prizes will be determined by **July 15, 2017.** There will be a 30-day rejudge period following the prize determination date, and winners will be paid within 60 days thereof. Entries received after **January 15, 2017,** will automatically be entered in a subsequent, similar contest. Scheduled Prize Pay date is **October 13, 2017.**

6. At three later points in the contest, you may be given up to three opportunities to compete for optional bonus cash prizes: on your first Tiebreaker, on a separate bonus mailing, and on your second Tiebreaker. These Bonus Cash Prizes will be added to the Grand Prize. Bonus Cash fees range from $10 to $45, depending on the additional bonus prize amount you may select. Maximum cost to play for the Grand Prize and all Bonus Cash Options advertised is $155 plus appropriate first class postage to return four reply forms. **Fee discounts may apply.** Payment of the bonus cash fees, and playing for bonus cash are optional, and will not affect your present opportunity to win or share a Grand Prize. Bonus Prizes are applicable only to the Grand Prize Winner. In the event of a tie for Bonus Prize Money, Bonus Cash will be divided per capita by those winners who have submitted winning bonus entries; only Bonus Participants will share in bonus prizes. In some countries including United Kingdom, Australia, Canada, New Zealand and South Africa, prizes and fees have been converted from US Dollars to local currency using the exchange rate calculated at the start date of the contest. Prizes may be awarded in US Dollars equivalent to the local currency prize amount advertised.

7. Liability for judging errors is limited to a complete refund of entry fees paid plus postage. If a contestant suspects a judging error, he or she must notify sponsor in writing within 30 days of the Prize determination date. No adjustments will be made after prizes have been paid. Winners are determined on the basis of correct and top-scoring answers to Tiebreakers. Most Tiebreakers are judged by computer programs; remaining Tiebreakers require manual judging. All winning Tiebreakers are hand-verified by qualified Judges who are employed by Sponsor, and who have been trained by Sponsor in computer judging programs and/or manual verification procedures. All payments to winners are lump sum cash payments. Submission of your entry constitutes acceptance of all contest rules. Decisions of the Judges are final. South Africa Residents warrant that in effecting payment of any competition participation fees, they have complied in all respects with the exchange control regulations.

8. A Winners List is available after contest prize award date by sending $1 and a self-addressed envelope to Money Motion X - Winners List, 1401 Armour Road, N. Kansas City, MO 64116 USA. All final Tiebreaker respondents will automatically be mailed a Winners List. Winners agree, without further compensation, to supply Opportunities Unlimited Publications, Inc., with their photograph and to allow unlimited promotional use of their name and likeness.

9. The Unconditional Guarantee of Satisfaction is applicable to all registered contestants in any open contest prior to being notified of an incorrect entry.

10. Questions? Send all correspondence to Opportunities Unlimited Publications, Inc., Money Motion X, P.O. Box 219250, 1401 Armour Road, Kansas City, MO 64121-9250 USA. Detailed Tiebreaker rules, previous winners lists, and samples of Tiebreakers from other contests, which illustrate the level of difficulty, may be obtained in advance of entry by contacting Customer Service at (816) 842-5510. Customer Service hours: 8:00 a.m. – 3:00 p.m., Central Time. – Please keep these official rules with your other important papers.

## NOTIFICATION SYSTEM

We make our mailing and email lists available to companies whose products or services might be of interest to you. If you would prefer to have your name withheld, or no longer wish to receive correspondence from us, please copy your name, mailing address, and account number exactly as they appear on our letters. Please also include your email address if you wish to opt-out of any future correspondence via the Internet. Specify (a) do not release my name to other companies or (b) remove my name from your mailing list or (c) remove my email address or (d) all of the above. Mail to: Notification System, OPP Mail Preference Service, P.O. Box 219637, Kansas City, MO 64121-9637 USA

Opportunities Unlimited Publications, Inc. does not permit telemarketing to its mailing list.

# MONEY MOTION X • TOP SCORE HOLDER DOCUMENT

## $15,000.00

IMPRINT GUARANTEED MINIMUM GRAND PRIZE DOLLARS TO THE WINNER

OPPORTUNITIES UNLIMITED PUBLICATIONS, INC. (OPP)
1401 ARMOUR ROAD, NORTH KANSAS CITY, MO 64116

CARYN NELSON

**JUDGES' CONFIRMATION**

Judged: Caryn Nelson
Top Score Holder
Advancement Issued.

PRE-APPROVED to Play for
Top Cash Bonus of $5,000.00

Presenting The Record of

**TOP SCORE HOLDER**
Caryn Nelson
I.D. NO: 19958NLSO234428041-343764

**Officially Advanced to the
Tiebreaker Round**



☑ ADVANCED
TOP SCORE HOLDER

Dear Caryn Nelson,

***Congratulations!*** The Prize Council has confirmed that <u>**You are a Top Score Holder**</u> in the Money Motion X Prize Competition. **Over SEVEN MILLION DOLLARS has already been paid to Winners and <u>You</u> are now Securely Tied with other contestants for $15,000.00. Minimum Prizes to Runner-Up Winners are $1,000.00. All Prizes will be distributed in accord with Official Rules.**

Council Members have also **pre-approved You** to play for some very generous Cash Bonus Options, which can add *$500.00 to $5,000.00 <u>MORE</u>* to the Grand Prize you are playing for. Acceptance of the Top Cash Bonus Option on the next page can boost the Grand Prize potential to **$20,000.00!**

Please turn to the next page now and correctly answer the Tiebreaker I Question. Enclose the **$5 Tiebreaker Judging fee.** Select your Cash Bonus Options by answering **one**, **two or all three** of the Cash Bonus Questions to add **$500.00** to $5,000.00 <u>MORE</u> to the Grand Prize you are playing for. Please mail the entire page promptly after receipt. *(You may keep the Advancement Receipt below for your Records.)*

**This Letter requires a Response.** You will forfeit everything up to this point - including your **Top Score Status** if you fail to reply. Caryn Nelson, correctly answer the Tiebreaker Question to guarantee your advancement to the Semi-Final round and maintain your Top Position *[playing for $15,000.00 or more]* in Money Motion X. I am looking forward to future correspondence with you regarding your Contest Status.

Caryn Nelson, we are waiting to hear from You.

*John Winstead*

Prize Director for Money Motion X

---

## ADVANCEMENT RECEIPT

I.D. NO: 19958NLSO234428041-343764

**Valid Grand Prize:** <span style="color:red">$15,000.00</span>    KEEP FOR YOUR PERSONAL RECORDS

**TOP SCORE HOLDER  -  $15,000.00**    **Money Motion X TIEBREAKER I ROUND**

> The Prize Council of Money Motion X
> issues this Advancement Receipt to you,
> Caryn Nelson,
> as you achieved the
> Highest Score Possible.

**ADVANCEMENT RECEIPT SERVES AS STATUS UPDATE TO CARYN NELSON RESIDING AT 23437 MARINA DR E, LEWES, DELAWARE. NON-RESPONSE WILL FORFEIT FURTHER ADVANCEMENT.**

**\*\*\* COMPLETE & RETURN THE ENCLOSED FORM \*\*\***

B6BGR18-rpf

**GUARANTEE OF SATISFACTION**

Opportunities Unlimited Publications, Inc., offers you the opportunity for thrilling financial rewards PLUS challenging fun and excitement. If you are not completely satisfied with our game competition – for any reason – please send us a letter and take advantage of our liberal refund policy as described more fully in the Official Rules. No reasons or explanations are necessary. There are NO STRINGS ATTACHED and our RISK FREE GUARANTEE is valid with any of our existing contests.

# OFFICIAL RULES
## Money Motion X

1. You must be 18 years or older to participate. Sponsors and their families are not eligible. Contestants and any of their family members (related by marriage or otherwise) who aggregate $20,000.00 or more (or local currency equivalent) in lifetime winnings from Opportunities Unlimited Publications, Inc., or its affiliates, including North American Award Center, at the time prizes are determined in this contest are not eligible to win. Prizes in this contest of skill are subject to all federal, state, and local regulations and taxes. We are not responsible for lost, stolen, or delayed mail. Void where prohibited.

2. Money Motion X is not a sweepstakes or lottery. It is a contest of skill involving no luck or chance. This contest consists of your initial entry plus Tiebreakers, requiring contestants to successfully use math skills. The Grand Prize is $15,000.00, plus there are five (5) runner-up prizes of $1,000.00 each. Cash prizes, excluding optional bonuses, total $20,000.00. The maximum cost to compete for the Grand Prize is $20 USD plus up to two Tiebreaker handling charges of $5 each (total $30 USD plus appropriate first class postage to return four reply forms). In some states, lower tiebreaker fees may apply. Any subsequent tiebreakers are free. Returned checks may be subject to electronic redeposit without further notice. Recovery fees as allowed by state law may be assessed and may be debited from your checking account. No additional fees are required. **Fee discounts may be offered.** International fees may be higher, depending on currency conversion rates.

3. **Estimated Number of Contestants:** Approximately 90,000 contestants are anticipated. 87% (78,300) are expected to correctly answer the Qualification Question and receive up to four successive Tiebreakers. We anticipate that about 15% of those entering (13,500) will return the correct solution to the Tiebreaker I, less than 1% (900) to the Tiebreaker II, and that the Tiebreaker III will determine winners. Sponsor reserves the right to determine the number of Tiebreakers, not to exceed four. The final Tiebreaker will be much more difficult. Photocopies and faxes will not be accepted for Tiebreaker and Bonus entries. If two or more winning entries are tied after the final Tiebreaker, prizes will be shared per capita by winners. Contestants may play multiple times to improve Tiebreaker scores. However, Sponsor reserves the right to limit the number of entries any individual contestant may submit. Winners will receive, in addition to their prize, double the amount of their original entry fees, including any bonus and tiebreaker fees, for each multiple winning entry submitted. One Grand Prize will be awarded, and could be shared with other contestants. Sponsor anticipates that less than 5% of entry fees will be distributed in prizes.

4. The Tiebreaker I is similar in concept to the original Money Motion X Contest Qualification Question, and it will utilize similar, slightly more challenging math skills. The Tiebreaker II will attempt to narrow the playing field to the top-scoring contestants. The Tiebreaker III (and any subsequent Tiebreaker that may be necessary) will be increasingly difficult and require greater math skills, in a much larger puzzle grid, with a difficulty level designed to determine the final winners. A correct solution at each stage will advance you to the next exciting round. Customers may request sample Tiebreakers at any stage in the competition before proceeding to the next stage.

5. Different versions of this offer may be tested and used, including fee and graphic presentations. Puzzle solutions found to be created in part or in whole by collusion, and/or solutions submitted by proxy or via fictitious identities will be disqualified. No entrants will be accepted for this contest after **January 15, 2017**; winners and prizes will be determined by **July 15, 2017**. There will be a 30-day rejudge period following the prize determination date, and winners will be paid within 60 days thereof. Entries received after **January 15, 2017**, will automatically be entered in a subsequent, similar contest. Scheduled Prize Pay date is **October 13, 2017.**

6. At three later points in the contest, you may be given up to three opportunities to compete for optional bonus cash prizes: on your first Tiebreaker, on a separate bonus mailing, and on your second Tiebreaker. These Bonus Cash Prizes will be added to the Grand Prize. Bonus Cash fees range from $10 to $45, depending on the additional bonus prize amount you may select. Maximum cost to play for the Grand Prize and all Bonus Cash Options advertised is $155 USD plus appropriate first class postage to return four reply forms. **Fee discounts may apply.** Payment of the bonus cash fees, and playing for bonus cash are optional, and will not affect your present opportunity to win or share a Grand Prize. Bonus Prizes are applicable only to the Grand Prize Winner. In the event of a tie for Bonus Prize Money, Bonus Cash will be divided per capita by those winners who have submitted winning bonus entries; only Bonus Participants will share in bonus prizes. In some countries including United Kingdom, Australia, Canada, New Zealand and South Africa, prizes and fees have been converted from US Dollars to local currency using the exchange rate calculated at the start date of the contest. Prizes may be awarded in US Dollars equivalent to the local currency prize amount advertised.

7. Liability for judging errors is limited to a complete refund of entry fees paid plus postage. If a contestant suspects a judging error, he or she must notify sponsor in writing within 30 days of the Prize determination date. No adjustments will be made after prizes have been paid. Winners are determined on the basis of correct and top-scoring answers to Tiebreakers. Most Tiebreakers are judged by computer programs; remaining Tiebreakers require manual judging. All winning Tiebreakers are hand-verified by qualified Judges who are employed by Sponsor, and who have been trained by Sponsor in computer judging programs and/or manual verification procedures. All payments to winners are lump sum cash payments. Submission of your entry constitutes acceptance of all contest rules. Decisions of the Judges are final. South Africa Residents warrant that in effecting payment of any competition participation fees, they have complied in all respects with the exchange control regulations.

8. A Winners List is available after contest prize award date by sending $1 and a self-addressed envelope to Money Motion X - Winners List, 1401 Armour Road, N. Kansas City, MO 64116 USA. All final Tiebreaker respondents will automatically be mailed a Winners List. Winners agree, without further compensation, to supply Opportunities Unlimited Publications, Inc., with their photograph and to allow unlimited promotional use of their name and likeness.

9. The Unconditional Guarantee of Satisfaction is applicable to registered contestants in any open contest prior to being notified of an incorrect entry.

10. Questions? Send all correspondence to Opportunities Unlimited Publications, Inc., Money Motion X, P.O. Box 219250, 1401 Armour Road, Kansas City, MO 64121-9250 USA. Detailed Tiebreaker rules, previous winners lists, and samples of Tiebreakers from other contests, which illustrate the level of difficulty, may be obtained in advance of entry by contacting Customer Service at (816) 842-5510. Customer Service hours: 8:00 a.m. – 3:00 p.m., Central Time. – Please keep these official rules with your other important papers.

**NOTIFICATION SYSTEM**

We make our mailing and email lists available to companies whose products or services might be of interest to you. If you would prefer to have your name withheld, or no longer wish to receive correspondence from us, please copy your name, mailing address, and account number exactly as they appear on our letters. Please also include your email address if you wish to opt-out of any future correspondence via the Internet. Specify (a) do not release my name to other companies or (b) remove my name from your mailing list or (c) remove my email address or (d) all of the above. Mail to: Notification System, OPP Mail Preference Service, P.O. Box 219637, Kansas City, MO 64121-9637 USA

Opportunities Unlimited Publications, Inc. does not permit telemarketing to its mailing list.

I.D. NO: 19958NLSO234-339782                FORM NO: B6EF5-F

**ENTRY PROCEDURE PAPERS FOR COMPLETION**

**PRESENTATION OF**

# DECLARATION *of* DECISION

**TO NOMINATE**

CARYN NELSON

**PREPARED DOCUMENT**
**FIRST STAGE ENTRY**
**NOMINATION CONFIRMED**

MOTION OF NOMINATION
AUTHORIZED BY:

*Thomas Moore*
JUDGE

*Mitchell Wayne*
JUDGE

# MONEY MOTION X

<u>Attention</u>: *Caryn Nelson*. Please read carefully.
Winners' Checks are GUARANTEED and well over

# SEVEN MILLION DOLLARS

has already been paid! This is a Formal Notice of <u>Your</u> Opportunity to win. I am thrilled to bring you this Letter which confirms Your Nomination — Being <u>Fully Ratified</u> by the Prize Council — to **play for a share of $20,000.00** including a **$15,000.00 Grand Prize** or a minimum prize of $1,000.00 to runner-up winners.

You probably thought it could never happen to you. And even now, you may still find it hard to believe that You, Caryn Nelson, could become a BIG Cash Winner. *But it is absolutely true:* ALL Cash Prizes in the Money Motion X Skill Competition are 100% <u>GUARANTEED</u>. Just look at the payments we have already made totaling <u>MILLIONS</u> of <u>Dollars</u>!

| SERIES | AMOUNT | STATUS | BALANCE |
|---|---|---|---|
| | | Beginning | $7,462,366.32 |
| NA-47 | $24,900.00 | PAID IN FULL | $7,487,266.32 |
| OP-102 | $20,237.00 | PAID IN FULL | $7,507,503.32 |
| OP-103 | $22,529.00 | PAID IN FULL | $7,530,032.32 |
| NA-48 | $21,216.00 | PAID IN FULL | $7,551,248.32 |
| NA-49 | $25,688.00 | PAID IN FULL | $7,576,936.32 |
| NA-50 | $31,000.00 | PAID IN FULL | $7,607,936.32 |
| OP-104 | $30,197.00 | PAID IN FULL | $7,638,133.32 |
| OP-105 | $27,500.00 | PAID IN FULL | $7,665,633.32 |
| OP-106 | $19,672.00 | PAID IN FULL | $7,685,305.32 |
| OP-107 | $23,500.00 | PAID IN FULL | $7,708,805.32 |
| OP-108 | $30,940.00 | PAID IN FULL | $7,739,745.32 |
| NA-51 | $28,148.00 | PAID IN FULL | $7,767,893.32 |
| OP-109 | $23,050.00 | PAID IN FULL | $7,790,943.32 |
| Caryn Nelson | $15,000.00 | | *Registration Pending* |

Over SEVEN MILLION DOLLARS is already paid ....and <u>Your</u> Nomination is now effective. You do need to correctly answer the standard skill question you will find on the next page, and enclose the $9 registration fee. In correctly completing the appointed steps, you will be Guaranteed immediate next-round advancement I would love to announce that *Caryn Nelson* is the winner who has helped jump prize awards over $7,805,943! *Just imagine that!* And with Guaranteed <u>Minimum Cash Prizes</u> to Winners - I urge you to respond NOW! Turn to the next page to begin.....

We are very pleased and excited for You. *John Winstead*

Motion For:.........Caryn Nelson
I.D: ......No: 19958NLSO234-339782

**Proceed to the next page now to formally register your Candidacy for the Money.**

*Nov. 7, 2016 sending back ...... on Nov ...*



SPECIAL CONVEYANCE OFFICES
THIS DOCUMENT BEARING THE IDENTITY OF THE RECEIVER SHALL BE FILED IN OUR CORPORATE FACILITY WHERE ALL RECORDS ARE KEPT
Date 10/16 Office Registrar *JMW*
... A VERIFICATION STAMP TO RECORDED DOCUMENT, DATE AND SIGN

OFFICE OF ..... OPPORTUNITIES UNLIMITED PUBLICATIONS, INC. (OPP), 1401 ARMOUR ROAD, NORTH KANSAS CITY, MO 64116

32-32      19958NLSO234-339782 A407160102 132TB 1302B O-U B6-1A 51-DBBB202A00      O-U

© OPP 2015

## GUARANTEE OF SATISFACTION

Opportunities Unlimited Publications, Inc., offers you the opportunity for thrilling financial rewards PLUS challenging fun and excitement. If you are not completely satisfied with our game competition – for any reason – please send us a letter and take advantage of our liberal refund policy as described more fully in the Official Rules. No reasons or explanations are necessary. There are **NO STRINGS ATTACHED** and our **RISK FREE GUARANTEE** is valid with any of our existing contests.

# OFFICIAL RULES
## Money Motion X

1. You must be 18 years or older to participate. Sponsors and their families are not eligible. Contestants and any of their family members (related by marriage or otherwise) who aggregate $20,000.00 or more (or local currency equivalent) in lifetime winnings from Opportunities Unlimited Publications, Inc., or its affiliates, including North American Award Center, at the time prizes are determined in this contest are not eligible to win. Prizes in this contest of skill are subject to all federal, state, and local regulations and taxes. We are not responsible for lost, stolen, or delayed mail. Void where prohibited.

2. Money Motion X is not a sweepstakes or lottery. It is a contest of skill involving no luck or chance. This contest consists of your initial entry plus Tiebreakers, requiring contestants to successfully use math skills. The Grand Prize is $15,000.00, plus there are five (5) runner-up prizes of $1,000.00 each. Cash prizes, excluding optional bonuses, total $20,000.00. The maximum cost to compete for the Grand Prize is $20 USD plus up to two Tiebreaker handling charges of $5 each (total $30 USD plus appropriate first class postage to return four reply forms). In some states, lower tiebreaker fees may apply. Any subsequent tiebreakers are free. Returned checks may be subject to electronic redeposit without further notice. Recovery fees as allowed by state law may be assessed and may be debited from your checking account. No additional fees are required. **Fee discounts may be offered.** International fees may be higher, depending on currency conversion rates.

3. **Estimated Number of Contestants:** Approximately 90,000 contestants are anticipated. 87% (78,300) are expected to correctly answer the Qualification Question and receive up to four successive Tiebreakers. We anticipate that about 15% of those entering (13,500) will return the correct solution to the Tiebreaker I, less than 1% (900) to the Tiebreaker II, and that the Tiebreaker III will determine winners. Sponsor reserves the right to determine the number of Tiebreakers, not to exceed four. The final Tiebreaker will be much more difficult. Photocopies and faxes will not be accepted for Tiebreaker and Bonus entries. If two or more winning entries are tied after the final Tiebreaker, prizes will be shared per capita by winners. Contestants may enter multiple times to improve Tiebreaker scores. However, Sponsor reserves the right to limit the number of entries any individual contestant may submit. Winners will receive, in addition to their prize, double the amount of their original entry fees, including any bonus and tiebreaker fees, for each multiple winning entry submitted. One Grand Prize will be awarded, and could be shared with other contestants. Sponsor anticipates that less than 5% of entry fees will be distributed in prizes.

4. The Tiebreaker I is similar in concept to the original Money Motion X Contest Qualification Question, and it will utilize similar, slightly more challenging math skills. The Tiebreaker II will attempt to narrow the playing field to the top-scoring contestants. The Tiebreaker III (and any subsequent Tiebreaker that may be necessary) will be increasingly difficult and require greater math skills, in a much larger puzzle grid, with a difficulty level designed to determine the final winners. A correct solution at each stage will advance you to the next exciting round. Customers may request sample Tiebreakers at any stage in the competition before proceeding to the next stage.

5. Different versions of this offer may be tested and used, including fee and graphic presentations. Puzzle solutions found to be created in part or in whole by collusion, and/or solutions submitted by proxy or via fictitious identities will be disqualified. No entrants will be accepted for this contest after **January 15, 2017**; winners and prizes will be determined by **July 15, 2017**. There will be a 30-day rejudge period following the prize determination date, and winners will be paid within 60 days thereof. Entries received after **January 15, 2017**, will automatically be entered in a subsequent, similar contest. Scheduled Prize Pay date is **October 13, 2017**.

6. At three later points in the contest, you may be given up to three opportunities to compete for optional bonus cash prizes: on your first Tiebreaker, on a separate bonus mailing, and on your second Tiebreaker. These Bonus Cash Prizes will be added to the Grand Prize. Bonus Cash fees range from $10 to $45, depending on the additional bonus prize amount you may select. Maximum cost to play for the Grand Prize and all Bonus Cash Options advertised is $155 plus appropriate first class postage to return four reply forms. **Fee discounts may apply.** Payment of the bonus cash fees, and playing for bonus cash are optional, and will not affect your present opportunity to win or share a Grand Prize. Bonus Prizes are applicable only to the Grand Prize Winner. In the event of a tie for Bonus Prize Money, Bonus Cash will be divided per capita by those winners who have submitted winning bonus entries; only Bonus Participants will share in bonus prizes. In some countries including United Kingdom, Australia, Canada, New Zealand and South Africa, prizes and fees have been converted from US Dollars to local currency using the exchange rate calculated at the start date of the contest. Prizes may be awarded in US Dollars equivalent to the local currency prize amount advertised.

7. Liability for judging errors is limited to a complete refund of entry fees paid plus postage. If a contestant suspects a judging error, he or she must notify sponsor in writing within 30 days of the Prize determination date. No adjustments will be made after prizes have been paid. Winners are determined on the basis of correct and top-scoring answers to Tiebreakers. Most Tiebreakers are judged by computer programs; remaining Tiebreakers require manual judging. All winning Tiebreakers are hand-verified by qualified Judges who are employed by Sponsor, and who have been trained by Sponsor in computer judging programs and/or manual verification procedures. All payments to winners are lump sum cash payments. Submission of your entry constitutes acceptance of all contest rules. Decisions of the Judges are final. South Africa Residents warrant that in effecting payment of any competition participation fees, they have complied in all respects with the exchange control regulations.

8. A Winners List is available after contest prize award date by sending $1 and a self-addressed envelope to Money Motion X - Winners List, 1401 Armour Road, N. Kansas City, MO 64116 USA. All final Tiebreaker respondents will automatically be mailed a Winners List. Winners agree, without further compensation, to supply Opportunities Unlimited Publications, Inc., with their photograph and to allow unlimited promotional use of their name and likeness.

9. The Unconditional Guarantee of Satisfaction is applicable to registered contestants in any open contest prior to being notified of an incorrect entry.

10. Questions? Send all correspondence to Opportunities Unlimited Publications, Inc., Money Motion X, P.O. Box 219250, 1401 Armour Road, Kansas City, MO 64121-9250 USA. Detailed Tiebreaker rules, previous winners lists, and samples of Tiebreakers from other contests, which illustrate the level of difficulty, may be obtained in advance of entry by contacting Customer Service at (816) 842-5510. Customer Service hours: 8:00 a.m. – 3:00 p.m., Central Time. – Please keep these official rules with your other important papers.

## NOTIFICATION SYSTEM

We make our mailing and email lists available to companies whose products or services might be of interest to you. If you would prefer to have your name withheld, or no longer wish to receive correspondence from us, please copy your name, mailing address, and account number exactly as they appear on our letters. Please also include your email address if you wish to opt-out of any future correspondence via the Internet. Specify (a) do not release my name to other companies or (b) remove my name from your mailing list or (c) remove my email address or (d) all of the above. Mail to: Notification System, OPP Mail Preference Service, P.O. Box 219637, Kansas City, MO 64121-9637 USA

Opportunities Unlimited Publications, Inc. does not permit telemarketing to its mailing list.

I.D.NO: 19958NLSO234-336318

FORM NO: B6EF5-F

ENTRY PROCEDURE PAPERS
FOR COMPLETION

PRESENTATION OF

# DECLARATION of DECISION

TO NOMINATE

{ CARYN NELSON

PREPARED DOCUMENT
FIRST STAGE ENTRY
NOMINATION CONFIRMED

MOTION OF NOMINATION
AUTHORIZED BY:

*Thomas Moore*
JUDGE

*Mitchell Wagner*
JUDGE

# MONEY MOTION X

**Attention:** *Caryn Nelson*. Please read carefully.
Winners' Checks are GUARANTEED and well over

## SEVEN MILLION DOLLARS

has already been paid! This is a Formal Notice of <u>Your</u> Opportunity to win. I am thrilled to bring you this Letter which confirms Your Nomination — Being <u>Fully Ratified</u> by the Prize Council — to **play for a share of $20,000.00 including a $15,000.00 Grand Prize or a minimum prize of $1,000.00 to runner-up winners.**

You probably thought it could never happen to you. And even now, you may still find it hard to believe that You, Caryn Nelson, could become a BIG Cash Winner. *But it is absolutely true:* ALL Cash Prizes in the Money Motion X Skill Competition are 100% <u>GUARANTEED</u>. Just look at the payments we have already made totaling <u>MILLIONS</u> of <u>Dollars</u>!

| SERIES | AMOUNT | STATUS | BALANCE |
|--------|--------|--------|---------|
| | | Beginning | $7,462,366.32 |
| NA-47 | $24,900.00 | PAID IN FULL | $7,487,266.32 |
| OP-102 | $20,237.00 | PAID IN FULL | $7,507,503.32 |
| OP-103 | $22,529.00 | PAID IN FULL | $7,530,032.32 |
| NA-48 | $21,216.00 | PAID IN FULL | $7,551,248.32 |
| NA-49 | $25,688.00 | PAID IN FULL | $7,576,936.32 |
| NA-50 | $31,000.00 | PAID IN FULL | $7,607,936.32 |
| OP-104 | $30,197.00 | PAID IN FULL | $7,638,133.32 |
| OP-105 | $27,500.00 | PAID IN FULL | $7,665,633.32 |
| OP-106 | $19,672.00 | PAID IN FULL | $7,685,305.32 |
| OP-107 | $23,500.00 | PAID IN FULL | $7,708,805.32 |
| OP-108 | $30,940.00 | PAID IN FULL | $7,739,745.32 |
| NA-51 | $28,148.00 | PAID IN FULL | $7,767,893.32 |
| OP-109 | $23,050.00 | PAID IN FULL | $7,790,943.32 |
| Caryn Nelson | $15,000.00 | | *Registration Pending* |

Over SEVEN MILLION DOLLARS is already paid ....and <u>Your</u> Nomination is now effective. You do need to correctly answer the standard skill question you will find on the next page, and enclose the $9 registration fee. In correctly completing the appointed steps, you will be Guaranteed immediate next-round advancement I would love to announce that *Caryn Nelson* is the winner who has helped jump prize awards over $7,805,943! *Just imagine that!* And with Guaranteed <u>Minimum Cash Prizes</u> to Winners - I urge you to respond NOW! Turn to the next page to begin.....

We are very pleased and excited for You. *John Winstead*

Motion For:.........Caryn Nelson
I.D: ......No: 19958NLSO234-336318

Proceed to the next page now to formally
register your Candidacy for the Money.

SPECIAL CONVEYANCE OFFICES

THIS DOCUMENT BEARING THE IDENTITY OF THE RECEIVER
SHALL BE FILED IN OUR CORPORATE FACILITY WHERE ALL
RECORDS ARE KEPT.
Date 10/16  Office Registrar *GM*

—— OFFICE OF ——

## GUARANTEE OF SATISFACTION

Opportunities Unlimited Publications, Inc., offers you the opportunity for thrilling financial rewards PLUS challenging fun and excitement. If you are not completely satisfied with our game competition – for any reason – please send us a letter and take advantage of our liberal refund policy as described more fully in the Official Rules. No reasons or explanations are necessary. There are NO STRINGS ATTACHED and our RISK FREE GUARANTEE is valid with any of our existing contests.

# OFFICIAL RULES
## Money Motion X

1. You must be 18 years or older to participate. Sponsors and their families are not eligible. Contestants and any of their family members (related by marriage or otherwise) who aggregate $20,000.00 or more (or local currency equivalent) in lifetime winnings from Opportunities Unlimited Publications, Inc., or its affiliates, including North American Award Center, at the time prizes are determined in this contest are not eligible to win. Prizes in this contest of skill are subject to all federal, state, and local regulations and taxes. We are not responsible for lost, stolen, or delayed mail. Void where prohibited.

2. Money Motion X is not a sweepstakes or lottery. It is a contest of skill involving no luck or chance. This contest consists of your initial entry plus Tiebreakers, requiring contestants to successfully use math skills. The Grand Prize is $15,000.00, plus there are five (5) runner-up prizes of $1,000.00 each. Cash prizes, excluding optional bonuses, total $20,000.00. The maximum cost to compete for the Grand Prize is $20 USD plus up to two Tiebreaker handling charges of $5 each (total $30 USD plus appropriate first class postage to return four reply forms). In some states, lower tiebreaker fees may apply. Any subsequent tiebreakers are free. Returned checks may be subject to electronic redeposit without further notice. Recovery fees as allowed by state law may be assessed and may be debited from your checking account. No additional fees are required. **Fee discounts may be offered.** International fees may be higher, depending on currency conversion rates.

3. **Estimated Number of Contestants:** Approximately 90,000 contestants are anticipated. 87% (78,300) are expected to correctly answer the Qualification Question and receive up to four successive Tiebreakers. We anticipate that about 15% of those entering (13,500) will return the correct solution to the Tiebreaker I, less than 1% (900) to the Tiebreaker II, and that the Tiebreaker III will determine winners. Sponsor reserves the right to determine the number of Tiebreakers, not to exceed four. The final Tiebreaker will be much more difficult. Photocopies and faxes will not be accepted for Tiebreaker and Bonus entries. If two or more winning entries are tied after the final Tiebreaker, prizes will be shared per capita by winners. Contestants may play multiple times to improve Tiebreaker scores. However, Sponsor reserves the right to limit the number of entries any individual contestant may submit. Winners will receive, in addition to their prize, double the amount of their original entry fees, including any bonus and tiebreaker fees, for each multiple winning entry submitted. One Grand Prize will be awarded, and could be shared with other contestants. Sponsor anticipates that less than 5% of entry fees will be distributed in prizes.

4. The Tiebreaker I is similar in concept to the original Money Motion X Contest Qualification Question, and it will utilize similar, slightly more challenging math skills. The Tiebreaker II will attempt to narrow the playing field to the top-scoring contestants. The Tiebreaker III (and any subsequent Tiebreaker that may be necessary) will be increasingly difficult and require greater math skills, in a much larger puzzle grid, with a difficulty level designed to determine the final winners. A correct solution at each stage will advance you to the next exciting round. Customers may request sample Tiebreakers at any stage in the competition before proceeding to the next stage.

5. Different versions of this offer may be tested and used, including fee and graphic presentations. Puzzle solutions found to be created in part or in whole by collusion, and/or solutions submitted by proxy or via fictitious identities will be disqualified. No entrants will be accepted for this contest after **January 15, 2017**; winners and prizes will be determined by **July 15, 2017**. There will be a 30-day rejudge period following the prize determination date, and winners will be paid within 60 days thereof. Entries received after **January 15, 2017**, will automatically be entered in a subsequent, similar contest. Scheduled Prize Pay date is **October 13, 2017**.

6. At three later points in the contest, you may be given up to three opportunities to compete for optional bonus cash prizes: on your first Tiebreaker, on a separate bonus mailing, and on your second Tiebreaker. These Bonus Cash Prizes will be added to the Grand Prize. Bonus Cash fees range from $10 to $45, depending on the additional bonus prize amount you may select. Maximum cost to play for the Grand Prize and all Bonus Cash Options advertised is $155 plus appropriate first class postage to return four reply forms. **Fee discounts may apply.** Payment of the bonus cash fees, and playing for bonus cash are optional, and will not affect your present opportunity to win or share a Grand Prize. Bonus Prizes are applicable only to the Grand Prize Winner. In the event of a tie for Bonus Prize Money, Bonus Cash will be divided per capita by those winners who have submitted winning bonus entries; only Bonus Participants will share in bonus prizes. In some countries including United Kingdom, Australia, Canada, New Zealand and South Africa, prizes and fees have been converted from US Dollars to local currency using the exchange rate calculated at the start date of the contest. Prizes may be awarded in US Dollars equivalent to the local currency prize amount advertised.

7. Liability for judging errors is limited to a complete refund of entry fees paid plus postage. If a contestant suspects a judging error, he or she must notify sponsor in writing within 30 days of the Prize determination date. No adjustments will be made after prizes have been paid. Winners are determined on the basis of correct and top-scoring answers to Tiebreakers. Most Tiebreakers are judged by computer programs; remaining Tiebreakers require manual judging. All winning Tiebreakers are hand-verified by qualified Judges who are employed by Sponsor, and who have been trained by Sponsor in computer judging programs and/or manual verification procedures. All payments to winners are lump sum cash payments. Submission of your entry constitutes acceptance of all contest rules. Decisions of the Judges are final. South Africa Residents warrant that in effecting payment of any competition participation fees, they have complied in all respects with the exchange control regulations.

8. A Winners List is available after contest prize award date by sending $1 and a self-addressed envelope to Money Motion X - Winners List, 1401 Armour Road, N. Kansas City, MO 64116 USA. All final Tiebreaker respondents will automatically be mailed a Winners List. Winners agree, without further compensation, to supply Opportunities Unlimited Publications, Inc., with their photograph and to allow unlimited promotional use of their name and likeness.

9. The Unconditional Guarantee of Satisfaction is applicable to registered contestants in any open contest prior to being notified of an incorrect entry.

10. Questions? Send all correspondence to Opportunities Unlimited Publications, Inc., Money Motion X, P.O. Box 219250, 1401 Armour Road, Kansas City, MO 64121-9250 USA. Detailed Tiebreaker rules, previous winners lists, and samples of Tiebreakers from other contests, which illustrate the level of difficulty, may be obtained in advance of entry by contacting Customer Service at (816) 842-5510. Customer Service hours: 8:00 a.m. – 3:00 p.m., Central Time. – Please keep these official rules with your other important papers.

## NOTIFICATION SYSTEM

We make our mailing and email lists available to companies whose products or services might be of interest to you. If you would prefer to have your name withheld, or no longer wish to receive correspondence from us, please copy your name, mailing address, and account number exactly as they appear on our letters. Please also include your email address if you wish to opt-out of any future correspondence via the Internet. Specify (a) do not release my name to other companies or (b) remove my name from your mailing list or (c) remove my email address or (d) all of the above. Mail to: Notification System, OPP Mail Preference Service, P.O. Box 219637, Kansas City, MO 64121-9637 USA

Opportunities Unlimited Publications, Inc. does not permit telemarketing to its mailing list.

I.D. NO: 19958NLSO234-929780

FORM NO: B6EF5-F

ENTRY PROCEDURE PAPERS
FOR COMPLETION

PRESENTATION OF

# DECLARATION *of* DECISION

TO NOMINATE

CARYN NELSON

PREPARED DOCUMENT
FIRST STAGE ENTRY
NOMINATION CONFIRMED

MOTION OF NOMINATION
AUTHORIZED BY:

*Thomas Moore*
JUDGE

*Mitchell Wagner*
JUDGE

# MONEY MOTION X

<u>Attention:</u> *Caryn Nelson*. Please read carefully.
**A Mistake May Have been made on your Account and your Status is in Jeopardy.**
**Immediate Action is Required. Winners' Checks are GUARANTEED and well over**

# SEVEN MILLION DOLLARS

has already been paid! This is a <u>Formal Notice</u> of Your Opportunity to win.
But if you do not reply promptly, you may not hear from me again - and below you will find out why...

Dear Caryn Nelson,

Our Prize Director is concerned and I need your help. Despite several letters, we have not received this Prize **Registration** from you. He has requested we make this **Direct Contact** before we suspend further action on your behalf, and thereby place your account in our **"Prize Ineligibility"** File.

At this moment however, (as of October 25, 2016), you are **ON RECORD** regarding your full-eligibility to play for the Money: a **$15,000.00** Grand Prize - or a **runner-up prize** of at least **$1,000.00.**

With these substantial Money Prizes at stake (and **ABSOLUTELY GUARANTEED!**), I must warn you that this could be your **Final Notice.** Caryn Nelson, you are asked to quickly complete and return the next page which has been typed out especially for You. <u>We are awaiting its return.</u>

As a Special-Matter, Your File will now be handled by our **Prize and Payments Clerical Office** which audits the content of **all** Prize Entrant Files and determines the Amount and Payment Date of Prize Checks. This Letter confirms Your Nomination - but we must receive your Registration letter without further delay.

You do need to correctly answer the standard Qualifying Question you will find on the next page and enclose the **$9 registration fee.** We have kept this simple for you, Caryn Nelson, so that all matters will be handled promptly and conveniently. In correctly completing the appointed steps, you will be <u>Guaranteed</u> immediate advancement.

<u>FILED: OUR RECORDS ARE FINAL AND REGISTERED AS:</u> Caryn Nelson in the City of Lewes. Caryn Nelson has received -FULL APPROVAL- as Qualified Nominee for the $15,000.00 Grand Prize.

And now with Great Pleasure, I sign below stating that this Nomination is **100% Real** and **Accurate** and that the Full Sum of **$20,000.00** has been fully approved for Distribution by all Directors. I would love to announce that *Caryn Nelson* is the winner who has helped jump prize awards well over **$7,805,943!** And with Guaranteed <u>Minimum</u> Cash <u>Prizes</u> to <u>Winners</u> - I urge you to respond NOW! Turn to the next page to begin.....

*John Winstead*

Motion For:.........Caryn Nelson
I.D: ......No: 19958NLSO234-929780

**Proceed to the next page now to formally register your Candidacy for the Money.**

SPECIAL CONVEYANCE OFFICES
THIS DOCUMENT BEARING THE IDENTITY OF THE RECEIVER SHALL BE FILED IN OUR CORPORATE FACILITY WHERE ALL RECORDS ARE KEPT.
Date 10/16 Office Registrar

—— OFFICE OF ——

OPPORTUNITIES UNLIMITED PUBLICATIONS, INC. (OPP), 1401 ARMOUR ROAD, NORTH KANSAS CITY, MO 64116

1231-1231        19958NLSO234-929780 SR11160301 PSR1I2101519  N-U B6-1A 53-DBBB202A00        N-U

© OPP 2015

Case 4:18-cv-00128-BCW   Document 5-2   Filed 02/20/18   Page 8 of 37

PX3, p.000036

**GUARANTEE OF SATISFACTION**

Opportunities Unlimited Publications, Inc., offers you the opportunity for thrilling financial rewards PLUS challenging fun and excitement. If you are not completely satisfied with our game competition – for any reason – please send us a letter and take advantage of our liberal refund policy as described more fully in the Official Rules. No reasons or explanations are necessary. There are NO STRINGS ATTACHED and our RISK FREE GUARANTEE is valid with any of our existing contests.

B6BGR18-rpf

# OFFICIAL RULES
## Money Motion X

1. You must be 18 years or older to participate. Sponsors and their families are not eligible. Contestants and any of their family members (related by marriage or otherwise) who aggregate $20,000.00 or more (or local currency equivalent) in lifetime winnings from Opportunities Unlimited Publications, Inc., or its affiliates, including North American Award Center, at the time prizes are determined in this contest are not eligible to win. Prizes in this contest of skill are subject to all federal, state, and local regulations and taxes. We are not responsible for lost, stolen, or delayed mail. Void where prohibited.

2. Money Motion X is not a sweepstakes or lottery. It is a contest of skill involving no luck or chance. This contest consists of your initial entry plus Tiebreakers, requiring contestants to successfully use math skills. The Grand Prize is $15,000.00, plus there are five (5) runner-up prizes of $1,000.00 each. Cash prizes, excluding optional bonuses, total $20,000.00. The maximum cost to compete for the Grand Prize is $20 USD plus up to two Tiebreaker handling charges of $5 each (total $30 USD plus appropriate first class postage to return four reply forms). In some states, lower tiebreaker fees may apply. Any subsequent tiebreakers are free. Returned checks may be subject to electronic redeposit without further notice. Recovery fees as allowed by state law may be assessed and may be debited from your checking account. No additional fees are required. **Fee discounts may be offered.** International fees may be higher, depending on currency conversion rates.

3. **Estimated Number of Contestants:** Approximately 90,000 contestants are anticipated. 87% (78,300) are expected to correctly answer the Qualification Question and receive up to four successive Tiebreakers. We anticipate that about 15% of those entering (13,500) will return the correct solution to the Tiebreaker I, less than 1% (900) to the Tiebreaker II, and that the Tiebreaker III will determine winners. Sponsor reserves the right to determine the number of Tiebreakers, not to exceed four. The final Tiebreaker will be much more difficult. Photocopies and faxes will not be accepted for Tiebreaker and Bonus entries. If two or more winning entries are tied after the final Tiebreaker, prizes will be shared per capita by winners. Contestants may play multiple times to improve Tiebreaker scores. However, Sponsor reserves the right to limit the number of entries any individual contestant may submit. Winners will receive, in addition to their prize, double the amount of their original entry fees, including any bonus and tiebreaker fees, for each multiple winning entry submitted. One Grand Prize will be awarded, and could be shared with other contestants. Sponsor anticipates that less than 5% of entry fees will be distributed in prizes.

4. The Tiebreaker I is similar in concept to the original Money Motion X Contest Qualification Question, and it will utilize similar, slightly more challenging math skills. The Tiebreaker II will attempt to narrow the playing field to the top-scoring contestants. The Tiebreaker III (and any subsequent Tiebreaker that may be necessary) will be increasingly difficult and require greater math skills, in a much larger puzzle grid, with a difficulty level designed to determine the final winners. A correct solution at each stage will advance you to the next exciting round. Customers may request sample Tiebreakers at any stage in the competition before proceeding to the next stage.

5. Different versions of this offer may be tested and used, including fee and graphic presentations. Puzzle solutions found to be created in part or in whole by collusion, and/or solutions submitted by proxy or via fictitious identities will be disqualified. No entrants will be accepted for this contest after **January 15, 2017**; winners and prizes will be determined by **July 15, 2017**. There will be a 30-day rejudge period following the prize determination date, and winners will be paid within 60 days thereof. Entries received after **January 15, 2017**, will automatically be entered in a subsequent, similar contest. Scheduled Prize Pay date is **October 13, 2017**.

6. At three later points in the contest, you may be given up to three opportunities to compete for optional bonus cash prizes: on your first Tiebreaker, on a separate bonus mailing, and on your second Tiebreaker. These Bonus Cash Prizes will be added to the Grand Prize. Bonus Cash fees range from $10 to $45, depending on the additional bonus prize amount you may select. Maximum cost to play for the Grand Prize and all Bonus Cash Options advertised is $155 plus appropriate first class postage to return four reply forms. **Fee discounts may apply.** Payment of the bonus cash fees, and playing for bonus cash are optional, and will not affect your present opportunity to win or share a Grand Prize. Bonus Prizes are applicable only to the Grand Prize Winner. In the event of a tie for Bonus Prize Money, Bonus Cash will be divided per capita by those winners who have submitted winning bonus entries; only Bonus Participants will share in bonus prizes. In some countries including United Kingdom, Australia, Canada, New Zealand and South Africa, prizes and fees have been converted from US Dollars to local currency using the exchange rate calculated at the start date of the contest. Prizes may be awarded in US Dollars equivalent to the local currency prize amount advertised.

7. Liability for judging errors is limited to a complete refund of entry fees paid plus postage. If a contestant suspects a judging error, he or she must notify sponsor in writing within 30 days of the Prize determination date. No adjustments will be made after prizes have been paid. Winners are determined on the basis of correct and top-scoring answers to Tiebreakers. Most Tiebreakers are judged by computer programs; remaining Tiebreakers require manual judging. All winning Tiebreakers are hand-verified by qualified Judges who are employed by Sponsor, and who have been trained by Sponsor in computer judging programs and/or manual verification procedures. All payments to winners are lump sum cash payments. Submission of your entry constitutes acceptance of all contest rules. Decisions of the Judges are final. South Africa Residents warrant that in effecting payment of any competition participation fees, they have complied in all respects with the exchange control regulations.

8. A Winners List is available after contest prize award date by sending $1 and a self-addressed envelope to Money Motion X – Winners List, 1401 Armour Road, N. Kansas City, MO 64116 USA. All final Tiebreaker respondents will automatically be mailed a Winners List. Winners agree, without further compensation, to supply Opportunities Unlimited Publications, Inc., with their photograph and to allow unlimited promotional use of their name and likeness.

9. The Unconditional Guarantee of Satisfaction is applicable to registered contestants in any open contest prior to being notified of an incorrect entry.

10. Questions? Send all correspondence to Opportunities Unlimited Publications, Inc., Money Motion X, P.O. Box 219250, 1401 Armour Road, Kansas City, MO 64121-9250 USA. Detailed Tiebreaker rules, previous winners lists, and samples of Tiebreakers from other contests, which illustrate the level of difficulty, may be obtained in advance of entry by contacting Customer Service at (816) 842-5510. Customer Service hours: 8:00 a.m. – 3:00 p.m., Central Time. – Please keep these official rules with your other important papers.

**NOTIFICATION SYSTEM**

We make our mailing and email lists available to companies whose products or services might be of interest to you. If you would prefer to have your name withheld, or no longer wish to receive correspondence from us, please copy your name, mailing address, and account number exactly as they appear on our letters. Please also include your email address if you wish to opt-out of any future correspondence via the Internet. Specify (a) do not release my name to other companies or (b) remove my name from your mailing list or (c) remove my email address or (d) all of the above. Mail to: Notification System, OPP Mail Preference Service, P.O. Box 219637, Kansas City, MO 64121-9637 USA

Opportunities Unlimited Publications, Inc. does not permit telemarketing to its mailing list.

B6EF5

Typed Document: Filed 10/25/16
I, Mary Kelley, recorded this
Certified Nomination of
Caryn Nelson
as shown.

*Mary Kelley*

PAYMENT RESOLUTION
~MONEY MOTION X~

PREPARED DOCUMENTS
FIRST STAGE ENTRY
NOMINATION CONFIRMED

Motion Brought Forward

Nomination Papers Typed to__ CARYN NELSON _____
Your Identity as Nominated Candidate Arrived in our Office Via Electronic Mail amid High Security.
Your registration has been pre-approved so be assured that all financial matters will be handled
promptly and conveniently for you.

Exclusive I.D. No.__ 19958NLSO234-929780 _____

Address of Delivery _____

- POSITIVELY IDENTIFIED -
Known Candidate
Caryn Nelson

*John Winstead*
Judging Chamber

➤ IMPRINT GUARANTEED PRIZE DOLLARS

# $20,000.00

## IMPORTANT PRIZE ANNOUNCEMENTS

| NAME | RESIDENCE | PRIZE AMOUNT | STATUS |
|------|-----------|--------------|--------|
| A. Crosscup | MA | $52,882.00 | PAID IN FULL |
| W. Olsen | MT | $18,451.56 | PAID IN FULL |
| R. Revette | NY | $92,600.00 | PAID IN FULL |
| C. Gross | IL | $23,972.74 | PAID IN FULL |
| Caryn Nelson | DE | $15,000.00 | *Registration Pending* |

✂ Detach & Return -                                    - Detach & Return ➤

## NOMINATION IS COMPLETE: MONEY MOTION X

RECORD IS ESTABLISHED:
Caryn Nelson

I.D. NO: 19958NLSO234-929780
NOMINATION CONFIRMED***

Caryn Nelson, Here is Your
Qualifying Question:

If the Director of Prize Releases contacted You with a
NOTICE OF AWARD totaling $9,400,460 and you decided
to Equally share this significant amount with a friend,
*HOW MUCH* Would Each of You Receive?

☐ $4,700,230  /or/  ☐ $4,800,280

CHECK ONE: ☐ CASH  ☐ CHECK  ☐ MONEY ORDER
Please make $9 Check or Money Order Payable to: OPP

_____ YES, I have answered the Qualifying Question, enclosed the $9 fee! I have signed below and
doing so, I recognize I am a CONFIRMED - NOMINATED Candidate playing to win the payout of
$15,000.00 Dollars-in-Full. I have read and understand the enclosed Official Rules.

➤ OFFICIAL SIGNATURE
_____
The Official Signature of CARYN NELSON
(A correct answer to the Qualifying Question GUARANTEES your advancement to the next exciting round!)

Judges Advisory
For internal use only *Nominee*
Caryn Nelson
ID: 19958NLSO234-929780
Process this Registration
Immediately Upon Receipt
And Prepare Notice of Status

A Special Note From Prize Director John Winstead:
Your Candidacy for the Prize Monies will be Immediately
Acknowledged by Money Motion Series X Personnel.
They are awaiting this Registration which
will be promptly routed to Judges of Record.

Mail this Section along with $9 Fee To:
Opportunities Unlimited Publications, Inc. (OPP)
PO Box 219134, Kansas City, MO 64121-9134
19958NLSO234-929780  SR11160301  PSR1I2101519   N-U  B6-1A  53-DBBB202A00

B6EF5

[N-U]

© OPP 2013

# Final Order of Contact to the Nelson Household.

## THIS IS A FINAL REMINDER NOTICE.

## TREASURE VAULT III TIEBREAKER I DOCUMENT

| MAXIMUM GRAND PRIZE AMOUNT | CANDIDATE | ORIGIN |
|---|---|---|
| ✷ **$20,000.00** ✸ | **Caryn Nelson** | **Missouri, 64116** |
| | IDENTIFICATION NUMBER<br>**11958NLSO234772043-336789** | CASH PRIZE ENTERED HEREON IS CONFIRMED<br>IN FULL FOR PAYMENT TO THE FINAL: |

**CARYN NELSON**

TOP SCORE NOTIFICATION     **WINNER**

☑ **A checkmark in this box indicates you have been issued a FINAL NOTICE in this skill competition.**

October 12, 2016

| MINIMUM GRAND PRIZE TO THE WINNER | AWARD UPGRADE OPTION | MAXIMUM GRAND PRIZE |
|---|---|---|
| **$15,000.00** | **$5,000.00** | **$20,000.00** |

**OPP - Treasure Vault III**
AWARD DISBURSEMENT ACCOUNT • H6T1

SENDER/DISTRIBUTION OFFICES

**Treasure Vault III**
**Opportunities Unlimited Publications, Inc.**
**1401 Armour Road**
**North Kansas City MO 64116**

COUNTERSIGNED
BY *John Winstead*

COUNTERSIGNED
BY *Mitchell Wayne*

*Caryn Nelson, YOU Remain Tied with other contestants for the $15,000.00 Grand Prize - But an Important Document is STILL MISSING from your File!*

**AS A TOP SCORE HOLDER, YOU HAVE BEEN ADVANCED BY PLACEMENT OFFICERS TO THE TIEBREAKING STAGE.
SEE ACCOMPANYING DOCUMENT FOR MANDATORY RESPONSE DETAILS.**

## THIS IS YOUR LAST OPPORTUNITY TO REPLY.

### Secure Your Top Score Position Now!

**Terms of Payment are 100% Guaranteed to Winners** – but strict deadlines have been established for this Financial Program and to date, you have not returned your Tiebreaker I Document. **Forfeiture of Your Treasure Vault III Player Eligibility is Now Pending.** Take one simple step to ensure you maintain your Top Score Position playing for the **$15,000.00 Grand Prize. Correctly answer the Tiebreaker I Question - and I can guarantee your advancement to the Semi-Finals!** Please mail the following page quickly as this Matter is time-sensitive. *You will immediately receive a Prize Status Update.*

### Final Instructions

**You remain Pre-Approved** for up to **$5,000.00** in Award Upgrade Options which could bring the Grand Prize you are playing for up to **$20,000.00.** However, this is your last opportunity to activate these Award Options. **This is a Final Notice. If you do not return the enclosed Tiebreaker I Document – ALL Eligibility – including your eligibility to play for these Award Upgrade Options - will be forfeited.** *See next page for details.*

I have enclosed a reply envelope for your convenience. We await receipt of your Tiebreaker I and will promptly notify you of your Treasure Vault III Contest Status.

*mailed - Oct 27, 2016*

*John Winstead*
John Winstead
Treasure Vault III Treasurer

Case 4:18-cv-00128-BCW   Document 5-2   Filed 02/20/18   Page 11 of 37

© OPP 2015
O-U
PX3, p.000039

**GUARANTEE OF SATISFACTION**

Opportunities Unlimited Publications, Inc., offers you the opportunity for thrilling financial rewards PLUS challenging fun and excitement. If you are not completely satisfied with our game competition – for any reason – please send us a letter and take advantage of our liberal refund policy as described more fully in the Official Rules. No reasons or explanations are necessary. There are NO STRINGS ATTACHED and our RISK FREE GUARANTEE is valid with any of our existing contests.

# OFFICIAL RULES
## Treasure Vault III

1. You must be 18 years or older to participate. Sponsors and their families are not eligible. Contestants and any of their family members (related by marriage or otherwise) who aggregate $20,000.00 or more (or local currency equivalent) in lifetime winnings from Opportunities Unlimited Publications, Inc., or its affiliates, including North American Award Center, at the time prizes are determined in this contest are not eligible to win. Prizes in this contest of skill are subject to all federal, state, and local regulations and taxes. We are not responsible for lost, stolen, or delayed mail. Void where prohibited.

2. Treasure Vault III is not a sweepstakes or lottery. It is a contest of skill involving no luck or chance. This contest consists of your initial entry plus Tiebreakers, requiring contestants to successfully use math skills. The Grand Prize is $15,000.00. The maximum cost to compete for the Grand Prize is $20 USD plus up to two Tiebreaker handling charges of $5 each (total $30 USD plus appropriate first class postage to return four reply forms). In some states, lower tiebreaker fees may apply. Any subsequent tiebreakers are free. Returned checks may be subject to electronic redeposit without further notice. Recovery fees as allowed by state law may be assessed and may be debited from your checking account. No additional fees are required. **Fee discounts may be offered.** International fees may be higher, depending on currency conversion rates.

3. **Estimated Number of Contestants:** Approximately 48,000 contestants are anticipated. 90% (43,200) are expected to correctly answer the Qualification Question and receive up to four successive Tiebreakers. We anticipate that about 22% of those entering (10,560) will return the correct solution to the Tiebreaker I, less than 1% (480) to the Tiebreaker II, and that the Tiebreaker III will determine winners. Sponsor reserves the right to determine the number of Tiebreakers, not to exceed four. The final Tiebreaker will be much more difficult. Photocopies and faxes will not be accepted for Tiebreaker and Bonus entries. If two or more winning entries are tied after the final Tiebreaker, prizes will be shared per capita by winners. Contestants may play multiple times to improve Tiebreaker scores. However, Sponsor reserves the right to limit the number of entries any individual contestant may submit. Winners will receive, in addition to their prize, double the amount of their original entry fees, including any bonus and tiebreaker fees, for each multiple winning entry submitted. One Grand Prize will be awarded, and could be shared with other contestants. Sponsor anticipates that less than 5% of entry fees will be distributed in prizes.

4. The Tiebreaker I is similar in concept to the original Treasure Vault III Contest Qualification Question, and it will utilize similar, slightly more challenging math skills. The Tiebreaker II will attempt to narrow the playing field to the top-scoring contestants. The Tiebreaker III (and any subsequent Tiebreaker that may be necessary) will be increasingly difficult and require greater math skills, in a much larger puzzle grid, with a difficulty level designed to determine the final winners. A correct solution at each stage will advance you to the next exciting round. Customers may request sample Tiebreakers at any stage in the competition before proceeding to the next stage.

5. Different versions of this offer may be tested and used, including fee and graphic presentations. Puzzle solutions found to be created in part or in whole by collusion, and/or solutions submitted by proxy or via fictitious identities will be disqualified. No entrants will be accepted for this contest after **November 15, 2016**; winners and prizes will be determined by **May 15, 2017**. There will be a 30-day rejudge period following the prize determination date, and winners will be paid within 60 days thereof. Entries received after **November 15, 2016**, will automatically be entered in a subsequent, similar contest. Scheduled Prize Pay Date is **August 13, 2017**.

6. At three later points in the contest, you may be given up to three opportunities to compete for optional bonus cash prizes: on your first Tiebreaker, on a separate bonus mailing, and on your second Tiebreaker. These Bonus Cash Prizes will be added to the Grand Prize. Bonus Cash fees range from $10 to $45, depending on the additional bonus prize amount you may select. Maximum cost to play for the Grand Prize and all Bonus Cash Options advertised is $155 plus appropriate first class postage to return four reply forms. **Fee discounts may apply.** Payment of the bonus cash fees, and playing for bonus cash are optional, and will not affect your present opportunity to win or share a Grand Prize. Bonus Prizes are applicable only to the Grand Prize Winner. In the event of a tie for Bonus Prize Money, Bonus Cash will be divided per capita by those winners who have submitted winning bonus entries; only Bonus Participants will share in bonus prizes. In some countries including United Kingdom, Australia, Canada, New Zealand and South Africa, prizes and fees have been converted from US Dollars to local currency using the exchange rate calculated at the start date of the contest. Prizes may be awarded in US Dollars equivalent to the local currency prize amount advertised.

7. Liability for judging errors is limited to a complete refund of entry fees paid plus postage. If a contestant suspects a judging error, he or she must notify sponsor in writing within 30 days of the Prize determination date. No adjustments will be made after prizes have been paid. Winners are determined on the basis of correct and top-scoring answers to Tiebreakers. Most Tiebreakers are judged by computer programs; remaining Tiebreakers require manual judging. All winning Tiebreakers are hand-verified by qualified Judges who are employed by Sponsor, and who have been trained by Sponsor in computer judging programs and/or manual verification procedures. All payments to winners are lump sum cash payments. Submission of your entry constitutes acceptance of all contest rules. Decisions of the Judges are final. South Africa Residents warrant that in effecting payment of any competition participation fees, they have complied in all respects with the exchange control regulations.

8. A Winners List is available after contest prize award date by sending $1 and a self-addressed envelope to Treasure Vault III - Winners List, 1401 Armour Road, N. Kansas City, MO 64116 USA. All final Tiebreaker respondents will automatically be mailed a Winners List. Winners agree, without further compensation, to supply Opportunities Unlimited Publications, Inc., with their photograph and to allow unlimited promotional use of their name and likeness.

9. The Unconditional Guarantee of Satisfaction is applicable to registered contestants in any open contest prior to being notified of an incorrect entry.

10. Questions? Send all correspondence to Opportunities Unlimited Publications, Inc., Treasure Vault III, P.O. Box 219250, 1401 Armour Road, Kansas City, MO 64121-9250 USA. Detailed Tiebreaker rules, previous winners lists, and samples of Tiebreakers from other contests, which illustrate the level of difficulty, may be obtained in advance of entry by contacting Customer Service at (816) 842-5510. Customer Service hours: 8:00 a.m. – 3:00 p.m., Central Time. – Please keep these official rules with your other important papers.

**NOTIFICATION SYSTEM**

We make our mailing and email lists available to companies whose products or services might be of interest to you. If you would prefer to have your name withheld, or no longer wish to receive correspondence from us, please copy your name, mailing address, and account number exactly as they appear on our letters. Please also include your email address if you wish to optout of any future correspondence via the Internet. Specify (a) do not release my name to other companies or (b) remove my name from your mailing list or (c) remove my email address or (d) all of the above. Mail to: Notification System, OPP Mail Preference Service, P.O. Box 219637, Kansas City, MO 64121-9637 USA

Opportunities Unlimited Publications, Inc. does not permit telemarketing to its mailing list.

# CERTIFIED REMINDER NOTIFICATION

## TREASURE VAULT III TIEBREAKER I DOCUMENT

### PLEASE READ THIS DOCUMENT. A RESPONSE IS REQUESTED.

| MAXIMUM GRAND PRIZE AMOUNT | CANDIDATE<br>Caryn Nelson | ORIGIN<br>Missouri, 64116 |
|---|---|---|
| ⯈ **$20,000.00** ⯇ | IDENTIFICATION NUMBER<br>19958NLSO234893042-340246 | CASH PRIZE ENTERED HEREON IS CONFIRMED<br>IN FULL FOR PAYMENT TO THE FINAL: |

**CARYN NELSON**

TOP SCORE NOTIFICATION



☑   **A checkmark in this box indicates you were previously advised of Full Funds Availability.**

October 26, 2016

| MINIMUM GRAND<br>PRIZE TO THE WINNER | AWARD UPGRADE<br>OPTION | MAXIMUM<br>GRAND PRIZE |
|---|---|---|
| **$15,000.00** | **$5,000.00** | **$20,000.00** |

**OPP - Treasure Vault III**
AWARD DISBURSEMENT ACCOUNT • H6T1

SENDER/DISTRIBUTION OFFICES

**Treasure Vault III**
**Opportunities Unlimited Publications, Inc.**
**1401 Armour Road**
**North Kansas City MO 64116**

COUNTERSIGNED BY *John Winstead*

COUNTERSIGNED BY *T. Mitchell Wayne*

---

## MISSING DOCUMENT ALERT!

**Dear Caryn Nelson,**

**We want to be certain that our letters are reaching you because right now there is an important Document missing from your Treasure Vault III Account File.** Of course, our Letters could have crossed in the mail but since this omission could prevent you from continuing your quest to win a large cash prize (**$15,000.00 to $20,000.00!**), the Prize Council has authorized this **Reminder Notice** for you.

> **Your Qualifying Round Entry was judged 100% correct, placing you in a tie with other contestants for a $15,000.00 Grand Prize – so you can understand why we are concerned that we have not yet received the enclosed Tiebreaker I Document from you.**

### FINAL INSTRUCTIONS

**You are still Pre-Approved for $5,000.00 MORE in Award Upgrade Options which can increase the Grand Prize you are playing for to as much as $20,000.00. These are the *LARGEST* Cash Options** that will ever be offered in the Prize Competition so I urge you to activate them **now**. **You will maintain your Top Score Status when you correctly complete and return your Tiebreaker I Document. (This is the Document missing from your File!)** Please mail that entire page without delay as this Matter is time-sensitive. ***You will immediately receive a Prize Status Update.*** Submit a correct Tiebreaker answer - and I can guarantee you will advance to the Semi-Finals!

Caryn Nelson, we are waiting to hear from you. As a Top Score Holder in the Treasure Vault III Prize Competition, we extend our Congratulations and Best Wishes to your continued success.

*John Winstead*
John Winstead
Treasure Vault III Treasurer

**GUARANTEE OF SATISFACTION**

H6BGR18-rpf

Opportunities Unlimited Publications, Inc., offers you the opportunity for thrilling financial rewards PLUS challenging fun and excitement. If you are not completely satisfied with our game competition – for any reason – please send us a letter and take advantage of our liberal refund policy as described more fully in the Official Rules. No reasons or explanations are necessary. There are NO STRINGS ATTACHED and our RISK FREE GUARANTEE is valid with any of our existing contests.

# OFFICIAL RULES
## Treasure Vault III

1. You must be 18 years or older to participate. Sponsors and their families are not eligible. Contestants and any of their family members (related by marriage or otherwise) who aggregate $20,000.00 or more (or local currency equivalent) in lifetime winnings from Opportunities Unlimited Publications, Inc., or its affiliates, including North American Award Center, at the time prizes are determined in this contest are not eligible to win. Prizes in this contest of skill are subject to all federal, state, and local regulations and taxes. We are not responsible for lost, stolen, or delayed mail. Void where prohibited.

2. Treasure Vault III is not a sweepstakes or lottery. It is a contest of skill involving no luck or chance. This contest consists of your initial entry plus Tiebreakers, requiring contestants to successfully use math skills. The Grand Prize is $15,000.00. The maximum cost to compete for the Grand Prize is $20 USD plus up to two Tiebreaker handling charges of $5 each (total $30 USD plus appropriate first class postage to return four reply forms). In some states, lower tiebreaker fees may apply. Any subsequent tiebreakers are free. Returned checks may be subject to electronic redeposit without further notice. Recovery fees as allowed by state law may be assessed and may be debited from your checking account. No additional fees are required. **Fee discounts may be offered.** International fees may be higher, depending on currency conversion rates.

3. **Estimated Number of Contestants:** Approximately 48,000 contestants are anticipated. 90% (43,200) are expected to correctly answer the Qualification Question and receive up to four successive Tiebreakers. We anticipate that about 22% of those entering (10,560) will return the correct solution to the Tiebreaker I, less than 1% (480) to the Tiebreaker II, and that the Tiebreaker III will determine winners. Sponsor reserves the right to determine the number of Tiebreakers, not to exceed four. The final Tiebreaker will be much more difficult. Photocopies and faxes will not be accepted for Tiebreaker and Bonus entries. If two or more winning entries are tied after the final Tiebreaker, prizes will be shared per capita by winners. Contestants may play multiple times to improve Tiebreaker scores. However, Sponsor reserves the right to limit the number of entries any individual contestant may submit. Winners will receive, in addition to their prize, double the amount of their original entry fees, including any bonus and tiebreaker fees, for each multiple winning entry submitted. One Grand Prize will be awarded, and could be shared with other contestants. Sponsor anticipates that less than 5% of entry fees will be distributed in prizes.

4. The Tiebreaker I is similar in concept to the original Treasure Vault III Contest Qualification Question, and it will utilize similar, slightly more challenging math skills. The Tiebreaker II will attempt to narrow the playing field to the top-scoring contestants. The Tiebreaker III (and any subsequent Tiebreaker that may be necessary) will be increasingly difficult and require greater math skills, in a much larger puzzle grid, with a difficulty level designed to determine the final winners. A correct solution at each stage will advance you to the next exciting round. Customers may request sample Tiebreakers at any stage in the competition before proceeding to the next stage.

5. Different versions of this offer may be tested and used, including fee and graphic presentations. Puzzle solutions found to be created in part or in whole by collusion, and/or solutions submitted by proxy or via fictitious identities will be disqualified. No entrants will be accepted for this contest after **November 15, 2016**; winners and prizes will be determined by **May 15, 2017**. There will be a 30-day rejudge period following the prize determination date, and winners will be paid within 60 days thereof. Entries received after **November 15, 2016**, will automatically be entered in a subsequent, similar contest. Scheduled Prize Pay date is **August 13, 2017**.

6. At three later points in the contest, you may be given up to three opportunities to compete for optional bonus cash prizes: on your first Tiebreaker, on a separate bonus mailing, and on your second Tiebreaker. These Bonus Cash Prizes will be added to the Grand Prize. Bonus Cash fees range from $10 to $45, depending on the additional bonus prize amount you may select. Maximum cost to play for the Grand Prize and all Bonus Cash Options advertised is $155 plus appropriate first class postage to return four reply forms. **Fee discounts may apply.** Payment of the bonus cash fees, and playing for bonus cash are optional, and will not affect your present opportunity to win or share a Grand Prize. Bonus Prizes are applicable only to the Grand Prize Winner. In the event of a tie for Bonus Prize Money, Bonus Cash will be divided per capita by those winners who have submitted winning bonus entries; only Bonus Participants will share in bonus prizes. In some countries including United Kingdom, Australia, Canada, New Zealand and South Africa, prizes and fees have been converted from US Dollars to local currency using the exchange rate calculated at the start date of the contest. Prizes may be awarded in US Dollars equivalent to the local currency prize amount advertised.

7. Liability for judging errors is limited to a complete refund of entry fees paid plus postage. If a contestant suspects a judging error, he or she must notify sponsor in writing within 30 days of the Prize determination date. No adjustments will be made after prizes have been paid. Winners are determined on the basis of correct and top-scoring answers to Tiebreakers. Most Tiebreakers are judged by computer programs; remaining Tiebreakers require manual judging. All winning Tiebreakers are hand-verified by qualified Judges who are employed by Sponsor, and who have been trained by Sponsor in computer judging programs and/or manual verification procedures. All payments to winners are lump sum cash payments. Submission of your entry constitutes acceptance of all contest rules. Decisions of the Judges are final. South Africa Residents warrant that in effecting payment of any competition participation fees, they have complied in all respects with the exchange control regulations.

8. A Winners List is available after contest prize award date by sending $1 and a self-addressed envelope to Treasure Vault III - Winners List, 1401 Armour Road, N. Kansas City, MO 64116 USA. All final Tiebreaker respondents will automatically be mailed a Winners List. Winners agree, without further compensation, to supply Opportunities Unlimited Publications, Inc., with their photograph and to allow unlimited promotional use of their name and likeness.

9. The Unconditional Guarantee of Satisfaction is applicable to registered contestants in any open contest prior to being notified of an incorrect entry.

10. Questions? Send all correspondence to Opportunities Unlimited Publications, Inc., Treasure Vault III, P.O. Box 219250, 1401 Armour Road, Kansas City, MO 64121-9250 USA. Detailed Tiebreaker rules, previous winners lists, and samples of Tiebreakers from other contests, which illustrate the level of difficulty, may be obtained in advance of entry by contacting Customer Service at (816) 842-5510. Customer Service hours: 8:00 a.m. – 3:00 p.m., Central Time. – Please keep these official rules with your other important papers.

**NOTIFICATION SYSTEM**

We make our mailing and email lists available to companies whose products or services might be of interest to you. If you would prefer to have your name withheld, or no longer wish to receive correspondence from us, please copy your name, mailing address, and account number exactly as they appear on our letters. Please also include your email address if you wish to optout of any future correspondence via the Internet. Specify (a) do not release my name to other companies or (b) remove my name from your mailing list or (c) remove my email address or (d) all of the above. Mail to: Notification System, OPP Mail Preference Service, P.O. Box 219637, Kansas City, MO 64121-9637 USA

Opportunities Unlimited Publications, Inc. does not permit telemarketing to its mailing list.

# Final Order of Contact to the Nelson Household.

## THIS IS A FINAL REMINDER NOTICE.

## TREASURE VAULT III TIEBREAKER I DOCUMENT



| MAXIMUM GRAND PRIZE AMOUNT | CANDIDATE<br>**Caryn Nelson** | ORIGIN<br>**Missouri, 64116** |
|---|---|---|
| ❖ **$20,000.00** ❖ | IDENTIFICATION NUMBER<br>**19958NLSO234893042-342006** | CASH PRIZE ENTERED HEREON IS CONFIRMED<br>IN FULL FOR PAYMENT TO THE FINAL: |

**CARYN NELSON**

TOP SCORE NOTIFICATION



☑ **A checkmark in this box indicates you have been issued a FINAL NOTICE in this skill competition.**

November 02, 2016

| MINIMUM GRAND<br>PRIZE TO THE WINNER | AWARD UPGRADE<br>OPTION | MAXIMUM<br>GRAND PRIZE |
|---|---|---|
| **$15,000.00** | **$5,000.00** | **$20,000.00** |

**OPP - Treasure Vault III**
AWARD DISBURSEMENT ACCOUNT • H6T1

SENDER/DISTRIBUTION OFFICES

**Treasure Vault III**
**Opportunities Unlimited Publications, Inc.**
**1401 Armour Road**
**North Kansas City MO 64116**

COUNTERSIGNED
BY *John Winstead*

COUNTERSIGNED
BY *Mitchell Wayne*

---

*Caryn Nelson, YOU Remain Tied with other contestants for the $15,000.00 Grand Prize - But an Important Document is STILL MISSING from your File!*

**AS A TOP SCORE HOLDER, YOU HAVE BEEN ADVANCED BY PLACEMENT OFFICERS TO THE TIEBREAKING STAGE.**
**SEE ACCOMPANYING DOCUMENT FOR MANDATORY RESPONSE DETAILS.**

## THIS IS YOUR LAST OPPORTUNITY TO REPLY.

### Secure Your Top Score Position Now!

**Terms of Payment are 100% Guaranteed to Winners** – but strict deadlines have been established for this Financial Program and to date, you have not returned your Tiebreaker I Document. **Forfeiture of Your Treasure Vault III Player Eligibility is Now Pending.** Take one simple step to ensure you maintain your Top Score Position playing for the **$15,000.00 Grand Prize. Correctly answer the Tiebreaker I Question - and I can guarantee your advancement to the Semi-Finals!** Please mail the following page quickly as this Matter is time-sensitive. *You will immediately receive a Prize Status Update.*

### Final Instructions

**You remain Pre-Approved** for up to **$5,000.00** in Award Upgrade Options which could bring the Grand Prize you are playing for up to **$20,000.00. However, this is your last opportunity to activate these Award Options. This is a Final Notice.** If you do not return the enclosed Tiebreaker I Document – **ALL** Eligibility – including your eligibility to play for these Award Upgrade Options - will be forfeited. *See next page for details.*

**I have enclosed a reply envelope for your convenience.** We await receipt of your Tiebreaker I and will promptly notify you of your Treasure Vault III Contest Status.

*John Winstead*
John Winstead
Treasure Vault III Treasurer

© OPP 2015
O-U
PX3, p.000043

Case 4:18-cv-00128-BCW   Document 5-2   Filed 02/20/18   Page 15 of 37

## GUARANTEE OF SATISFACTION

Opportunities Unlimited Publications, Inc., offers you the opportunity for thrilling financial rewards PLUS challenging fun and excitement. If you are not completely satisfied with our game competition – for any reason – please send us a letter and take advantage of our liberal refund policy as described more fully in the Official Rules. No reasons or explanations are necessary. There are NO STRINGS ATTACHED and our RISK FREE GUARANTEE is valid with any of our existing contests.

# OFFICIAL RULES
## Treasure Vault III

1. You must be 18 years or older to participate. Sponsors and their families are not eligible. Contestants and any of their family members (related by marriage or otherwise) who aggregate $20,000.00 or more (or local currency equivalent) in lifetime winnings from Opportunities Unlimited Publications, Inc., or its affiliates, including North American Award Center, at the time prizes are determined in this contest are not eligible to win. Prizes in this contest of skill are subject to all federal, state, and local regulations and taxes. We are not responsible for lost, stolen, or delayed mail. Void where prohibited.

2. Treasure Vault III is not a sweepstakes or lottery. It is a contest of skill involving no luck or chance. This contest consists of your initial entry plus Tiebreakers, requiring contestants to successfully use math skills. The Grand Prize is $15,000.00. The maximum cost to compete for the Grand Prize is $20 USD plus up to two Tiebreaker handling charges of $5 each (total $30 USD plus appropriate first class postage to return four reply forms). In some states, lower tiebreaker fees may apply. Any subsequent tiebreakers are free. Returned checks may be subject to electronic redeposit without further notice. Recovery fees as allowed by state law may be assessed and may be debited from your checking account. No additional fees are required. **Fee discounts may be offered.** International fees may be higher, depending on currency conversion rates.

3. **Estimated Number of Contestants:** Approximately 48,000 contestants are anticipated. 90% (43,200) are expected to correctly answer the Qualification Question and receive up to four successive Tiebreakers. We anticipate that about 22% of those entering (10,560) will return the correct solution to the Tiebreaker I, less than 1% (480) to the Tiebreaker II, and that the Tiebreaker III will determine winners. Sponsor reserves the right to determine the number of Tiebreakers, not to exceed four. The final Tiebreaker will be much more difficult. Photocopies and faxes will not be accepted for Tiebreaker and Bonus entries. If two or more winning entries are tied after the final Tiebreaker, prizes will be shared per capita by winners. Contestants may play multiple times to improve Tiebreaker scores. However, Sponsor reserves the right to limit the number of entries any individual contestant may submit. Winners will receive, in addition to their prize, double the amount of their original entry fees, including any bonus and tiebreaker fees, for each multiple winning entry submitted. One Grand Prize will be awarded, and could be shared with other contestants. Sponsor anticipates that less than 5% of entry fees will be distributed in prizes.

4. The Tiebreaker I is similar in concept to the original Treasure Vault III Contest Qualification Question, and it will utilize similar, slightly more challenging math skills. The Tiebreaker II will attempt to narrow the playing field to the top-scoring contestants. The Tiebreaker III (and any subsequent Tiebreaker that may be necessary) will be increasingly difficult and require greater math skills, in a much larger puzzle grid, with a difficulty level designed to determine the final winners. A correct solution at each stage will advance you to the next exciting round. Customers may request sample Tiebreakers at any stage in the competition before proceeding to the next stage.

5. Different versions of this offer may be tested and used, including fee and graphic presentations. Puzzle solutions found to be created in part or in whole by collusion, and/or solutions submitted by proxy or via fictitious identities will be disqualified. No entrants will be accepted for this contest after **November 15, 2016;** winners and prizes will be determined by **May 15, 2017.** There will be a 30-day rejudge period following the prize determination date, and winners will be paid within 60 days thereof. Entries received after **November 15, 2016,** will automatically be entered in a subsequent, similar contest. Scheduled Prize Pay date is **August 13, 2017.**

6. At three later points in the contest, you may be given up to three opportunities to compete for optional bonus cash prizes: on your first Tiebreaker, on a separate bonus mailing, and on your second Tiebreaker. These Bonus Cash Prizes will be added to the Grand Prize. Bonus Cash fees range from $10 to $45, depending on the additional bonus prize amount you may select. Maximum cost to play for the Grand Prize and all Bonus Cash Options advertised is $155 plus appropriate first class postage to return four reply forms. **Fee discounts may apply.** Payment of the bonus cash fees, and playing for bonus cash are optional, and will not affect your present opportunity to win or share a Grand Prize. Bonus Prizes are applicable only to the Grand Prize Winner. In the event of a tie for Bonus Prize Money, Bonus Cash will be divided per capita by those winners who have submitted winning bonus entries; only Bonus Participants will share in bonus prizes. In some countries including United Kingdom, Australia, Canada, New Zealand and South Africa, prizes and fees have been converted from US Dollars to local currency using the exchange rate calculated at the start date of the contest. Prizes may be awarded in US Dollars equivalent to the local currency prize amount advertised.

7. Liability for judging errors is limited to a complete refund of entry fees paid plus postage. If a contestant suspects a judging error, he or she must notify sponsor in writing within 30 days of the Prize determination date. No adjustments will be made after prizes have been paid. Winners are determined on the basis of correct and top-scoring answers to Tiebreakers. Most Tiebreakers are judged by computer programs; remaining Tiebreakers require manual judging. All winning Tiebreakers are hand-verified by qualified Judges who are employed by Sponsor, and who have been trained by Sponsor in computer judging programs and/or manual verification procedures. All payments to winners are lump sum cash payments. Submission of your entry constitutes acceptance of all contest rules. Decisions of the Judges are final. South Africa Residents warrant that in effecting payment of any competition participation fees, they have complied in all respects with the exchange control regulations.

8. A Winners List is available after contest prize award date by sending $1 and a self-addressed envelope to Treasure Vault III - Winners List, 1401 Armour Road, N. Kansas City, MO 64116 USA. All final Tiebreaker respondents will automatically be mailed a Winners List. Winners agree, without further compensation, to supply Opportunities Unlimited Publications, Inc., with their photograph and to allow unlimited promotional use of their name and likeness.

9. The Unconditional Guarantee of Satisfaction is applicable to registered contestants in any open contest prior to being notified of an incorrect entry.

10. Questions? Send all correspondence to Opportunities Unlimited Publications, Inc., Treasure Vault III, P.O. Box 219250, 1401 Armour Road, Kansas City, MO 64121-9250 USA. Detailed Tiebreaker rules, previous winners lists, and samples of Tiebreakers from other contests, which illustrate the level of difficulty, may be obtained in advance of entry by contacting Customer Service at (816) 842-5510. Customer Service hours: 8:00 a.m. – 3:00 p.m., Central Time. – Please keep these official rules with your other important papers.

## NOTIFICATION SYSTEM

We make our mailing and email lists available to companies whose products or services might be of interest to you. If you would prefer to have your name withheld, or no longer wish to receive correspondence from us, please copy your name, mailing address, and account number exactly as they appear on our letters. Please also include your email address if you wish to optout of any future correspondence via the Internet. Specify (a) do not release my name to other companies or (b) remove my name from your mailing list or (c) remove my email address or (d) all of the above. Mail to: Notification System, OPP Mail Preference Service, P.O. Box 219637, Kansas City, MO 64121-9637 USA

Opportunities Unlimited Publications, Inc. does not permit telemarketing to its mailing list.

# CERTIFIED TOP SCORE NOTIFICATION

## TREASURE VAULT III TIEBREAKER I DOCUMENT

### PLEASE READ THIS DOCUMENT. A RESPONSE IS REQUESTED.

| MAXIMUM GRAND PRIZE AMOUNT | CANDIDATE | ORIGIN |
|---|---|---|
| ❖ **$20,000.00** ❖ | **Caryn Nelson** | **Missouri, 64116** |
| | IDENTIFICATION NUMBER<br>**11958NLSO234038070–342790** | CASH PRIZE ENTERED HEREON IS CONFIRMED<br>IN FULL FOR PAYMENT TO THE FINAL: |

**CARYN NELSON**

TOP SCORE NOTIFICATION     **WINNER**

☑   **A checkmark in this box indicates you have been advised of Full Funds Availability.**

November 07, 2016

| MINIMUM GRAND<br>PRIZE TO THE WINNER | AWARD UPGRADE<br>OPTION | MAXIMUM<br>GRAND PRIZE |
|---|---|---|
| $15,000.00 | $5,000.00 | $20,000.00 |

**OPP - Treasure Vault III**
AWARD DISBURSEMENT ACCOUNT • H6T1

SENDER/DISTRIBUTION OFFICES

**Treasure Vault III**
**Opportunities Unlimited Publications, Inc.**
1401 Armour Road
North Kansas City MO 64116

COUNTERSIGNED
BY *John Winstead*

COUNTERSIGNED
BY *T. Mitchell Wayne*

| | |
|---|---|
| **STATUS UPDATE** | **CARYN NELSON: You are tied with other contestants for the $15,000.00 Grand Prize** in the Treasure Vault III Skill Competition. |
| **JUDGMENT RECORD** | Congratulations! Your Qualifying Round Entry was judged **100% correct.** |
| **MANDATORY RESPONSE** | The final winner will be paid by check or Direct Electronic Funds Transfer to his or her bank or financial institution.<br><br>**Other submissions were also judged correct; thus to maintain your eligibility playing for at least $15,000.00, you must answer the Mandatory Tiebreaker I on the enclosed Document. Submit a correct Tiebreaker answer to guarantee your advancement to the Semi-Final round!** |
| **YOUR AWARD UPGRADE OPTIONS** | **I have added $5,000.00 MORE in Award Upgrade Options, bringing your total possible Grand Prize eligibility up to $20,000.00.** Secure this Opportunity to play for the maximum of **$20,000.00** by checking the Level 4 Upgrade **on the enclosed Tiebreaker I Document.** |
| **FINAL INSTRUCTIONS** | **TO AVOID ANY POSSIBLE FORFEITURE OF PLAYER ELIGIBILITY, YOU MUST:**<br><br>a) **Correctly solve the Mandatory Tiebreaker. (Our Judges recommend that you also select the Level 4 Award Upgrade Option to assure that you are playing for the MAXIMUM Grand Prize of $20,000.00.)**<br><br>b) **Please mail your completed Tiebreaker I Document - plus your required Tiebreaker fee — and optional Award Upgrade fees — without delay. I have enclosed an envelope for your convenience.** |

*received 11-12-16 - sent back 11-14-16*

PX3, p.000045

## GUARANTEE OF SATISFACTION

Opportunities Unlimited Publications, Inc., offers you the opportunity for thrilling financial rewards PLUS challenging fun and excitement. If you are not completely satisfied with our game competition – for any reason – please send us a letter and take advantage of our liberal refund policy as described more fully in the Official Rules. No reasons or explanations are necessary. There are NO STRINGS ATTACHED and our RISK FREE GUARANTEE is valid with any of our existing contests.

# OFFICIAL RULES
## Treasure Vault III

1. You must be 18 years or older to participate. Sponsors and their families are not eligible. Contestants and any of their family members (related by marriage or otherwise) who aggregate $20,000.00 or more (or local currency equivalent) in lifetime winnings from Opportunities Unlimited Publications, Inc., or its affiliates, including North American Award Center, at the time prizes are determined in this contest are not eligible to win. Prizes in this contest of skill are subject to all federal, state, and local regulations and taxes. We are not responsible for lost, stolen, or delayed mail. Void where prohibited.

2. Treasure Vault III is not a sweepstakes or lottery. It is a contest of skill involving no luck or chance. This contest consists of your initial entry plus Tiebreakers, requiring contestants to successfully use math skills. The Grand Prize is $15,000.00. The maximum cost to compete for the Grand Prize is $20 USD plus up to two Tiebreaker handling charges of $5 each (total $30 USD plus appropriate first class postage to return four reply forms). In some states, lower tiebreaker fees may apply. Any subsequent tiebreakers are free. Returned checks may be subject to electronic redeposit without further notice. Recovery fees as allowed by state law may be assessed and may be debited from your checking account. No additional fees are required. **Fee discounts may be offered.** International fees may be higher, depending on currency conversion rates.

3. **Estimated Number of Contestants:** Approximately 48,000 contestants are anticipated. 90% (43,200) are expected to correctly answer the Qualification Question and receive up to four successive Tiebreakers. We anticipate that about 22% of those entering (10,560) will return the correct solution to the Tiebreaker I, less than 1% (480) to the Tiebreaker II, and that the Tiebreaker III will determine winners. Sponsor reserves the right to determine the number of Tiebreakers, not to exceed four. The final Tiebreaker will be much more difficult. Photocopies and faxes will not be accepted for Tiebreaker and Bonus entries. If two or more winning entries are tied after the final Tiebreaker, prizes will be shared per capita by winners. Contestants may play multiple times to improve Tiebreaker scores. However, Sponsor reserves the right to limit the number of entries any individual contestant may submit. Winners will receive, in addition to their prize, double the amount of their original entry fees, including any bonus and tiebreaker fees, for each multiple winning entry submitted. One Grand Prize will be awarded, and could be shared with other contestants. Sponsor anticipates that less than 5% of entry fees will be distributed in prizes.

4. The Tiebreaker I is similar in concept to the original Treasure Vault III Contest Qualification Question, and it will utilize similar, slightly more challenging math skills. The Tiebreaker II will attempt to narrow the playing field to the top-scoring contestants. The Tiebreaker III (and any subsequent Tiebreaker that may be necessary) will be increasingly difficult and require greater math skills, in a much larger puzzle grid, with a difficulty level designed to determine the final winners. A correct solution at each stage will advance you to the next exciting round. Customers may request sample Tiebreakers at any stage in the competition before proceeding to the next stage.

5. Different versions of this offer may be tested and used, including fee and graphic presentations. Puzzle solutions found to be created in part or in whole by collusion, and/or solutions submitted by proxy or via fictitious identities will be disqualified. No entrants will be accepted for this contest after **November 15, 2016**; winners and prizes will be determined by **May 15, 2017.** There will be a 30-day rejudge period following the prize determination date, and winners will be paid within 60 days thereof. Entries received after **November 15, 2016,** will automatically be entered in a subsequent, similar contest. Scheduled Prize Pay date is **August 13, 2017.**

6. At three later points in the contest, you may be given up to three opportunities to compete for optional bonus cash prizes: on your first Tiebreaker, on a separate bonus mailing, and on your second Tiebreaker. These Bonus Cash Prizes will be added to the Grand Prize. Bonus Cash fees range from $10 to $45, depending on the additional bonus prize amount you may select. Maximum cost to play for the Grand Prize and all Bonus Cash Options advertised is $155 plus appropriate first class postage to return four reply forms. **Fee discounts may apply.** Payment of the bonus cash fees, and playing for bonus cash are optional, and will not affect your present opportunity to win or share a Grand Prize. Bonus Prizes are applicable only to the Grand Prize Winner. In the event of a tie for Bonus Prize Money, Bonus Cash will be divided per capita by those winners who have submitted winning bonus entries; only Bonus Participants will share in bonus prizes. In some countries including United Kingdom, Australia, Canada, New Zealand and South Africa, prizes and fees have been converted from US Dollars to local currency using the exchange rate calculated at the start date of the contest. Prizes may be awarded in US Dollars equivalent to the local currency prize amount advertised.

7. Liability for judging errors is limited to a complete refund of entry fees paid plus postage. If a contestant suspects a judging error, he or she must notify sponsor in writing within 30 days of the Prize determination date. No adjustments will be made after prizes have been paid. Winners are determined on the basis of correct and top-scoring answers to Tiebreakers. Most Tiebreakers are judged by computer programs; remaining Tiebreakers require manual judging. All winning Tiebreakers are hand-verified by qualified Judges who are employed by Sponsor, and who have been trained by Sponsor in computer judging programs and/or manual verification procedures. All payments to winners are lump sum cash payments. Submission of your entry constitutes acceptance of all contest rules. Decisions of the Judges are final. South Africa Residents warrant that in effecting payment of any competition participation fees, they have complied in all respects with the exchange control regulations.

8. A Winners List is available after contest prize award date by sending $1 and a self-addressed envelope to Treasure Vault III - Winners List, 1401 Armour Road, N. Kansas City, MO 64116 USA. All final Tiebreaker respondents will automatically be mailed a Winners List. Winners agree, without further compensation, to supply Opportunities Unlimited Publications, Inc., with their photograph and to allow unlimited promotional use of their name and likeness.

9. The Unconditional Guarantee of Satisfaction is applicable to registered contestants in any open contest prior to being notified of an incorrect entry.

10. Questions? Send all correspondence to Opportunities Unlimited Publications, Inc., Treasure Vault III, P.O. Box 219250, 1401 Armour Road, Kansas City, MO 64121-9250 USA. Detailed Tiebreaker rules, previous winners lists, and samples of Tiebreakers from other contests, which illustrate the level of difficulty, may be obtained in advance of entry by contacting Customer Service at (816) 842-5510. Customer Service hours: 8:00 a.m. – 3:00 p.m., Central Time. – Please keep these official rules with your other important papers.

## NOTIFICATION SYSTEM

We make our mailing and email lists available to companies whose products or services might be of interest to you. If you would prefer to have your name withheld, or no longer wish to receive correspondence from us, please copy your name, mailing address, and account number exactly as they appear on our letters. Please also include your email address if you wish to optout of any future correspondence via the Internet. Specify (a) do not release my name to other companies or (b) remove my name from your mailing list or (c) remove my email address or (d) all of the above. Mail to: Notification System, OPP Mail Preference Service, P.O. Box 219637, Kansas City, MO 64121-9637 USA

Opportunities Unlimited Publications, Inc. does not permit telemarketing to its mailing list.



# ATTEMPT TO LOCATE

### FOR THE

## TREASURE VAULT IV

### AN OPPORTUNITIES UNLIMITED PUBLICATIONS PRIZE COMPETITION
1401 ARMOUR ROAD, NORTH KANSAS CITY, MO 64116

## CARYN NELSON

CONSULT SECTION BELOW IMMEDIATELY FOR INSTRUCTIONS.

**Date Issued:** October 17, 2016 — **Reference No:** H7EF1 — **Candidacy Approved**

| | |
|---|---|
| **DEADLINES ARE IN FULL EFFECT** | Do not delay your response because **Someone** will certainly be issued the **$15,000.00 1st Prize Check.** |
| | As Treasurer of Record, I can Immediately Certify **your Opportunity** to play for a **$15,000.00** Prize, but this could be your only Opportunity to win a share of the money! If you fail to reply, you will forfeit your eligibility in the Treasure Vault IV Skill Competition. |
| **RETURN REGISTRATION SLIP** | Turn to the preceding page now. This is a **Time-Sensitive Notice** that requires your immediate attention. Contingent upon your valid Qualifying entry and if you become the final round winner, you shall be awarded the sum of **$15,000.00.** |
| **GUARANTEED AWARD** | As Treasurer, my highest priority will be the swift and secure dispatch of all Money Prizes to Treasure Vault IV Winner(s). The Grand Prize Winner will pocket **$15,000.00**, but **all** Qualified Candidates will have the personal option of increasing the 1st Prize to over **$20,000.00!** |
| **FINAL CONFIRMATION** | **Caryn Nelson, if you can correctly answer the Treasure Vault IV Qualification Question on the preceding page, and have the winning entry in the final round, your quest for cash could end with** |

## DELIVERY OF A $15,000.00 GRAND PRIZE TO YOUR HOME IN LEWES.

| | |
|---|---|
| **FEE REQUIRED** | **Begin now by completing the important Registration. Submit a correct answer to the Qualifying Question and I will guarantee your advancement to the next round! Enclose your $9 registration fee and please mail without delay!** |

Witness my Signature and Official Seal on      October 17, 2016

JOHN WINSTEAD - Treasurer

By  *John Winstead*

JOHN WINSTEAD
TREASURER
OPP - OPPORTUNITIES UNLIMITED PUBLICATIONS

## GUARANTEE OF SATISFACTION

Opportunities Unlimited Publications, Inc., offers you the opportunity for thrilling financial rewards PLUS challenging fun and excitement. If you are not completely satisfied with our game competition – for any reason – please send us a letter and take advantage of our liberal refund policy as described more fully in the Official Rules. No reasons or explanations are necessary. There are NO STRINGS ATTACHED and our RISK FREE GUARANTEE is valid with any of our existing contests.

# OFFICIAL RULES
## Treasure Vault IV

1. You must be 18 years or older to participate. Sponsors and their families are not eligible. Contestants and any of their family members (related by marriage or otherwise) who aggregate $20,000.00 or more (or local currency equivalent) in lifetime winnings from Opportunities Unlimited Publications, Inc., or its affiliates, including North American Award Center, at the time prizes are determined in this contest are not eligible to win. Prizes in this contest of skill are subject to all federal, state, and local regulations and taxes. We are not responsible for lost, stolen, or delayed mail. Void where prohibited.

2. Treasure Vault IV is not a sweepstakes or lottery. It is a contest of skill involving no luck or chance. This contest consists of your initial entry plus Tiebreakers, requiring contestants to successfully use math skills. The Grand Prize is $15,000.00. The maximum cost to compete for the Grand Prize is $20 USD plus up to two Tiebreaker handling charges of $5 each (total $30 USD plus appropriate first class postage to return four reply forms). In some states, lower tiebreaker fees may apply. Any subsequent tiebreakers are free. Returned checks may be subject to electronic redeposit without further notice. Recovery fees as allowed by state law may be assessed and may be debited from your checking account. No additional fees are required. **Fee discounts may be offered.** International fees may be higher, depending on currency conversion rates.

3. **Estimated Number of Contestants:** Approximately 39,000 contestants are anticipated. 90% (35,100) are expected to correctly answer the Qualification Question and receive up to four successive Tiebreakers. We anticipate that about 24% of those entering (9,360) will return the correct solution to the Tiebreaker I, less than 1% (390) to the Tiebreaker II, and that the Tiebreaker III will determine winners. Sponsor reserves the right to determine the number of Tiebreakers, not to exceed four. The final Tiebreaker will be much more difficult. Photocopies and faxes will not be accepted for Tiebreaker and Bonus entries. If two or more winning entries are tied after the final Tiebreaker, prizes will be shared per capita by winners. Contestants may play multiple times to improve Tiebreaker scores. However, Sponsor reserves the right to limit the number of entries any individual contestant may submit. Winners will receive, in addition to their prize, double the amount of their original entry fees, including any bonus and tiebreaker fees, for each multiple winning entry submitted. One Grand Prize will be awarded, and could be shared with other contestants. Sponsor anticipates that less than 5% of entry fees will be distributed in prizes.

4. The Tiebreaker I is similar in concept to the original Treasure Vault IV Contest Qualification Question, and it will utilize similar, slightly more challenging math skills. The Tiebreaker II will attempt to narrow the playing field to the top-scoring contestants. The Tiebreaker III (and any subsequent Tiebreaker that may be necessary) will be increasingly difficult and require greater math skills, in a much larger puzzle grid, with a difficulty level designed to determine the final winners. A correct solution at each stage will advance you to the next exciting round. Customers may request sample Tiebreakers at any stage in the competition before proceeding to the next stage.

5. Different versions of this offer may be tested and used, including fee and graphic presentations. Puzzle solutions found to be created in part or in whole by collusion, and/or solutions submitted by proxy or via fictitious identities will be disqualified. No entrants will be accepted for this contest after **November 15, 2017**; winners and prizes will be determined by **May 15, 2018.** There will be a 30-day rejudge period following the prize determination date, and winners will be paid within 60 days thereof. Entries received after **November 15, 2017**, will automatically be entered in a subsequent, similar contest. Scheduled Prize Pay date is **August 13, 2018.**

6. At three later points in the contest, you may be given up to three opportunities to compete for optional bonus cash prizes: on your first Tiebreaker, on a separate bonus mailing, and on your second Tiebreaker. These Bonus Cash Prizes will be added to the Grand Prize. Bonus Cash fees range from $10 to $45, depending on the additional bonus prize amount you may select. Maximum cost to play for the Grand Prize and all Bonus Cash Options advertised is $155 plus appropriate first class postage to return four reply forms. **Fee discounts may apply.** Payment of the bonus cash fees, and playing for bonus cash are optional, and will not affect your present opportunity to win or share a Grand Prize. Bonus Prizes are applicable only to the Grand Prize Winner. In the event of a tie for Bonus Prize Money, Bonus Cash will be divided per capita by those winners who have submitted winning bonus entries; only Bonus Participants will share in bonus prizes. In some countries including United Kingdom, Australia, Canada, New Zealand and South Africa, prizes and fees have been converted from US Dollars to local currency using the exchange rate calculated at the start date of the contest. Prizes may be awarded in US Dollars equivalent to the local currency prize amount advertised.

7. Liability for judging errors is limited to a complete refund of entry fees paid plus postage. If a contestant suspects a judging error, he or she must notify sponsor in writing within 30 days of the Prize determination date. No adjustments will be made after prizes have been paid. Winners are determined on the basis of correct and top-scoring answers to Tiebreakers. Most Tiebreakers are judged by computer programs; remaining Tiebreakers require manual judging. All winning Tiebreakers are hand-verified by qualified Judges who are employed by Sponsor, and who have been trained by Sponsor in computer judging programs and/or manual verification procedures. All payments to winners are lump sum cash payments. Submission of your entry constitutes acceptance of all contest rules. Decisions of the Judges are final. South Africa Residents warrant that in effecting payment of any competition participation fees, they have complied in all respects with the exchange control regulations.

8. A Winners List is available after contest prize award date by sending $1 and a self-addressed envelope to Treasure Vault IV - Winners List, 1401 Armour Road, N. Kansas City, MO 64116 USA. All final Tiebreaker respondents will automatically be mailed a Winners List. Winners agree, without further compensation, to supply Opportunities Unlimited Publications, Inc., with their photograph and to allow unlimited promotional use of their name and likeness.

9. The Unconditional Guarantee of Satisfaction is applicable to registered contestants in any open contest prior to being notified of an incorrect entry.

10. Questions? Send all correspondence to Opportunities Unlimited Publications, Inc., Treasure Vault IV, 1401 Armour Road, P.O. Box 219250, Kansas City, MO 64121-9250 USA. Detailed Tiebreaker rules, previous winners lists, and samples of Tiebreakers from other contests, which illustrate the level of difficulty, may be obtained in advance of entry by contacting Customer Service at (816) 842-5510. Customer Service hours: 8:00 a.m. – 3:00 p.m., Central Time. – Please keep these Official Rules with your other important papers.

## NOTIFICATION SYSTEM

We make our mailing and email lists available to companies whose products or services might be of interest to you. If you would prefer to have your name withheld, or no longer wish to receive correspondence from us, please copy your name, mailing address, and account number exactly as they appear on our letters. Please also include your email address if you wish to optout of any future correspondence via the Internet. Specify (a) do not release my name to other companies or (b) remove my name from your mailing list or (c) remove my email address or (d) all of the above. Mail to: Notification System, OPP Mail Preference Service, P.O. Box 219637, Kansas City, MO 64121-9637 USA

Opportunities Unlimited Publications, Inc. does not permit telemarketing to its mailing list.



# ATTEMPT TO LOCATE

### FOR THE

# TREASURE VAULT III

**AN OPPORTUNITIES UNLIMITED PUBLICATIONS PRIZE COMPETITION**
1401 ARMOUR ROAD, NORTH KANSAS CITY, MO 64116

## CARYN NELSON

CONSULT SECTION BELOW IMMEDIATELY FOR INSTRUCTIONS.

---

**Date Issued:** October 24, 2016    **Reference No:** H6EF1    **Candidacy Approved**

**DEADLINES ARE IN FULL EFFECT**

Do not delay your response because **Someone** will certainly be issued the **$15,000.00 1st Prize Check.**

As Treasurer of Record, I can Immediately Certify **your Opportunity** to play for a **$15,000.00** Prize, but this could be the Last Opportunity to win a share of the money! If you fail to reply, you will forfeit your eligibility in the Treasure Vault III Skill Competition.

**RETURN REGISTRATION SLIP**

Turn to the preceding page now. This is a **Time-Sensitive Notice** that requires your immediate attention. Contingent upon your valid Qualifying entry and if you become the final round winner, you shall be awarded the sum of **$15,000.00**.

**GUARANTEED AWARD**

As Treasurer, my highest priority will be the swift and secure dispatch of all Money Prizes to Treasure Vault III Winner(s). The Grand Prize Winner will pocket **$15,000.00**, but **all** Qualified Candidates will have the personal option of increasing the 1st Prize to over **$20,000.00!**

**FINAL CONFIRMATION**

**Caryn Nelson, if you can correctly answer the Treasure Vault III Qualification Question on the preceding page, and have the winning entry in the final round, your quest for cash could end with**

## DELIVERY OF A $15,000.00 GRAND PRIZE TO YOUR HOME IN LEWES.

**FEE REQUIRED**

**Begin now by completing the important Registration. Submit a correct answer to the Qualifying Question and I will guarantee your advancement to the next round! Enclose your $9 registration fee and please mail without delay!**

Witness my Signature and Official Seal on    October 24, 2016

JOHN WINSTEAD - Treasurer

By _____

**JOHN WINSTEAD TREASURER**
OPP - OPPORTUNITIES UNLIMITED PUBLICATIONS

## GUARANTEE OF SATISFACTION

Opportunities Unlimited Publications, Inc., offers you the opportunity for thrilling financial rewards PLUS challenging fun and excitement. If you are not completely satisfied with our game competition – for any reason – please send us a letter and take advantage of our liberal refund policy as described more fully in the Official Rules. No reasons or explanations are necessary. There are NO STRINGS ATTACHED and our RISK FREE GUARANTEE is valid with any of our existing contests.

# OFFICIAL RULES
## Treasure Vault III

1. You must be 18 years or older to participate. Sponsors and their families are not eligible. Contestants and any of their family members (related by marriage or otherwise) who aggregate $20,000.00 or more (or local currency equivalent) in lifetime winnings from Opportunities Unlimited Publications, Inc., or its affiliates, including North American Award Center, at the time prizes are determined in this contest are not eligible to win. Prizes in this contest of skill are subject to all federal, state, and local regulations and taxes. We are not responsible for lost, stolen, or delayed mail. Void where prohibited.

2. Treasure Vault III is not a sweepstakes or lottery. It is a contest of skill involving no luck or chance. This contest consists of your initial entry plus Tiebreakers, requiring contestants to successfully use math skills. The Grand Prize is $15,000.00. The maximum cost to compete for the Grand Prize is $20 USD plus up to two Tiebreaker handling charges of $5 each (total $30 USD plus appropriate first class postage to return four reply forms). In some states, lower tiebreaker fees may apply. Any subsequent tiebreakers are free. Returned checks may be subject to electronic redeposit without further notice. Recovery fees as allowed by state law may be assessed and may be debited from your checking account. No additional fees are required. **Fee discounts may be offered.** International fees may be higher, depending on currency conversion rates.

3. **Estimated Number of Contestants:** Approximately 48,000 contestants are anticipated. 90% (43,200) are expected to correctly answer the Qualification Question and receive up to four successive Tiebreakers. We anticipate that about 22% of those entering (10,560) will return the correct solution to the Tiebreaker I, less than 1% (480) to the Tiebreaker II, and that the Tiebreaker III will determine winners. Sponsor reserves the right to determine the number of Tiebreakers, not to exceed four. The final Tiebreaker will be much more difficult. Photocopies and faxes will not be accepted for Tiebreaker and Bonus entries. If two or more winning entries are tied after the final Tiebreaker, prizes will be shared per capita by winners. Contestants may play multiple times to improve Tiebreaker scores. However, Sponsor reserves the right to limit the number of entries any individual contestant may submit. Winners will receive, in addition to their prize, double the amount of their original entry fees, including any bonus and tiebreaker fees, for each multiple winning entry submitted. One Grand Prize will be awarded, and could be shared with other contestants. Sponsor anticipates that less than 5% of entry fees will be distributed in prizes.

4. The Tiebreaker I is similar in concept to the original Treasure Vault III Contest Qualification Question, and it will utilize similar, slightly more challenging math skills. The Tiebreaker II will attempt to narrow the playing field to the top-scoring contestants. The Tiebreaker III (and any subsequent Tiebreaker that may be necessary) will be increasingly difficult and require greater math skills, in a much larger puzzle grid, with a difficulty level designed to determine the final winners. A correct solution at each stage will advance you to the next exciting round. Customers may request sample Tiebreakers at any stage in the competition before proceeding to the next stage.

5. Different versions of this offer may be tested and used, including fee and graphic presentations. Puzzle solutions found to be created in part or in whole by collusion, and/or solutions submitted by proxy or via fictitious identities will be disqualified. No entrants will be accepted for this contest after **November 15, 2016**; winners and prizes will be determined by **May 15, 2017**. There will be a 30-day rejudge period following the prize determination date, and winners will be paid within 60 days thereof. Entries received after **November 15, 2016**, will automatically be entered in a subsequent, similar contest. Scheduled Prize Pay date is **August 13, 2017.**

6. At three later points in the contest, you may be given up to three opportunities to compete for optional bonus cash prizes: on your first Tiebreaker, on a separate bonus mailing, and on your second Tiebreaker. These Bonus Cash Prizes will be added to the Grand Prize. Bonus Cash fees range from $10 to $45, depending on the additional bonus prize amount you may select. Maximum cost to play for the Grand Prize and all Bonus Cash Options advertised is $155 plus appropriate first class postage to return four reply forms. **Fee discounts may apply.** Payment of the bonus cash fees, and playing for bonus cash are optional, and will not affect your present opportunity to win or share a Grand Prize. Bonus Prizes are applicable only to the Grand Prize Winner. In the event of a tie for Bonus Prize Money, Bonus Cash will be divided per capita by those winners who have submitted winning bonus entries; only Bonus Participants will share in bonus prizes. In some countries including United Kingdom, Australia, Canada, New Zealand and South Africa, prizes and fees have been converted from US Dollars to local currency using the exchange rate calculated at the start date of the contest. Prizes may be awarded in US Dollars equivalent to the local currency prize amount advertised.

7. Liability for judging errors is limited to a complete refund of entry fees paid plus postage. If a contestant suspects a judging error, he or she must notify sponsor in writing within 30 days of the Prize determination date. No adjustments will be made after prizes have been paid. Winners are determined on the basis of correct and top-scoring answers to Tiebreakers. Most Tiebreakers are judged by computer programs; remaining Tiebreakers require manual judging. All winning Tiebreakers are hand-verified by qualified Judges who are employed by Sponsor, and who have been trained by Sponsor in computer judging programs and/or manual verification procedures. All payments to winners are lump sum cash payments. Submission of your entry constitutes acceptance of all contest rules. Decisions of the Judges are final. South Africa Residents warrant that in effecting payment of any competition participation fees, they have complied in all respects with the exchange control regulations.

8. A Winners List is available after contest prize award date by sending $1 and a self-addressed envelope to Treasure Vault III - Winners List, 1401 Armour Road, N. Kansas City, MO 64116 USA. All final Tiebreaker respondents will automatically be mailed a Winners List. Winners agree, without further compensation, to supply Opportunities Unlimited Publications, Inc., with their photograph and to allow unlimited promotional use of their name and likeness.

9. The Unconditional Guarantee of Satisfaction is applicable to registered contestants in any open contest prior to being notified of an incorrect entry.

10. Questions? Send all correspondence to Opportunities Unlimited Publications, Inc., Treasure Vault III, P.O. Box 219250, 1401 Armour Road, Kansas City, MO 64121-9250 USA. Detailed Tiebreaker rules, previous winners lists, and samples of Tiebreakers from other contests, which illustrate the level of difficulty, may be obtained in advance of entry by contacting Customer Service at (816) 842-5510. Customer Service hours: 8:00 a.m. – 3:00 p.m., Central Time. – Please keep these official rules with your other important papers.

## NOTIFICATION SYSTEM

We make our mailing and email lists available to companies whose products or services might be of interest to you. If you would prefer to have your name withheld, or no longer wish to receive correspondence from us, please copy your name, mailing address, and account number exactly as they appear on our letters. Please also include your email address if you wish to optout of any future correspondence via the Internet. Specify (a) do not release my name to other companies or (b) remove my name from your mailing list or (c) remove my email address or (d) all of the above. Mail to: Notification System, OPP Mail Preference Service, P.O. Box 219637, Kansas City, MO 64121-9637 USA

Opportunities Unlimited Publications, Inc. does not permit telemarketing to its mailing list.

# ATTEMPT TO LOCATE

FOR THE

# TREASURE VAULT IV

AN OPPORTUNITIES UNLIMITED PUBLICATIONS PRIZE COMPETITION
1401 ARMOUR ROAD, NORTH KANSAS CITY, MO 64116

## CARYN NELSON

CONSULT SECTION BELOW IMMEDIATELY FOR INSTRUCTIONS.

**Date Issued:** November 01, 2016 **Reference No:** H7EF1 **Candidacy Approved**

**DEADLINES ARE IN FULL EFFECT**

Do not delay your response because **Someone** will certainly be issued the **$15,000.00 1st Prize Check.**

As Treasurer of Record, I can Immediately Certify **your Opportunity** to play for a **$15,000.00** Prize, but this could be your only Opportunity to win a share of the money! If you fail to reply, you will forfeit your eligibility in the Treasure Vault IV Skill Competition.

**RETURN REGISTRATION SLIP**

Turn to the preceding page now. This is a **Time-Sensitive Notice** that requires your immediate attention. Contingent upon your valid Qualifying entry and if you become the final round winner, you shall be awarded the sum of **$15,000.00.**

**GUARANTEED AWARD**

As Treasurer, my highest priority will be the swift and secure dispatch of all Money Prizes to Treasure Vault IV Winner(s). The Grand Prize Winner will pocket **$15,000.00**, but **all** Qualified Candidates will have the personal option of increasing the 1st Prize to over **$20,000.00**!

**FINAL CONFIRMATION**

**Caryn Nelson, if you can correctly answer the Treasure Vault IV Qualification Question on the preceding page, and have the winning entry in the final round, your quest for cash could end with**

**DELIVERY OF A $15,000.00 GRAND PRIZE TO YOUR HOME IN LEWES.**

**FEE REQUIRED**

**Begin now by completing the important Registration. Submit a correct answer to the Qualifying Question and I will guarantee your advancement to the next round! Enclose your $9 registration fee and please mail without delay!**

Witness my Signature and Official Seal on November 01, 2016
JOHN WINSTEAD - Treasurer

By John Winstead

JOHN WINSTEAD
TREASURER
OPP - OPPORTUNITIES UNLIMITED PUBLICATIONS

© OPP 2016

**GUARANTEE OF SATISFACTION**

H7EGR18-rpf

Opportunities Unlimited Publications, Inc., offers you the opportunity for thrilling financial rewards PLUS challenging fun and excitement. If you are not completely satisfied with our game competition – for any reason – please send us a letter and take advantage of our liberal refund policy as described more fully in the Official Rules. No reasons or explanations are necessary. There are NO STRINGS ATTACHED and our RISK FREE GUARANTEE is valid with any of our existing contests.

# OFFICIAL RULES
## Treasure Vault IV

1. You must be 18 years or older to participate. Sponsors and their families are not eligible. Contestants and any of their family members (related by marriage or otherwise) who aggregate $20,000.00 or more (or local currency equivalent) in lifetime winnings from Opportunities Unlimited Publications, Inc., or its affiliates, including North American Award Center, at the time prizes are determined in this contest are not eligible to win. Prizes in this contest of skill are subject to all federal, state, and local regulations and taxes. We are not responsible for lost, stolen, or delayed mail. Void where prohibited.

2. Treasure Vault IV is not a sweepstakes or lottery. It is a contest of skill involving no luck or chance. This contest consists of your initial entry plus Tiebreakers, requiring contestants to successfully use math skills. The Grand Prize is $15,000.00. The maximum cost to compete for the Grand Prize is $20 USD plus up to two Tiebreaker handling charges of $5 each (total $30 USD plus appropriate first class postage to return four reply forms). In some states, lower tiebreaker fees may apply. Any subsequent tiebreakers are free. Returned checks may be subject to electronic redeposit without further notice. Recovery fees as allowed by state law may be assessed and may be debited from your checking account. No additional fees are required. **Fee discounts may be offered.** International fees may be higher, depending on currency conversion rates.

3. **Estimated Number of Contestants:** Approximately 39,000 contestants are anticipated. 90% (35,100) are expected to correctly answer the Qualification Question and receive up to four successive Tiebreakers. We anticipate that about 24% of those entering (9,360) will return the correct solution to the Tiebreaker I, less than 1% (390) to the Tiebreaker II, and that the Tiebreaker III will determine winners. Sponsor reserves the right to determine the number of Tiebreakers, not to exceed four. The final Tiebreaker will be much more difficult. Photocopies and faxes will not be accepted for Tiebreaker and Bonus entries. If two or more winning entries are tied after the final Tiebreaker, prizes will be shared per capita by winners. Contestants may play multiple times to improve Tiebreaker scores. However, Sponsor reserves the right to limit the number of entries any individual contestant may submit. Winners will receive, in addition to their prize, double the amount of their original entry fees, including any bonus and tiebreaker fees, for each multiple winning entry submitted. One Grand Prize will be awarded, and could be shared with other contestants. Sponsor anticipates that less than 5% of entry fees will be distributed in prizes.

4. The Tiebreaker I is similar in concept to the original Treasure Vault IV Contest Qualification Question, and it will utilize similar, slightly more challenging math skills. The Tiebreaker II will attempt to narrow the playing field to the top-scoring contestants. The Tiebreaker III (and any subsequent Tiebreaker that may be necessary) will be increasingly difficult and require greater math skills, in a much larger puzzle grid, with a difficulty level designed to determine the final winners. A correct solution at each stage will advance you to the next exciting round. Customers may request sample Tiebreakers before proceeding to the next stage.

5. Different versions of this offer may be tested and used, including fee and graphic presentations. Puzzle solutions found to be created in part or in whole by collusion, and/or solutions submitted by proxy or via fictitious identities will be disqualified. No entrants will be accepted for this contest after **November 15, 2017;** winners and prizes will be determined by **May 15, 2018.** There will be a 30-day rejudge period following the prize determination date, and winners will be paid within 60 days thereof. Entries received after **November 15, 2017,** will automatically be entered in a subsequent, similar contest. Scheduled Prize Pay date is **August 13, 2018.**

6. At three later points in the contest, you may be given up to three opportunities to compete for optional bonus cash prizes: on your first Tiebreaker, on a separate bonus mailing, and on your second Tiebreaker. These Bonus Cash Prizes will be added to the Grand Prize. Bonus Cash Prizes range from $10 to $45, depending on the additional bonus prize amount you may select. Maximum cost to play for the Grand Prize and all Bonus Cash Options advertised is $155 plus appropriate first class postage to return four reply forms. **Fee discounts may apply.** Payment of the bonus cash fees, and playing for bonus cash are optional, and will not affect your present opportunity to win or share a Grand Prize. Bonus Prizes are applicable only to the Grand Prize Winner. In the event of a tie for Bonus Prize Money, Bonus Cash will be divided per capita by those winners who have submitted winning bonus entries; only Bonus Participants will share in bonus prizes. In some countries including United Kingdom, Australia, Canada, New Zealand and South Africa, prizes and fees have been converted from US Dollars to local currency using the exchange rate calculated at the start date of the contest. Prizes may be awarded in US Dollars equivalent to the local currency prize amount advertised.

7. Liability for judging errors is limited to a complete refund of entry fees paid plus postage. If a contestant suspects a judging error, he or she must notify sponsor in writing within 30 days of the Prize determination date. No adjustments will be made after prizes have been paid. Winners are determined on the basis of correct and top-scoring answers to Tiebreakers. Most Tiebreakers are judged by computer programs; remaining Tiebreakers require manual judging. All winning Tiebreakers are hand-verified by qualified Judges who are employed by Sponsor, and who have been trained by Sponsor in computer judging programs and/or manual verification procedures. All payments to winners are lump sum cash payments. Submission of your entry constitutes acceptance of all contest rules. Decisions of the Judges are final. South Africa Residents warrant that in effecting payment of any competition participation fees, they have complied in all respects with the exchange control regulations.

8. A Winners List is available after contest prize award date by sending $1 and a self-addressed envelope to Treasure Vault IV - Winners List, 1401 Armour Road, N. Kansas City, MO 64116 USA. All final Tiebreaker respondents will automatically be mailed a Winners List. Winners agree, without further compensation, to supply Opportunities Unlimited Publications, Inc., with their photograph and to allow unlimited promotional use of their name and likeness.

9. The Unconditional Guarantee of Satisfaction is applicable to registered contestants in any open contest prior to being notified of an incorrect entry.

10. Questions? Send all correspondence to Opportunities Unlimited Publications, Inc., Treasure Vault IV, 1401 Armour Road, P.O. Box 219250, Kansas City, MO 64121-9250 USA. Detailed Tiebreaker rules, previous winners lists, and samples of Tiebreakers from other contests, which illustrate the level of difficulty, may be obtained in advance of entry by contacting Customer Service at (816) 842-5510. Customer Service hours: 8:00 a.m. – 3:00 p.m., Central Time. – Please keep these Official Rules with your other important papers.

**NOTIFICATION SYSTEM**

We make our mailing and email lists available to companies whose products or services might be of interest to you. If you would prefer to have your name withheld, or no longer wish to receive correspondence from us, please copy your name, mailing address, and account number exactly as they appear on our letters. Please also include your email address if you wish to optout of any future correspondence via the Internet. Specify (a) do not release my name to other companies or (b) remove my name from your mailing list or (c) remove my email address or (d) all of the above. Mail to: Notification System, OPP Mail Preference Service, P.O. Box 219637, Kansas City, MO 64121-9637 USA

Opportunities Unlimited Publications, Inc. does not permit telemarketing to its mailing list.

| FORM **07EF63** OFFICIAL CORRESPONDENCE | **STATEMENT OF TRACKED DOCUMENTATION** |
|---|---|

AMERICAN SWEEPSTAKES PUBLISHERS, P.O. BOX 12954, KANSAS CITY, KS 66112

| **A** | ELIGIBLE FOR ENTRY IN THE NAME OF: | **CARYN NELSON** | **OPEN TO PUBLIC INSPECTION** ODM No: 19958NLSO234-929163 |
|---|---|---|---|

| **B** | STATUS: **APPROVED** | ACCOUNT NUMBER: **19958NLSO234-929163** | IDENTIFICATION: **VERIFIED** | NOTIFICATION: **RELEASE 07EF63** | RESPONSE REQUESTED: ☐ FIVE DAYS ☒ SEVEN DAYS ☐ TEN DAYS |
|---|---|---|---|---|---|

This is an official Statement dispatched to you from American Sweepstakes Publishers (ASP). The information contained herein is sensitive and requires your earliest possible response and submission of the form attached below in order to not miss upcoming deadlines.

CONFIRMED DELIVERY ADDRESS

**CARYN NELSON**



over **$1,000,000.00**::

`::::::`

INTERNAL REF: 07EF63

**C** | ACTUAL CASH AND PRIZE AMOUNTS AS DOCUMENTED AND DISTRIBUTED IN PAST REPORTS:

| DOCUMENTED AWARD AMOUNT | CURRENT DOCUMENTATION | AWARD GUARANTOR | I.D. TRACKING | DATA OPPORTUNITY |
|---|---|---|---|---|
| $761,045.00 | CARYN NELSON | SWEEPS SPONSOR 021202 | | |
| $57,080.00 | CARYN NELSON | SWEEPS SPONSOR 041201 | | |
| $73,850.00 | CARYN NELSON | SWEEPS SPONSOR 041215 | | |
| $75,000.00 | CARYN NELSON | SWEEPS SPONSOR 081222 | | |
| $88,650.00 | CARYN NELSON | SWEEPS SPONSOR 081208 | | |
| $65,000.00 | CARYN NELSON | SWEEPS SPONSOR 081218 | | |
| $28,802.00 | CARYN NELSON | SWEEPS SPONSOR 071220 | | |
| $59,600.00 | CARYN NELSON | SWEEPS SPONSOR 111203 | | |
| $45,185.00 | CARYN NELSON | SWEEPS SPONSOR 111218 | | |
| $36,185.00 | CARYN NELSON | SWEEPS SPONSOR 111213 | | |

▶ OVER $ONE MILLION IN OPPORTUNITIES CONTAINED IN EACH REPORT!

IMPORTANT: DEADLINE DATES APPLY - DO NOT MISS OUT!



Dear Caryn Nelson,

As an independent research monitoring agency, we are pleased to inform you that we have identified over $1,000,000.00 **One Million Dollars** in pending unpaid cash award opportunities, as recorded in the most recent Documentation, that are now CONFIRMED and GUARANTEED to you.

A sample report listing is above. Please note that your name appears confirming that you will have access to over 20 different Sweepstakes totaling at least $1,000,000.00 that most sponsors are bound by law to pay in full to all winners. Please keep the top section in a secure location.

Caryn Nelson, now that you have been a) IDENTIFIED; b) CONFIRMED; and c) NOTIFIED; you are d) GUARANTEED full access to the $1,000,000.00 Cash and Prize Report referenced and recorded, provided you respond and return the Document Release Form below at once.

Caryn Nelson, I urge you to complete and return the Document Release Form below immediately. We cannot be responsible for the loss of any portion of this $1,000,000.00 Opportunity if you fail to respond in time.

Congratulations. I look forward to personally processing your account. *sent back 10-27-16*

Sincerely,

Michael Washington, Tracking Manager

American Sweepstakes Publishers (A.S.P.) is an independent service organization that monitors sweepstakes promotions and notifies subscribers, by way of prize data bulletins, to the availability of sweepstakes promotions, information required to enter, and prizes for which they can enter for a chance to win. A.S.P. does not sponsor sweepstakes, or endorse the products or guarantee the prizes within the sweepstakes promotions themselves. Internet access required for most sweepstakes.

Detach Here and Return at Once
© ASP 2013

PX3, p.000053

## RISK FREE GUARANTEE

If you are not 100% satisfied with our Publication, you can request a full refund for the most recent issue. You will be allowed to keep the publication compliments of American Sweepstakes Reporter. In addition, you can request a full refund for all future, unfilled publications already purchased.

American Sweepstakes Publishers is an independent publisher of sweepstakes news, edited for consumer convenience and economy, (saving subscribers time and expense of searching for, and purchasing publications and products as sources of current sweepstakes). Fee includes research, publishing and notification costs of information contained in the Sweepstakes Bulletin. Participants are instructed how to properly register with sponsors. ASP does not conduct sweepstakes promotions; and is not related to any of the companies or organizations it monitors; or endorse products or services of sponsoring companies or pay or guarantee prizes offered by them. Most of the offers listed require internet access, although we try to add as many mail-in offers as possible.The published information contains details on a selected number of current sweepstakes having a combined payout in the minimum amount specified on reverse. Most grand prizes range from $10,000 to $100,000. Retail value of prizes, odds of winning and all required terms and conditions are provided by the individual sponsors. NO PURCHASE IS NECESSARY to enter for a chance to win, or to receive any prize listed in the published information, and a purchase of any sponsoring company's product WILL NOT improve the chances of winning. Returned checks may be subject to electronic redeposit without further notice. Recovery fees as allowed by state law may be assessed and may be debited from your checking account. Customer Service can be contacted at (913) 338-0715.

## NOTIFICATION SYSTEM

Our mailing list is made available to companies whose products or services might be of interest to you. If you'd prefer to have your name withheld or no longer wish to receive our own mailings, please copy your name, mailing address and customer number exactly as it appears on our letters and mail to: ASP Mail Preference Service, P.O. Box 478, Bonner Springs, KS 66012-9998.

O7 BGR-6

COMMISSIONER OF JUDGING • PROCESSING DIVISION
AWARD NOTIFICATION COMMISSION
PO BOX 2905
**KANSAS CITY KS 66110**

Non-Transferable Mail – Read On Receipt And Follow Instructional Requests Set Forth By Judges

| FILING YEAR |
| **2016** |

Page Number ___1___ of __2__ Total Pages
☑ ORIGINAL COPY TO RECIPIENT
Not a duplicate or secondary photocopy

OFFICIAL FORM
OF TENDER NO.: **13570**

**Recipient Of Delivery: CARYN NELSON**

The Winner Proper Entry Validation Must Be RECORDED
BY JUDGES To Certify Issuance Of: **Prize Award**

OPTION A: Single CHECK if Winner Payable Funds Verified: **$1,327,940.00**

OPTION B: 30-Year ANNUITY if Winner Payable Funds Verified: **$2,000,000.00**

17584858-503946/299012971 07UK16 (56)
MS. CARYN NELSON

| Type Of Winner Award: | Transmission Of Winner Funds: | Authorized By: |
|---|---|---|
| **100% CASH** | **Direct Courier Delivery** of Certified Bank Check(s) or Electronic Wire Transfer | **Larry Hourd Executor Of Awards** |

As Executor of Awards for the AWARD NOTIFICATION COMMISSION judging office, I have been instructed to send this letter to you with an extremely exciting message: Have you ever BEFORE won a lump-sum jackpot Award of **$1,327,940.00**?

Be advised at this time — please verify your name and address as printed throughout this documentation. By the authority of my office, I, Larry Hourd, on behalf of the AWARD NOTIFICATION COMMISSION organization, hereby affirm said opportunity as stated in writing to you above, in FULL, provided you are legally 18 years of age or older, and further provided your valid entry #17584858-503946/299012971 is returned and matches the preselected winning number needed before the resolution deadline for judges final ruling and permanent record.

VERY IMPORTANT — This is non-transferable correspondence; do not give this letter to any other person or party for application or completion by any means. Rather, by mandate of my professional office, the sole requirement if you have and return the preselected winning number is that you respond by >> MAIL REPLY << only, thereby enabling our judges to lodge a corporate certification statement subject to the following pending pronouncement . . .

**Caryn Nelson, Congratulations, You Have Just Won $1,327,940.00**

and the Cash Funds will be paid directly to you by your option of a **lump sum check for $1,327,940.00** or a larger sum-amount of **$2,000,000.00 to be remitted by annual payments of $66,666.66 per year for 30 years**. (Note: No taxes are withheld and no commissions are due or expressed as a condition of accepting the AWARD OF CASH FUNDS through this letter.) See terms and conditions.

In addition and with extending honors on these formal proceedings, we are thrilled to announce an addendum of Premium Offer: 'Blue Fire' Cubic Zirconium mounted in 4-prong setting. This stunning pendant is suspended from a very fashionable Gold tone 18" rope-style chain. Confirm your acquisition by outright option NOW by securing receipt and delivery of this Premium Offer registered in your name for direct handover.

An Acquisition FEE for Premium Offer is due and must be enclosed as **required** for **$12.99** payable to the office of ANC. Enclose your remittance by cash, check, money order or by your choice of credit card. See page 2.

**FINAL INSTRUCTIONS:** All applicable check-boxes have been prepared for your completion on the bottom of page 2. Please attend to this NOW. Judging policies state that the Award cannot be issued without return of the winning pre-selected number. Moreover, we are not obligated to call you if you fail to act. **COMPLETE AND RETURN THE ENTIRE PAGE 2 FORM.** Our office will then serve you officially and with all due distinction. Make sure your delivery address is accurate and up-to-date!

**WINNING NUMBER MUST BE REPRESENTED TO JUDGES BEFORE DEADLINE.**

CORPORATE SPONSOR JUDGING AND DECISIONS
AWARD NOTIFICATION COMMISSION
PO BOX 2905
KANSAS CITY KS 66110

**ANC**

AWARD NOTIFICATION COMMISSION   MI 520 19 23
(TD - 14/71-P) JC - 38022-0209385
World Headquarters, Midwest
United States of America
7800154482  1194276833
Not Forwardable or Assignable to any Alternate Party

**MAXIMUM GRAND
PRIZE AMOUNT:** Two Million Dollars

17584858-503946
ADDRESSEE:  MS. CARYN NELSON

Filing Year:   2016

$ *********$1,327,940.00

AMOUNT ABOVE: LUMP-SUM
SUPPLEMENT AT OPTION OF WINNER

Office of Director – Representative Signature

**NO PURCHASE NECESSARY.  PURCHASE WILL NOT INCREASE CHANCE OF WINNING.**

**2016**

☑ Delivery By First Class Mail
☐ Signed By Officer's Desk
☑ Reply Required To Proceed

OFFICE OF CHARLES W. FOX, DIRECTOR OF AWARDS
**Judging Offices of INTERNATIONAL AWARD SERVICES**
*Mailing Address*
PO BOX 2905, KANSAS CITY, KS 66110 USA

Judging and Administration
Corporate Filing and Internal Circulation
Of These Documents Has Been Completed
NUMBERED PAGES
Page  1  of  2  Total Pages

**Your Assigned Number** #17584858-503965/299014039        **Award Amount**        *** $2,000,000.00 ***

| OFFICIAL RECORD OF ADDRESS |
| --- |

FOR DELIVERY ONLY TO:
***17584858-503965/299014039   07UK16 (56)
MS. CARYN NELSON

*PLEASE NOTE:* At the Winner's option, the Award Funds may be reserved according to one of the following selections. These selections appear on the attached document for official decision. Please follow all instructions delineated through this correspondence in making your selection.

**Award Payment Option 1**
Annuity: $66,666.66 per year for 30 years
**TOTAL $2,000,000.00**

**IMPORTANT** — Please peel off the one (1) label of your choice above, and affix it to the proper area indicated on the accompanying page 2 document. Make one choice only.

Dear CARYN NELSON,

We are in contact with you in reference to a large Award of undistributed contingent funds. The amount officially on record is *****$2,000,000.00 - Two Million Dollars and the description of the Award is CASH, once the winner determination is formalized.

Please do not disregard, misplace or lose possession of these documents. The sweeps number as noted above is not transferable. You must be at least 18 years of age and provide proof of entry #17584858-503965/299014039  to the judging office of the INTERNATIONAL AWARD SERVICES in order to file proper record of your identification and verify your opportunity to WIN THIS LARGE AWARD, IN CASH!

The issuing of these papers was authorized in 2016 by the executive Director of Awards and signatory below, Mr. Charles W. Fox.  If you have and return the preselected winning number in good order (not manipulated or illegible), you may be the official Award Winner without further encumbrances provided you do not violate the deadline.  See terms and conditions enclosed.

CARYN NELSON,if you are declared the winner, please see payment options above by virtue of a special peel-off label. Please see page 2 and apply your payment preference where indicated in the bottom right of the page.

Please peel-off the label of your choice and affix it carefully to the area designated on page 2.
Note that the maximum award amount is *****$2,000,000.00 allocated via a fixed 30-year annuity paying $66,666.66 annually.  The alternate payment is $1,327,940.00 via a lump-sum check.  An electronic funds wire transfer is permissible, subject to the winner's prerogative.  No taxes will be withheld.

We would like to make an additional supplementary presentation to you, with our best wishes.  This Premium Offer: Beautiful Faceted Crystal Pendant.  This exquisite pendant is held to you by a silver tone 18" chain strung through a very modern tubular bar above the stone.  The INTERNATIONAL AWARD SERVICES has a time-tested reputation of delivering exquisite products, and for your consideration of your name officially recorded with presentation of these documents, this spectacular Premium Offer is now ready: Beautiful Faceted Crystal Pendant.

Kindly note that a one-time purchasing fee completing the acquisition process subject to this reserved Premium Offer is required in the amount of $11.89, and may be enclosed by cash, check, money order or credit card, at your choice.  The fee as described is mandatory if electing to receive the Premium Offer.

The large amount of Award Money verified in the funds so noted cannot be issued without you having received and returning the preselected winning number ruling by the judges.  Please return the ENTIRE PAGE 2 document at this time.

Choose only one sticker above as your contingent payment preference.  Affix it correctly on page 2 as outlined.  Please hurry, our office is ready to make a WINNER announcement!

Cordially,

*Charles W. Fox*

Charles W. Fox,
Office of Awards Director
IAS, KANSAS CITY, KS
United States

LEGAL DISCLAIMER:
**NO PURCHASE NECESSARY TO ENTER OR PURCHASE WILL NOT INCREASE CHANCE OF WINNING.**

LOGG01E-B000 / LOGG01E-B000 N216-GG1AU

TN GG FRME
PX3, p.000056

# EXECUTIVE JUDGING PANEL

**AWARD DETERMINATION AND OFFICIAL PROCESSOR**

Under Mandate of Director Of Awards

AWARD NOTIFICATION COMMISSION
PO BOX 2905
KANSAS CITY, KS 66110

SIGNED BY: _____
Michael Balensly, Secretary Of Judging

**NO PURCHASE
NECESSARY.
PURCHASE WILL NOT
INCREASE CHANCE
OF WINNING.**

**Form №** 00158-77W    **Filing Year** 2016

Sent To: CARYN NELSON

Identification: ☑ Verified ▶ 17584858-502380/298706569

| Decreed Status Of Award Opportunity Pending Entry | Type Of Award Guaranteed For Winner Issue |
|---|---|
| **100% ASSURED** | **100% CASH** |

Maximum Amount Of Award In Confirmed Total Cash Funds:

## $2,000,000.00
Or Equivalent Negotiable Currency

Structure Of Maximum Award Payment To Winner: 30-YEAR ANNUITY

Alternate Award Payment ☒ IS ☐ IS NOT Available To Winner

Alternate Amount Of Award In Confirmed Total Cash Funds:

## $1,327,940.00
**PAYABLE IN A SINGLE LUMP-SUM**

CONFIDENTIAL DELIVERY TO:
17584858-502380/5PUI16 298706569
MS. CARYN NELSON 690

Dear CARYN NELSON:

A preselected winning number has been identified as a match for pending payment of a *** $2,000,000.00 Two Million Dollars *** Award.

This letter seeks to verify your I.D. Reference number for the actual Award opportunity so stated and verified in negotiable CASH FUNDS. This is not a mistake! (If you have and return the preselected winning number.)

The dispatch of this direct communication is your official advisement from the operational headquarters of the AWARD NOTIFICATION COMMISSION, an international sweepstakes organization located in KANSAS CITY, KS, United States of America. We request that you come forward by return mail at once.

Our judges must inspect your attached ENTRANT DETERMINATION DOCUMENT to coordinate formal record of your name and delivery address; please note if you have and return the preselected winning number before the deadline, it will be our privilege to honor your selection of payment for the AWARD FUNDS, either an annuity paying you $66,666.66 per year for 30 consecutive years (total $2,000,000.00) or an alternate payment of lump-sum cash for $1,327,940.00. This is a large CASH AWARD!

All requested instructions for your completion are specified on the attached page (#'s 1 - 3). Said indications include a guaranteed Premium Offer: A Valuable Booklet, containing coupons worth more than $2,500.00 in discounts on goods and services when fully redeemed at participating major merchants. This Premium Offer is currently being held in a secured location and on-reserve for your non-transferable election and prompt shipment.

IMPORTANT: A required fee for Premium Offer acquisition is MANDATORY and must be enclosed for $11.89. Prepaid remittance of this fee is NOT OPTIONAL if purchasing and must be paid by cash, check, money order or by credit card. Please make the $11.89 payable to: ANC.

There are no further levels or stages of competition subject to this major Award series.

Please return your completed ENTRANT DETERMINATION DOCUMENT at once. The entire attached page must be returned for judges inspection and official record. If you have and return the preselected winning number, we can confirm and formally validate your preselected number as the assured Winner, you will receive the full CASH AWARD without exception.

The time for excitement is now. The total amount of the Grand Prize Award, once again, is $2,000,000.00.

Our office is anxious to proceed!

11-7-2016 put in mail
this morning w/ check

SIGNED BY: _____
Morley Smith, Director Of Awards

TN PP FRM E

# ACCEPTANCE AND AUTHENTICATION – JUDGING DIV

## CENTRAL AWARD DISTRIBUTION  PO BOX 2905 KANSAS CITY, KS 66110 USA

91005263
000519

**OFFICIAL NOTICE**

CARYN NELSON OF DE, UNITED STATES

ASSURITY OF ENTRY OPPORTUNITY FOR AWARD WILL BE RECORDED ON YOUR REPLY FOR

## $2,000,000.00  2 Million Dollars

PAYABLE UPON CERTIFIED WINNER'S OPTION OF

$66,666.66 per year for 30 years/total $2,000,000.00
or an alternate one-time lump sum check
for $1,327,940.00 in Cash!

---

### CENTRAL AWARD DISTRIBUTION

## APPLICATION OF ENTRY FOR THE AWARD OPPORTUNITY; RESPONSE DIRECTIVE FOR THE RECIPIENT SO NOTED

Please read and follow all instructions subject to this official Award Series G4149. Fully complete form at bottom as applicable and return by mail ONLY within 7 days requested. A late reply past deadline will result in disqualification. Because of the large amount of prize money at stake, we cannot accept a telephone or e-mail reply.

**DO NOT WRITE IN THIS SPACE**
AWARD SERIES NUMBER

G4149

TYPE OF AWARD
Cash

MAXIMUM OPPORTUNITY IN VALUE
$2,000,000.00

MINIMUM OPPORTUNITY IN VALUE
$1,327,940.00

VALID I.D. FILING NUMBER
298706570

SIGNATURE / SENIOR REVIEW OFFICER
*Guslav A Cuguenin*

INDIVIDUAL NAME AND MAILING ADDRESS NOTED FOR DELIVERY PURPOSES

MS. CARYN NELSON

(FIRST NAME – MIDDLE NAME – LAST NAME)

(CITY OR P.O., STATE OR REGION, ZIP CODE OR POSTAL CODE)

---

CARYN NELSON,

Award Series  #G4149  is now OFFICIAL.

The office of  CENTRAL AWARD DISTRIBUTION, KANSAS CITY, KS, UNITED STATES OF AMERICA 19958-5175  makes this notice of presentation to you by paid legal delivery.

Signed by  GUSLAV A CUGUENIN, SENIOR REVIEW OFFICER, this letter cannot be counter-amended nor withdrawn; executive memorandum states the availability of Award funds and PAYMENT to the WINNER has been Confirmed an opportunity in the Full Amount of
*** $2,000,000.00 ***  ( -- 2 Million Dollars -- ) .
There are no taxes withheld.

PLEASE OBSERVE THE STRICT DEADLINE POLICY, NOTING YOUR RESPONSE SHALL BE REQUESTED WITHIN 7 DAYS BY MAIL REPLY ONLY!

Pursuant the terms and conditions which govern this Award Series, the payment will commence upon the application of winning entry and judges corroboration. The Winner option of payment is a  30 YEAR FIXED ANNUITY OF $66,666.66 PER YEAR TO TOTAL THE MAXIMUM VALUE OF $2,000,000.00 - Two Million Dollars  or a LUMP-SUM SINGLE PAYMENT OF $1,327,940.00.

If you are determined to be the winner officially, you MUST meet these criteria:

1.  PROVE YOU ARE OVER THE AGE OF 18
2.  NOT BE AN EMPLOYEE, PROFESSIONAL VENDOR, OR AGENCY REPRESENTATIVE OF CENTRAL AWARD DISTRIBUTION
3.  COMPLY WITHIN THE LEGAL DEADLINE

THIS DOCUMENT CONSTITUTES FULL GIVEN NOTICE FROM THE OFFICIAL OFFICES OF CENTRAL AWARD DISTRIBUTION. MAKE SURE TO MAKE INDICATIONS APPLICABLE BELOW TO COMPLETE STEP 1, STEP 2, AND STEP 3. MAIL FORM AT ONCE!

**Contingent Terms Of Payment Allocation and Final Decision if Determined The Winner**

Payment #01 – $66,666.66 Award Check to CARYN NELSON
Payment #02 – $66,666.66 Award Check to CARYN NELSON
Payment #03 – $66,666.66 Award Check to CARYN NELSON
Payment #04 – $66,666.66 Award Check to CARYN NELSON
Payment #05 – $66,666.66 Award Check to CARYN NELSON
Payment #06 – $66,666.66 Award Check to CARYN NELSON
Payment #07 – $66,666.66 Award Check to CARYN NELSON
Payment #08 – $66,666.66 Award Check to CARYN NELSON
Payment #09 – $66,666.66 Award Check to CARYN NELSON
Payment #10 – $66,666.66 Award Check to CARYN NELSON
Payment #11 – $66,666.66 Award Check to CARYN NELSON
Payment #12 – $66,666.66 Award Check to CARYN NELSON
Payment #13 – $66,666.66 Award Check to CARYN NELSON
Payment #14 – $66,666.66 Award Check to CARYN NELSON
Payment #15 – $66,666.66 Award Check to CARYN NELSON
Payment #16 – $66,666.66 Award Check to CARYN NELSON
Payment #17 – $66,666.66 Award Check to CARYN NELSON
Payment #18 – $66,666.66 Award Check to CARYN NELSON
Payment #19 – $66,666.66 Award Check to CARYN NELSON
Payment #20 – $66,666.66 Award Check to CARYN NELSON
Payment #21 – $66,666.66 Award Check to CARYN NELSON
Payment #22 – $66,666.66 Award Check to CARYN NELSON
Payment #23 – $66,666.66 Award Check to CARYN NELSON
Payment #24 – $66,666.66 Award Check to CARYN NELSON
Payment #25 – $66,666.66 Award Check to CARYN NELSON
Payment #26 – $66,666.66 Award Check to CARYN NELSON
Payment #27 – $66,666.66 Award Check to CARYN NELSON
Payment #28 – $66,666.66 Award Check to CARYN NELSON
Payment #29 – $66,666.66 Award Check to CARYN NELSON
Payment #30 – $66,666.66 Award Check to CARYN NELSON

30 Total Checks of $66,666.66 to equal the Maximum Payable Annuity of $2,000,000.00 to the Winner upon official record.

## OR

An Alternate Single Lump-Sum Payment may be Selected for $1,327,940.00.

▼ DETACH AND MAIL COMPLETED PORTION BELOW. USE OFFICIAL ENVELOPE ENCLOSED. ▼

SUBJECT OF ISSUANCE:

# NOTICE OF AWARD MONEY TO BE PAID PENDING JUDGES OFFICIAL DECISION

FULL AMOUNT CERTIFIED



## $2,000,000.00

WINNER PAYMENT OPTION CONFIRMED FOR: ANNUITY OR LUMP-SUM FUNDS



**OFFICIAL**
Award Series No.:
**2-15L**
DIRECTOR'S SIGNATURE

OFFICIAL PRESELECTION I.D. NUMBER

17584858-503942/299012437

NO PURCHASE
NECESSARY.
PURCHASE WILL NOT
INCREASE CHANCE
OF WINNING.

Page No. __1__ of __2__ Total
Official Sponsor: AWARD NOTIFICATION COMMISSION
Filing Year: __2016__
Current Award Status And Description:
☑ Undistributed Cash
☐ Merchandise/Goods
☐ Property/Real Estate
☐ Other
Preselected Winning Number Has Been __VALIDATED__
By Judging Commission
AMOUNT: __**Two Million Dollars**__

**ISSUEE**
OF PAPERS:

JUDGES DESIGNATED DELIVERY TO: (56) 07UK16
MS. CARYN NELSON

DEAR CARYN NELSON,

My name is Charles W. Fox. I am Directing Officer of the AWARD NOTIFICATION COMMISSION, a large Award determinations firm located in KANSAS CITY, KS, USA.

The purpose of this letter is to notify you, officially, that a preselected WINNING I.D. number has been identified in an international Award Series (#2-15L), and by virtue of this correspondence, all you must do is provide effective entry (as instructed) to VALIDATE said opportunity to WIN if you have and return the preselected winning number the outright CASH AWARD of $2,000,000.00 Two Million Dollars.

Please Note: This is not a preliminary letter requiring further rounds, additional levels or multiple skill requirements. Your official preselection I.D. number printed above and repeated here 17584858-503942/299012437 must be returned for judges review and record in accordance with the conditions which govern and legislate this Award Series (see rules enclosed). Failure to comply will invalidate this letter in all parts and summary, and there is no grace period. Be apprised — we are very excited and anxious to go forward as you should be at this moment — if you have and return the preselected winning number before the deadline, stipulations guarantee the entire and maximum amount of the AWARD for direct payment to you, in CASH, $2,000,000.00. This is a time-sensitive matter.

Your original ANC OFFICIAL JUDGING AND PROCESSING FORM (pg. 2) must be completed and returned in ENTIRETY. You may make a copy for your records. Status limitations exclude you if you are under 18 years of age.

By addition and on reserve to you, a Premium Offer to supplement this Award Series has been approved as a bonus option. Premium Offer authorization is irrevocably yours and shall provide: $2,500.00 gift certificate for up to 75% off WONrewards.com online merchandise and service offerings. Our shipping department has certified the preparation of this parcel directly in your name.

To initiate Premium Offer delivery, prepayment is REQUIRED and must be enclosed without exemption with return of the accompanying completed FORM in entirety (pg. 2). Payment of cash, check or postal money order is accepted for $12.99, or if you prefer, you may charge to a major credit card. If remittance is paid in the form of a check or money order, make payable to ANC.

The official structure of AWARD FUNDS for pending Winner determination is as follows: Choice of fixed, annualized **30-year annuity paying $66,666.66 in each of 30 consecutive years to total $2,000,000.00, or an alternate single payment in the lump-sum amount of $1,327,940.00.** (Please see step #3 of completion instructions on the next page.)

The total amount has been safeguarded by an insured bond. Other options are not available. Please go to pg. 2 now and complete it as requested. Charles Jacobs, our Senior Auditor, has confirmed that the Award Funds are represented in the amount so stated.

We must inspect your pg. 2 document thoroughly to eliminate any possible malfeasance and finalize the judging process.

Charles W. Fox, Director of Awards

Case 4:18-cv-00128-BCW   Document 5-2   Filed 02/20/18   Page 31 of 37

PX3, p.000059

# AWARD NOTIFICATION COMMISSION | OFFICIAL ADVISORY

DOCUMENTS OF FINANCIAL TENET, SENT BY EXECUTIVE MANDATE, JUDGING DIVISION, CORPORATE HEADQUARTERS
OFFICE OF THE PRESIDENT
PO BOX 2905, KANSAS CITY, KS 66110

****FORM: **W-15**

Page 1 of 2 total pages

OFFICIAL: ☒ LETTER ☐ PACKAGE   RECIPIENT: CARYN NELSON

YEAR OF ISSUE: 2016
Mon., am/10:14 hrs.

AWARD SERIES  W-15   ADDITIONAL COMPETITION LEVELS  None
DESCRIPTION OF SANCTIONED AWARD  ☒ CASH ☐ PRODUCT/MERCHANDISE ☐ LAND/REAL ESTATE ☐ STOCK AND/OR BONDS
AWARD AMOUNT CERTIFIED  $2,000,000.00

RECIPIENT DESTINATION:
17584858-502378/298706567
MS. CARYN NELSON 690

RECIPIENT OFFICIAL LAST NAME ENTERED HERE
IN BLOCK LETTERS. NON-TRANSFERABLE.

| N | E | L | S | O | N |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

If last name exceeds 14 characters, a dash will appear in final box.

**IMPORTANT ATTENTION:** This is an official advisory. Contingent AWARD Funds have been presented for issuance pending reply entering with the preselected winning number for record. Do not delay.

The Total
AWARD Amount is  $2,000,000.00

Recipient I.D. Reference number verified
as follows #17584858-502378/298706567

Funds Protected by  **INSURED BOND**

| PERCENTAGE OF WINNER'S PRIZE AUTHORIZED FOR DISBURSEMENT | DISTRIBUTION OF PENDING AWARD |
|---|---|
| 100% | PRIMARY METHOD: **CERTIFIED BANK CHECK(S)** <br> ALTERNATE METHOD: **ELECTRONIC BANK WIRE TRANSFER** |

SECTION I:  DELIVERED FROM WORLD HEADQUARTERS, AWARD NOTIFICATION COMMISSION:

THIS IS AN OFFICIAL DOCUMENT; IN ADVISEMENT THEREOF, AWARD FUNDS AND ELIGIBLE PAYMENT OF

$2,000,000.00 IN CASH TO INDIVIDUAL OF RECORD CARYN NELSON

LIVING AT 23437 MARINA DR. E   LEWES DE 19958-5175

SHALL BE POSITIVELY SUBMITTED FOR DIRECT ISSUANCE IF YOU HAVE AND RETURN THE PRESELECTED WINNING

NUMBER FOR JUDGES REVIEW AND FORMAL ENTRY LODGEMENT ON FILE.

*PLEASE CONTINUE AT ONCE . . .*

DISTRIBUTION:  THE PRESELECTED WINNING NUMBER ENTRY IS REQUIRED BY RETURN MAIL BEFORE THE DEADLINE

TO SATISFY ALL RULES WHICH REGULATE THIS AWARD SERIES W-15 AND ALLOW NEGOTIABLE DISBURSEMENT
AT WINNER'S DISCRETIONARY OPTION, OF EITHER
$2,000,000.00 PAYABLE BY A FIXED ANNUITY OF $66,666.66 PER YEAR FOR 30 YEARS, OR
$1,327,940.00 PAYABLE IN A SINGLE LUMP-SUM CASH ALLOCATION.

## AWARD PAYOUT DESCRIPTION

Subject to the Director's mandate, a Premium Offer has been assigned to this series as an additional supplementation. Acquisition and securement of the Premium Offer by recipient option only, shall by direct handover provide: This Sparkling Citrine-coloured Crystal pendant is a strikingly gorgeous stone, surrounded by clear Crystals and suspended from a Gold tone 45,7 cm long chain. This has already been reserved.

$13.89  ◄  A remittal fee for Premium Offer delivery is REQUIRED in the amount shown and is mandatory to confirm this transaction. Please indicate your payment preference on the accompanying attachment (step #3) and make payable to ANC.

FINAL INSTRUCTIONS:  COMPLETE STEPS #1 THRU #3 ON THE ATTACHED YELLOW COPY, THEN FOLD AND RETURN THE ENTIRE PAGE. (MAKE SURE TO COMPLETE FULLY.) ANC OFFICES HAVE FULFILLED INTERNAL PREREQUISITES BY CONTACTING YOU DIRECTLY. NO ALTERNATE MEANS OF CONTACT ARE REQUIRED OR PLANNED. THE AWARD AMOUNT IN THE TOTAL INSCRIBED ABOVE IS CONFIRMED AND WILL BE PREPARED FOR DELIVERY IF YOU HAVE AND RETURN THE PRESELECTED WINNING NUMBER!

WE HAVE PRINTED YOUR NAME AND ADDRESS BELOW FOR FINAL REVIEW AND PERSONAL INSPECTION. IF NECESSARY TO EDIT, DO SO ON THE FOLLOWING PAGE, ALONGSIDE YOUR CURRENT INFORMATION AS PRINTED, AND MAKE CORRECTIONS IN A CLEAR, LEGIBLE MANNER.

IN CLOSING, BY THE AUTHORITY OF MY CORPORATE OFFICE, I SIGN THIS LETTER IN SWORN AND TRUTHFUL ATTESTMENT.

#17584858-502378/298706567
MS. CARYN NELSON

ALL MY BEST,

*W.S. Barstow*

WILLIAM S. BARSTOW, DIRECTOR

**NO PURCHASE NECESSARY.**
PURCHASE WILL NOT INCREASE CHANCE OF WINNING.

TN JJ FRM E

**INTERNATIONAL AWARD SERVICES**
Office Of George Hyde
Supervisor Of Awards and
Final Judging Director

PO BOX 2905
KANSAS CITY KS 66110 USA

# AWARD REGISTRATION PAPERS

FORM
**508002-A147**

REFERENCE: ___AWARD SERIES 17-A___

AWARD AMOUNT: _$2,000,000.00_

**THE WINNER PAYMENT STRUCTURE:**

OPTION 1: _30 YEAR EQUAL ANNUAL PAYMENT ANNUITY_

OPTION 2: ___SINGLE LUMP-SUM CHECK___

**SIGNATURE:** Officer Verification Of Award Amount Available

*George Hyde*

**Recipient:** CARYN NELSON

17584858-502377 298706566    689
MS. CARYN NELSON

**Notice:**

This is an original document and may not be used or assigned to any second or third party individual whatsoever.

Instructions provided in this mail are for the intent purpose of verifying your opportunity to be entered and determined the WINNER of a large Award payable in:

**NEGOTIABLE CASH FUNDS**

for the maximum total amount of:

# $2,000,000.00.



Addressed To: CARYN NELSON

This letter has been drafted under the full authority of my office as Director of Awards for <u>delivery</u> to you by sealed first-class mail.

We are contacting you directly from the international headquarters of the INTERNATIONAL AWARD SERVICES (IAS), and I wish to begin with some wonderful news: It is an honor to corroborate from our Judging Div. that a large Award for CASH FUNDS, if you have and return the preselected winning number, not to exceed the Grand Prize of **$2,000,000.00** nor be less than **$1,327,940.00**, could be legally transferred and upon receiving the winning entry; (Form 508002-A147) under the condition that there is no delinquency per the formal deadline.

Please make sure that I.D. #17584858-502377/298706566 conspicuously appears above or near your name on both pages 1 and 2 of this documentation as provided to you.

IMPORTANT: The preselected winning number may not be modified, defaced, marked-on or corrupted in any way; official rules, printed on a separate slip enclosed, dictate if you have received and return the preselected winning number in <u>unaltered integrity</u> and meet the deadline...

**CARYN NELSON, YOU ARE THE AWARD WINNER OF $2,000,000.00 Two Million Dollars!**

This is not a misprint. The verified Winner option for receipt of the Award Funds are <u>insured</u> and must lawfully be paid as follows:

**-- OPTION 1: A TOTAL PAYMENT OF $2,000,000.00 VIA A 30-YEAR STRUCTURED ANNUITY DISPERSING $66,666.66 PER YEAR FOR THIRTY CONSECUTIVE YEARS.**

**-- OPTION 2: A TOTAL PAYMENT OF $1,327,940.00 PAYABLE IN A SINGLE, LUMP-SUM ALLOCATION.**

At this time, please understand you have been officially informed through a signed document. There is a 7 day reply requested deadline window extended to you for completion and return of the RECIPIENT PROCESSING FORM on page 2. Further notices or alternate letters of contact are not required by the IAS organization.

A Premium Offer has also been consigned for your reserved purchase acquisition as an additional supplement by our public relations department. Said Premium Offer: $2,500.00 gift certificate for up to 75% off WONrewards.com online merchandise and service offerings.

Please note that an acquisition fee of $12.99 <u>must</u> be prepaid without exception to satisfy this transaction. If electing to purchase the Premium Offer, a delivery fee may be remitted by cash funds, or by your preference of check, money order (payable to: IAS) or credit card. If using a credit card, please make sure to include your credit card number and expiration date (month and year).

Finally, all <u>instructions</u> are furnished on the RECIPIENT PROCESSING FORM on page 2. IAS judges must inspect and make a personal record of this form at our U.S. headquarters in KANSAS CITY, KS. Obviously, the total AWARD FUNDS, at ****$2,000,000.00 Two Million Dollars, are quite large. We cannot wait to see if you have the preselected winning number!

LEGAL DISCLAIMER/2016 - ESTABLISHED STATEMENT

**DIRECTOR'S SIGNATURE:** _____ *George Hyde*

George Hyde

**NO PURCHASE NECESSARY TO ENTER.**
**PURCHASE WILL NOT INCREASE CHANCE OF WINNING.**

L0X101E-B000(N2¹6-X11) U

Please Read This Mail At Once

# AWARD NUMBER IDENTIFICATION LETTER

ELIGIBILITY CONFIRMED WITH REPLY ENTERING AND FILING RECIPIENT  CARYN NELSON  OFFICIALLY.

— IMPORTANT: —
THIS CERTIFIED NOTICE CONTAINS VERIFICATION
OF AWARD FUNDS FOR WINNER DISPOSITION IN THE AMOUNT OF

## * * * $2,000,000.00 * * *
Two Million Dollars

91005263
000519

11/04/2016

17584858-502381
MS. CARYN NELSON 690

INTERNAL FILE NUMBER:
R 298706570

**A PURCHASE IS NOT
NECESSARY AND WILL
NOT IMPROVE ODDS OF
WINNING.**



**CENTRAL AWARD DISTRIBUTION**
Final Judging Div Award Number Processing
**National & World Headquarters**
PO BOX 2905
KANSAS CITY, KS 66110 United States
OFFICE OF THE DIRECTOR

REFERENCE ____G-4149____

AWARD SERIES NUMBER – Official Notice

ISSUEE: CARYN NELSON
FROM: CENTRAL AWARD DISTRIBUTION Judges Div.

Dear CARYN NELSON,

I have been assigned to officially deliver this letter by means of a primary postal carrier service.

My name is Guslav A. Cuguenin, and I am the Senior Review Officer for CENTRAL AWARD DISTRIBUTION, a certified prize number judging and declaration office located in KANSAS CITY, KS, United States of America.

Please sit down and read carefully. It is my exceptional honor and pleasure to be the first behind the excitement of what I am about to tell you.

By virtue of this letter, Award Series ____G4149____, conducted by CENTRAL AWARD DISTRIBUTION and under the authority and scrutiny of its corporate offices, is now official!

Pursuant, my job is indeed a happy one today, because the entry application process, once completed by you, will result in direct Payment of AWARD FUNDS to YOU, AS WINNER, in the amount of * * * $2,000,000.00 Two Million Dollars, if you have and return the preselected winning number BY MAIL as required for CAD judges official clarification and input on record.

Subject to above statement, the winner option, once established/determined and decreed in finality, will be a guaranteed distribution of CASH FUNDS in federal currency from the following two choices:

**OPTION 1: A thirty-year annuity payment consisting of annual BANK CHECKS of $66,666.66 apiece (covering 30 years) to total $2,000,000.00 2 Million Dollars.**
**OPTION 2: A single, LUMP-SUM payout equaling $1,327,940.00.**

So you understand clearly, our business practices demand the issuance of this official letter by mail only. Your reply must also be remitted to us by postal mail BEFORE the deadline to avoid penalty of eligibility nullification! (We caution and request that you honor a 7-day reply timeline.) A pre-addressed return envelope has been provided for you.

Award Series Program highlights include a value privilege option with acquisition to be discharged to you from our Premium Offer: allocation office. The reservation and approval process has been -- COMPLETED AND CONFIRMED -- in your name for a special Premium Offer: A 'Love Knot' necklace with a beautiful round faceted emerald green colored crystal surrounded by crystal accents, and connected to a Gold tone 18" chain.. There is a required fee of $11.89 DUE for delivery if acquiring this reserved Premium Offer verified to you and must be paid directly to CAD.

Please remit the $11.89 in advance for the Premium Offer and enclose your cash, check or money order in the official reply envelope.

CARYN NELSON: The instructions for your reply are provided on the bottom of the attached page for applicable completion. (Refer to STEP 1, STEP 2, and STEP 3 as indicated and please be punctual in your response!)

I am at liberty to tell you pending winning entry declaration, the Award Funds (maximum installments totaling $2,000,000.00 or an alternate lump-sum $1,327,940.00) may be electronically wired anywhere in the world. No surcharges or commissions are imposed as a condition of funds accepted, and there are no taxes withheld.

As a matter of conclusion, let me wish you, personally, all the best!

In sincerity,

*I D Letter sent back - 11-9-16*

*Guslav A. Cuguenin*

NG 33 FRM E

PX3, p.000062

| Bank Name | Date Check Written | Date Check Posted | Check # | Check To | Notes on Check | Amount | Processor on back of Check |
|---|---|---|---|---|---|---|---|
| Bank of America | 9/13/2016 | 9/19/2016 | 548 | OPP | Processing Center | 9.00 | Opportunities Management |
| Bank of America | 9/19/2016 | 9/23/2016 | 553 | ASP | Processing Fee | 12.00 | Opportunities Management |
| Bank of America | 9/20/2016 | 9/23/2016 | 552 | Intrnl Award Payment Center | | 9.00 | Opportunities Management |
| Bank of America | 9/21/2016 | 9/27/2016 | 555 | National Bureau | Purchasing Fee | 19.95 | Opportunities Management |
| Bank of America | 9/22/2016 | 9/29/2016 | 560 | ASP | Processing | 12.00 | Opportunities Management |
| Bank of America | 9/27/2016 | 10/3/2016 | 566 | IAPC | Judging Fees | 40.00 | Opportunities Management |
| Bank of America | 9/30/2016 | 10/6/2016 | 570 | EAC | Advancement | 12.00 | Opportunities Management |
| Bank of America | 9/30/2016 | 10/6/2016 | 572 | IAPC | Judging | 20.00 | Opportunities Management |
| Bank of America | 10/1/2016 | 10/6/2016 | 573 | CAP | | 10.00 | Opportunities Management |
| Bank of America | 10/4/2016 | 10/10/2016 | 580 | CAP | Prize Vault II | 10.00 | Opportunities Management |
| Bank of America | 10/5/2016 | 10/11/2016 | 581 | SRC | | 12.00 | Opportunities Management |
| Bank of America | 10/5/2016 | 10/12/2016 | 582 | ANC | for Delivery | 11.89 | Next Gen Inc |
| Bank of America | 10/6/2016 | 10/10/2016 | 587 | IAPC | Registration | 9.00 | Opportunities Management |
| Bank of America | 10/6/2016 | 10/10/2016 | 588 | NAAC | | 9.00 | Opportunities Management |
| Bank of America | 10/6/2016 | 10/13/2016 | 589 | ASP | Processing Fee | 12.00 | Opportunities Management |
| Bank of America | 10/6/2016 | 10/10/2016 | 590 | OPP | Registration Dept | 9.00 | Opportunities Management |
| Capitol One | 10/19/2016 | 10/25/2016 | 1993 | OPP | | $25.00 | Opportunities Management |
| Bank of America | 10/19/2016 | 10/24/2016 | 591 | IAPC | | 20.00 | Opportunities Management |
| Bank of America | 10/20/2016 | 10/25/2016 | 593 | ASP | | 12.00 | Opportunities Management |
| Capitol One | 10/24/2016 | 10/28/2016 | 1998 | CAP | Prize Vault II Competition | $10.00 | Opportunities Management |
| Capitol One | 10/24/2016 | 10/28/2016 | 1997 | OPP | Registration Fee | $9.00 | Opportunities Management |
| Bank of America | 10/24/2016 | 10/28/2016 | 594 | SRC | Purchasing Fee | 12.00 | Opportunities Management |
| Capitol One | 10/26/2016 | 11/1/2016 | 2002 | CAP | Game 2 | $40.00 | Opportunities Management |
| Bank of America | 10/26/2016 | 10/31/2016 | 595 | OPP | Tiebreaker I Document | 40.00 | Opportunities Management |
| Bank of America | 11/1/2016 | 11/7/2016 | 597 | CAP | Registration Fee | 10.00 | Opportunities Management |
| Bank of America | 11/1/2016 | 11/7/2016 | 598 | IAPC | Registration Fee | 9.00 | Opportunities Management |
| Bank of America | 11/1/2016 | 11/7/2016 | 599 | CAP | $10,000 Grand Prize - Plus Upgrade $3,000 More | 25.00 | Opportunities Management |
| Bank of America | 11/1/2016 | 11/7/2016 | 600 | OPP | Answer 3 questions-bonus $3,500 more | 45.00 | Opportunities Management |
| Bank of America | 11/1/2016 | 11/7/2016 | 601 | OPP | Registration Fee | 9.00 | Opportunities Management |
| Bank of America | 11/2/2016 | 11/7/2016 | 602 | IAPC | Award Payment Center | 9.00 | Opportunities Management |
| Bank of America | 11/2/2016 | 11/7/2016 | 603 | NAAC | Level 2 | 15.00 | Opportunities Management |
| Bank of America | 11/2/2016 | 11/7/2016 | 604 | NAAC | Final Step!! | 10.00 | Opportunities Management |
| Bank of America | 11/2/2016 | 11/7/2016 | 605 | OPP | Money Matrix X | 9.00 | Opportunities Management |
| Bank of America | 11/2/2016 | 11/7/2016 | 606 | IAS | Delivery Fee | 12.99 | Next Gen Inc |
| Bank of America | 11/2/2016 | 11/7/2016 | 607 | EAC | Registration Fee | 12.00 | Opportunities Management |
| Bank of America | 11/3/2016 | 11/8/2016 | 608 | IAPC | Blue Series XIII | 45.00 | Opportunities Management |
| Bank of America | 11/3/2016 | 11/8/2016 | 609 | IAPC | Tiebreaker I -Semi Finalist | 40.00 | Opportunities Management |
| Bank of America | 11/5/2016 | 11/10/2016 | 610 | CAP | Prize Vault II:Tiebreaker | 40.00 | Opportunities Management |
| Bank of America | 11/5/2016 | 11/10/2016 | 611 | CAP | Registration Fee | 10.00 | Opportunities Management |
| Bank of America | 11/5/2016 | 11/10/2016 | 612 | IAPC | IAPC 1080 | 9.00 | Opportunities Management |
| Bank of America | 11/5/2016 | 11/10/2016 | 613 | NAAC | Registration Fee | 9.00 | Opportunities Management |
| Bank of America | 11/5/2016 | 11/10/2016 | 614 | OPP | Nomination Complete | 9.00 | Opportunities Management |
| Bank of America | 11/5/2016 | 11/15/2016 | 615 | ANC | delivery of merchandise | 23.89 | Next Gen Inc |
| Bank of America | 11/5/2016 | 12/9/2016 | 686 | NAAC | $21,000 - # cash prizes | 9.00 | Opportunities Management |
| Bank of America | 11/5/2016 | 12/9/2016 | 687 | NAAC | Level 2: Capital Prize Reserve VII Tiebreaker I | 40.00 | Opportunities Management |

Daly Declaration, Attachment B

PX3, p.000063

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Bank of America | 11/7/2016 | 11/10/2016 | 618 | ANC | for Delivery | | 11.89 | Next Gen Inc |
| Bank of America | 11/8/2016 | 11/15/2016 | 621 | SRC | Purchasing Fee | | 12.00 | Opportunities Management |
| Bank of America | 11/8/2016 | 11/14/2016 | 622 | CAP | Registration Fee | | 10.00 | Opportunities Management |
| Bank of America | 11/8/2016 | 11/14/2016 | 623 | CAD | | | 11.89 | Next Gen Inc |
| Bank of America | 11/9/2016 | 11/14/2106 | 624 | IAPC | Registration Fee | | 12.00 | Opportunities Management |
| Bank of America | 11/13/2016 | 11/17/2016 | 626 | CAP | Tiebreaker | | 40.00 | Opportunities Management |
| Bank of America | 11/13/2016 | 11/17/2016 | 628 | IAPC | Registration Fee | | 12.00 | Opportunities Management |
| Bank of America | 11/13/2016 | 11/17/2016 | 629 | OPP | Tiebreaker I | | 40.00 | Opportunities Management |
| Bank of America | 11/13/2016 | 11/17/2016 | 630 | CAP | Prize Vault II - Tiebreaker I | | 40.00 | Opportunities Management |
| Bank of America | 11/13/2016 | 11/18/2016 | 631 | ANC | Delivery | | 12.99 | Next Gen Inc |
| Bank of America | 11/13/2016 | 11/17/2016 | 632 | CAP | Prize Vault II | | 10.00 | Opportunities Management |
| Bank of America | 11/13/2016 | 11/17/2016 | 633 | IAPC | Blue Series XIII | | 40.00 | Opportunities Management |
| Bank of America | 11/13/2016 | 11/17/2016 | 634 | OPP | Vault III:Tiebreaker II | | 45.00 | Opportunities Management |
| Bank of America | 11/13/2016 | 11/17/2016 | 635 | OPP | Registration Fee | | 9.00 | Opportunities Management |
| Bank of America | 11/14/2016 | 11/17/2016 | 636 | IAPC | Series X - Tiebreaker I | | 40.00 | Opportunities Management |
| Bank of America | 11/14/2016 | 11/17/2016 | 637 | IAPC | Tiebreaker I: Gold Level | | 25.00 | Opportunities Management |
| Bank of America | 11/14/2016 | 11/21/2016 | 641 | ANC | for Delivery | | 12.99 | Next Gen Inc |
| Bank of America | 11/14/2016 | 11/18/2016 | 642 | IAPC | IAPC 1080 Blue Series | | 12.00 | Opportunities Management |
| Bank of America | 11/14/2016 | 11/18/2016 | 643 | IAPC | Blue Series XIII | | 45.00 | Opportunities Management |
| Bank of America | 11/14/2016 | 11/18/2016 | 644 | IAPC | Blue Series XIII - Tiebreaker | | 40.00 | Opportunities Management |
| Bank of America | 11/16/2016 | 11/21/2016 | 645 | NAAC | Capital Reserve VII - Tiebreaker I | | 40.00 | Opportunities Management |
| Bank of America | 11/16/2016 | 11/21/2016 | 646 | NAAC | Level 2 Reserve VII Tiebreaker I | | 40.00 | Opportunities Management |
| Bank of America | 11/16/2016 | 11/22/2016 | 647 | CAP | Vault 2 Prize Vault II Tiebreaker I | | 40.00 | Opportunities Management |
| Bank of America | 11/16/2016 | 11/21/2016 | 651 | EAC | Mandatory Tiebreaker I | | 40.00 | Opportunities Management |
| Bank of America | 11/16/2016 | 11/21/2016 | 652 | OPP | Treasure Vault III H6TI | | 40.00 | Opportunities Management |
| Bank of America | 11/16/2016 | 11/21/2016 | 653 | NAAC | Reserve VII Tiebreaker I | | 40.00 | Opportunities Management |
| Bank of America | 11/17/2016 | 11/23/2016 | 655 | IAS | Delivery Fee | | 15.99 | Next Gen Inc |
| Bank of America | 11/17/2016 | 11/21/2016 | 656 | EAC | Registration Fee | | 12.00 | Opportunities Management |
| Capitol One | 11/21/2016 | 11/28/2016 | 2008 | NAAC | Triple Cash Series VII Game 2 | | $40.00 | Opportunities Management |
| Capitol One | 11/21/2016 | 11/28/2016 | 2009 | NAAC | Triple Cash Series VII Final Step | | $10.00 | Opportunities Management |
| Capitol One | 11/21/2016 | 11/29/2016 | 2007 | CAP | Prize Express IV - Game 1 Tiebreaker 1 | | $40.00 | Opportunities Management |
| Capitol One | 11/21/2016 | 11/26/2016 | 2010 | IAPC | Cash Enrichment Series X - Tiebreaker 1 | | $40.00 | Opportunities Management |
| Bank of America | 11/21/2016 | 11/29/2016 | 657 | CAD | required to fulfill delivery | | 12.99 | Next Gen Inc |
| Bank of America | 11/21/2016 | 11/28/2016 | 658 | CAP | Break the Bank IV | | 10.00 | Opportunities Management |
| Bank of America | 11/21/2016 | 11/29/2016 | 659 | EAC | Registration Fee | | 9.00 | Opportunities Management |
| Bank of America | 11/21/2016 | 11/29/2016 | 660 | CAP | Vault 3: Prize Vault II Tiebreaker I | | 40.00 | Opportunities Management |
| Bank of America | 11/21/2016 | 11/29/2016 | 661 | IAS | fee to send check | | 11.89 | Next Gen Inc |
| Bank of America | 11/21/2016 | 11/29/2016 | 662 | CAP | Vault I - Prize Vault II Tiebreaker I | | 15.00 | Opportunities Management |
| Bank of America | 11/21/2016 | 11/29/2016 | 663 | CAP | Upgrade Presentations Tiebreaker I Game 2 | | 40.00 | Opportunities Management |
| Bank of America | 11/21/2016 | 11/29/2016 | 664 | CAP | Vault 3 : Prize Vault II Tiebreaker I | | 40.00 | Opportunities Management |
| Bank of America | 11/21/2016 | 11/29/2016 | 665 | CAP | Registration Fee Prize Express IV | | 10.00 | Opportunities Management |
| Bank of America | 11/21/2016 | 11/29/2016 | 666 | SRC | Purchasing Fee | | 12.00 | Opportunities Management |
| Capitol One | 12/3/2016 | 12/6/2016 | 2014 | EAC | Tiebreaker I | | $40.00 | Opportunities Management |
| Capitol One | 12/3/2016 | 12/6/2016 | 2015 | IAPC | Award VII | | $9.00 | Opportunities Management |
| Capitol One | 12/3/2016 | 12/8/2016 | 2020 | NAAC | | | $40.00 | Opportunities Management |
| Capitol One | 12/3/2016 | 12/8/2016 | 2018 | IAPC | Bonus Cash Upgrade | | $20.00 | Opportunities Management |
| Capitol One | 12/3/2016 | 12/8/2016 | 2016 | CAP | Break the Bank IV Competition | | $10.00 | Opportunities Management |

| | | | | | | |
|---|---|---|---|---|---|---|
| Capitol One | 12/3/2016 | 12/8/2016 | 2022 | CAP | Admission Form & Prize Vault II | $10.00 | Opportunities Management |
| Capitol One | 12/3/2016 | 12/8/2016 | 2023 | OPP | Money Motion X | $9.00 | Opportunities Management |
| Capitol One | 12/3/2016 | 12/8/2016 | 2019 | OPP | Registration Fee | $9.00 | Opportunities Management |
| Capitol One | 12/3/2016 | 12/9/2016 | 2021 | CAD | Pay for to fullfill delivery | $12.99 | Next Gen Inc |
| Capitol One | 12/3/2016 | 12/12/2016 | 2017 | CAD | Processing | $11.89 | Next Gen Inc |
| Bank of America | 12/4/2016 | 12/8/2016 | 679 | CAP | Game 1 - Prize Express IV Tiebreaker I | 40.00 | Opportunities Management |
| Bank of America | 12/4/2016 | 12/9/2016 | 680 | IAPC | Registration Fee | 9.00 | Opportunities Management |
| Capitol One | 12/5/2016 | 12/8/2016 | 2025 | CAP | Tiebreaker I - Game 1 | $40.00 | Opportunities Management |
| Capitol One | 12/5/2016 | 12/9/2016 | 2026 | IAPC | Series X Bonus Cash W6B | $45.00 | Opportunities Management |
| Bank of America | 12/5/2016 | 12/12/2016 | 683 | NAAC | Triple Cash Series VII ELS Final Step | 10.00 | Opportunities Management |
| Bank of America | 12/5/2016 | 12/12/2016 | 684 | SRC | pay to send jewerly 04EF8 | 12.00 | Opportunities Management |
| Bank of America | 12/5/2016 | 12/9/2016 | 685 | IAPC | For prize Judging and registration | 9.00 | Opportunities Management |
| Bank of America | 12/5/2016 | 12/9/2016 | 689 | CAP | Qualification Question | 10.00 | Opportunities Management |
| Capitol One | 12/12/2016 | 12/16/2016 | 2033 | EAC | Mandatory Tiebreaker I - Dash Cash IV | $40.00 | Opportunities Management |
| Capitol One | 12/12/2016 | 12/16/2016 | 2032 | IAPC | Platinum Level | $40.00 | Opportunities Management |
| Capitol One | 12/12/2016 | 12/16/2016 | 2030 | NAAC | Triple Cash Series VII - Game 2 | $40.00 | Opportunities Management |
| Capitol One | 12/12/2016 | 12/16/2016 | 2029 | NAAC | Triple Cash Series VII - ELS | $10.00 | Opportunities Management |
| Capitol One | 12/12/2016 | 12/16/2016 | 2031 | IAPC | IAPC 1080 Blue Series XIII | $9.00 | Opportunities Management |
| Capitol One | 12/12/2016 | 12/20/2016 | 2027 | CAD | Acceptance and Authentication | $35.99 | Next Gen Inc |
| Capitol One | 12/12/2016 | 12/20/2016 | 2028 | IACP | Registration Fee | $12.00 | Opportunities Management |
| Bank of America | 12/12/2016 | 12/16/2016 | 692 | IAPC | Tiebreaker II Blue Series XIII | 45.00 | Opportunities Management |
| Bank of America | 12/12/2016 | 12/16/2016 | 693 | CAP | Prize Express IV Game 2 Tiebreaker I | 40.00 | Opportunities Management |
| Bank of America | 12/12/2016 | 12/16/2016 | 694 | CAP | Tiebreaker I Game 2 | 40.00 | Opportunities Management |
| Bank of America | 12/12/2016 | 12/16/2016 | 695 | OPP | Tiebreaker judging fee Money Motion X | 40.00 | Opportunities Management |
| Bank of America | 12/12/2016 | 12/16/2016 | 696 | OPP | Registration slip | 9.00 | Opportunities Management |
| Capitol One | 12/13/2016 | 12/19/2016 | 2034 | OPP | Treasure Vault III - Tiebreaker II | $45.00 | Opportunities Management |
| Capitol One | 12/13/2016 | 12/19/2016 | 2036 | CAP | Vault 3: Prize Vault II - Tiebreaker I | $40.00 | Opportunities Management |
| Capitol One | 12/13/2016 | 12/19/2016 | 2035 | EAC | Cash Connection VI (6) | $20.00 | Opportunities Management |
| Capitol One | 12/13/2016 | 12/21/2016 | 2037 | CAD | Payment to send check to me | $34.99 | Next Gen Inc |
| Bank of America | 12/13/2016 | 12/16/2016 | 697 | OPP | Money Motion X Tiebreaker II | 45.00 | Opportunities Management |
| Bank of America | 12/13/2016 | 12/19/2016 | 698 | EAC | Cash Connection VI Registration Fee | 12.00 | Opportunities Management |
| Bank of America | 12/13/2016 | 12/19/2016 | 699 | IAPC | Award VII Contest Registration | 9.00 | Opportunities Management |
| Bank of America | 12/13/2016 | 12/19/2016 | 700 | OPP | Treasure Vault III Tiebreaker II | 45.00 | Opportunities Management |
| Capitol One | 12/14/2016 | 12/19/2016 | 2038 | OPP | Tiebreaker I - Treasure Vault IV | $40.00 | Opportunities Management |
| Bank of America | 12/14/2016 | 12/19/2016 | 221 | NAAC | Play for 3 prizes $21,000 | 9.00 | Opportunities Management |
| Bank of America | 12/14/2016 | 12/19/2016 | 222 | IAPC | Semi-Final Tiebreaker II | 45.00 | Opportunities Management |
| Bank of America | 12/14/2016 | 12/19/2016 | 223 | EAC | Dash to Cash IV Tiebreaker II | 45.00 | Opportunities Management |
| Bank of America | 12/14/2016 | 12/19/2016 | 224 | CAP | Tiebreaker I - Game I | 40.00 | Opportunities Management |
| Bank of America | 12/14/2016 | 12/19/2016 | 225 | OPP | Judges Advice | 9.00 | Opportunities Management |
| Bank of America | 12/14/2016 | 12/20/2016 | 227 | ANC | Payment to have check sent | 26.95 | Next Gen Inc |
| Bank of America | 12/14/2016 | 12/20/2016 | 228 | CAD | Entry Verificiation | 12.99 | Next Gen Inc |
| Bank of America | 12/15/2016 | 12/19/2016 | 226 | NAAC | Triple Cash Series VII Game 1 | 40.00 | Opportunities Management |
| Bank of America | 12/15/2016 | 12/22/2016 | 229 | CAP | Registration Fee | 10.00 | Opportunities Management |
| Bank of America | 12/15/2016 | 12/22/2016 | 230 | IAPC | Series XI - Tiebreaker I | 40.00 | Opportunities Management |
| Bank of America | 12/16/2016 | 12/22/2016 | 232 | IAPC | Cash Enrichment Series XI | 9.00 | Opportunities Management |
| Bank of America | 12/16/2016 | 12/22/2016 | 236 | ANC | Premium Offer Purchase | 14.79 | Next Gen Inc |
| Bank of America | 12/16/2016 | 12/20/2016 | 237 | CAP | Vault 3: Vault II Tiebreaker II | 25.00 | Opportunities Management |