UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION, et ano.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No. 4:18-CV-0128-BCW |
| | ) |
| **NEXT-GEN, INC., et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### DEFENDANTS' JOINT RULE 7.1 DISCLOSURE STATEMENT

Pursuant to FED. R. CIV. P. 7.1, L.R. 7.1 and this Court's February 26, 2018 Order, the nongovernmental corporate defendants identified below state that:

1. Next-Gen, Inc., Westport Enterprises, Inc., Opportunities Unlimited Publications, Inc., Summit Management Team, LLC, Contest America Publishers, Inc., Reveal Publications, LLC, Lighthouse FLA Enterprises, LLC, and Gamer Designs, LLC have no parent corporations and no publicly traded corporation currently owns 10% or more of any of these Defendant's stock;

2. Opportunities Unlimited Publications, Inc., Opportunities Management Co., and Contest America Publishers, Inc. are each owned by both Lighthouse FLA Enterprises, LLC and Gamer Designs, LLC and no publicly traded corporation owns 10% or more of any of these Defendant's stock; and

3. AOSR Corporation is a defunct corporation. In 2017, AOSR sold its assets to Reveal Publications, LLC.

Dated March 13, 2018.

    Respectfully submitted,

    **GRAVES GARRETT LLC**

    *s/ Nathan F. Garrett*
    Nathan F. Garrett, Mo. Bar No. 46500
    Benjamin L. Tompkins, Mo. Bar No. 52295
    Andrew P. Alexander, Mo. Bar No. 66980
    1100 Main Street, Suite 2700
    Kansas City, MO 64105
    Telephone: (816) 256-3181
    Fax: (816) 256-5958
    ngarrett@gravesgarrett.com
    btompkins@gravesgarrett.com
    aalexander@gravesgarrett.com

    *Counsel for Defendants Contest America Publishers, Inc., Lighthouse LFA Enterprises, LLC, Next-Gen, Inc., Opportunities Management Co., Opportunities Unlimited Publications, Inc., Summit Management Team, LLC, Westport Enterprises, Inc., and Kevin R. Brandes*

    and

    **KENNYHERTZ PERRY, LLC**

    *s/ Braden M. Perry*
    Braden M. Perry (Mo. Bar No. 53865)
    420 Nichols Road, Suite 207
    Kansas City, MO 64112
    Phone: (816) 527-9447
    Fax: (855) 844-2914
    braden@kennyhertzperry.com

    *Counsel for Defendants Reveal Publications, LLC, AOSR Corporation, Gamer Designs, LLC, and William J. Graham*

2

Case 4:18-cv-00128-BCW   Document 33   Filed 03/13/18   Page 2 of 3

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 13, 2018, I electronically filed the foregoing <u>DEFENDANTS' JOINT RULE 7.1 DISCLOSURE STATEMENT</u> with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

              *s/ Nathan F. Garrett*
              Counsel for Defendants Contest America Publishers, Inc., Lighthouse LFA Enterprises, LLC, Next-Gen, Inc., Opportunities Management Co., Opportunities Unlimited Publications, Inc., Summit Management Team, LLC, Westport Enterprises, Inc., and Kevin R. Brandes