IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION, et ano.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 4:18-CV-0128-BCW |
| ) | |
| **NEXT-GEN, INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## CERTIFICATE OF SERVICE

Undersigned counsel for Next-Gen, Inc., Westport Enterprises, Inc., Opportunities Unlimited Publications, Inc., Opportunities Management Co., Summit Management Team, LLC, Contest America Publishers, Inc., Reveal Publications, LLC, AOSR Corporation, Gamer Designs, LLC, Lighthouse FLA Enterprises, LLC, Kevin R. Brandes, and William Graham (collectively "Defendants") hereby certify that on March 16, 2018, a copy of Defendants' First Requests for Production of Document and Electronically Stored Information to Plaintiff Federal Trade Commission and Defendants' First Requests for Production of Documents and Electronically Stored Information to Plaintiff State of Missouri, were served via electronic mail and U.S. First Class mail to the following:

| | |
|---|---|
| Charles M. Thomas | Nathan Atkinson |
| Assistant United States Attorney | Robert Carlson |
| Charles Evans Whittaker Courthouse | Office of the Missouri Attorney General |
| 400 East Ninth Street, Room 5510 | 615 E. 13th Street, Suite 401 |
| Kansas City, MO 64106 | Kansas City, MO 64106 |
| Charles.thomas@usdoj.gov | Nathan.atkinson@ago.mo.gov |
| | bob.carlson@ago.mo.gov |
| Richard McKewen | |
| Sarah Shifley | |
| Federal Trade Commission | |
| 915 Second Ave., Suite 2896 | |
| Seattle, WA 98174 | |
| rmckewen@ftc.gov | |
| sshifley@ftc.gov | |

Dated: March 16, 2018.

    Respectfully submitted,

    **GRAVES GARRETT LLC**

    *s/ Nathan F. Garrett*
    Nathan F. Garrett, Mo. Bar No. 46500
    Benjamin L. Tompkins, Mo. Bar No. 52295
    Andrew P. Alexander, Mo. Bar No. 66980
    1100 Main Street, Suite 2700
    Kansas City, MO 64105
    Telephone: (816) 256-3181
    Fax: (816) 256-5958
    ngarrett@gravesgarrett.com
    btompkins@gravesgarrett.com
    aalexander@gravesgarrett.com

    *Counsel for Defendants Contest America Publishers, Inc., Lighthouse LFA Enterprises, LLC, Next-Gen, Inc., Opportunities Management Co., Opportunities Unlimited Publications, Inc., Summit Management Team, LLC, Westport Enterprises, Inc., and Kevin R. Brandes*

    and

    *s/ Braden M. Perry*
    Braden M. Perry (Mo. Bar No. 53865)
    Kennyhertz Perry, LLC
    420 Nichols Road, Suite 207
    Kansas City, MO 64112
    Phone: (816) 527-9447
    Fax: (855) 844-2914
    braden@kennyhertzperry.com

    *Counsel for Defendants Reveal Publications, LLC, AOSR Corporation, Gamer Designs, LLC, and William J. Graham*

## CERTIFICATE OF SERVICE

       I hereby certify that on March 16, 2018, I electronically filed the foregoing CERTIFICATE OF SERVICE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

       *s/ Nathan F. Garrett*
*Counsel for Defendants Contest America Publishers, Inc., Lighthouse LFA Enterprises, LLC, Next-Gen, Inc., Opportunities Management Co., Opportunities Unlimited Publications, Inc., Summit Management Team, LLC, Westport Enterprises, Inc., and Kevin R. Brandes*