# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 4:18-cv-00128-DGK |
| | ) | |
| NEXT-GEN, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER STAYING DISCOVERY FOR FOURTEEN (14) DAYS

On July 17, 2018, this Court entered a Temporary Restraining Order ("TRO") against Defendants. Now before the Court is Defendants' Emergency Motion to Stay Discovery (Doc. 103). For the reasons explained below, Defendants' Motion to Stay Discovery is GRANTED IN PART.

## Discussion

This Court has the inherent power to stay discovery. *See Landis v. N. Am. Co.*, 299 U.S. 248, 254-55 (1936); *see also U.S. ex rel Kraxberger v. Kansas City Power & Light Co.*, 756 F.3d 1075, 1082 (8th Cir. 2014) ("A district court has very wide discretion in handling pretrial discovery."). Here, Defendants seek to stay discovery until after this Court rules on the preliminary injunction.

The Plaintiffs argue that they will be prejudiced by a stay. They assert Defendants have failed to fully comply with discovery requests, and that they have "refused to produce whole categories of documents, raising frivolous objections to their production." *See* Pls.' Suggs. in Opp'n, at 6 (Doc. 104). Plaintiffs' allegations are concerning. The Court encourages the parties to continue working together to resolve discovery disputes. *See* Local Rule 37.1.

However, in recognition of the TRO's substantial discovery requirements, the Court will stay discovery for fourteen (14) days. At that time, all discovery, including depositions, will resume pursuant to the deadlines set forth in the TRO.

## Conclusion

Accordingly, Defendant's Motion to Stay Discovery (Doc. 103) is GRANTED IN PART. All discovery is stayed for fourteen (14) days, and will resume on Tuesday, August 7, 2018. The parties' Joint Motion for Extension of Time to Provide Financial Disclosures (Doc. 108) is DENIED AS MOOT.

**IT IS SO ORDERED.**

Date:  July 24, 2018   /s/ Greg Kays
GREG KAYS, CHIEF JUDGE
UNITED STATES DISTRICT COURT