# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 4:18-cv-00128-DGK |
| NEXT-GEN, INC., et al., | ) |
| Defendants. | ) |

## ORDER GRANTING MOTIONS TO UNFREEZE ASSETS FOR ATTORNEYS' FEES, EXPERT WITNESS FEES, AND EXPENSES

Now before the Court are Defendants' Motions to Unfreeze Assets for Attorneys' Fees, Expert Witness Fees, and Expenses (Docs. 156 & 157). Plaintiffs oppose lifting the asset freeze to pay attorneys' fees and expenses. In its Order on August 3, 2018, the Court said:

> Graves Garrett LLC shall file a motion detailing the amount of attorney's fees and expenses incurred from July 16 through July 31, the date Defendants' filed their Response to this Court's Show Cause Order (Doc. 127). Defendants shall also file a motion detailing the amount owed to their expert witness. At that time, assuming Defendants' motions are in order, the Court will release additional funds from the frozen assets.

(Doc. 142). Accordingly, Graves Garret LLC filed a Motion (Doc. 156) to unfreeze $147,013.09 in assets to satisfy fees and expenses incurred from July 17 through July 31. Defendants also filed a Joint Motion (Doc. 157) to unfreeze $37,950.00 ($13,975.00 each from Graves Garrett and Kennyhertz Perry's trust accounts plus a $10,000 retainer) to pay expert witness fees.

After review, Defendants' Motions appear to be in order. Accordingly, the Court will Order the release of $184,963.09 to be dispersed as outlined in Defendants' Motions (Docs. 156 & 157).

**IT IS SO ORDERED.**

Date:  August 17, 2018                          /s/ Greg Kays
                                                GREG KAYS, CHIEF JUDGE
                                                UNITED STATES DISTRICT COURT