# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, et al., | ) ) ) | |
| Plaintiff, | ) ) ) | 4:18-CV-00128-DGK |
| v. | ) ) | |
| NEXT-GEN, INC., et al., | ) ) | |
| Defendants, | ) | |

## Vehicle Receipt - 2015 Bentley Continental Flying Spur

This receipt confirms that on the 25th day of March, 2019, the undersigned ("Trustee"), as trustee for the Next-Gen Receiver Trust, took possession and received from Charles Floyd Anderson, or agents thereof, a 2015 Bentley Continental Flying Spur, V.I.N. # SCBET9ZA9FC042030 (the "Vehicle") and the title thereto. The Trustee agrees the mileage of the Vehicle at the time of its possession was _7335_____.

READ AND ACKNOWLEDGED BY:

_____, Trustee
Name:   Eric L. Johnson
Title:   Trustee
For:    Next-Gen Receiver Trust

_____
Name:   William Graham
For:    Charles Floyd Anderson
        As to Vehicle

_____
Name:   Tom Schipper
For:    Charles Floyd Anderson
        As to Vehicle Title