IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al., | ) ) ) |
| Plaintiff, | ) ) ) 4:18-CV-00128-DGK |
| v. | ) ) ) |
| NEXT-GEN, INC., et al., | ) ) |
| Defendants, | ) |

<u>Receipt - 2008 Sea Ray Yacht</u>

This receipt confirms that on the 27th day of March, 2019, the undersigned ("Trustee"), as trustee for the Next-Gen Receiver Trust, took possession and received from BAM Marketing Group LLC, or agents thereof, the following related to the 2008 Sea Ray Yacht HIN SERY1498D708:

1. "Certificate of Documentation" (USCG).
2. "Document Vessel Certificate of Registration" (MO)

READ AND ACKNOWLEDGED BY:

*[signature]*
Name: Eric L. Johnson
Title: Trustee
For: Next-Gen Receiver Trust

*[signature]*
Name: Samantha Nowakowski, paralegal
For: BAM Marketing Group, LLC
As to Documents

**EXHIBIT B**