UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et ano., <br><br> Plaintiffs, <br><br> v. <br><br> NEXT-GEN, INC., et al., <br><br> Defendants. | No. 4:18-CV-0128-DGK |

**NOTICE OF RECEIPT OF PAYMENT**

Plaintiff Federal Trade Commission ("FTC") hereby provides notice to the Court and all parties that on April 1, 2019, the FTC received from the Defendants the $21,595,000 payment required by Section IV.B of the Stipulated Order for Permanent Injunction and Monetary Judgment, Doc. 264, entered on March 13, 2019.

s/Richard McKewen
Richard McKewen, WSBA # 45041
Federal Trade Commission
915 Second Ave., Suite 2896
Seattle, WA 98174
Phone: 206-220-6350
Fax: 206-220-6366
rmckewen@ftc.gov

COUNSEL FOR PLAINTIFF
FEDERAL TRADE COMMISSION

Dated: April 1, 2019

# CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of April, 2019, I caused the foregoing document to which this certificate is attached to be delivered to the following, in the manner indicated:

Nathan F. Garrett
ngarrett@gravesgarrett.com
Benjamin L. Tompkins
btompkins@gravesgarrett.com
Andrew P. Alexander
aalexander@gravesgarrett.com
Graves Garrett, LLC
1100 Main Street, Suite 2700
Kansas City, MO 64105
*via CM/ECF*

*Counsel for Defendants Next-Gen, Inc., Westport Enterprises, Inc., Opportunities Unlimited Publications, Inc., Opportunities Management Co., Summit Management Team, LLC, Contest America Publishers, Inc., Lighthouse FLA Enterprises, LLC, and Kevin R. Brandes*

Nathan Atkinson
nathan.atkinson@ago.mo.gov
Eric Swan
eric.swan@ago.mo.gov
Office of the Missouri Attorney General
615 E. 13th Street, Suite 401
Kansas City, MO 64106
*via CM/ECF*

*Counsel for Plaintiff State of Missouri*

Braden M. Perry
braden@kennyhertzperry.com
Jon Dedon
jon.dedon@kennyhertzperry.com
Kennyhertz Perry, LLC
420 Nichols Road, Suite 207
Kansas City, MO 64112
*via CM/ECF*

*Counsel for Defendants Reveal Publications, LLC, AOSR Corporation, Gamer Designs, LLC, and William J. Graham*

Kristie Remster Orme
R. Pete Smith
McDowell Rice Smith & Buchanan PC
605 W 47th Street, Suite 350
Kansas City, MO 64112
korme@mcdowellrice.com
petesmith@mcdowellrice.com
*via CM/ECF*

*Counsel for Defendants Montelago Marketing, Inc., and Charles Floyd Anderson*

Leslie A. Greathouse
lgreathouse@spencerfane.com
Bryant T. Lamer
blamer@spencerfane.com
Duvel J. Pierre
djpierre@spencerfane.com
Spencer Fane, LLC
1000 Walnut Street, Suite 1400
Kansas City, Missouri 64106-2140
*via CM/ECF*

*Counsel for Eric L. Johnson, Receiver*

s/Richard McKewen
Richard McKewen
Counsel for Plaintiff Federal Trade Commission