**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| **FEDERAL TRADE COMMISSION, et al.,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **4:18-CV-00128-DGK** |
| **v.** | ) | |
| | ) | |
| **NEXT-GEN, INC., et al.,** | ) | |
| | ) | |
| **Defendants,** | ) | |

**<u>NOTICE OF TRANSFER OF CSL PROPERTY</u>**

COMES NOW Eric L. Johnson, Trustee for the Next-Gen Receiver Trust (the "Trust"),

and notifies the Court and parties in interest that the *fideicomiso* interest in that certain ocean-front

real property in Cabo San Lucas, Mexico ("CSL Property"), having the following description:

> The condominium unit within Las Residencias Residential Subdivision within
> Punta Ballena located in Cabo San Lucas, Baja California Sur, said unit designated
> and described as Lot 102, Block "A" as defined by the Incorporation of the Sub
> Condominium Regime of Property "Las Residencias" upon Fraction V adopted by
> Immobilaria Cabo Ballena, S.A. de C.V. under Public Instrument Number 48,549
> within Volume 939 issued December 28, 2001, before Notary Public Number 1 of
> Cabo San Lucas, Baja California Sur, namely, Lic. Armando Antoni Aguilar Ruibal
> within Volume CXXXI-EP of the First Section of the Public Registry of Property
> and Commerce of San José del Cabo, Baja California Sur, together with an
> undivided 2.397930% interest in "Las Residencias" Common Areas (as defined by
> the Condominium Regime) and an undivided 0.623431772% interest in "Punta
> Ballena" Common Areas (as defined by the Condominium Regime). Clave
> Cadastral Number: 402-090-005-001-001-102.

was transferred to NGRT Los Cabos, LLC, a Missouri limited liability company formed by the

Trust ("NGRT") on or about November 12, 2019. Both the CSL Property have been secured to

the best of the Trustee's ability and is insured. The Trustee reserves all rights under the Stipulated

Order with respect to any remaining expenses outstanding including certain title insurance related

to the CSL Property obtained as part of transfer.

Dated: December 9, 2019

Respectfully submitted,

NEXT-GEN RECEIVER TRUST

/s/ Eric L. Johnson
Eric L. Johnson, Trustee
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
Telephone:        (816) 474-8100
Facsimile:        (816) 474-3216
nextgenreceiver@spencerfane.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on the 9th day of December, 2019, a true and correct copy of the foregoing was filed electronically with the United States District Court for the Western District of Missouri using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

/s/ Eric L. Johnson
Eric L. Johnson, Trustee

WA 13993959.1