IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| STATE OF MISSOURI, | ) | |
| | ) | Case No. 4:18-CV-00128-DGK |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NEXT-GEN, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING RECEIVER'S AMENDED MOTIONS FOR FEES AND EXPENSES INCURRED FROM SEPTEMBER THROUGH DECEMBER OF 2019**

Now before the Court are the sixth and seventh applications (Docs. 329, 335) by Eric Johnson, Receiver/Trustee, for compensation of the Receiver/Trustee and his retained professional and reimbursement of expenses for the period September 1, 2019, through December 31, 2019. These applications have been amended by the Receiver/Trustee's supplemental suggestions (Doc. 347). As amended,[1] the sixth and seventh fee applications seek payment of $80,014.55 and $53,916.38 respectively for professional fees and expenses.

After carefully considering the work performed, the motions are GRANTED AS AMENDED.

It is ORDERED that the Receiver/Trustee may pay the following amounts from receivership assets:

(1) $80,014.55 for the Receiver/Trustee and his retained professionals for payment of fees and expenses incurred from September 1, 2019, through October 31, 2019; and

---

[1] In the supplemental suggestions, the Receiver/Trustee eliminates billing charges associated with reviewing invoices and preparing fee applications. He also reduces the fees sought by RubinBrown in the seventh application by $425.00.

(2) $53,916.38 for the Receiver/Trustee and his retained professionals for payment of fees and expenses incurred from November 1, 2019, through December 31, 2019.

IT IS FURTHER ORDERED that the Receiver/Trustee is authorized to transfer funds to the Receiver/Trustee's disbursement account to cover these payments.

**IT IS SO ORDERED.**

Date:  March 17, 2020  /s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT